UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20893-FAM

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

        Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

        Pursuant to Local Rule 7.6, Defendant Monty Grow respectfully moves the Court for a trial continuance to September 2017. The Government does not oppose a continuance to accommodate defense counsel's upcoming trial schedule, but would request a trial date earlier than September 2017, preferably in April or May. Further, regardless of the date, the Government would also request a special trial setting to allow for adequate travel and lodging arrangements to be made for numerous out-of-state civilian and military witnesses required as part of the government's case-in-chief. In support of this motion, Mr. Grow states:

        1.     This is a significant and complex criminal health care case. Mr. Grow has been charged in a 52-count indictment with various health care violations related to the sale of compound pharmaceuticals, including the receipt and payment of kickbacks, health care fraud, and causing the misbranding of drugs. The Government alleges that Mr. Grow, through a large network of sales representatives, was involved in the submission of approximately $40 million in false claims by Patient Care of America (PCA), a health care company and pharmacy based out of

1

Pompano Beach, Florida, to Tricare, a government health care program for military personnel and veterans. In pertinent part, the Government alleges that these false claims were for compound drug prescriptions written by physicians via telemedicine consultations, and that Mr. Grow received approximately $20 million in compensation from PCA related to these claims.

2. Mr. Grow was arraigned just three weeks ago on December 28, 2016. DE 16. The following day, the Court set this case for the trial period beginning on February 6, 2017. DE 17. Subsequently, the Court has set the calendar call in the matter for February 6, 2017. DE 18.

3. During the designated calendar call and trial period, Daniel Rashbaum and Jeffrey Marcus, undersigned counsel for Mr. Grow, will be participating in a criminal trial before Judge Kathleen Williams in *United States v. Hernandez*, Case No. 16-cr-20091, which is specially set on January 30, 2017 and which is expected to last at least 4-6 weeks. DE 221.

4. In addition, undersigned counsel anticipates that this case will require extensive trial preparation due to its scope. We already have had several conferences with the Government in an effort to move the case along, and have recently received thousands pages of discovery. Arrangements are being made for the Government to deliver the contents of 17 boxes seized from PCA as well as approximately 30,000 emails. Overall, the Government has indicated that it will be producing 500,000 to 600,000 documents to the defense (approximately 500 GB of data).

5. Also, the Government's investigation and case appears to involve well over 100 potential witnesses—consisting mostly of sales representatives who allege to have worked with Mr. Grow and Tricare beneficiaries who received compound drugs from PCA. These witnesses reside all over the country. The Government has informed the defense that its case will feature some of these witnesses providing brief testimony related to the allegations against Mr. Grow. The case also involves numerous healthcare professionals involved as prescribers, and has a

telemedicine component.  Consequently, undersigned counsel will need to undertake an extensive investigation of a vast number of potential witnesses in order to prepare effectively for this trial.

6. It should also be noted that PCA—a critical entity in Mr. Grow's case and potential defenses—is not a small, local pharmacy.  Rather, as shown on its website, PCA is a health care company with over 100 employees, including a large management team and a "national sales force."  Thus, an appropriate investigation of PCA's role in the case will be a substantial and timely endeavor.

7. The Government estimates that its case-in-chief will take approximately 2 weeks.

8. Finally, should the Court grant a continuance, in terms of re-scheduling the trial, the Government has indicated that it is unavailable between July 1st and July 15th, and Mr. Marcus would respectfully note that he is scheduled to be in Israel on a pre-booked trip with extended family for his son's bar mitzvah from June 11th through June 23rd.

9. Accordingly, due to the substantial scope and severity of the allegations in this case, as well as undersigned counsel's trial conflict, Mr. Grow respectfully submits that there are appropriate grounds for a trial continuance through September 2017.

WHEREFORE, for the foregoing reasons, Mr. Grow respectfully moves the Court for a trial continuance to September 2017.

Date: January 26, 2017

Respectfully Submitted,

/s/ Daniel L. Rashbaum


**MARCUS NEIMAN & RASHBAUM LLP**
201 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Tel: (305) 400-4260

Jeffrey E. Marcus
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com
Daniel L. Rashbaum
Fla. Bar No. 75084
Drashbaum@mnrlawfirm.com
Michael A. Pineiro
Fla. Bar No. 041897
mpineiro@mnrlawfirm.com

*Counsel for Defendant Monty Ray Grow*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, a true and correct copy of the foregoing Unopposed Motion to Continue Trial was served via CM/ECF on all counsel of record.

By:  /s/ Daniel L. Rashbaum
      Daniel L. Rashbaum