UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20893-MORENO

UNITED STATES OF AMERICA

vs.

**MONTY RAY GROW,**

    **Defendant.**
_____/

**GOVERNMENT'S SECOND RESPONSE TO THE STANDING DISCOVERY ORDER**

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney and files this third response to the Standing Discovery Order. On or about March 7, 2017, the government produced to counsel for the defendant, additional documents with bates range of:

- PCAX00000001-01065824
- PCAD000001-000917
- PCA-IOWA000001-005511
- PCA-SKYLINE00001-003547
- PCA-IOWA-AUDIO00001-00007
- GOV_MG-088849-089431

This supplemental production is made pursuant to the government's continuing duty to disclose information as required by the Standing Discovery Order, Rule 16(c) of the Federal Rules

of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

                Respectfully submitted,

                BENJAMIN A. GREENBERG
                ACTING UNITED STATES ATTORNEY

By:    /s/Kevin J. Larsen_____
        Kevin J. Larsen
        Assistant United States Attorney
        Court No. A5501050
        99 N.E. 4th Street, 4th Floor
        Miami, FL 33132
        Tel: 305-961-9356
        Fax: 305-536-4699
        Kevin.Larsen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and on or about March 7, 2017 by means of U.S. Mail to Daniel Rashbaum, Esq., 2 South Biscayne Blvd., Suite 1750, Miami, FL 33131.

/s/Kevin J. Larsen
Kevin J. Larsen
Assistant United States Attorney