UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20893-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONTY RAY GROW,

        Defendant.
_____/

**UNITED STATES' FIRST BILL OF PARTICULARS AS TO CRIMINAL FORFEITURE**

The UNITED STATES OF AMERICA (hereinafter, the "United States") by this First Bill of Particulars as to Criminal Forfeiture, provides more particular notice of additional specific property which is subject to criminal forfeiture upon the defendant's conviction in this case.

In addition to the specific property listed in the Forfeiture Allegations of the Indictment (ECF 3), the United States provides notice to the defendant that the following property is also subject to criminal forfeiture in this case as substitute assets pursuant to 21 U.S.C. § 853(p):

1.    The real property known and numbered as 5242 W. Kennedy Boulevard, Tampa, Florida, 33609, together with all buildings, structures, fixtures, appurtenances, improvements, attachments and easements found therein or thereon;

2.    The real property known and numbered as 5224 Hampton Beach Place, Tampa, Florida, 33609, together with all buildings, structures, fixtures, appurtenances, improvements, attachments and easements found therein or thereon;

3. The real property known and numbered as 5220 Beach Breeze Court, Tampa, Florida, 33609, together with all buildings, structures, fixtures, appurtenances, improvements, attachments and easements found therein or thereon; and

4. The real property known and numbered as 4110 W. Sevilla Street, Tampa, Florida, 33629, together with all buildings, structures, fixtures, appurtenances, improvements, attachments and easements found therein or thereon.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
99 NE 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9294
Facsimile: (305) 536-7599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Daren Grove*
_____
Daren Grove
Assistant United States Attorney