UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE came before the Court upon defendant's motion to compel the government to produce (i) documents produced to the government by Patient Care America ("PCA") pursuant to PCA's limited waiver of its attorney-client privilege, **[D.E. #39]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that the Government respond to defendant's motion to compel no later than **September 21, 2017.**

Defendant's motion to compel (ii) witness and exhibit lists and any Jencks material thirty days in advance of the October 16 trial date is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida, this _____ day of ~~August,~~ 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record