UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

**MONTY RAY GROW,**
        Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL

THIS CAUSE came before the Court upon defendant's motion to compel **[D.E. #39]**. The Court previously denied section (ii) of the motion and the government having filed a response to said motion **[D.E. #47]**, it is

ORDERED and ADJUDGED that defendant's motion to compel (i) documents produced to the government by Patient Care America ("PCA") pursuant to PCA's limited waiver of its attorney-client privilege is **DENIED.**

However, the government shall file a complete exhibit list identifying each exhibit by number that it intends to introduce at the trial, now set for January 22, 2018, no later than January 4, 2018. If the defendant desires to introduce any exhibits, he must also file an exhibit list no later than January 12, 2018.

DONE and ORDERED in Miami-Dade County Florida, this 29th day of September, 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record