UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20893-FAM-(s)

**UNITED STATES OF AMERICA**

v.

**MONTY RAY GROW,**

      **Defendant.**

                                  /

## GOVERNMENT'S NOTICE OF INTENT TO RELY ON EXPERT TESTIMONY

The United States of America, through the undersigned Assistant United States Attorney, hereby gives notice of its intent to rely on the following expert testimony at trial:

**David Kazarian-** Mr. Kazarian is a pharmacist licensed in Florida and will testify to the information contained in paragraph 8 of the Superseding Indictment. Specifically, Mr. Kazarian will testify that Florida law requires a valid practitioner-patient relationship to exist before any drug may be prescribed. Mr. Kazarian will describe the requirements under Florida law for the existence of a practitioner-patient relationship, including among other things, requirements of a documented patient evaluation that includes history and physical examination adequate to establish a diagnosis for which the drug was prescribed.

**Dr. Arthur Simone, M.D., Ph.D.-** Dr. Simone is a Medical Doctor licensed in the states of New Jersey and Pennsylvania and a Senior Medical Advisor with the Food and Drug Administration's ("FDA") Office of Unapproved Drugs and Labeling Compliance, Center for Drug Evaluation and Research, FDA. Dr. Simone will testify in pertinent part to the information contained in paragraph 9 of the Superseding Indictment, specifically that Flurbiprofen and Loperamide were "drugs" within the meaning of Title 21, United States Code, Section 321(g)(1) and were "prescription drugs" as defined in Title 21, United States Code, Section 353(b)(1).

**Don Wunderlin-** Mr. Wunderlin is a health care fraud specialist with the Defense Health Agency, which oversees the implementation of the Tricare Program. Mr. Wunderlin will testify as to specific rules governing Tricare coverage, including the requirement of co-payments and the

rules for waiving co-payments associated with the compound drugs involved in this case. In addition, Mr. Wunderlin will explain the Tricare rules governing the use of telemedicine services.

Respectfully submitted,

RANDY A. HUMMEL
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515.

By:   s/Kevin J. Larsen
      Kevin J. Larsen
      Assistant United States Attorney
      Florida Bar No. A5501050
      99 Northeast 4th Street, 4th Floor
      Miami, Florida 33132-2111
      Telephone:   (305) 961-9356
      Kevin.Larsen@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on JANUARY 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF

                                                     s/Kevin J. Larsen
                                                     Kevin J. Larsen
                                                     Assistant United States Attorney