UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20893-FAM(s)

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

       Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING PROPOSED JUROR**
**QUESTIONNAIRE AND PROPOSED VOIR DIRE QUESTIONS**

    Defendant Monty Ray Grow, through undersigned counsel, hereby files a proposed juror questionnaire and proposed voir dire questions for the Court's consideration

                             Respectfully Submitted,

                             /s/ Jeffrey E. Marcus
                             MARCUS NEIMAN & RASHBAUM LLP
                             201 South Biscayne Boulevard, Suite 1750
                             Miami, Florida 33131
                             Tel: (305) 400-4260
                             Jeffrey E. Marcus
                             Fla. Bar No. 310890
                             jmarcus@mnrlawfirm.com
                             Daniel L. Rashbaum
                             Fla. Bar No. 75084
                             Drashbaum@mnrlawfirm.com


                             *Counsel for Defendant Monty Ray Grow*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2018, a true and correct copy of the foregoing Unopposed Motion to Continue Trial was served via CM/ECF on all counsel of record.

/s/ Jeffrey E. Marcus
JEFFREY E. MARCUS