UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20893-FAM(s)

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

        Defendant.

_____/

### DEFENDANT MONTY GROW'S AMENDED EXHIBIT LIST[1]

| PRESIDING JUDGE | PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| HONORABLE FEDERICO A. MORENO | KEVIN LARSEN<br>JON JUNGER | DANIEL RASHBAUM<br>JEFFREY MARCUS<br>KATHRYN MEYERS |

| DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | 1 | | 25-Oct-14 Text between Monty Grow and Matthew Smith GOV_MG000221 |
| | 2 | | 10-Dec-14 Email between Christopher O'Hara and Monty Grow re Cancel the Following Individuals GOV_MG-011142 |
| | 3 | | 30-Jan-15 Email between Christopher O'Hara and Monty Grow re Shelton Scar Was Denied GOV_MG-011144 |
| | 4 | | 19-Feb-15 Texts between Monty Grow and Matthew Smith GOV_MG011161-63 |
| | 5 | | 28-Feb-15 Text between Monty Grow and Robin Halliburton GOV_MG-011166 |
| | 6 | | 19-Apr-15 Text between Monty Grow and Prince Alex GOV_MG-011189-90 |
| | 7 | | 25-Apr-15 Email between Matthew Smith and Monty Grow re Payouts GOV_MG-011195 |
| | 8 | | 28-Apr-15 Email between Monty Grow and Austin Ashby re Patient-Out Form GOV_MG-011197 |

---

[1] This list does not include documents that may be used solely for impeachment purposes.  Defendant respectfully reserves the right to add additional exhibits to respond to issues that arise during the government's case in chief.

|  | | | |
|---|---|---|---|
|  | 9 |  | 7-May-15 Texts between Monty Grow and Torniqua Johnson GOV_MG-011206-08 |
|  | 10 |  | 12-May-15 Email between Monty Grow and Matthew Smith re Torniqua Johnson GOV_MG-011212 |
|  | 11 |  | 14-May-15 Email between Monty Grow and Ralph Louis re Michael Dimmick GOV_MG-011214 |
|  | 12 |  | Undated Text between Monty Grow and Roy GOV_MG-011215 |
|  | 13 |  | 23-Feb-15 Texts between Monty Grow and Matthew Smith GOV_MG-011230-33 |
|  | 14 |  | 27-Feb-15 Text between Monty Grow and Matthew Smith GOV_MG-011234 |
|  | 15 |  | 10-May-15 Texts between Monty Grow and Robin Halliburton/Shane Matthews GOV_MG-011235-37 |
|  | 16 |  | Undated InforMD Compounding Promotional Materials GOV_MG-011630-37 |
|  | 17 |  | Undated Monty Grow HR File GOV_MG-051523 |
|  | 18 |  | 15-Apr-15 Email between Phil Lockwood and Matthew Smith re Revised Wording on Sales Rep Offer Letters for Commissions GOV_MG-055334 |
|  | 19 |  | 29-Apr-15 Email between David Corcoran and Diana Hinton re Offer Letter GOV_MG-086424 |
|  | 20 |  | 24-Mar-15 Email between Monty Grow and Deanna Dutting re Gary Herber GOV_MG-11183 |
|  | 21 |  | 22-Apr-15 Text between Monty Grow and Matthew Smith MG_DEF000217 |
|  | 22 |  | 8-Jan-15 Text between Monty Grow and Tiffany MG_DEF000220 |
|  | 23 |  | 2-Feb-16 Texts between Monty Grow and Christopher O'Hara MG_DEF000222-224 |
|  | 24 |  | 19-Apr-15 Text between Monty Grow and Daniella MG_DEF000225 |
|  | 25 |  | 2-Mar-15 Texts between Monty Grow and Matthew Smith MG_DEF000226-227 |
|  | 26 |  | 19-Mar-15 Text between Monty Grow and Matthew Smith MG_DEF000228 |
|  | 27 |  | Undated Text between Monty Grow and Matthew Smith MG_DEF000229 |
|  | 28 |  | Undated Texts between Monty Grow and Matthew Smith MG_DEF000230-231 |
|  | 29 |  | 13-May-15 Text between Monty Grow and Nichole Powell MG_DEF000232-233 |
|  | 30 |  | 22-Jan-15 Text between Monty Grow and Matthew Smith MG_DEF000234 |
|  | 31 |  | 29-Sep-14 Text between Monty Grow and Matthew Smith MG_DEF000235 |

| | | | |
|---|---|---|---|
| | 32 | | Undated Text between Monty Grow and Ryan Forsthoff MG_DEF00218 |
| | 33 | | 28-Apr-15 Email between Monty Grow and Jill Cichowicz (no subject) MG-089443 |
| | 34 | | 30-Apr-15 Email between Matthew Smith and Monty Grow re Schedule MG106994 |
| | 35 | | 30-Apr-15 Email between Wayne Moore and Monty Grow re Sandra and Sabirna Jordan MG107556 |
| | 36 | | 28-Apr-15 Email between Matthew Smith and David Corcoran re Offer Letter MG108032 |
| | 37 | | 29-Apr-15 Email between Matthew Smith and Monty Grow re Offer Letter MG108170 |
| | 38 | | 29-Apr-15 Email between Monty Grow and Kowanda Rodriguez re Working Part Time MG108384 |
| | 39 | | 1-Apr-15 Email between Monty Grow and Ralph Louis re New Script Needed MG116485 |
| | 40 | | 19-Apr-15 Email between Monty Grow and Joseph Owmby re Scan.pdf MG116505 |
| | 41 | | 10-Apr-15 Email between Monty Grow and David Vose re Comp Meds MG116554 |
| | 42 | | 9-Apr-15 Email between Monty Grow and Chris Szabo re Question About Overseas Clients MG116719 |
| | 43 | | 19-Apr-15 Email between Monty Grow and Jill Cichowicz re Refill MG116860 |
| | 44 | | 20-Apr-15 Email between Monty Grow and Nichole Powell re Questions MG117189 |
| | 45 | | 24-Mar-15 Email between Monty Grow and Matthew Smith re Wow MG117271 |
| | 46 | | 31-Mar-15 Email between Monty Grow and Richard Steinkohl re Feb Commissions MG117480 |
| | 47 | | 18-Mar-15 Email between Monty Grow and Patrick Smith re New Hire Information MG117481 |
| | 48 | | 31-Mar-15 Efax from 1st Care MG117715 |
| | 49 | | 16-Mar-15 Email between Patrick Smith and Monty Grow re Employment Contract Proposal MG119492 |
| | 50 | | 22-Jan-15 Email between Monty Grow and Matthew Smith re Monty Grow efax MG120006 |
| | 51 | | 4-Feb-15 Email between Monty Grow and Deanna Dutting re January Payments MG120010 |
| | 52 | | 25-Jan-15 Email between Monty Grow and Christopher O'Hara re Update MG120082 |
| | 53 | | 29-Jan-15 Email between Armando Lozada and Alisa Catoggio re Mg Ten MG120092 |
| | 54 | | 30-Jan-15 Email between Monty Grow and Alisa Catoggio (and others) re Refills MG120118 |

| | | | |
|---|---|---|---|
| | 55 | | 26-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120137 |
| | 56 | | 25-Jan-15 Email between Monty Grow and Matthew Smith re Question MG120143 |
| | 57 | | 5-Feb-15 Email between Monty Grow and Deanna Dutting re Travis Wright MG120155 |
| | 58 | | 21-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120308 |
| | 59 | | 23-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120545 |
| | 60 | | 9-Feb-15 Email between Monty Grow and John Wetzel re New Patient MG120793 |
| | 61 | | 22-Jan-15 Email between Monty Grow and Aricka Spencer (no subject) MG120870 |
| | 62 | | 28-Jan-15 Email between Monty Grow and Matthew Smith re Patient First HIPPA MG121191 |
| | 63 | | 27-Jan-15 Email between Monty Grow and Alisa Catoggio re Luis Stephen Green MG121405 |
| | 64 | | 2-Feb-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG121496 |
| | 65 | | 27-Jan-15 Email between Monty Grow and Christopher O'Hara (no subject) MG121761 |
| | 66 | | 21-Jan-15 Email between Monty Grow and Alisa Catoggio re No Contact with Patients MG121784 |
| | 67 | | 11-Feb-15 Email between Monty Grow and Mary Jo Giles re Refills Needed MG121833 |
| | 68 | | 26-Jan-15 Email between Monty Grow and Ginger Lay re Ginger Lay MG121861 |
| | 69 | | 26-Jan-15 Email between Monty Grow and Deanna Dutting re Ulysses Tomblin MG121894 |
| | 70 | | 27-Jan-15 Email between Monty Grow and Jill Zebrowski re Compounding MG122045 |
| | 71 | | 20-Nov-14 Email between Monty Grow and Matthew Smith re Pedigree MG122156 |
| | 72 | | 26-Dec-14 Email between Monty Grow and Matthew Smith re Still No Ethoxy? MG122322 |
| | 73 | | 11-Dec-14 Email between Monty Grow and Matthew Smith re Ginger Lay MG122376 |
| | 74 | | 16-Dec-14 Email between Monty Grow and Ginger Lay re Tele-Medicine State List MG122452 |
| | 75 | | 29-Dec-14 Email between Monty Grow and Raymond Bear re Scar Compound MG122559 |
| | 76 | | 14-Jan-15 Email from Ashley Roddy re InforMD HIPAA Business Associate Agreement MG122616 |
| | 77 | | 26-Nov-14 Email between Monty Grow and Ginger Lay re Agreement MG122976 |

| | | | |
|---|---|---|---|
| | 78 | | 23-Nov-14 Email between Monty Grow and Christopher O'Hara re States MG123049 |
| | 79 | | 3-Dec-14 Email between Monty Grow and Ruth Bass re November Preliminary Report MG123107 |
| | 80 | | 27-Dec-14 Email between Monty Grow and Alec Vancil re Just a Few Questions MG123803 |
| | 81 | | 8-Jan-15 Email between Monty Grow and Alec Vancil re Hey Monty MG123911 |
| | 82 | | 17-Dec-14 Email between Monty Grow and Donna Kovell re Vitamins MG123933 |
| | 83 | | 24-Nov-14 Email between Monty Grow and Nichole Powell re Prescription MG124451 |
| | 84 | | 5-Jan-15 Email between Monty Grow and Louis Haigler re Patient MG124461 |
| | 85 | | 6-Dec-14 Email between Monty Grow and Mary Jo Giles re Jacob Sackman MG124467 |
| | 86 | | 22-Dec-14 Email between Monty Grow and Larry Speir re Agreement and Invoice MG124747 |
| | 87 | | 22-Apr-14 Email between Denae Brown and Ryan Forsthoff re InforMD Next Steps and Important Information MG124871 |
| | 88 | | 31-May-14 Email between Monty Grow and Colleen Johnston re InforMD Sales Consultant Agreement Attached MG125391 |
| | 89 | | 22-Apr-14 Email between Monty Grow and Colleen Johnston re New Reps MG125428 |
| | 90 | | 5-Jun-14 Email between Monty Grow and Colleen Johnston re New Rep MG126561 |
| | 91 | | 9-Jul-14 Email between Colleen Johnston and Monty Grow re SteraBase Information MG126775 |
| | 92 | | 22-May-14 Email between Monty Grow and Shane Matthews re Compounding Pharmacy MG126987 |
| | 93 | | 28-Mar-14 Email between Monty Grow and Colleen Johnston re InforMD Sales Consultant Agreement Attached MG127264 |
| | 94 | | 7-Apr-14 Email between Ryan Forsthoff and Craig Hordlow re Script Pads for Physician MG127355 |
| | 95 | | 23-Jun-14 Email between Monty Grow and Ruth Bass re Bank Info MG127397 |
| | 96 | | 17-Apr-14 Email between Monty Grow and Denae Brown re InforMD Next Steps and Important Information MG127478 |
| | 97 | | 23-Jun-14 Email between Monty Grow and Colleen Johnston re New Rep MG128151 |
| | 98 | | 14-May-15 Email between Monty Grow and Shane Matthews re Sales Agreement MG128195 |
| | 99 | | 21-May-14 Email between Monty Grow and Ryan Long re Agreement MG128362 |

| | | | |
|---|---|---|---|
| | 100 | | 27-May-15 Email between Monty Grow and Wayne Moore re Request MG131152 |
| | 101 | | 27-May-15 Email between Monty Grow and Matthew Smith re Patient Info MG131605 |
| | 102 | | 19-Apr-15 Email between Monty Grow and Austin Ashby re Patient Out-Form MG144030 |
| | 103 | | 19-Apr-15 Email between Monty Grow and Cody Haas re Patient Intake Information Form MG144352 |
| | 104 | | 20-Apr-15 Email between Monty Grow and Alex Vancil re Question MG144395 |
| | 105 | | 24-Apr-15 Email between Monty Grow and David Corcoran re W-2 Onboarding MG144457 |
| | 106 | | 3-Mar-15 Email between Monty Grow and Matthew Smith re Survey/Patient Questions MG145736 |
| | 107 | | 3-Mar-15 Email between Monty Grow and Matthew Smith re Survey/Patient Questions MG145742 |
| | 108 | | 11-Mar-15 Email between Monty Grow and Matthew Smith re Sales Rep Offer Letter Without Draw MG145928 |
| | 109 | | 9-Mar-15 Email between Monty Grow and Matthew Smith re Agreement MG145961 |
| | 110A | | 11-Mar-15 Email between Monty Grow and Ginger Lay re Patient Question MG146156 |
| | 110B | | 11-Mar-15 Email between Monty Grow and Ginger Lay re Patient Question |
| | 111 | | 12-Mar-15 Email between Monty Grow and Matthew Smith re HR Update MG146207 |
| | 112 | | 10-Mar-15 Email between Monty Grow and Matthew Smith re Do You Have Job Descriptions for Your People MG146439 |
| | 113 | | 11-Mar-15 Email between Monty Grow and Matthew Smith re Updated Transdermal 1 MG146442 |
| | 114 | | 4-Mar-15 Email between Monty Grow and Matthew Smith re Program Discontinued MG146577 |
| | 115 | | 2-Mar-15 Email between Mary Jo Giles and Blair von Lentemann MG146669 |
| | 116 | | 11-Mar-15 Email between Monty Grow and Luis Green re Patient Intake Information MG146758 |
| | 117 | | 4-Mar-15 Email between Matthew Smith and Mary Jo Giles re Ginger Lay MG146770 |
| | 118 | | 2-Mar-15 Email between Monty Grow and Luis Green re Deployed Clients MG146805 |
| | 119 | | 4-Mar-15 Email between Monty Grow and Patrick Smith re Employment Contract Proposal MG146909 |
| | 120 | | 10-Mar-15 Email between Monty Grow and Luis Green re Multi Vitamin Part One MG147109 |

| | | | |
|---|---|---|---|
| | 121 | | 6-Mar-15 Email between Monty Grow and Matthew Smith re Monty's Employment Letter MG147139 |
| | 122 | | 4-Mar-15 Email between Monty Grow and Wayne Moore re Please Call Me MG147144 |
| | 123 | | 23-Feb-15 Email between Monty Grow and Matthew Smith re Monty Grow MG147405 |
| | 124 | | 20-Feb-15 Email between Monty Grow and Matthew smith re Assessment MG147438 |
| | 125 | | 26-Feb-15 Email between Monty Grow and Matthew Smith re Your Reservation Confirmation for Fleming's Steakhouse MG147496 |
| | 126 | | 20-Feb-15 Email between Ginger Lay and Monty Grow re Consent Form MG147504 |
| | 127 | | 24-Feb-15 Email between Monty Grow and Mary Jo Giles re Sara Meyer MG147510 |
| | 128 | | 23-Feb-15 Email between Monty Grow and Jacob Ehekircher re Jacob Ehekircher MG147518 |
| | 129 | | 23-Feb-15 Email between Monty Grow and Andrew Boothe re Compounding MG147736 |
| | 130 | | 24-Feb-15 Email between Monty Grow and Natalie Leon-Pinckney re M. Stiles Intake Form MG147864 |
| | 131 | | 18-Feb-15 Email between Monty Grow and John Wetzel re Patient Mario Castro and Patient Wendy Williams MG147931 |
| | 132 | | 24-Feb-15 Email between Monty Grow and Louis Haigler (no subject) MG148244 |
| | 133 | | 17-Nov-14 Email between Monty Grow and Ginger Lay re Available States MG149088 |
| | 134 | | 13-Nov-14 Email between Monty Grow and Matthew Smith (no subject) MG149562 |
| | 135 | | 1-Oct-14 Email between Monty Grow and Mark Vollaro re Telemedicine MG149725 |
| | 136 | | 30-Sep-14 Email between Monty Grow and Mark Vollaro re Telemedicine MG149752 |
| | 137 | | 14-Nov-14 Email between Monty Grow and Ginger Lay re Prescription Pads MG149823 |
| | 138 | | 10-Nov-14 Email between Monty Grow and Manda Martini re Compound Info MG150010 |
| | 139 | | 23-Oct-14 Email between Monty Grow and Matthew Smith re eFax message MG150227 |
| | 140 | | 30-Sep-14 Email between Monty Grow and Matthew Smith re Rx Pad Template MG150257 |
| | 141 | | 20-Aug-14 Email between Matt Skellan and Ryan Forsthoff re InforMD Update = 30 gm Emergency Supply MG150381 |
| | 142 | | 22-Sep-14 Email between Monty Grow and Antoine Mourani re Sterabase Study MG150691 |

| | | |
|---|---|---|
| | 143 | 12-Aug-14 Email between Monty Grow and Dr. Willie re Reference Letter MG151041 |
| | 144 | 15-Aug-14 Email between Monty Grow and Ryan Forsthoff re Agreement MG151786 |
| | 145 | 5-Sep-14 Email between Erik Santos and Monty Grow re Countersigned Agreements MG152802 |
| | 146 | 30-Jul-14 Email between Colleen Johnston and Murray Firestone re Sterabase Sample MG153453 |
| | 147 | 9-May-15 Email between Matthew Smith and Telemedtechrx re Formula that Is Not Profitable PCA-IOWA003884 |
| | 148 | 19-May-15 Email between Matthew Smith and Kim Day re Happy Customer - Thought I'd Share PCAX00102181 |
| | 149 | 3-Mar-15 Email between Matthew Smith, Mary Jo Giles and Kim Day re Survey/Patient Questions PCAX00103071 |
| | 150 | 14-Jan-16 Email between Joe Dimond and Patrick Smith re Compliance Audit Report PCAX00146944 |
| | 151 | 13-Apr-15 Email between Patricia Gunn and Phil Lockwood re Discretionary Bonus Payout Q1 PCAX00158275 |
| | 152 | 26-Feb-15 Email between Thomas Buscemi and Patrick Smith re Good Luck PCAX00159194 |
| | 153 | 26-Feb-15 Email between Gary Walker and Patrick Smith re Meeting Tonight PCAX00159198 |
| | 154 | 25-Feb-15 Email between Patrick Smith and Gary Walker re Emailing Engagement Letter PCAX00159460 |
| | 155 | 25-Feb-15 Email between Patrick Smith and Gary Walker re Meeting Tonight PCAX00159465 |
| | 156 | 29-Oct-14 Email between Matthew Smith and Carmen Green re W9s PCAX00164989 |
| | 157 | 25-Feb-15 Email between Patrick Smith and Gary Walker re Emailing Engagement Letter PCAX00179907 |
| | 158 | 21-Jul-15 Email between Matthew Smith and Caroline Eller re Telemed Copays PCAX00426849 |
| | 159 | 5-Feb-15 Email between Joe Dimond and Matthew Smith (no subject) PCAX00478831 |
| | 160 | 5-Mar-15 Email between Matthew Smith and Patrick Smith re Expertise PCAX00503779 |
| | 161 | 13-Apr-15 Email between Monty Grow and Matthew Smith re Conversion PCAX00508513 |
| | 162 | 7-Aug-14 Email between Monty Grow, Matthew Smith and Mary Jo Giles re Application and Order for Sterabase PCAX00515619 |
| | 163 | 2-Mar-15 Email between Matthew Smith and Alisa Catoggio re Your Messages from Appletree PCAX00824010 |

| | | | |
|---|---|---|---|
| | 164 | | 24-Apr-15 Email between Matthew Smith and David Corcoran and Monty Grow re W-2 Onboarding Process PCAX01060486 |
| | 165 | | 7-Aug-14 Email between Matthew Smith and Bill Balsalmo re DCRX MDPlus Marketing Agreement PCAX01062649 |
| | 166 | | 30-Jul-14 Email between Matt Smith and Steve Miller re Can U Send Me the Latest Edits Once More for Legal PCAX01062658 |
| | 167 | | 28-Apr-15 Email between Monty Grow and Matthew Smith re Offer Letter PCAX01063232 |
| | 168 | | 27-Apr-15 Email between Phil Lockwood and Ross Christianson and RLH re Q2 HR Board Update PCAX01063770 |
| | 169 | | 29-Sep-14 Email between Monty Grow and Matthew Smith re Agreement PCAX01066766 |
| | 170 | | 5-Mar-15 Email between Monty Grow and Patrick Smith re Employment Contract Proposal PCAX01067414 |
| | 171 | | 5-Mar-15 Invoice - Law Offices of David J. Corcoran PCAX01068091 |
| | 172 | | 24-Apr-15 Email between Monty Grow and Matthew Smith re PCA On Boarding Process PCAX01068316 |
| | 173 | | 1-May-15 Email between Matthew Smith and Monty Grow re Monty's Group - Onboarding Packages PCAX01071306 |
| | 174 | | 30-Nov-16 Indictment |
| | 175 | | Undated call_17-55-18_OUT_6054754700-1 (transcript forthcoming) |
| | 176 | | Undated CV of Carter Conrad |
| | 177 | | Undated CV of Ronaldson, Patrick Thomas |
| | 178 | | PCA - Documents |
| | 179 | | Pharmetrics - Documents |
| | 180 | | 14-Nov-14 Email between Monty Grow and Craig Long re Mutually Signed NCND and MOU for Your Review MG148891 |
| | 181 | | Composite Exhibit – 1099s MG_DEF000088-000147 |
| | 182 | | Composite Exhibit – PCA Website MG_DEF000001-000087 |
| | 183 | | Wholesale Referral Agreement MG_DEF000165 |
| | 184 | | Independent Sales Consultant Agreement MG_000171 |
| | 185 | | Service Agreement Between Legacy and MGTen MG_000181 |
| | 186 | | Independent Sales Agent Agreement MG_000183 |
| | 187 | | Consulting Agreement MG_000197 |
| | 188 | | Letter from Matthew Smith to Monty Grow MG_000200 |
| | 189 | | Composite Exhibit – Letters of Authorization MG_000203-210 |
| | 190 | | Composite Exhibit – 1st Care MD Screenshots MG_000236 |
| | 191 | | Call - 01-08-2016 - Dutting GROW call 625PM _ Time of Call 23 min 23 seconds |

| | | | |
|---|---|---|---|
| | 192 | | Call 01-14-2016 - Dutting GROW call 822PM _ Time of Call 27 min 41 seconds |
| | 193 | | 21-Jan-15 Texts between Monty Grow and (352) 286-4660 |
| | 194 | | 14-Nov-14 Email between Monty Grow and Matthew Smith re Report PCAX01002642 |
| | 195 | | 6-Oct-14 Email between Monty Grow and Matthew Smith re Monty's People MG149890 |
| | 196 | | 13-Oct-14 Email between Monty Grow and Matthew Smith re Patients to Switch Over MG149847 |
| | 197 | | 16-Oct-14 Email between Monty Grow and Matthew Smith re Monty's People MG149262 |
| | 198 | | 11-Jul-14 Email between Monty Grow and Rick Massengale re Monty June MG126262 |
| | 199 | | 26-Jan-15 Email between Monty Grow and Jill Zebrowski re Compounding MG121719 |
| | 200 | | 1-Dec-14 Email between Monty Grow and Jonelle Coronado re Tricare Compounds MG123462 |
| | 201 | | Photos of 1679 Seabreeze Drive Tarpon Springs, Florida |