UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20893-FAM(s)

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

       Defendant.

_____/

## DEFENDANT MONTY GROW'S THIRD AMENDED EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|---|
| HONORABLE FEDERICO A. MORENO | KEVIN LARSEN<br>JON JUNGER | DANIEL RASHBAUM<br>JEFFREY MARCUS<br>KATHRYN MEYERS |

| DATE OFFERED | MARKED | DATE ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | 1 | | 25-Oct-14 Text between Monty Grow and Matthew Smith GOV_MG000221 |
| | 2 | | 10-Dec-14 Email between Christopher O'Hara and Monty Grow re Cancel the Following Individuals GOV_MG-011142 |
| | 3 | | 30-Jan-15 Email between Christopher O'Hara and Monty Grow re Shelton Scar Was Denied GOV_MG-011144 |
| | 4 | | 19-Feb-15 Texts between Monty Grow and Matthew Smith GOV_MG011161-63 |
| | 5 | | 28-Feb-15 Text between Monty Grow and Robin Halliburton GOV_MG-011166 |
| | 6 | | 19-Apr-15 Text between Monty Grow and Prince Alex GOV_MG-011189-90 |
| | 7 | | 25-Apr-15 Email between Matthew Smith and Monty Grow re Payouts GOV_MG-011195 |
| | 8 | | 28-Apr-15 Email between Monty Grow and Austin Ashby re Patient-Out Form GOV_MG-011197 |
| | 9 | | 7-May-15 Texts between Monty Grow and Torniqua Johnson GOV_MG-011206-08 |

| | | | |
|---|---|---|---|
| | 10 | | 12-May-15 Email between Monty Grow and Matthew Smith re Torniqua Johnson GOV_MG-011212 |
| | 11 | | 14-May-15 Email between Monty Grow and Ralph Louis re Michael Dimmick GOV_MG-011214 |
| | 12 | | Undated Text between Monty Grow and Roy GOV_MG-011215 |
| | 13 | | 23-Feb-15 Texts between Monty Grow and Matthew Smith GOV_MG-011230-33 |
| | 14 | | 27-Feb-15 Text between Monty Grow and Matthew Smith GOV_MG-011234 |
| | 15 | | 10-May-15 Texts between Monty Grow and Robin Halliburton/Shane Matthews GOV_MG-011235-37 |
| | 16 | | Undated InforMD Compounding Promotional Materials GOV_MG-011630-37 |
| | 17 | | Undated Monty Grow HR File GOV_MG-051523 |
| | 18 | | 15-Apr-15 Email between Phil Lockwood and Matthew Smith re Revised Wording on Sales Rep Offer Letters for Commissions GOV_MG-055334 |
| | 19 | | 29-Apr-15 Email between David Corcoran and Diana Hinton re Offer Letter GOV_MG-086424 |
| | 20 | | 24-Mar-15 Email between Monty Grow and Deanna Dutting re Gary Herber GOV_MG-11183 |
| | 21 | | 22-Apr-15 Text between Monty Grow and Matthew Smith MG_DEF000217 |
| | 22 | | 8-Jan-15 Text between Monty Grow and Tiffany MG_DEF000220 |
| | 23 | | 2-Feb-16 Texts between Monty Grow and Christopher O'Hara MG_DEF000222-224 |
| | 24 | | 19-Apr-15 Text between Monty Grow and Daniella MG_DEF000225 |
| | 25 | | 2-Mar-15 Texts between Monty Grow and Matthew Smith MG_DEF000226-227 |
| | 26 | | 19-Mar-15 Text between Monty Grow and Matthew Smith MG_DEF000228 |
| | 27 | | Undated Text between Monty Grow and Matthew Smith MG_DEF000229 |
| | 28 | | Undated Texts between Monty Grow and Matthew Smith MG_DEF000230-231 |
| | 29 | | 13-May-15 Text between Monty Grow and Nichole Powell MG_DEF000232-233 |
| | 30 | | 22-Jan-15 Text between Monty Grow and Matthew Smith MG_DEF000234 |
| | 31 | | 29-Sep-14 Text between Monty Grow and Matthew Smith MG_DEF000235 |
| | 32 | | Undated Text between Monty Grow and Ryan Forsthoff MG_DEF00218 |

|  | | |
|---|---|---|
| | 33 | | 28-Apr-15 Email between Monty Grow and Jill Cichowicz (no subject) MG-089443 |
| | 34 | | 30-Apr-15 Email between Matthew Smith and Monty Grow re Schedule MG106994 |
| | 35 | | 30-Apr-15 Email between Wayne Moore and Monty Grow re Sandra and Sabirna Jordan MG107556 |
| | 36 | | 28-Apr-15 Email between Matthew Smith and David Corcoran re Offer Letter MG108032 |
| | 37 | | 29-Apr-15 Email between Matthew Smith and Monty Grow re Offer Letter MG108170 |
| | 38 | | 29-Apr-15 Email between Monty Grow and Kowanda Rodriguez re Working Part Time MG108384 |
| | 39 | | 1-Apr-15 Email between Monty Grow and Ralph Louis re New Script Needed MG116485 |
| | 40 | | 19-Apr-15 Email between Monty Grow and Joseph Owmby re Scan.pdf MG116505 |
| | 41 | | 10-Apr-15 Email between Monty Grow and David Vose re Comp Meds MG116554 |
| | 42 | | 9-Apr-15 Email between Monty Grow and Chris Szabo re Question About Overseas Clients MG116719 |
| | 43 | | 19-Apr-15 Email between Monty Grow and Jill Cichowicz re Refill MG116860 |
| | 44 | | 20-Apr-15 Email between Monty Grow and Nichole Powell re Questions MG117189 |
| | 45 | | 24-Mar-15 Email between Monty Grow and Matthew Smith re Wow MG117271 |
| | 46 | | 31-Mar-15 Email between Monty Grow and Richard Steinkohl re Feb Commissions MG117480 |
| | 47 | | 18-Mar-15 Email between Monty Grow and Patrick Smith re New Hire Information MG117481 |
| | 48 | | 31-Mar-15 Efax from 1st Care MG117715 |
| | 49 | | 16-Mar-15 Email between Patrick Smith and Monty Grow re Employment Contract Proposal MG119492 |
| | 50 | | 22-Jan-15 Email between Monty Grow and Matthew Smith re Monty Grow efax MG120006 |
| | 51 | | 4-Feb-15 Email between Monty Grow and Deanna Dutting re January Payments MG120010 |
| | 52 | | 25-Jan-15 Email between Monty Grow and Christopher O'Hara re Update MG120082 |
| | 53 | | 29-Jan-15 Email between Armando Lozada and Alisa Catoggio re Mg Ten MG120092 |
| | 54 | | 30-Jan-15 Email between Monty Grow and Alisa Catoggio (and others) re Refills MG120118 |
| | 55 | | 26-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120137 |

| | | | |
|---|---|---|---|
| | 56 | | 25-Jan-15 Email between Monty Grow and Matthew Smith re Question MG120143 |
| | 57 | | 5-Feb-15 Email between Monty Grow and Deanna Dutting re Travis Wright MG120155 |
| | 58 | | 21-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120308 |
| | 59 | | 23-Jan-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG120545 |
| | 60 | | 9-Feb-15 Email between Monty Grow and John Wetzel re New Patient MG120793 |
| | 61 | | 22-Jan-15 Email between Monty Grow and Aricka Spencer (no subject) MG120870 |
| | 62 | | 28-Jan-15 Email between Monty Grow and Matthew Smith re Patient First HIPPA MG121191 |
| | 63 | | 27-Jan-15 Email between Monty Grow and Alisa Catoggio re Luis Stephen Green MG121405 |
| | 64 | | 2-Feb-15 Email between Monty Grow and Matthew Smith re Corporate efax message MG121496 |
| | 65 | | 27-Jan-15 Email between Monty Grow and Christopher O'Hara (no subject) MG121761 |
| | 66 | | 21-Jan-15 Email between Monty Grow and Alisa Catoggio re No Contact with Patients MG121784 |
| | 67 | | 11-Feb-15 Email between Monty Grow and Mary Jo Giles re Refills Needed MG121833 |
| | 68 | | 26-Jan-15 Email between Monty Grow and Ginger Lay re Ginger Lay MG121861 |
| | 69 | | 26-Jan-15 Email between Monty Grow and Deanna Dutting re Ulysses Tomblin MG121894 |
| | 70 | | 27-Jan-15 Email between Monty Grow and Jill Zebrowski re Compounding MG122045 |
| | 71 | | 20-Nov-14 Email between Monty Grow and Matthew Smith re Pedigree MG122156 |
| | 72 | | 26-Dec-14 Email between Monty Grow and Matthew Smith re Still No Ethoxy? MG122322 |
| | 73 | | 11-Dec-14 Email between Monty Grow and Matthew Smith re Ginger Lay MG122376 |
| | 74 | | 16-Dec-14 Email between Monty Grow and Ginger Lay re Tele-Medicine State List MG122452 |
| | 75 | | 29-Dec-14 Email between Monty Grow and Raymond Bear re Scar Compound MG122559 |
| | 76 | | 14-Jan-15 Email from Ashley Roddy re InforMD HIPAA Business Associate Agreement MG122616 |
| | 77 | | 26-Nov-14 Email between Monty Grow and Ginger Lay re Agreement MG122976 |
| | 78 | | 23-Nov-14 Email between Monty Grow and Christopher O'Hara re States MG123049 |

| | | | |
|---|---|---|---|
| | 79 | | 3-Dec-14 Email between Monty Grow and Ruth Bass re November Preliminary Report MG123107 |
| | 80 | | 27-Dec-14 Email between Monty Grow and Alec Vancil re Just a Few Questions MG123803 |
| | 81 | | 8-Jan-15 Email between Monty Grow and Alec Vancil re Hey Monty MG123911 |
| | 82 | | 17-Dec-14 Email between Monty Grow and Donna Kovell re Vitamins MG123933 |
| | 83 | | 24-Nov-14 Email between Monty Grow and Nichole Powell re Prescription MG124451 |
| | 84 | | 5-Jan-15 Email between Monty Grow and Louis Haigler re Patient MG124461 |
| | 85 | | 6-Dec-14 Email between Monty Grow and Mary Jo Giles re Jacob Sackman MG124467 |
| | 86 | | 22-Dec-14 Email between Monty Grow and Larry Speir re Agreement and Invoice MG124747 |
| | 87 | | 22-Apr-14 Email between Denae Brown and Ryan Forsthoff re InforMD Next Steps and Important Information MG124871 |
| | 88 | | 31-May-14 Email between Monty Grow and Colleen Johnston re InforMD Sales Consultant Agreement Attached MG125391 |
| | 89 | | 22-Apr-14 Email between Monty Grow and Colleen Johnston re New Reps MG125428 |
| | 90 | | 5-Jun-14 Email between Monty Grow and Colleen Johnston re New Rep MG126561 |
| | 91 | | 9-Jul-14 Email between Colleen Johnston and Monty Grow re SteraBase Information MG126775 |
| | 92 | | 22-May-14 Email between Monty Grow and Shane Matthews re Compounding Pharmacy MG126987 |
| | 93 | | 28-Mar-14 Email between Monty Grow and Colleen Johnston re InforMD Sales Consultant Agreement Attached MG127264 |
| | 94 | | 7-Apr-14 Email between Ryan Forsthoff and Craig Hordlow re Script Pads for Physician MG127355 |
| | 95 | | 23-Jun-14 Email between Monty Grow and Ruth Bass re Bank Info MG127397 |
| | 96 | | 17-Apr-14 Email between Monty Grow and Denae Brown re InforMD Next Steps and Important Information MG127478 |
| | 97 | | 23-Jun-14 Email between Monty Grow and Colleen Johnston re New Rep MG128151 |
| | 98 | | 14-May-15 Email between Monty Grow and Shane Matthews re Sales Agreement MG128195 |
| | 99 | | 21-May-14 Email between Monty Grow and Ryan Long re Agreement MG128362 |
| | 100 | | 27-May-15 Email between Monty Grow and Wayne Moore re Request MG131152 |

| | | | |
|---|---|---|---|
| | 101 | | 27-May-15 Email between Monty Grow and Matthew Smith re Patient Info MG131605 |
| | 102 | | 19-Apr-15 Email between Monty Grow and Austin Ashby re Patient Out-Form MG144030 |
| | 103 | | 19-Apr-15 Email between Monty Grow and Cody Haas re Patient Intake Information Form MG144352 |
| | 104 | | 20-Apr-15 Email between Monty Grow and Alex Vancil re Question MG144395 |
| | 105 | | 24-Apr-15 Email between Monty Grow and David Corcoran re W-2 Onboarding MG144457 |
| | 106 | | 3-Mar-15 Email between Monty Grow and Matthew Smith re Survey/Patient Questions MG145736 |
| | 107 | | 3-Mar-15 Email between Monty Grow and Matthew Smith re Survey/Patient Questions MG145742 |
| | 108 | | 11-Mar-15 Email between Monty Grow and Matthew Smith re Sales Rep Offer Letter Without Draw MG145928 |
| | 109 | | 9-Mar-15 Email between Monty Grow and Matthew Smith re Agreement MG145961 |
| | 110A | | 11-Mar-15 Email between Monty Grow and Ginger Lay re Patient Question MG146156 |
| | 110B | | 11-Mar-15 Email between Monty Grow and Ginger Lay re Patient Question |
| | 111 | | 12-Mar-15 Email between Monty Grow and Matthew Smith re HR Update MG146207 |
| | 112 | | 10-Mar-15 Email between Monty Grow and Matthew Smith re Do You Have Job Descriptions for Your People MG146439 |
| | 113 | | 11-Mar-15 Email between Monty Grow and Matthew Smith re Updated Transdermal 1 MG146442 |
| | 114 | | 4-Mar-15 Email between Monty Grow and Matthew Smith re Program Discontinued MG146577 |
| | 115 | | 2-Mar-15 Email between Mary Jo Giles and Blair von Lentemann MG146669 |
| | 116 | | 11-Mar-15 Email between Monty Grow and Luis Green re Patient Intake Information MG146758 |
| | 117 | | 4-Mar-15 Email between Matthew Smith and Mary Jo Giles re Ginger Lay MG146770 |
| | 118 | | 2-Mar-15 Email between Monty Grow and Luis Green re Deployed Clients MG146805 |
| | 119 | | 4-Mar-15 Email between Monty Grow and Patrick Smith re Employment Contract Proposal MG146909 |
| | 120 | | 10-Mar-15 Email between Monty Grow and Luis Green re Multi Vitamin Part One MG147109 |
| | 121 | | 6-Mar-15 Email between Monty Grow and Matthew Smith re Monty's Employment Letter MG147139 |

| | | |
|---|---|---|
| | 122 | 4-Mar-15 Email between Monty Grow and Wayne Moore re Please Call Me MG147144 |
| | 123 | 23-Feb-15 Email between Monty Grow and Matthew Smith re Monty Grow MG147405 |
| | 124 | 20-Feb-15 Email between Monty Grow and Matthew smith re Assessment MG147438 |
| | 125 | 26-Feb-15 Email between Monty Grow and Matthew Smith re Your Reservation Confirmation for Fleming's Steakhouse MG147496 |
| | 126 | 20-Feb-15 Email between Ginger Lay and Monty Grow re Consent Form MG147504 |
| | 127 | 24-Feb-15 Email between Monty Grow and Mary Jo Giles re Sara Meyer MG147510 |
| | 128 | 23-Feb-15 Email between Monty Grow and Jacob Ehekircher re Jacob Ehekircher MG147518 |
| | 129 | 23-Feb-15 Email between Monty Grow and Andrew Boothe re Compounding MG147736 |
| | 130 | 24-Feb-15 Email between Monty Grow and Natalie Leon-Pinckney re M. Stiles Intake Form MG147864 |
| | 131 | 18-Feb-15 Email between Monty Grow and John Wetzel re Patient Mario Castro and Patient Wendy Williams MG147931 |
| | 132 | 24-Feb-15 Email between Monty Grow and Louis Haigler (no subject) MG148244 |
| | 133 | 17-Nov-14 Email between Monty Grow and Ginger Lay re Available States MG149088 |
| | 134 | 13-Nov-14 Email between Monty Grow and Matthew Smith (no subject) MG149562 |
| | 135 | 1-Oct-14 Email between Monty Grow and Mark Vollaro re Telemedicine MG149725 |
| | 136 | 30-Sep-14 Email between Monty Grow and Mark Vollaro re Telemedicine MG149752 |
| | 137 | 14-Nov-14 Email between Monty Grow and Ginger Lay re Prescription Pads MG149823 |
| | 138 | 10-Nov-14 Email between Monty Grow and Manda Martini re Compound Info MG150010 |
| | 139 | 23-Oct-14 Email between Monty Grow and Matthew Smith re eFax message MG150227 |
| | 140 | 30-Sep-14 Email between Monty Grow and Matthew Smith re Rx Pad Template MG150257 |
| | 141 | 20-Aug-14 Email between Matt Skellan and Ryan Forsthoff re InforMD Update = 30 gm Emergency Supply MG150381 |
| | 142 | 22-Sep-14 Email between Monty Grow and Antoine Mourani re Sterabase Study MG150691 |
| | 143 | 12-Aug-14 Email between Monty Grow and Dr. Willie re Reference Letter MG151041 |

| | | | |
|---|---|---|---|
| | 144 | | 15-Aug-14 Email between Monty Grow and Ryan Forsthoff re Agreement MG151786 |
| | 145 | | 5-Sep-14 Email between Erik Santos and Monty Grow re Countersigned Agreements MG152802 |
| | 146 | | 30-Jul-14 Email between Colleen Johnston and Murray Firestone re Sterabase Sample MG153453 |
| | 147 | | 9-May-15 Email between Matthew Smith and Telemedtechrx re Formula that Is Not Profitable PCA-IOWA003884 |
| | 148 | | 19-May-15 Email between Matthew Smith and Kim Day re Happy Customer - Thought I'd Share PCAX00102181 |
| | 149 | | 3-Mar-15 Email between Matthew Smith, Mary Jo Giles and Kim Day re Survey/Patient Questions PCAX00103071 |
| | 150 | | 14-Jan-16 Email between Joe Dimond and Patrick Smith re Compliance Audit Report PCAX00146944 |
| | 151 | | 13-Apr-15 Email between Patricia Gunn and Phil Lockwood re Discretionary Bonus Payout Q1 PCAX00158275 |
| | 152 | | 26-Feb-15 Email between Thomas Buscemi and Patrick Smith re Good Luck PCAX00159194 |
| | 153 | | 26-Feb-15 Email between Gary Walker and Patrick Smith re Meeting Tonight PCAX00159198 |
| | 154 | | 25-Feb-15 Email between Patrick Smith and Gary Walker re Emailing Engagement Letter PCAX00159460 |
| | 155 | | 25-Feb-15 Email between Patrick Smith and Gary Walker re Meeting Tonight PCAX00159465 |
| | 156 | | 29-Oct-14 Email between Matthew Smith and Carmen Green re W9s PCAX00164989 |
| | 157 | | 25-Feb-15 Email between Patrick Smith and Gary Walker re Emailing Engagement Letter PCAX00179907 |
| | 158 | | 21-Jul-15 Email between Matthew Smith and Caroline Eller re Telemed Copays PCAX00426849 |
| | 159 | | 5-Feb-15 Email between Joe Dimond and Matthew Smith (no subject) PCAX00478831 |
| | 160 | | 5-Mar-15 Email between Matthew Smith and Patrick Smith re Expertise PCAX00503779 |
| | 161 | | 13-Apr-15 Email between Monty Grow and Matthew Smith re Conversion PCAX00508513 |
| | 162 | | 7-Aug-14 Email between Monty Grow, Matthew Smith and Mary Jo Giles re Application and Order for Sterabase PCAX00515619 |
| | 163 | | 2-Mar-15 Email between Matthew Smith and Alisa Catoggio re Your Messages from Appletree PCAX00824010 |
| | 164 | | 24-Apr-15 Email between Matthew Smith and David Corcoran and Monty Grow re W-2 Onboarding Process PCAX01060486 |

| | | |
|---|---|---|
| | 165 | 7-Aug-14 Email between Matthew Smith and Bill Balsalmo re DCRX MDPlus Marketing Agreement PCAX01062649 |
| | 166 | 30-Jul-14 Email between Matt Smith and Steve Miller re Can U Send Me the Latest Edits Once More for Legal PCAX01062658 |
| | 167 | 28-Apr-15 Email between Monty Grow and Matthew Smith re Offer Letter PCAX01063232 |
| | 168 | 27-Apr-15 Email between Phil Lockwood and Ross Christianson and RLH re Q2 HR Board Update PCAX01063770 |
| | 169 | 29-Sep-14 Email between Monty Grow and Matthew Smith re Agreement PCAX01066766 |
| | 170 | 5-Mar-15 Email between Monty Grow and Patrick Smith re Employment Contract Proposal PCAX01067414 |
| | 171 | 5-Mar-15 Invoice - Law Offices of David J. Corcoran PCAX01068091 |
| | 172 | 24-Apr-15 Email between Monty Grow and Matthew Smith re PCA On Boarding Process PCAX01068316 |
| | 173 | 1-May-15 Email between Matthew Smith and Monty Grow re Monty's Group - Onboarding Packages PCAX01071306 |
| | 174 | 30-Nov-16 Indictment |
| | 175 | Undated call_17-55-18_OUT_6054754700-1 (transcript forthcoming) |
| | 176 | Undated CV of Carter Conrad |
| | 177 | Undated CV of Ronaldson, Patrick Thomas |
| | 178 | PCA - Documents |
| | 179 | Pharmetrics - Documents |
| | 180 | 14-Nov-14 Email between Monty Grow and Craig Long re Mutually Signed NCND and MOU for Your Review MG148891 |
| | 181 | Composite Exhibit – 1099s MG_DEF000088-000147 |
| | 182 | Composite Exhibit – PCA Website MG_DEF000001-000087 |
| | 183 | Wholesale Referral Agreement MG_DEF000165 |
| | 184 | Independent Sales Consultant Agreement MG_000171 |
| | 185 | Service Agreement Between Legacy and MGTen MG_000181 |
| | 186 | Independent Sales Agent Agreement MG_000183 |
| | 187 | Consulting Agreement MG_000197 |
| | 188 | Letter from Matthew Smith to Monty Grow MG_000200 |
| | 189 | Composite Exhibit – Letters of Authorization MG_000203-210 |
| | 190 | Composite Exhibit – 1st Care MD Screenshots MG_000236 |
| | 191 | Call - 01-08-2016 - Dutting GROW call 625PM _ Time of Call 23 min 23 seconds |
| | 192 | Call 01-14-2016 - Dutting GROW call 822PM _ Time of Call 27 min 41 seconds |
| | 193 | 21-Jan-15 Texts between Monty Grow and (352) 286-4660 |

|  |  |  |
|---|---|---|
|  | 194 |  | 14-Nov-14 Email between Monty Grow and Matthew Smith re Report PCAX01002642 |
|  | 195 |  | 6-Oct-14 Email between Monty Grow and Matthew Smith re Monty's People MG149890 |
|  | 196 |  | 13-Oct-14 Email between Monty Grow and Matthew Smith re Patients to Switch Over MG149847 |
|  | 197 |  | 16-Oct-14 Email between Monty Grow and Matthew Smith re Monty's People MG149262 |
|  | 198 |  | 11-Jul-14 Email between Monty Grow and Rick Massengale re Monty June MG126262 |
|  | 199 |  | 26-Jan-15 Email between Monty Grow and Jill Zebrowski re Compounding MG121719 |
|  | 200 |  | 1-Dec-14 Email between Monty Grow and Jonelle Coronado re Tricare Compounds MG123462 |
|  | 201 |  | Photos of 1679 Seabreeze Drive Tarpon Springs, Florida |
|  | 202A |  | Ginger Lay Resume GL-000277 |
|  | 202B |  | Personal Guaranty GL-000367 |
|  | 202C |  | Texts between Ginger Lay and Mike Lewis GL-000428 |
|  | 202D |  | Composite Exhibit - Texts between Ginger Lay and Reginald Vines GL-000445, 447, 451 |
|  | 202E |  | Texts between Ginger Lay and Mark Terrill GL-000461 |
|  | 202F |  | Composite Exhibit - Texts between Ginger Lay and Richard Sharrieff GL-000470-77, 484-85, 487-88, 490, 492, 511 |
|  | 202G |  | Composite Exhibit - Texts between Ginger Lay and David Lloyd GL-000527, 530-531, 536-538, 541, 544, 546, 572, 575, 579, 582 |
|  | 202H |  | Composite Exhibit - Texts between Ginger Lay and Jeff Madison GL-000600-601 |
|  | 202I |  | Participation Information and Consent Form GL-000996 |
|  | 202J |  | 12-Jan-15 Email from Assessment Survey to Rebecca Dickensauge re Med Rx Assessment Program - Rebecca Dickensauge GM-001092 |
|  | 202K |  | Composite Exhibit – Med RX Sales LLC Bank of America Account Documents GL-001040-1067 |
|  | 202L |  | Texts between Ginger Lay and Sister in Law GL-000518 |
|  | 202M |  | Texts between Ginger Lay and Erik Santos GL-000584 |
|  | 202N |  | Texts between Ginger Lay and David GL-000777-80 |
|  | 203 |  | 2-Dec-14 Email from Monty Grow to Ginger Lay re Telemed Packet MG122588 |
|  | 204 |  | 4-Mar-15 Email from Ginger Lay to Monty Grow re Teledoc MG145947 |
|  | 205 |  | 29-Apr-15 Text between Ginger Lay and Monty Grow |
|  | 206 |  | 4-Mar-15 Text between Ginger Lay and Monty Grow |
|  | 207 |  | 13-Apr-15 Email from Med Rx Assessment Survey to Blair Von Letkemann re Medrx 30 Day Product Assessment Survey – Blair Von Letkemann |

| | | | |
|---|---|---|---|
| | 208 | | 2015-Apr-1 Email between Esan Forde and Matthew Smith and Others re Larry Wilson GOV_MG-089333 |
| | 209 | | 5-Mar-15 Email between Ralph Louis and Monty Grow re Reversal MG146607 |
| | 210 | | 19-May-15 Email between Matthew Smith and Kim Day re Happy Customer – Thought I'd Share PCAX00102181 |
| | 211 | | Composite Exhibit – Emails between Monty Grow and Ralph Louis MG118030; MG118466; MG118602; MG118833; MG119357 |
| | 212 | | 25-Mar-15 Email between Monty Grow and Ralph Louis re Urgent MG119731 |
| | 213 | | |
| | 214 | | |
| | 215 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |