UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20893-CR-MORENO(s)

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW

    Defendant.
_____/

## DEFENDANT'S WITNESS LIST

Defendant Monty Ray Grow hereby respectfully files his final witness list, as follows:

1. David Corcoran
2. Sal DaVilla
3. Luis Green
4. Monty Ray Grow

    Respectfully Submitted,

/s/ Jeffrey E. Marcus
Jeffrey E. Marcus
MARCUS NEIMAN & RASHBAUM LLP
201 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Tel: (305) 400-4260
Daniel L. Rashbaum
Fla. Bar No. 75084
drashbaum@mnrlawfirm.com
Jeffrey E. Marcus
Fla. Bar No. 310890
jmarcus@mnrlawfirm.com

/s/ Kathryn A. Meyers
Kathryn A. Meyers
Fla. Bar No. 0711152
kate@kmeyerslaw.com
LAW OFFICE OF KATHRYN A. MEYERS PLLC
201 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Tel: (305) 400-4266
*Counsel for Defendant Monty Ray Grow*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2018, a true and correct copy of the foregoing was served via CM/ECF and hand-delivered on all counsel or parties of record.

By:   /s/ Jeffrey E. Marcus
Jeffrey E. Marcus