UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20893-CR-MORENO(s)

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

      Defendant.
_____/

# VERDICT

1.    We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 1 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 1, please move on to Count 2. If you find the Defendant Guilty as to Count 1, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the two lines below),

    a.    by knowingly and willfully executing a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, TRICARE, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347 ; and

    _____       _____
    Yes             No

    b.    by knowingly and with the intent to defraud devising and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

    _____       _____
    Yes             No

2. We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 2 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

3. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 3 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

4. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 4 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

5. We, the Jury, unanimously find the Defendant, Mònty Ray Grow as to Count 5 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

6. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 6 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

7. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 7 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

8. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 8 of the Superseding Indictment:

      GUILTY: _____        NOT GUILTY: _____

9.    We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 9 of the Superseding Indictment which charges the Defendant with conspiracy to pay and receive health care kickbacks:

        GUILTY: _____        NOT GUILTY: _____

If you find the Defendant Not Guilty as to Count 9, please move on to Count 10. If you find the Defendant Guilty as to Count 9, please indicate which offense the Defendant conspired to commit. (Please remember that in order to return a guilty verdict as to this offense, you must unanimously answer "yes" on at least one of the three lines below),

    a.    by violating Title 18, United States Code, Section 371, and Title 42, United States Code, Section 1320a-7b(b)(1)(A), by knowingly and willfully soliciting and receiving remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for referring an individual to a person for the furnishing and arranging for furnishing of any item and service for which payment may be made in whole and in part under a Federal health care program, that is, TRICARE:

    _____        _____
    Yes              No

    b.    by violating Title 42, United States Code, Section 1320a-7b(b)(2)(B), by knowingly and willfully offering and paying remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to a person to induce such person to purchase, lease, order, and arrange for and recommend purchasing, leasing, ordering, and arranging for and recommending purchasing, leasing, and ordering any good, facility, service, and item for which payment may be made in whole and in party under a Federal health care program, that is, TRICARE.

    c.    by violating Title 42, United States Code, Section 1320a-7b(b)(2)(A), by knowingly and willfully offering and paying any remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to a person to induce such person to refer an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole and in part by a Federal health care program, that is, TRICARE.

    _____        _____
    Yes              No

10. We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 10 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

11. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 11 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

12. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 12 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

13. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 13 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

14. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 14 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

15. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 17 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

16. We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 18 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

17. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 20 of the Superseding Indictment:

   GUILTY: _____   NOT GUILTY: _____

18. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 22 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

19. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 23 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

20. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 24 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

21. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 25 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

22. We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 26 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

23. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 28 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

24. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 29 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

25. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 30 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

26. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 31 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

27. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 32 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

28. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 33 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

29. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 36 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

30. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 37 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

31. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 38 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

32. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 39 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

33. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 40 of the Superseding Indictment:

        GUILTY: _____        NOT GUILTY: _____

34. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 41 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

35. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 43 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

36. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 44 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

37. We, the Jury, unanimously find the Defendant, Monty Ray Grow, as to Count 45 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

38. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 46 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

39. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 47 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

40. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 48 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

41. We, the Jury, unanimously find the Defendant, Monty Ray Grow as to Count 49 of the Superseding Indictment:

GUILTY: _____ NOT GUILTY: _____

SO SAY WE ALL

_____  _____
Foreperson                                              Date