# UNITED STATES DISTRICT COURT
## Southern District of Florida

## Case Number 16-20893-CR-MORENO(s)

**United States of America,**

**vs.**

**MONTY RAY GROW,**

       **Defendant.**

_____/

## GOVERNMENT'S FINAL WITNESS LIST

The United States hereby files its final witness list.

1. Ginger E. Lay
2. Philip G. Snodgrass
3. Blair W. Von Letkemann
4. James W. Featherston
5. Jennifer Klein
6. Lisa Klitz
7. Robin S. Halliburton
8. Amanda B. Donnelly
9. Nicole Carter Powell
10. Rosa Linda Rambaran
11. Rashaan R. Rambarran
12. Jill M. Cichowicz
13. Josie Brundige

14. Michael K. Ewton

15. Armando M. Lozada

16. Sven B. Bjerke

17. Ankush Kumar Bansal

18. Jonelle Coronado

19. Keith R. Tighe

20. Gary J. Walker

        Respectfully submitted,

        RANDY A. HUMMEL
        ATTORNEY FOR THE UNITED STATES
        ACTING UNDER AUTHORITY CONFERRED
        BY 28 U.S.C. § 515

By: /s Kevin J. Larsen
    Kevin J. Larsen
    Assistant United States Attorney
    Court No. A5501050
    99 Northeast 4th Street, 4th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9356
    Fax: (305) 536-4699
    Email: kevin.larsen@usdoj.gov