UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20893-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONTY RAY GROW,

        Defendant.        /

## JUDGMENT OF ACQUITTAL AS TO COUNTS 50 and 51 ONLY

Judgment of Acquittal is entered herein as to the defendant, MONTY RAY GROW, on Counts 50 and 51 **ONLY**.

**DONE AND ORDERED** in Miami, Florida this 29th day of January, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record