UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,
   Plaintiff,

vs.

**MONTY RAY GROW,**
   Defendant.
_____/

## ORDER GRANTING MOTION TO ADMIT EXCULPATORY RECORDINGS OF MONTY GROW

THIS CAUSE came before the Court upon defendant's motion to admit exculpatory recordings of Monty Grow pursuant to FRE 801(d)(1)(B)i) **[D.E. #96]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **GRANTED** in Open Court on January 29, 2018.

DONE and ORDERED in Open Court in Miami-Dade County Florida, this 29th day of January, 2018 and signed this ___2nd___ day of ~~January~~ February, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record