UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

we would like ~~to~~ 11 more copies made of the indictment so each member ~~board~~ has a copy

___1/31/2018___
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.

**MONTY RAY GROW,**

      Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

we would like to listen to the recordings on DX 191 & DX 192 but have no mechanism to play from a USB/flash drive.

1/31/2018
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20893-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONTY RAY GROW,

        Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We would like to know if we can review the testimony of Jonelle Coronado, Jill Cichowiz and Rosalinda Rombaran

2/1/2018
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  16-20893-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MONTY RAY GROW,

        Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We would like to know the definition of kickback and an explanation of the Federal Anti-kickback statute

2/1/2018
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20893-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MONTY RAY GROW,

    Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We have a Question regarding coming in on Monday

1. ___ has a test for school on Monday

2. ___ has a dr. appt on Monday but doesn't recall time → mentioned on day 1

2/2/2018
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.

_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We would like to leave for today. Thank you.

___2/2/18___
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20893-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MONTY RAY GROW,

    Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

We have a verdict

___2/5/18___
DATE