UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.

**MONTY RAY GROW,**

       Defendant.

_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of all exhibits in the above-styled cause offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court, from further responsibility.

Dated: 2/5/17

_____
Counsel for Defendant-Daniel Rashbaum
                      Jeffrey Marcus
                      Kathryn Meyers

EXHIBITS RELEASED BY:

_____
SHIRLEY CHRISTIE, Deputy Clerk

Dated: ~~January~~ Feb, 5 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of all exhibits in the above-styled cause offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court, from further responsibility.

Dated: 2/5/18

Counsel for Government-Kevin Larsen
Jon Juenger

EXHIBITS RELEASED BY:

SHIRLEY CHRISTIE, Deputy Clerk

Dated: ~~January~~ Feb, 5, 2018