```
 1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
 3              CASE NUMBER 16-20893-CR-MORENO
 4
    UNITED STATES OF AMERICA,
 5
                Plaintiff,              Courtroom 13-3
 6
      vs.                               Miami, Florida
 7
    MONTY RAY GROW,                     January 22, 2018
 8
                Defendant.
 9
10                    JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE FEDERICO A. MORENO
11                UNITED STATES DISTRICT JUDGE
12
    APPEARANCES:
13
    FOR THE GOVERNMENT:     KEVIN J. LARSEN, AUSA
14                          JON M. JUENGER, AUSA
                            United States Attorney's Office
15                          Economic Crimes Section
                            United States Attorney's Office
16                          99 Northeast Fourth Street
                            Miami, Florida 33132
17                                            305-961-9356
                                         Fax: 305-530-6168
18                                  kevin.larsen@usdoj.gov
                                    jon.juenger@usdoj.gov
19
    FOR THE DEFENDANT:      DANIEL L. RASHBAUM, ESQ.
20                          JEFFREY E. MARCUS, ESQ.
                            Marcus Neiman & Rashbaum, LLP
21                          2 South Biscayne Boulevard
                            Suite 1750
22                          Miami, Florida 33131
                                              305-400-4261
23                                       Fax: 866-780-8355
                                 drashbaum@mnrlawfirm.com
24                                  jmarcus@mnrlawfirm.com
25
```

1                        **KATHRYN A. MEYERS, ESQ.**
                        Law Office of Kathryn A. Meyers PLLC

2                        2 South Biscayne Boulevard
                        Suite 1750

3                        Miami, Florida 33131
                                      305-400-4266

4                                 kate@kmeyerslaw.com

5  **REPORTED BY:**             **GILDA PASTOR-HERNANDEZ, RPR, FPR**
                        Official United States Court Reporter

6                        Wilkie D. Ferguson Jr. US Courthouse
                        400 North Miami Avenue - Suite 13-3

7                        Miami, Florida  33128    305.523.5118
                        gphofficialreporter@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## TABLE OF CONTENTS

2                                                                 Page

3

4

Opening Statement by Mr. Juenger ......................... 199

5

Opening Statement by Mr. Rashbaum ........................ 213

6

Ginger Lay ............................................... 225

7

         Direct Examination by Mr. Larsen .................... 225

8

         Cross-Examination by Mr. Marcus ..................... 294

9

Reporter's Certificate ................................... 336

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**EXHIBITS**

2

| Exhibits | Marked for Identification | | Received in Evidence | |
|----------|---------------------------|---|---------------------|---|
| Description | Page | Line | Page | Line |
| Government's Exhibit Numbers 17-A, 17-B, 17-C, 17-D, 17-F, 18, 36, 51, 54, 56, 66, 68, 70, 80, 81, 82, 93, 96, 99, 101, 102, 103, 104, 106, 107, 108, 109, 111, 113, 114, 115, 116, 117, 118, 119, 120, 122, 129, 130, 131, 133, 134, 138, 139, 142, 154, 157, 173 ............ | | | 193 | 2 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jury Trial

5

 1        (The following proceedings were held at 9:00 a.m.:)

 2        THE COURT:  Good morning, everybody.  We're here on

 3   Case Number 16-20893-Criminal, United States of America versus

 4   Monty Ray Grow.

 5        On behalf of the Government, who do we have?

 6        MR. LARSEN:  Good morning, Your Honor.  Kevin Larsen

 7   and Jon Juenger for the United States.

 8        THE COURT:  On behalf of the defendant.

 9        MR. RASHBAUM:  Good morning, Your Honor.  Dan Rashbaum,

10   Jeff Marcus, Kate Meyers, and Monty Grow is present.

11        THE COURT:  All right.  The jurors are coming in.  I

12   told you already I'll conduct all the necessary voir dire, but

13   I'll give you extra time, 15 minutes each side for any

14   additional questions and you'll exercise your peremptory

15   challenges at sidebar.  Government goes first; accept, reject or

16   cause, and we'll go through them.

17        Did you all come up with a statement that you want me

18   to tell the jurors about the case or not, regarding the case, or

19   you just want me to tell them it's a health care fraud scheme

20   allegation by a former football player?

21        Defense, do you want me to mention that he was a former

22   football player or not?

23        MR. MARCUS:  Sure, Your Honor, yes.  And if you could,

24   Your Honor, maybe just mention that it involves marketing for a

25   pharmacy.

1           THE COURT:  Marketing for a pharmacy.  See if anyone

2  has read or heard anything about it.  Marketing and the

3  Government claims it's a fraudulent scheme.

4           MR. MARCUS:  Correct, Your Honor.  Yes.

5           THE COURT:  But he's presumed -- I'll do all the

6  presumption of innocence and all that, but just to see if it

7  triggers.

8           Do I tell them where he played football or not, or you

9  don't think so?

10          What I wouldn't want is for a juror all of a sudden to

11 say, oh, now I remember him, right in the middle, or not, but

12 it's up to the defense.  Or just say that he played for the NFL

13 in Florida?

14          MR. MARCUS:  At the University of Florida.

15          THE COURT:  Yes, that's what I meant.

16          MR. MARCUS:  Yes.

17          THE COURT:  The University of Florida.

18          MR. MARCUS:  Thank you, Your Honor.

19          THE COURT:  All right.  Anything else?

20          All right.  I saw some of the Government's voir dire

21 questions, but I'm not going to ask some of them.  I'm certainly

22 not going to ask any juror what the highest grade that they

23 completed is.  I think if you want to ask jurors that in your 15

24 minutes, I'll give you the rope for those 15 minutes to ask that

25 question, but I think it's an inappropriate question to ask.  I

1   think some of the smartest jurors went to elementary school and

2   some of the worst jurors get Ph.D.'s, or worse, jurist doctors.

3   I've had them, too, and I've had them recently in a civil case.

4   So I won't ask those questions, but I'll ask enough.

5          If you think any have been missing, that's why I give

6   you a chance to ask whatever you think is appropriate, as long

7   as you don't harass a juror.  All right?

8          Okay.  So have a seat.  You don't have to stand up when

9   we're bringing in a lot -- I'm also going to tell them in case

10  they have heard about the shutdown, it doesn't affect them

11  because the judiciary has three weeks' worth of money.  We're

12  very efficient.  So this case will not last three weeks, so

13  they're fine.  I'm sure it's going to be resolved, like it

14  always does, within a day or two and, at worse, within a week or

15  two.  That's just the way it is.  Okay?

16         Anything from the Government for voir dire?

17         MR. LARSEN:  Nothing, Your Honor.

18         THE COURT:  From the defense?

19         MR. MARCUS:  Your Honor, I just had a question about

20  how you will seat the jurors when they come in.

21         THE COURT:  Left to right.

22         MR. MARCUS:  Okay.

23         THE COURT:  I have never learned Hebrew, so I never do

24  it right to left.  Left to right.  That's how I do it, and they

25  will be in the back on the right side, from my perspective, the

1  jurors.  So they're in order.  You've got the list already.

2          They are outside, but they're lining up.

3          MR. LARSEN:  Your Honor, quick question before we get

4  started.  When we were at the conference, we spent a

5  considerable amount of time going through the evidence and I

6  think Your Honor mentioned that we would just move in the

7  evidence that we --

8          THE COURT:  I think we should select a jury first,

9  don't you?

10         MR. LARSEN:  Sure, Your Honor.

11         THE COURT:  I think it's not a good idea to submit

12 evidence until a jury is sworn.  That's when jeopardy attaches,

13 and we'll do that.  We'll have time to do that, of course.

14 We'll go through all the exhibits that have been agreed on, the

15 exhibits that have not been agreed on, and then you can make

16 your openings statements.  Of course, we'll do that.

17         You all have extra copies of the Witness List for the

18 court reporter?  They gave it to you already?

19         You know, she has her own dictionary for when you do

20 your opening statements, so she knows the right spelling of the

21 names.

22         THE COURT SECURITY OFFICER:  All rise.

23    (The venire entered the courtroom.)

24         THE COURT:  Thank you, Mrs. Christie, as efficient as

25 always.

1           Please, be seated.

2           THE COURTROOM DEPUTY:  We are missing one.

3           THE COURT:  You're missing one?

4           THE COURTROOM DEPUTY:  Yes, but I'll get him.

5           THE COURT:  Well, not if he's in the restroom or

6  anything.

7           THE COURTROOM DEPUTY:  No, he's downstairs.

8           THE COURT:  Why don't you swear them in first?

9           THE COURTROOM DEPUTY:  Jurors, could you please rise

10  and raise your right hand?

11      (The venire was sworn in by the Courtroom Deputy.)

12           THE COURTROOM DEPUTY:  Thank you.  You can have a seat.

13           THE COURT:  Good morning, everybody.  I'm Fred Moreno,

14  the presiding judge in a case.  We call this case United States

15  of America versus Monty Ray Grow.  The case number is

16  16-20893-CR, which means criminal.  Here in Federal court, we

17  try criminal and civil cases.  This happens to be a criminal

18  case.

19           Representing the United States of America as

20  prosecutors, who do we have?

21           MR. LARSEN:  Good morning.  Kevin Larsen.

22           MR. JUENGER:  And Jon Juenger on behalf of the United

23  States.  Good morning, everyone.

24           THE COURT:  And who else is at the table?

25           MR. JUENGER:  Also with us is Special Agent Caleb King

Voir Dire

1     and paralegal Cynthia Lam.

2             THE COURT:  On behalf of the defendant, who do we have?

3             MR. RASHBAUM:  Good morning.  Dan Rashbaum, Jeff Marcus

4     and Kate Meyers representing Monty Ray Grow.

5             THE COURT:  All right.  Thank you.

6             Now, let me tell you.  First, let me tell you one

7     thing.  I don't know if you watch the news.  Sometimes watching

8     the news too much is depressing, right?  On occasion there's

9     something nice that makes us feel good, but that's probably a

10    minority.

11            One of the things that have been in the news is a

12    so-called Government shutdown.  It doesn't affect you.  It

13    doesn't affect juror fees.  Number one, the judiciary has enough

14    money for three weeks, even with a shutdown.  So I don't know if

15    anybody was even thinking, oh, my goodness.  I really need my

16    $40 a day and my mileage and my parking fee.  Am I going to get

17    it?  Or maybe some of you were saying, wonderful, they are going

18    to cancel the jury trial.  I'm going to be able to go to work,

19    where I love to be.  I don't know, but it's not an issue for

20    you.  You may have other issues.

21            Let me tell you what we're going to do.  I'm going to

22    tell you a little bit about what the case is about, not much,

23    and then I'm going to ask you if anybody has heard about the

24    case, knows any of the individuals here -- that's why I have

25    them say who they are -- and whether you can sit here.  This

1    case should take two weeks, but that means I always want to give

2    myself a couple of days.  Why?  Someone could get sick.  I may

3    accommodate your schedule, if you want to see a child at a play

4    or something happened, you had a doctor's appointment, and we

5    had to take a couple of hours off or a morning or an afternoon.

6    So it's two weeks, the period that you were summoned for, but

7    just in case, we'd better plan for Monday or, at the latest,

8    Tuesday after that.  And I've told the lawyers that and they are

9    pretty sure.

10            Does anybody disagree that we can do it in two and a

11   half weeks, Government?

12            MR. LARSEN:  No disagreement, Your Honor.

13            THE COURT:  Defense?

14            MR. RASHBAUM:  No, Your Honor.

15            THE COURT:  See, so I've kind of boxed them in here on

16   the record in front of you.  I do that intentionally after I

17   have spoken with them.  So they are going to do their best.

18   We're going to do our best.  They're going to do their best

19   because I just sit here, but I'm probably going to help them on

20   that angle, the time.

21            But if you have any conflicts, whenever we call your

22   name I want you to bring it up, even if I don't ask you

23   specifically:  Can you sit here?  Have you ever heard about this

24   case?  Do you have any problems?

25            I'm going to ask you a bunch of questions.  We don't

1   mean to pry into your private affairs.  We just haven't been

2   able to come up with a better system of picking a fair and

3   impartial jury than by asking you a bunch of questions.

4        How many of you have been questioned before in any

5   court for jury selection?  Raise your hand.  Okay.  So some of

6   you know that already.  So you've got to go through it again.

7   You know, maybe you're a little older, but you don't look it

8   now.  Maybe you've changed jobs.  We're going to ask you those

9   things.  We won't ask you how old you are.

10       The only thing we'll ask you is:  Where do you live?

11  We don't want to know your exact address, not because of this

12  case.  We've got that downstairs, the Clerk's Office does.  But

13  I want to know the neighborhood, the town.  So don't just tell

14  me Miami.  It could be Little Havana.  It could be Little River.

15  You know, some names change.  Sometimes I don't even know some

16  places.  Oh, yeah, what neighborhood is that?  Oh, it used to be

17  Lemon City.  It's no longer Lemon City.  It's something else.

18  So I want you to tell me that.

19       If you're employed outside of the home, tell me what

20  you do for a living.  If you're married, what your husband or

21  wife, what your spouse does for a living.  Okay?  If you've ever

22  been a juror before, not just questioned, but actually sat in on

23  a case.  Was it a civil case where people sue each other for

24  money, you know, an accident, a business dispute, a malpractice

25  claim or a criminal case where someone is charged with a crime?

Voir Dire

1   Did you reach a decision?  No one will ask you what the decision

2   was, but whether you and the other jurors agreed on a decision,

3   a verdict.  Tell us whether you were the foreman or forelady of

4   the jury, the person who signs and dates the verdict form; of

5   course, whether you can sit here.

6           Now, if you're excused, you'll get to go before a much

7   wiser and probably more pleasant judge in another courtroom, but

8   it's probably going to be an even longer case than this.  A

9   bunch of judges are waiting for jurors, and probably with not as

10  nice of lawyers as you have here.

11          I know since you're under oath, it wouldn't affect your

12  answers, but it may affect the enthusiasm of your response.  So

13  I wanted to let you know, you don't just go to the park.  You're

14  going to go to another judge in another courtroom, and maybe it

15  will be one of those civil patent cases, I don't know, or

16  something like that, and you may enjoy that better than a

17  criminal case.  I don't know.

18          Okay.  Now, in Federal court and in State court, too,

19  except in death penalty cases -- and obviously this isn't one of

20  those -- the jurors have nothing to do with sentencing.  But one

21  of the questions I'll ask you is whether anyone has any

22  religious objections to sitting as a juror.  So I'm asking you

23  now as a group.  So if you are one of those individuals whose

24  religion precludes you, prohibits you from being a juror, we're

25  going to have a little chat.  We probably won't have a

1    theological discussion because that's probably a little

2    inappropriate, but I've got to make sure you understand my

3    question.

4            In other words, you have nothing to do with sentencing,

5    assuming -- and I'm not assuming -- you presume the defendant is

6    innocent unless and until proven guilty beyond a reasonable

7    doubt, but you don't have anything to do with sentencing no

8    matter what, whether to find someone not guilty or guilty.  All

9    right?

10           I'm going to ask you if you or anyone close to you has

11   ever been arrested.  So you want to tell me about your son got

12   into trouble while your daughter didn't or your daughter did

13   while she was a teenager and then you're going to have to tell

14   me if someone got arrested; you, yourself, whether it was a

15   driving under the influence or something else.

16           Then I'm going to ask you if you thought you were

17   treated fairly or your relative or your friend.  Any question I

18   ask you about yourself also involves friends.  We are sometimes

19   closer to our friends than we are to our relatives.  So you have

20   to assume that that's what I'm asking.  So if your best friend

21   was arrested and you thought, oh, my gosh, he was treated so

22   unfairly by the judge, the prosecutor, his own lawyer, let me

23   know, and then we'll follow it up to see whether that would have

24   any influence on you.

25           If you have ever been a witness in any proceeding of

1    any type, before any agency or trial; if you've been the victim

2    of a crime, someone whose house was burglarized, car was stolen,

3    the victim of identity fraud, tax fraud, anything like that, let

4    me know, and then tell me is that going to affect you in this

5    totally unrelated case.  If it does, we will chat a little bit

6    about it, okay, to see whether you can sit here and be fair.

7            I'm also going to ask you if -- of course, if you've

8    ever served on a jury, if you've ever been in the military or

9    anyone close to you or ever participated in any court marshal

10   proceedings, ever been a witness.

11           After I ask you a bunch of questions like that, whether

12   you can follow the law, there will be some general questions.

13   And then there probably won't be any more questions left to ask,

14   but the lawyers will come up with something because they're

15   representing their particular clients, and I may have forgotten

16   something or they may want to follow it up.  I've given them the

17   opportunity to ask you questions.

18           Then most of you are going to be excused, not because

19   you could not be fair and impartial jurors.  Most of you are

20   going to be excused because we're only going to choose 15, 16

21   individuals.  We'll see how many, and you can count there are a

22   lot more.  So you're going to get a chance to see that other

23   judge in that other longer trial, probably, but probably not

24   today.  I don't know whether they'll be ready for you this

25   afternoon.  Okay?

1          Now, some of you, of course, are concerned about your

2    jobs.  Well, you shouldn't be concerned about your jobs.  Your

3    employer can never penalize you.  They can never fire you

4    because you're on a jury or demote you or say something, unless

5    they are thinking of having free room and board and coming

6    before me, because that's what will happen to them.  Okay?  So

7    you don't have to worry about that, but if you have a concern

8    about something happening, let me know and we will figure it

9    out.

10         I cannot think of anything more important than jury

11   duty except probably military duty, and military duty is usually

12   a two-year thing.  You can get shot at in Iraq or Afghanistan.

13   So this is going to be pleasant in a certain sense.  It's still

14   duty and you make your own decision, but you also have company,

15   you know, a dozen or so jurors to help you out.  So it's a way

16   to do your duty, one way where democracy is in action in the

17   judiciary.  You vote for your congressman and your senators.

18   They're the ones who pass the law.  I'm going to tell you what

19   the law is.  You have to follow it whether you agree or not.

20         Now, the important part about that is if something has

21   happened to you; you sued someone, you were sued, you were mad

22   at the Government for whatever reason -- and the Government is

23   the prosecutors here -- and you are mad because something

24   happened -- I don't mean mad because of politics and all of

25   that.  We're not going to get into that, right, because there

are always two sides to everything.  Sometimes it gets a little

bit more volatile than others, but if you read history, the only

difference about today versus the past is we find out

instantaneously about everybody's disputes.  If you read history

from the revolutionary days, I mean, they had duels and shot at

each other and everything to resolve disputes.

But the reason I'm mentioning that is, if for some

reason you are so upset that you think you would take it out on

the defendant, who's presumed innocent; on the Government here,

the prosecutors who have to prove in this case, who have nothing

to do with whatever dispute you have, let me know.  We'll chat

about it.  I'm not going to just let you out.  We will chat

about it and see what your feelings are.  Okay?

But you tell me if you can sit here for your required

two weeks.  Don't tell me after you're chosen, oh, you know, I

forgot to tell you, I'm celebrating my -- well, I see around,

nobody is that old, but my 25th wedding anniversary, and I don't

want you to get a divorce when you're celebrating your 25th.  So

tell me your problems now, whatever problems you have dealing

with scheduling or sitting here.

Okay.  Now, if you can't hear me, you have a hearing

problem -- I'm just speaking now much more loudly into the

microphone -- let me know.  But, you know, we can move you

around to be closer, those of you who are far away.

Then, of course, English sometimes becomes an issue.

 1   You know, English was my third language, so I understand.  My
 2   kids say I have an accent.  I tell them, I don't think so, but I
 3   suspect that I probably do.  Having an accent shouldn't prevent
 4   you from being a judge or a juror.  So don't worry about that.
 5   It's understanding what's going on.  And I tell the lawyers, the
 6   best thing to do is to speak regular English, and not lawyer
 7   English.  You'll be better off.
 8          And then you say, I don't know anything about the law.
 9   Well, I'm going to tell you everything you need to know about
10   the law.
11          See, this is how a trial is conducted.  First, we go
12   through the jury selection, and for some reason, we use two
13   French words, voir dire, which voir means to see, dire means to
14   talk.  Some lawyers think in Latin it means to speak the truth.
15   I don't know where they got that, but it's not that.  It's to
16   see and to speak, and what we're doing is we're seeing each
17   other and we're speaking with each other, because after you're
18   chosen, you can't talk about the case until the case is finished
19   and you're deliberating.  Many of you are going to be excused.
20   So we want to know a little bit about yourself.  Okay?
21          If for some reason the answer to a particular question,
22   you cannot answer it in front of everybody, then let me know.
23   But you'll be surprised, you know, so many people have been
24   victims of crimes.  Everybody has had a nephew or you, yourself,
25   charged with something.  So there's really no shame in those

1    things.  It's just part of life, it's been my experience.  I

2    don't see why this case would be any different than the 750 some

3    trials I've tried.  Okay?

4           But let me know if you cannot be here for any reason.

5    English, all right?  Of course, if you understood what I've

6    said, you really don't have a language problem.  So we'll chat,

7    right?  So we'll do that at the time.  Okay?

8           Now, this case, the defendant, of course, is presumed

9    innocent, as I've already said once, unless and until proven

10   guilty beyond a reasonable doubt.  The way a trial is conducted,

11   after you're selected, if the lawyers want to make an opening

12   statement, they can.  They don't have to if they don't want to,

13   but they always do.  They tell you what they think the evidence

14   will show.

15          The burden of proof, what we say in the law of the

16   burden of proof, the prosecutors are the ones who have to prove

17   the case beyond a reasonable doubt.  The defendant doesn't have

18   to say or do anything.  The lawyers don't have to say or do

19   anything.  I've never seen the lawyers not do anything or say

20   anything.  I don't think this is going to be that case, the

21   first one in my close to 32 years as a judge, but it could be.

22   But I don't think so.  But they don't have to say or do

23   anything.  The burden of proof is always on the prosecutors, the

24   Government, beyond a reasonable doubt.

25          Other countries have different systems, other countries

that say are more progressive than we are, in Europe.  If you

have a problem with our system of justice, you say, you know

what, this thing about being presumed innocent and the burden of

proof and the prosecutors having to prove the case, I can't

follow that.  I'm sorry, judge, I cannot do it.  Then let me

know.  I'm not going to ask you individually, can you follow the

law?  So that's why I'm having this longer chat with you.  You

tell me what your problems are regarding that.  But you have to

follow the law whether you agree with it or not, but if you

disagree with it so strongly, I want to know about it, okay,

because of whatever happened to you or your son or your brother

or your father or something.

        And then after the Government rests, you'll hear

closing arguments from the lawyers.  They tell you what they

think the evidence has shown.  By then I tell them what I'm

going to tell you about the law, and then I tell you about the

law, and only then is when you start talking about the case

inside the jury room, so it will be your second home.  We have

coffee, soda.  This is a very, very nice building.  You paid for

it, so you might as well enjoy it.  And that will be probably

next week.

        So you tell me whether you're willing to do your duty

or not this one time for our great country that has given so

many of us so much.

        Now, another thing that today I have to tell you is

1    that a lot of people use the Internet.  A lot of people like to

2    google and do other things.  And what they like to do is, they

3    start googling the names of the lawyers and the case and the

4    judge.  If you start googling me, you will be there for hours,

5    you know and that's the first thing, because I've been around

6    maybe too long, some people say, but you cannot do that.  So if

7    you're addicted to the Internet and you cannot sit here for two

8    weeks and google about the case, get on the Internet, conduct

9    your own investigation, talk to other people, you suffer from

10   that illness and you say, I cannot get away from that, let me

11   know.  We'll send you to the appropriate therapist, too, okay?

12   Because that's what you have to do here.

13           Now, I'll make a deal with you in the event there's

14   been some publicity in the past in this case.  I'll tell you a

15   little bit about it.  And I will make a deal with you if you are

16   one of those individuals, and I'll cut out the articles, if

17   there are any, in the Miami Herald.  I'll do that for you.  And

18   at the end, once you've reached a decision, if you want, along

19   with your juror certificate, I'll give you those articles.  You

20   can throw it out just like the juror certificate if you wanted

21   to.  I don't know.  You do what you want with it.

22           But that's the deal that I'll make with you because you

23   must be able to not talk about the case.  It may be the last

24   thing you want to do after you spend a bunch of hours here every

25   day, want to talk about it, but you know yourself better than

 1   anybody.  So those are the things.  And I will constantly tell

 2   you not to get on the Internet on anything, but not to google or

 3   whatever other means.  It doesn't have to be Google.  I'm not

 4   preferring one enterprise over another.

 5          Now, I'm told -- and again, the defendant is charged

 6   through what we call an Indictment.  A big word is superseding,

 7   which means it's a second Indictment, second because the first

 8   one was modified.  No big deal.  And he's charged -- he's a

 9   marketer for pharmacies and he was a former National Football

10   League player and a former University of Florida football

11   player.  His name is Monty Ray Grow.  You've heard the lawyers

12   announce that he's here and he sits there presumed innocent

13   unless and until proven guilty beyond a reasonable doubt, and

14   the Government through the grand jury is charging him with

15   conspiring with agreeing with others to defraud the Federal

16   Government in a health care program called Tricare that involves

17   veterans or people in the military.

18          So has anyone in the first or second row here in the

19   jury box ever heard of this case or of this defendant as a

20   football player or about the case and the charges?  No one has.

21   How about back there, in any of those rows?  Anybody?  No one

22   has.  All right.  Now, that's fine.

23          Now, if something comes up in the next two weeks and

24   you're sitting at home with your wife and she says, oh, look at

25   that, that's your case.  You have to immediately turn the

1    channel and turn it off, and the next day you tell me, this is

2    all I've heard.  Or the newspaper article or whatever, okay?

3           You've got to resist that temptation.  And the reason

4    for that -- and you can't talk about the case.  It's not just

5    because I order you not to.  It's because the parties, the

6    lawyers on both sides are going to choose jurors after they have

7    spoken with you and mostly heard from you, who they think will

8    be fair, and I have no doubt that you will adhere to your oaths.

9           They haven't chosen your neighbor who's going to tell

10   you, oh, you know, I remember I went to Florida State.  I

11   remember that guy when he was at Florida.  Oh, my God, I can't

12   believe what happened, find him guilty; or some Gator fan says,

13   find him not guilty, he was great, or that type of thing.  Or

14   they have heard about the case and they say, oh, you know -- so

15   you have to be the type of person who will decide this case with

16   what is presented here, not what your neighbor tells you, even

17   your spouse or your children.  All right?

18          So I think that's enough of my mini-sermon.  Now, we

19   will get to the real questions.  So I'm going to start in order.

20   BY THE COURT:

21   Q.   Jose Perez.  We're going to give you a microphone, wherever

22   it is.  How are you?

23   A.   (By Mr. Perez) Good morning.

24   Q.   Okay.  You know, one of the most important persons in the

25   courtroom is Gilda Pastor-Hernandez.  She's a young lady sitting

1  down there on my left and you won't hear her say anything, but
2  she's constantly typing on those fingers of a pianist and she
3  takes everything down.  If I say something dumb, which sometimes
4  I do, she'll write it down no matter what it is, which means you
5  have to answer the question by saying yes or no and explaining
6  yourself.  You cannot nod your head sideways or up and down or
7  say uh-huh or uh-uh.  We've got to hear yes or no, and it's got
8  to be loudly into the microphone.
9          You were the first juror, so that's why I said that, so
10 everybody can hear it.
11         Where do you live, Mr. Perez?
12 A.  In Miami.
13 Q.  Can you put that a little closer?
14         Where do you live?
15 A.  Miami.
16 Q.  In Miami.  What part of Miami?
17 A.  Near the Kendall Hospital.
18 Q.  Near Kendall?
19 A.  Yeah.
20 Q.  Okay.  What type of work do you do?
21 A.  AC.
22 Q.  Air conditioning?
23 A.  Yeah.
24 Q.  Okay.  Do you have any problems understanding me?
25         Well, see, you're shaking your head --

Voir Dire

1  A.  Yeah.

2  Q.  -- and your shoulders, but the court reporter doesn't put

3  any of that down.

4        How much have you understood of my remarks this

5  morning, would you say, from zero to 100 percent?

6  A.  10 percent.

7  Q.  10 percent?  I'm glad you're in air conditioning and not a

8  teacher.  I would never have graduated from anything.  10

9  percent?  You're tough.

10        Do you ever watch television?

11  A.  Yeah.

12  Q.  What's your favorite show?

13  A.  I don't see -- the sports.

14  Q.  You see sports only?

15  A.  Yeah.

16  Q.  You don't watch anything but sports?  You watch the sports

17  in English or in Spanish?

18  A.  English.

19  Q.  Okay.  You understand what the sportscasters say?

20  A.  50 percent.

21  Q.  And you sometimes disagree with what they say?  Oh, he

22  should have done this, he should have done that.  Do you ever

23  disagree with the sportscaster, the guy on TV talking about -- I

24  don't know what sports you watch, but have you ever been a

25  juror?  Have you ever been on a jury?

Voir Dire

1  A.  Who?

2  Q.  Have you ever been in court?

3  A.  No.

4  Q.  Are you married?

5  A.  Yeah.

6  Q.  Okay.  Do you have children?

7  A.  One child.

8  Q.  How old?  How old is the child?

9  A.  15.

10  Q.  15.  Boy or girl?

11  A.  Girl.

12  Q.  You speak in Spanish or English to the child?

13  A.  Both.

14  Q.  Both?

15  A.  Yeah.

16  Q.  When you speak in English, does the child understand you?

17  A.  Yeah.

18  Q.  Is the child speaking -- it's a teenager.  Is the teenager

19  speaking in English to you?

20  A.  Yeah.

21  Q.  Do you understand your child?

22  A.  Maybe 50 percent.

23  Q.  50.  I'm moving up.  Okay.  10 percent.  So if I tell the

24  lawyers to speak like a 15-year-old, and then we move up from 10

25  percent to 50 percent.  I think if I spent another 20 minutes

1  with you, you would make me pass with 70.

2          All right.  Have you or anyone close to you ever been

3  arrested for anything?

4  A.  No.

5  Q.  See how quickly you answer that.  You understood 100 percent

6  of that.

7          Do you know any people in police work; Federal agents,

8  anything like that?

9  A.  No.

10  Q.  Have you ever had any disputes with the Federal Government?

11  A.  No.

12  Q.  All right.  Okay.  Well, I think you know more than 50

13  percent because we've had this discussion in English.  Okay?

14          All right.  Yoelis Diaz.  How are you?

15          Give him the microphone.  Tell me a little bit about

16  yourself.  Where do you live?

17  A.  (By Mr. Diaz) I live in Homestead, Florida.

18  Q.  Wow.  How long did it take you to get here today?

19  A.  One hour and -- close to two hours.

20  Q.  Wow.  It's a long way.  Did you take Metrorail?

21  A.  No.  I'm driving.

22  Q.  You may want to take Metrorail -- that's not an order --

23  because I think it's easier.  You park it.  You take it.  It

24  drops you off there.  And then you can either walk or take the

25  people mover.

1          What do you do for work?

2  A.  I am product development supervisor.

3  Q.  I didn't hear the first part.

4  A.  Product development.

5  Q.  And are you married?

6  A.  Yes, sir.

7  Q.  Is your wife employed?

8  A.  No.

9  Q.  Do you have kids?

10 A.  Yes.

11 Q.  And have you ever been a juror?

12 A.  Juror, no.

13 Q.  Do you want to be a juror?

14 A.  It's interesting.  I don't know.

15 Q.  The record will reflect the enthusiasm of his willingness to

16 serve.

17          Okay.  You know, if you're selected, at the end of the

18 case you'll probably call it jury pleasure, not jury duty,

19 because of my staff and the lawyers.  I think you'll enjoy it.

20 I'm not suggesting it's not a difficult thing to do, but

21 sometimes difficult things are enjoyable.

22          Have you or anyone close to you ever been arrested?

23 A.  No.

24 Q.  Do you know anyone in law enforcement, police work, agents,

25 that kind of thing?

1   A.   No.

2   Q.   Can you think of any reason you should not be a juror?

3   A.   I don't know.  No.

4   Q.   Okay.  If you don't know, I don't know either.  And I think

5   you look good, right?

6           Have you ever been the victim of a crime?

7   A.   No.

8   Q.   Have you ever testified in any court?

9   A.   No.

10  Q.   All right.  Are you nervous?

11  A.   No.

12  Q.   All right.  Good.  I like that.

13          All right.  Thank you.

14          Maximiliano Ollenik, how are you?

15  A.   (By Mr. Ollenik) Good.  Good morning.

16  Q.   Great.  Good morning.  Can you be here with us for the next

17  couple of weeks?

18  A.   I cannot.

19  Q.   You cannot?

20  A.   I cannot.

21  Q.   Why not?

22  A.   I have a business trip scheduled for next Monday.

23  Q.   And when you got your summons, did you cross out the second

24  week -- when they said two weeks, you said one week only?

25  A.   No.  My company scheduled this trip mid -- last week, in the

Voir Dire

1    middle of the week.  I had already filled out my online

2    questionnaire by then.

3    Q.   Okay.  And what do you do?

4    A.   I'm an international project manager.

5    Q.   Where are you going?

6    A.   Colombia.

7    Q.   For how long?

8    A.   Just the week of the 29th.

9    Q.   The whole week?

10   A.   I leave Sunday.  I come back that Friday.

11   Q.   Okay.  So you would rather serve on another case right after

12   that?

13   A.   I would rather serve on this case, if you can get my

14   employer not to get me to go.

15   Q.   Do you want me to call him?  You know --

16   A.   If you --

17   Q.   Pardon?

18   A.   If you can get me not to go, then absolutely.

19   Q.   Okay.  Are you going alone?

20   A.   Yes.

21   Q.   Okay.  So you go alone.  They never postpone anything?

22   A.   Sometimes it gets canceled, but I already got the ticket.

23   Normally they tell me about these trips ahead of time, and they

24   ask me if I can go or not.  In this case, it got booked in the

25   middle of last week.

Voir Dire

1  Q.  All right.  And are you married?

2  A.  I am not.

3  Q.  Have you or anyone close to you ever been arrested?

4  A.  No.

5  Q.  Ever been on a jury?

6  A.  No.

7  Q.  All right.  Ever been the victim of a crime?

8  A.  No.  Well, my car got broken into once.

9  Q.  Okay.  Is that going to affect you in this totally unrelated

10 case?

11 A.  Absolutely not.

12 Q.  Ever been a witness in any proceeding?

13 A.  No.

14 Q.  All right.  Thank you.

15 A.  You're welcome.

16 Q.  And you live in what part of town?

17 A.  I live in Kendall.

18 Q.  Okay.  Thank you.

19       Roberto Luis Izquierdo Beltran.  Mr. Izquierdo, tell me

20 a little bit about yourself.  Where do you live?

21 A.  (By Mr. Izquierdo Beltran) Cutler Bay.

22 Q.  Married?

23 A.  No.  Divorced.

24 Q.  Employed?

25 A.  Holiday Inn in Miami Beach.

1  Q.  What do you do for them?

2  A.  Maintenance.

3  Q.  Have you ever been a juror before?

4  A.  No.

5  Q.  You're looking forward to it then?

6        Let the record reflect that there's a gap between

7  question and answer.

8  A.  My answer is I don't speak English a lot.  I'm trying.  So I

9  understand 60 or --

10 Q.  I told you I would move up.  See?  10, 50, 60 percent.  I've

11 understood 100 percent of what you've said, but I guess I've got

12 to do better.  Okay.

13       At that Holiday Inn in Miami Beach, do you ever talk to

14 people from countries in Europe?

15 A.  No.

16 Q.  No?  You never talk to any of the customers, the guests?

17 A.  No.

18 Q.  Do you watch television?

19 A.  Yeah.

20 Q.  What's your favorite show?

21 A.  I watch Netflix.

22 Q.  Okay.  Netflix.  And you watch movies in English and series

23 in English?

24 A.  Yes, in English.

25 Q.  Have you watched The Crown?  It's a great show.  And you

1  know what you have to do -- it's the English from England.  So
2  you have to actually pay attention to it even though one speaks
3  English.  So you watch Netflix.  You understand it pretty well,
4  no?
5  A.  I'm trying.  So that's the reason that I watch in English.
6  Q.  To improve your English?
7  A.  Yeah.
8  Q.  Well, you know what we could do -- it probably -- I mean, I
9  know it's going to be interesting, but it probably won't be as
10 interesting at a Netflix series.  But if you're not selected,
11 and you want, I'll let you sit in in the courtroom during the
12 two weeks to watch and you won't have to decide.  What do you
13 think about that offer, to improve your English and you can sit
14 here?
15 A.  I don't know.  Improve my English?
16 Q.  But see, you're laughing.  So you understand.  See, that to
17 me tells me you understand more than 60 percent, I think.
18        Okay.  Have you or anyone close to you ever been
19 arrested?
20 A.  No.
21 Q.  Do you know anyone in law enforcement, police work?
22 A.  No.
23 Q.  Okay.  And your wife, before you got divorced, what type of
24 work did she do?  Did she work outside of the home?
25 A.  Technician pharmacy.

Voir Dire

1   Q.  Pardon?

2   A.  Pharmacy.

3   Q.  Okay.  All right.  Thank you.

4           Jefnie Jean, right?

5   A.  (By Mr. Jean) Yes, sir.

6   Q.  Mr. Jean, how are you?  Should I call you Jean, the French

7   way; or Jean, the American way?  What do you prefer?

8   A.  Either way.  It don't matter.

9   Q.  Either way.  Okay.  Where do you live?

10  A.  Little Haiti.

11  Q.  Are you married?

12  A.  No.

13  Q.  Are you employed?

14  A.  No.  I'm a student.

15  Q.  Okay.  What are you studying?

16  A.  Patient care assistant.

17  Q.  Okay.  I can hear you fine, but I've go to make sure they

18  hear you.  Patient care assistant?

19  A.  Patient care assistant.

20  Q.  And can you sit here and be a juror?

21  A.  Yes.

22  Q.  Have you ever been a juror before?

23  A.  No.

24  Q.  Have you ever been in court and testified?

25  A.  No.

1   Q.   Have you ever been the victim of a crime?

2   A.   Yeah, I guess.

3   Q.   Well, like what?

4   A.   I mean, the same thing.  Someone broke into my car.

5   Q.   I'm sorry.  I can barely hear.

6   A.   Someone broke into my car.

7   Q.   Your car.  Is that going to affect you in this totally

8   unrelated case?

9   A.   No.

10  Q.   Okay.  And you or no one close to you has ever been

11  arrested?

12  A.   Childhood friends.

13  Q.   Childhood friends.  Did you ever go to court with them?

14  A.   No.

15  Q.   Are you still friends with them?

16  A.   No.

17  Q.   Okay.  Is that going to make you prefer one side or another,

18  the fact that childhood friends were arrested?

19  A.   No.

20  Q.   Okay.  Do you know any police officers, law enforcement

21  agents, that kind of thing?

22  A.   No, sir.

23  Q.   Anybody in the courtroom?

24  A.   No, sir.

25  Q.   All right.  Anything else I forgot to ask you?

Voir Dire

1    A.   I don't know.

2    Q.   Okay.  Well, we've got to leave some questions for the

3    lawyers.  If not, they won't know what to ask, right?

4              All right.  Thank you.

5              Nathalie Petit Car, right?

6    A.   (By Ms. Car) Yes.

7    Q.   Okay.  Tell me a little bit about yourself.

8    A.   I'm a nurse and I live in North Miami.

9    Q.   Are you married?

10   A.   No.

11   Q.   Are you employed?

12   A.   Yes.

13   Q.   What do you do?

14   A.   VITAS.  I'm a nurse.

15   Q.   Have you ever been a juror before?

16   A.   No.

17   Q.   Have you ever been a witness in any proceeding?

18   A.   No.

19   Q.   Have you ever been in a courtroom?

20   A.   No.

21   Q.   Have you ever been the victim of a crime?

22   A.   No.

23   Q.   Do you know any law enforcement officers?

24   A.   Yes.

25   Q.   What department?

1   A.   My brother.

2   Q.   What is he, do you know?

3   A.   He is a police officer, a detective for the City of Miami.

4   Q.   For the City of Miami?

5   A.   Yes.

6   Q.   Is that going to make you prefer the Government?  You know,

7   if they call an agent, you say, oh, you know, for my brother,

8   I'm ready.  Give me that verdict form.  Would you do that?

9   A.   What is it?  What was the question?

10  Q.   If they call the police officer or law enforcement, would

11  you say, oh, with my brother being a police officer, I'm ready

12  to rule for the Government?  Would you do that?

13  A.   No.

14  Q.   Would you do the opposite because of your brother?

15  A.   It depends on the question and the answer.

16  Q.   And the evidence and all of that?

17  A.   Yes.

18  Q.   That's all.  All right.  And you and no one close to you has

19  ever been arrested, right?

20  A.   No.

21  Q.   Okay.  Thank you.

22        And you live in North Miami, you told me, right?

23  A.   Yes.

24  Q.   Thank you.

25        Angelica Berezin, right?

1   A.   (By Ms. Berezin) Yes, sir.

2   Q.   Okay.  By now you know the questions that I'm going to ask.

3   See how many answers you can give me without my having to ask

4   all the questions.

5   A.   Okay.  I live in Miami Beach, born and raised here.  I work

6   as a Realtor.  I do have family that's been arrested.

7   Q.   What type of cases?

8   A.   DUI.

9   Q.   Is that going to affect you in any way here?

10  A.   I don't think so.

11  Q.   Okay.  Do you think they were treated fairly?

12  A.   No.

13  Q.   Who didn't treat them fairly?

14  A.   Their representative, their attorney.

15  Q.   The lawyers?

16  A.   Yes.

17  Q.   Okay.  Any of these lawyers?

18  A.   No.

19  Q.   Okay.  Are you going to hold it against them because of what

20  some other lawyer did?

21  A.   No, no.  I have lots of friends that are lawyers.

22  Q.   Okay.  Do they do criminal law or prosecution?

23  A.   Not criminal -- some criminal.  I network with lawyers a

24  lot.  So --

25  Q.   Okay.  Are you going to network with them during these two

Voir Dire

1  weeks?

2  A.  No.

3  Q.  All right.  Have you ever been in a courtroom?

4  A.  I have.  I was a witness.  I had a case when I was an

5  employee at Sears that was down the street over 30 years ago.

6  Q.  Okay.  When you were a child.  Okay.  All right.  Was it an

7  employment issue of some type?

8  A.  No, it was a theft.  I was a witness to somebody stealing.

9  Q.  Do you think anything about that would affect you in this

10  case --

11  A.  No.

12  Q.  -- how you were treated or questioned?

13  A.  No.

14  Q.  Have you or anyone close to you ever been arrested?

15  A.  Yeah, my daughter.

16  Q.  You told me.

17  A.  Yeah.

18  Q.  And what else should I ask you?

19  A.  So I have another daughter who works for the Federal

20  Government.

21  Q.  What agency?

22  A.  TSA.  She's also applying for other agencies like Secret

23  Service and so forth.

24  Q.  Okay.  Is that going to make you prefer one side or another

25  because of that?

Voir Dire

1    A.   I don't think so.  She has past military as well.  So no, it
2    doesn't.
3              THE COURT:  All right.  Okay.
4              Has anyone in the first row ever heard of or
5    participated or done anything with Tricare or any benefits
6    regarding that?
7              Nobody?  Okay.
8              MS. BEREZIN:  Well, my family has had benefits with
9    Tricare.
10   BY THE COURT:
11   Q.   Okay.  Well, I figure you would say that.  All right.  And
12   is that going to make you prefer one side or another, because
13   there's going to be some evidence of that here?
14   A.   (By Ms. Berezin) No, I think I believe in also listening to
15   evidence and seeing what has to be said about it, but I am
16   familiar with Tricare, very much.
17   Q.   Okay.  Thank you.
18             Let's go now to Elizabeth Ramirez, way over there.  We
19   are going to give you a microphone to make things easier for our
20   court reporter, Gilda Pastor-Hernandez.
21             Ms. Ramirez, where do you live?
22   A.   (By Ms. Ramirez) Hialeah Gardens.
23   Q.   Married?
24   A.   No.
25   Q.   Employed?

Voir Dire

1    A.   No.   Full-time student.

2    Q.   What do you study?

3    A.   Psychology.

4    Q.   Psychology.  You know, you could sit on this jury.  You

5    can't talk about it, but later on you could do a term paper, if

6    you wanted to.  What do you think?

7         Do you have any classes that you can miss for the next

8    two weeks or how does that work?

9    A.   I would prefer if I wouldn't miss any classes.

10   Q.   And when you got your notice, did you know you were going to

11   be going to school?

12   A.   Yeah, but I didn't know my schedule.  Like I didn't --

13   Q.   You just got your schedule now?

14   A.   No, like at the beginning of January, and I got the letter

15   before.

16   Q.   So what are your classes now?

17   A.   In the morning.

18   Q.   Every morning?

19   A.   Yeah.

20   Q.   From what time to what time?

21   A.   11 and sometimes 10.

22   Q.   I'm sorry.  I didn't hear the second part.

23   A.   10 in the morning is the earliest, and I get out like at 12.

24   Q.   So 10 to 12?

25   A.   Um-hum.

Voir Dire

1   Q.  So you could be in the jury if we only worked in the

2   afternoon?

3   A.  Um-hum.

4   Q.  Is that a yes or a no?

5   A.  Yes.

6   Q.  Okay.  It may take us more than a week and a half, though,

7   to try this case.  I don't know, but we might do it.

8          Have you or anyone close to you ever been arrested?

9   A.  No.

10  Q.  Have you ever been a victim of a crime?

11  A.  No.

12  Q.  You know anyone in law enforcement?

13  A.  No.

14  Q.  All right.  Thank you.

15          Francisco Chamorro.

16  A.  (By Mr. Chamorro) Yes.

17  Q.  How are you?

18  A.  Doing well.  How about yourself?

19  Q.  I'll be better when I'm done with questioning all of you,

20  right?  So will you.

21          Can you sit here with us for the next couple of weeks?

22  A.  Yes, I can.

23  Q.  What do you do for a living?

24  A.  I work for a general contractor.

25  Q.  Have you ever been a juror before?

Voir Dire

43

1    A.   No.

2    Q.   Have you or anyone close to you ever been arrested?

3    A.   Yes, my cousin.

4    Q.   For what, do you know?

5    A.   Being young and stupid.

6    Q.   I'm sorry, I couldn't hear you.

7    A.   Being young and stupid.

8    Q.   Yeah, I thought that's what you said, but I'm trying to look

9    what law that is and I couldn't find it, see?  Because we've all

10   been there at one point or another, so we're all guilty of that.

11   Do you know, was it a --

12   A.   I can tell you the charge.

13   Q.   Tell me the charge.

14   A.   It was throwing a deadly missile into an occupied dwelling.

15   Q.   Okay.  Sounds pretty serious.

16   A.   He threw a coconut at a shutter.

17   Q.   Okay.  Now it sounds less serious, see?  Okay.

18        Now, did he go into a program or what happened to the

19   case?

20   A.   Yeah, he got off with doing a bunch of community service.

21   Q.   All right.  You think he was treated fairly?

22   A.   No, not at all.

23   Q.   Tell me, who didn't treat him fairly?

24   A.   I would say the officers to start with and then afterwards

25   the system in general was kind of all over the place.

1  Q.  The prosecutors and the police?

2  A.  Correct.

3  Q.  The judge?

4  A.  Yes.

5  Q.  Okay.  Are you going to hold it against these prosecutors or

6  these defense lawyers for what happened to him?

7  A.  No, I wouldn't.

8  Q.  Okay.  Did you ever go to court with him or --

9  A.  No, never.

10  Q.  Okay.  And you've never been a witness in any proceeding?

11  A.  No.

12  Q.  Have you ever been the victim of a crime?

13  A.  No.

14  Q.  Okay.  What else should I ask you?

15      And you live where?

16  A.  I live in Sunset.

17  Q.  Okay.  All right.  Thank you very much, sir.

18      Jorge Negrin.  How are you, sir?

19  A.  (By Mr. Negrin) Good.  Thank you.

20  Q.  Can you stay here with us for a couple of weeks?

21  A.  I could.  The only thing is I'm doing like physical therapy.

22  Q.  When do you have that?

23  A.  Like twice a day because I injured my meniscus.  I have like

24  an MRI pending that I need to take.

25  Q.  When is the MRI scheduled for?

Voir Dire

1    A.   They haven't called me yet, so I wouldn't know.

2    Q.   Okay.  We'll let you go if they call you.

3              When do you do your therapy?

4    A.   Like in the morning and in the afternoon.

5    Q.   In the morning and in the afternoon?

6    A.   Yeah.

7    Q.   Okay.

8    A.   It's like twice.

9    Q.   But you have set dates or hours or when is it?

10   A.   Yeah, I could do it like early in the morning and then late

11   in the afternoon.

12   Q.   Well, this week, when is it scheduled for?

13   A.   Again, in the morning, early in the morning and like 5:00 or

14   something like that.

15   Q.   5:00 in the morning?

16   A.   No, no, no, in the afternoon.

17   Q.   I was going to say, 5:00 in the morning?  Go do your

18   therapy.  You'll be ready to go here.  No problem.  I like that.

19   A.   No, some I could do myself, so --

20   Q.   Okay.  Well, we'll have enough breaks that if you need to

21   stretch or do something, we will give you room for that.  But

22   are you working?

23   A.   Yes.

24   Q.   Do you go to work every day?

25   A.   I can like do work -- I could do work from my house because

Voir Dire

46

1   I do like system support.  So some of it, I'm just sitting down.

2   Q.  Well, can you sit down and be a juror?

3   A.  Sure.

4   Q.  All right.  Have you or anyone close to you ever been

5   arrested?

6   A.  Yes.

7   Q.  Who?

8   A.  My son.

9   Q.  For what, if I may ask?

10  A.  Illegal substances.

11  Q.  I'm sorry?

12  A.  Illegal substances.

13  Q.  Was it in Federal court?

14  A.  Yes.

15  Q.  Did you [sic] go to trial?

16  A.  Yes.

17  Q.  Were you [sic] sentenced?

18  A.  No, the case was dismissed.

19  Q.  Was dismissed.  Was it in another courthouse over by Jackson

20  Hospital?

21  A.  I actually think it was in this courthouse.

22  Q.  In this courthouse?

23  A.  Yeah.

24  Q.  How long ago was it?

25  A.  About four years ago.

1    Q.   Okay.  Do you remember the judge?

2    A.   I think it was you.

3    Q.   Really?  They usually don't remember the judge.  So I'd

4    better not ask why, huh?  Okay.  I guess should I skip the

5    question whether you [sic] were treated fairly by the judge?

6    A.   No, he was.

7    Q.   Okay.  Well, here we are in another case.  What do you

8    think?  Do you think the prosecutors treated you [sic] fairly?

9    A.   Yes.

10   Q.   Did your own lawyer treat you [sic] all right?

11   A.   To my son, yes.

12   Q.   Okay.  And you never served on a jury before?

13   A.   No.

14   Q.   All right.  Thank you very much.

15            Elky Hortensia Porto, right?

16   A.   (By Ms. Porto) Yes.

17   Q.   Ms. Porto, how are you?

18   A.   Good.  How about yourself?

19   Q.   Great.  Can you be here with us for two weeks?

20   A.   Yes.

21   Q.   I'm sorry?

22   A.   Yes.

23   Q.   I know I heard that, but are you all whispering or am I

24   losing my hearing?  One of the two.  I don't know.

25            Have you ever been a juror before?

Voir Dire

1   A.   Yes, I have.

2   Q.   When was that?

3   A.   In the civil courthouse.   Citizens versus a homeowner.

4   Q.   Okay.   Did you reach a decision?

5   A.   Yes, we did.

6   Q.   Were you the foreman or foreperson of the jury?

7   A.   I was not.

8   Q.   Okay.   Can you give us any suggestions as to how to do

9   things better since you have the prior jury duty?   What do you

10  think?

11  A.   No.

12  Q.   No?

13  A.   No.

14  Q.   Okay.   And can you do it again?

15  A.   Yeah.   Yes.

16  Q.   Yes.   All right.   And have you or anyone close to you ever

17  been arrested?

18  A.   I was arrested like 18 years ago.

19  Q.   For what, if I may ask?

20  A.   Cultivation.

21  Q.   I'm sorry?

22  A.   Cultivation.

23  Q.   Do you think you were treated fairly?

24  A.   I was.

25  Q.   Is that going to have any influence whatsoever on you?

```
 1   A.   No.
 2   Q.   And are you married?
 3   A.   No.  Not legally, no.
 4   Q.   Do you have a boyfriend or --
 5   A.   I am with the father of my son, yes.
 6   Q.   Okay.  What type of work does he do?
 7   A.   He works at a chrome plating shop.
 8   Q.   Okay.  Can you think of any reason you should not be a
 9   juror?
10   A.   No.
11   Q.   How long ago was it that you were a juror?  Did you say four
12   years ago or --
13   A.   Yeah, about four years ago.
14   Q.   Okay.  And have you ever been the victim of a crime?
15   A.   No.
16   Q.   Do you know anyone in law enforcement?
17   A.   My brother-in-law is a firefighter.
18   Q.   Okay.  All right.  Thank you very much.
19           THE COURT:  What's happening with the mic, Shirley?
20           THE COURTROOM DEPUTY:  I don't know.
21           THE COURT:  Nothing?  Okay.  Let's find out.
22   BY THE COURT:
23   Q.   Let's find out now with Thony Williams Garcon.
24   A.   (By Mr. Garcon) Yes, sir.
25   Q.   Mr. Garcon, where do you live?
```

1    A.   North Miami.

2    Q.   Married?

3    A.   Yes.

4    Q.   You say that with pride.  Good.  Are you working?

5    A.   Yes.

6    Q.   What do you do?

7    A.   Cook.

8    Q.   Near downtown?

9    A.   Jackson.

10   Q.   Okay.  Have you ever been a juror before?

11   A.   Yes.  I never go inside the court.  I mean, I be a juror,

12   but I never be inside the court yet.

13   Q.   Okay.  So you were never chosen or --

14   A.   No, they never chose me.

15   Q.   Okay.  Do you want to be --

16   A.   And in court, I past one week.

17   Q.   Just waiting or what?

18   A.   Yeah, just waiting.  That's it.

19   Q.   Okay.  But you think you can do it?

20   A.   Yes.

21   Q.   Have you or anyone close to you ever been arrested?

22   A.   No.

23   Q.   Do you know anyone in police work, law enforcement?

24   A.   No, sir.

25   Q.   Is your wife working outside of the house?

1   A.   Yes.

2   Q.   What does she do?

3   A.   She work at Walmart.

4   Q.   Okay.  Who cooks at home?

5   A.   We are together.

6   Q.   Okay.  No, I was just curious.

7        Okay.  Have you or anyone close to you ever been

8   arrested?

9   A.   No, sir.

10  Q.   All right.  Did I forget any other questions?

11  A.   Well, I think that's fine.

12  Q.   All right.  Thank you.

13       Esther Margarita Rossetto, how are you?

14  A.   (By Ms. Rossetto) Good, sir.

15  Q.   Great.  Can you be here with us as a juror?

16  A.   Why not?  Yeah.

17  Q.   Why not?  All right.  That's the way we do it.

18       Have you ever been a juror?

19  A.   No.

20  Q.   Have you ever sued anyone or been sued?

21  A.   No.

22  Q.   Ever been in a courtroom?

23  A.   I've been 18 years ago.  I have a situation with a store.

24  Q.   Were you sued or you were arrested or what?

25  A.   They arrest me because I return something and I don't have

Voir Dire

1    the receipt.

2    Q.   It was a shoplifting charge?

3    A.   Yes.

4    Q.   What happened to the case?  It was dropped?

5    A.   Well, it dismissed because I prove my --

6    Q.   You had your receipt?

7    A.   Yes, I had the receipt.

8    Q.   Do you think you were treated fairly?

9    A.   Yeah.

10   Q.   From the beginning to the end?

11   A.   Well, to the end.

12   Q.   At the end?

13   A.   At the end.

14   Q.   Okay.  Now, so are you going to hold it against these

15   prosecutors because you were prosecuted for shoplifting at some

16   point a few years ago?

17   A.   Yeah, no.

18   Q.   You're going to hold it against them?

19   A.   No.

20   Q.   No?

21   A.   Definitely no.

22   Q.   Okay.  And you live where?

23   A.   In Hialeah -- Miami Gardens.

24   Q.   Okay.  All right.  How long does it take you to get here?

25   A.   Oh, here?

Voir Dire

1    Q.  Yeah.

2    A.  The court?  The time that I --

3    Q.  How much time did it take to come here from --

4    A.  Oh, 18 years ago.

5    Q.  No, no.  I don't mean then.  Today.

6    A.  Today?

7    Q.  Yeah.

8    A.  When I come?

9    Q.  The driving.  Did you drive?

10   A.  No, I took a Lyft.

11   Q.  You took Lyft?

12   A.  Uh-huh.

13   Q.  How long did it take Lyft to get here?

14   A.  Oh, maybe an hour.

15   Q.  An hour.  Okay.  I was just wondering.

16   A.  Yeah.  I paid $30 for that.

17   Q.  $3?

18   A.  30.

19   Q.  Oh, 30.  I was going to say, $3?  They won't make it.

20   A.  I know.  I never use a train.  That's why.

21   Q.  Okay.  You don't like to use a train?

22   A.  No, I never use it.

23   Q.  Maybe this --

24   A.  But I try for when I go back.

25   Q.  One other thing about jury duty is you might experience new

1  things.  You'll see the downtown, how it's improving.  Check out
2  new restaurants.
3  A.  Yeah, I notice.  I notice.
4  Q.  Do the Metro.  We still have a ways to go.  Get the train,
5  do the train, meet new people.
6  A.  Of course.  Yeah, it takes time.
7  Q.  I mean, I think it's kind of nice.
8  A.  Yes.
9  Q.  All right.  Let me see if I convinced Kelly Ann Padron that
10 it's nice.
11          Ms. Padron, do you want to be on this jury?
12 A.  (By Ms. Padron) Sure.
13 Q.  Have you ever been on a jury?
14 A.  No.
15 Q.  Are you working outside of the home?
16 A.  Yes.
17 Q.  What do you do?
18 A.  I'm a purchasing manager.
19 Q.  For what type of business?
20 A.  Hospital.
21 Q.  And you do pharmaceuticals, too, or --
22 A.  No.
23 Q.  Have you ever been in a courtroom in any way?
24 A.  Yes.
25 Q.  Doing what?

Voir Dire

1    A.   In traffic cases.

2    Q.   Pardon?

3    A.   In a traffic case.

4    Q.   In a traffic case.  You got the ticket?

5    A.   Yeah, I've gotten tickets.

6    Q.   Do you think you were treated fairly?

7    A.   Yes.

8    Q.   Is that going to affect you in this totally unrelated case?

9    A.   No.

10   Q.   Do you know anyone in law enforcement?

11   A.   Friends of my family, retired police officers.

12   Q.   Okay.  Is that going to affect --

13   A.   Older.  My parents'.

14   Q.   That's not going to affect you, right?

15   A.   No.

16   Q.   And except for the traffic ticket, you've never been

17   arrested, right?

18   A.   Yes.

19   Q.   All right.  Yes, you have not?

20   A.   Yes, I have.

21   Q.   Yes, you have?

22   A.   Yes.

23   Q.   For what, if I may ask?

24   A.   Possession of marijuana.

25   Q.   What happened to that case?

1    A.   I served a night in jail.

2    Q.   Okay.  Do you think you were treated fairly?

3    A.   Yes.

4    Q.   Is that going to affect you in this case?

5    A.   No.

6    Q.   All right.  Sorry I had to ask, but, you know, I told you

7    everybody would have something.

8    A.   I was a teenager.  It was a long time ago.

9    Q.   All right.  You were a teacher?

10   A.   A teenager at the time.

11   Q.   Oh, okay.

12   A.   It was a long time ago.

13   Q.   We're very relaxed about that.  All right.  Times are

14   changing, so... All right.  If you were on either side, you

15   would want someone as yourself as a juror?

16   A.   Yes.

17   Q.   All right.  Thank you.

18          Diego Fernando Hurtado, how are you, sir?

19   A.   (By MR. Hurtado) Good.  Yourself?

20   Q.   Mr. Hurtado, where do you live?

21   A.   Kendall.

22   Q.   Married?

23   A.   No.

24   Q.   Employed?

25   A.   Part-time, yes.  Data entry.

1    Q.   Okay.  Can you take a full-time job for two weeks with lots

2    of breaks, flexible hours, pleasant conditions, $40 a day,

3    parking?  Can you do that?

4    A.   Yeah, no problem.

5    Q.   Okay.  You've never been a juror before, right?

6    A.   I have in a civil lawsuit.

7    Q.   Did you reach a decision?

8    A.   We did.

9    Q.   Were you the foreman of that jury?

10   A.   No, I was not.

11   Q.   Do you remember what the case was about, an accident or --

12   A.   Yeah.  It was a wrongful death.

13   Q.   Okay.  How long of a case was it, a week?

14   A.   A little under a week.

15   Q.   A little under a week.  Well, we will make this one a little

16   over a week.  That's my goal, if you're selected.  Was it over

17   at the Flagler Street courthouse?

18   A.   It was, yeah.

19   Q.   How long ago was that, more or less?

20   A.   I want to say more than five years ago.

21   Q.   All right.  Isn't this a nicer building?

22   A.   It is much nicer.

23   Q.   Yeah.  We do it so you're comfortable for the longer period

24   of time that you'll be here.  Okay?  All right.

25            And have you or anyone close to you ever been arrested?

1  A.  No.

2  Q.  Do you know anyone in law enforcement, in the legal field?

3  A.  No.

4  Q.  Ever been the victim of a crime?

5  A.  Not that I'm aware of.

6  Q.  Okay.  Well, if you're not aware, it won't influence you.

7  All right.  Thank you.

8         Rosemarie Rey, right?

9  A.  (By Ms. Rey) Yes.  Good morning.

10  Q.  Okay.  Good morning.  Now you know what I'm going to ask.

11  So you're on.

12  A.  I live by FIU.  I'm a teacher.  Married.

13  Q.  What do you teach?

14  A.  I teach Pre-K4.

15  Q.  Okay.  So you could use a break and be with a bunch of

16  adults, no?

17  A.  Actually, this would be great, but it's a bad week.

18  Q.  Why is it a bad week?

19  A.  Because we have auditors from the archdiocese coming to our

20  school to observe us.

21  Q.  And you don't want the substitute teacher to be observed?

22  A.  I would love it.  I have three kids, but I can.

23  Q.  You can do it if you -- did you know that you were going to

24  have the audit when you got your juror summons?

25  A.  I didn't know what week it was going to happen.

1  Q.  When did they tell you?

2  A.  Last week.

3  Q.  Okay.  So you'd rather be there and come back on another

4  case?

5  A.  Yes.

6  Q.  All right.  Because if not, you'll be worried about what

7  happens?

8  A.  Well, I have the auditors this week and next week we have

9  Catholic school week.

10  Q.  Okay.  So you want to postpone this for a two-week in the

11  summer.  Do you teach in the summer?

12  A.  No, I don't.

13  Q.  So that's what you would rather do?  I'll give you a choice.

14  What do you want to do?

15  A.  I'd rather in the summer, probably.

16  Q.  Okay.  No problem.  Thank you.

17        Let me then go to Maylin Cruz-Caraballo.  We're going

18  to give you the microphone and then I'm going to ask you the

19  favor of standing up because you're so far away.  Your voice

20  will carry.

21        Ms. Cruz-Caraballo, where do you live?

22  A.  (By Ms. Cruz-Caraballo) I live in Kendall.

23  Q.  Married?

24  A.  Yes, I'm married with two kids, one 10 and one 14.

25  Q.  Can you be here and be a juror?

1  A.  Well, if you said that it's going to be like this week the

2  22nd and next week the 29th, yes, I will.

3  Q.  You can do it?

4  A.  Well, yeah.  I prefer no, but --

5  Q.  You prefer to be at home?

6  A.  Yeah.  I'm a nurse, you know.

7  Q.  You prefer to be working?

8  A.  Yes, I am.

9  Q.  You know, I think it's wonderful.  And my law clerk -- I had

10 a former law clerk who said, you know, all the jury trials you

11 do, so many people like working, that he gave me this bumper

12 sticker for me to pass out.

13 A.  No, the problem is I'm planning to take two weeks for a

14 surgery in February 12th.  So I'm going to be out from my job

15 two weeks.  So with this would be like a month.

16 Q.  You know what this says?  I'd rather be working.  He says,

17 you should pass this out because all prospective jurors tell you

18 that, and I'm glad the work ethic is still around.  I'm very

19 proud of that.

20         But you can do it, right?  You can be here for two

21 weeks?

22 A.  Yeah, you said it's like this week and next week?

23 Q.  It is.

24 A.  The 29th, yes.  On the 5, I can't.

25 Q.  Okay.  Which is -- you leave when, the Monday?  You are

1    going to leave on Monday, is when you have your surgery or what

2    do you have?

3    A.   On Monday, yes.

4    Q.   On Monday.  Okay.  So we should select you to make sure it

5    only takes two weeks.  You're the perfect juror.  If I get to

6    choose, I would choose you, but I don't get to choose, but I

7    would certainly encourage the lawyers to choose you and maybe

8    I'll get lucky.

9         You can be fair to both sides?

10   A.   Yeah.

11   Q.   You've never been a juror before?

12   A.   Never.  I don't watch TV.  I don't know nothing.

13   Q.   You watch TV?  Okay.

14   A.   No, I don't like news.  I have never been a jury.  I don't

15   see nothing.

16   Q.   Okay.  Is there any reason why you should not be a juror,

17   for any reason?

18   A.   No.

19   Q.   Okay.  Have you or anyone close to you ever been arrested?

20   A.   No.

21   Q.   Do you know any police officers, law enforcement agents?

22   A.   No.

23   Q.   All right.  Thank you very much.

24   A.   You're welcome.

25   Q.   Vanessa Fernandez.  Thank you for standing up.  You're on.

1  Tell me a little bit about yourself.

2  A.  (By Ms. Fernandez) Good morning.

3  Q.  Good morning.

4  A.  I live in Kendall Lakes.  I'm in public relations and

5  marketing.  I am traveling on the 31st on a business trip.  So

6  if we can wrap up before then, no problem.  I can serve.

7  Q.  The 31st.  When did you know that?  Is that the second week?

8  A.  This trip has been planned for a while.

9  Q.  All these trips are planned right before.

10  A.  Well, we have a new client and we're onboarding.  So I just

11  came back from a training last week, and this will be a

12  follow-up training.

13  Q.  So it's for training?

14  A.  Correct.

15  Q.  Is that for the whole day or --

16  A.  I'll be in New York the 31st through the 2nd.

17  Q.  Oh, my goodness gracious.  So you would rather come back on

18  another case for the whole two weeks?

19  A.  Unless you can wrap up before the 31st.

20  Q.  Yeah, that would be a goal.

21       Have you or anyone close to you ever been arrested?

22  A.  My brother was arrested for disorderly conduct at a football

23  game.

24  Q.  Do you think he was treated fairly?

25  A.  I wasn't there.  So probably.

Voir Dire

```
 1   Q.  Do you know anyone in law enforcement?
 2   A.  My father is an ex -- he's a retired police officer for the
 3   City of Miami.
 4   Q.  And did you say you were married?
 5   A.  I am married.  I have a son.
 6   Q.  Yeah, I knew about the son.  You told me.  And your husband,
 7   what does he do?
 8   A.  He's an accountant.
 9   Q.  Okay.  All right.  Thank you very much.
10   A.  Thank you.
11   Q.  Leisy Meneses, right?
12   A.  (By Ms. Meneses) Yes.   Martinez now.
13   Q.  Where do you live?
14   A.  Homestead.
15   Q.  How long did it take you to get here today?
16   A.  An hour and a half.
17   Q.  An hour and a half.  So I want you to hint to other jurors
18   how it takes you a half an hour less, see?  Did you take
19   Metrorail?
20   A.  I took the bus, then Metrorail.
21   Q.  Look at that.  You're the proof it saves half an hour.
22   A.  It does.
23   Q.  Okay.  Can you be a juror with us?
24   A.  Yes.
25   Q.  Have you ever been a juror?
```

```
 1   A.  No.

 2   Q.  Are you married?

 3   A.  Yes.

 4   Q.  Is your husband employed?

 5   A.  Yes.

 6   Q.  What does he do?

 7   A.  He owns an auto parts store.

 8   Q.  How about you, are you working?

 9   A.  I'm a -- yes.  I'm a legal assistant.

10   Q.  For what firm?

11   A.  Pathman Lewis.

12   Q.  Do they do criminal cases?

13   A.  No.  Commercial litigation.

14   Q.  Have you ever been a juror at any time?

15   A.  No.

16   Q.  Have you ever been a witness in any proceeding?

17   A.  No.

18   Q.  You ever go to court with the lawyers for anything?

19   A.  No.  Well, I used to work with a bankruptcy judge -- not

20   judge -- attorney.  So I would go to court with her, but --

21   Q.  With the bankruptcy attorney?

22   A.  Yes.

23   Q.  And what would you do in court?

24   A.  She was a bankruptcy trustee.  So I am nervous.

25   Q.  Trustee.  All right.
```

1   A.  Yes.

2   Q.  So you used to go over by the Claude Pepper Building?

3   A.  Yes.

4   Q.  Now they're right across the street.  So if you get bored

5   and you want to walk in over there during lunch hour, you can

6   see what it's like.

7   A.  No, that's okay.

8   Q.  Have you or anyone close to you ever been arrested?

9   A.  Yes.

10  Q.  Who?

11  A.  A nephew.

12  Q.  For what?

13  A.  Reckless driving.

14  Q.  Do you think he was --

15  A.  Possession of drugs.

16  Q.  Drugs, too?  Was he treated fairly?

17  A.  I wasn't there, but I believe he was.

18  Q.  Is that going to influence you in any way?

19  A.  I don't think so.

20  Q.  All right.  Thank you very much.

21          John William Bolton, Jr.

22  A.  (By Mr. Bolton) Good morning.

23  Q.  How are you, sir?  Good morning.

24  A.  Good, thank you.

25  Q.  Can you be here with us for two weeks?

```
 1   A.  Yes.

 2   Q.  Ever been a juror?

 3   A.  Yes.

 4   Q.  How many times?

 5   A.  Once.

 6   Q.  Were you the foreman?

 7   A.  Yes.

 8   Q.  What kind of a case?

 9   A.  Federal court, Judge Hoeveler, criminal case.

10   Q.  All right.  How long ago was that?

11   A.  20 years.

12   Q.  You know, he just passed just a little while ago.  Great

13   man.

14           Do you remember what the case was about?

15   A.  Yes.

16   Q.  What was it?

17   A.  Drug smuggling.

18   Q.  Okay.  And do you have any suggestions?  How long of a case

19   was it?

20   A.  I don't recall.  Maybe four days, three days.

21   Q.  All right.  Well, this will be a little longer.  And you can

22   do it again, right?

23   A.  Yes.

24   Q.  Have you or anyone close to you ever been arrested?

25   A.  No.
```

Voir Dire

```
 1    Q.   Do you know anyone in law enforcement?

 2    A.   I have some police officer friends.

 3    Q.   Do you know what department?

 4    A.   City of Miami Beach.

 5    Q.   Is that going to make you prefer one side or another?

 6    A.   No.

 7    Q.   And have you or anyone close to you ever been arrested?

 8    A.   No.

 9    Q.   Are you married?

10    A.   Yes.

11    Q.   Is your wife employed?

12    A.   Yes.

13    Q.   What does she do?

14    A.   She works with me, my company, administrative assistant.

15    Q.   And what do you do?

16    A.   Civil engineer.

17    Q.   Okay.  Did I miss anything else?

18    A.   Miami Shores.

19    Q.   Okay.  That's where you live?

20    A.   Half hour to get to work -- to get here.

21    Q.   Okay.  Thank you for coming back.  This building is nicer,

22    huh, than the one you had before, right, Mr. Bolton, right --

23    A.   Yes, it is.

24    Q.   -- with Judge Hoeveler?  Isn't this a nicer building?

25    A.   Yes, it is.  Very roomy.
```

Voir Dire

1   Q.  Okay.  Thank you.

2        Berny Garcia, right?

3   A.  (By Ms. Garcia) Yes.  Good morning.

4   Q.  All right.  What do you want to say?  Do you want me to earn

5   my pay and ask the questions?

6   A.  Yes.

7   Q.  Okay.  Where do you live?

8   A.  Miami.  I'm not sure what area, but it's Flagler and

9   Palmetto.

10  Q.  Okay.  Are you married?

11  A.  No.

12  Q.  Are you employed?

13  A.  Yes.

14  Q.  What do you do?

15  A.  I work in a party rental company as a sales rep and I also

16  go to school.

17  Q.  Have you ever been a juror before?

18  A.  Yes, twice.

19  Q.  Twice?

20  A.  Yes.

21  Q.  When was the last time?

22  A.  A year ago.  Flagler courthouse.

23  Q.  A civil case?

24  A.  Yes.

25  Q.  Did you actually get to reach a verdict?

1   A.   Yes.

2   Q.   Were you the forelady of the jury, foreperson of the jury --

3   A.   No.

4   Q.   -- the person who signs and dates the verdict form?

5   A.   No.

6   Q.   No.  And the other case was what, a criminal?

7   A.   I was dismissed.

8   Q.   You were dismissed?

9   A.   No, no.  Like it was dismissed.  I got chosen, but it was --

10  Q.   It settled, one way or another.  Was it in the same

11  courthouse?

12  A.   In the same courthouse, yes.

13  Q.   Okay.  It's a nice old courthouse, but it needs some help.

14  So now you are in a new courthouse.  You're ready to do it in a

15  new courthouse?

16  A.   Yes.

17  Q.   And have you or anyone close to you ever been arrested?

18  A.   No.

19  Q.   Do you know any police officers?

20  A.   No, I don't.

21  Q.   What else?  Did I miss anything?

22       Where do you live?

23  A.   Miami.

24  Q.   You told me.  Miami by the Palmetto.  You told me.  I don't

25  write down the answers.  The lawyers do because they don't want

Voir Dire

1    to repeat the question.  I sometimes repeat it, but I don't

2    write down the answer.

3          Okay.  Can you think of any reason you should not be a

4    juror?

5    A.  No.

6    Q.  All right.  Thank you very much.

7          David Gonzalez.

8    A.  (By Mr. D. Gonzalez) Good morning, sir.

9    Q.  Good morning.

10   A.  I go by Gonzo Gonzalez, sir.

11   Q.  Pardon?

12   A.  I go by Gonzo Gonzalez.  So I never listen to David anymore.

13   Q.  You go by?

14   A.  Gonzo, G-o-n-z-o.

15   Q.  Okay.

16   A.  It's on my business cards and everything like that.

17   Q.  Okay.  Can I call you Mr. Gonzalez or no?

18   A.  Yes, sir.  Thank you.

19   Q.  All right.  That's what I'll do.

20         And where do you work?

21   A.  I work at the Fontainebleau Hotel.  I'm a sales manager with

22   the audio/visual department.

23   Q.  Can you be here with us for the next two weeks?

24   A.  It would be very hard because right now it's our busy

25   season, January through March.  I could do it if we could do an

1   afternoon, to allow me to work with my clients because I deal

2   with a lot of international clients and right now the morning

3   hours is the best time for me to work with them because they're

4   six hours ahead.  But I can still serve or a latter term would

5   be optional, too, as well.

6   Q.  So you would rather come back in the summer?

7   A.  That would really help us out, because right now we're down

8   two salespeople, and we would be down three if I had to leave.

9   Q.  So you work more in the morning, though, because of your

10  foreign clients?

11  A.  Well, the last few nights -- I have got two groups.  I've

12  had to work till midnight, from seven to midnight, because we

13  have one group coming in and I just had another group coming in

14  at 6 p.m. last night and then trying to work to catch up prior

15  to coming here, correct.

16  Q.  You could use a vacation by being a juror.  What do you

17  think?

18  A.  I believe my wife would agree with you.

19  Q.  Well, she can't come with you here --

20  A.  No, sir.

21  Q.  -- but you could.  What do you think about that?

22  A.  I do need a vacation, yes.

23  Q.  Okay.  Do you want to get a vacation?  The vacation really

24  is to do something different, not just to sit on a beach, but to

25  do something different.

1          Do you think you could do that and be a juror and pay

2    attention, or are you going to be worried about work all the

3    time?

4    A.   Currently, I'm worried about my phone being off right now,

5    sir.

6    Q.   Okay.  Well, we all need that.

7    A.   But yes, if I was chosen and I had to, yes, I could do it.

8    Q.   All right.  Thank you.

9    A.   Yes, sir.

10   Q.   Immacula Thelisma.  Can you stand up?  Thank you so much.

11         Ms. Thelisma, tell me a little bit about yourself.

12   Where do you live?

13   A.   (By Ms. Thelisma) Miami Beach.

14   Q.   I don't know whether my hearing is going, but the farther

15   someone is, the softer they speak.

16         You live in Miami Beach?

17   A.   Yes.

18   Q.   Are you married?

19   A.   Separated.

20   Q.   Are you working?

21   A.   Last night I found a job.

22   Q.   You haven't found a job?

23   A.   I work for elderly people, home health aide.  My patient

24   died last night.  I went to a patient.  She likes me.  She

25   called the agency, so I got the job last night and I will finish

Voir Dire

 1   it -- like it's 7:30 p.m. to 7:30 a.m.

 2   Q.   You're going to work from 7:30 p.m. to 7:30 a.m.?

 3   A.   Yes.

 4   Q.   And then you're going to come here and sleep during the

 5   trial?

 6   A.   No, no.

 7   Q.   You have to sleep some time.

 8          So you've got your patient already and you need the

 9   money for work?

10   A.   Of course, but I have to take the bus from Collins, like

11   Saks Fifth Avenue to here.  I may come a little bit after 8:00,

12   the 120 to here.

13   Q.   All right.  All right.  Thank you.

14   A.   You're welcome.

15          THE COURTROOM DEPUTY:  I'm going to switch microphones.

16          THE COURT:  You're going to switch microphones?  Either

17   that or give me a hearing aid.  I don't know which one.  I

18   didn't think I was quite that old yet, but I might be.  I don't

19   know.  A brand new microphone.

20   BY THE COURT:

21   Q.   Oved Leon, Jr., right?

22   A.   (By Mr. Leon) Yes.  Good morning.

23   Q.   There you go.  I like that.

24          Where do you live?

25   A.   Miami Gardens.

Voir Dire

1    Q.   Married?

2    A.   Yes.

3    Q.   Employed?

4    A.   Yes.

5    Q.   Doing what?

6    A.   Carpenter.

7    Q.   How about your wife?

8    A.   I am the owner.

9    Q.   You are the owner?

10   A.   Yes.

11   Q.   Okay.  Good.  You know, another thing about jury duty,

12   before you tell me how tough it is to be the owner, is you could

13   get future customers by being on a jury.

14   A.   Yes, yes.

15   Q.   I just thought I'd mention that before we talk a little bit

16   more.

17          And your wife, is she working?

18   A.   Yes, with me.

19   Q.   With you?

20   A.   Yes.  My wife work with me, yes.

21   Q.   So then the shop is doing fine?

22   A.   Yes.

23   Q.   Okay.  Can you be a juror for the next two weeks?

24   A.   Yeah.

25   Q.   All right.  Have you ever been a juror before?

1    A.   No.

2    Q.   Can you think of any reason you should not be a juror?

3    A.   No.  My English is not very good.  I understand a little

4    bit, but --

5    Q.   Well, you've understood every question.

6    A.   Yeah.

7    Q.   So that's not a little bit.

8              What percentage have you understood?

9    A.   I don't know.

10   Q.   Give me a percentage.

11   A.   10 percent, 20.

12   Q.   10 percent?  You've answered every single question.

13   A.   Yeah.

14   Q.   That's 100 percent.  You forgot the zero next to 10.  And

15   you're laughing because you understand that.

16   A.   Yeah.

17   Q.   Do you watch television?

18   A.   Little bit.

19   Q.   What's your favorite show?

20   A.   Noticiero, the news.

21   Q.   The news.  You watch the news in English or Spanish?

22   A.   No, Spanish.

23   Q.   Nothing in English?

24   A.   A little bit sometimes.

25   Q.   All right.  Do you have any children?

Voir Dire

```
 1   A.   One, yes.
 2   Q.   How old?
 3   A.   25.
 4   Q.   Does the 25-year-old speak English and Spanish?
 5   A.   English -- both.
 6   Q.   Spanglish, right?
 7   A.   Spanglish.
 8   Q.   Yeah.  Now, when he speaks in English -- is it a son or a
 9   daughter?
10   A.   Son.
11   Q.   Son.  When he speaks English, you understand him?
12   A.   No.
13   Q.   You don't?
14   A.   Not good, good.
15   Q.   Sometimes it's better not to know everything anyway.
16   A.   I prefer Spanish, but --
17   Q.   You have a lot of customers?
18   A.   Yes.
19   Q.   Do you have a lot of clients?  They all speak Spanish?
20   A.   Yeah, all speak Spanish.
21   Q.   Every single one of them?
22   A.   Everybody, yeah.
23   Q.   I think you know more than you think, but I understand.  All
24   righty.  Thank you.
25            Alvaro Martinez.
```

Voir Dire

1   A.  Okay.  You're welcome.

2   Q.  See how quickly you sat down?  You knew what was going on.

3   That's 100 percent to me.

4           Mr. Martinez.

5   A.  (By Mr. Martinez) Good morning.

6   Q.  Good morning.  Where do you live?

7   A.  Miami.

8   Q.  What part of Miami?  Get the mic closer.

9   A.  Sweetwater.

10  Q.  Sweetwater?

11  A.  Yes.

12  Q.  Are you married?

13  A.  Yes.

14  Q.  Are you working?

15  A.  Jordan High Volt, electric.

16  Q.  What do you do?

17  A.  Jordan High Volt, electric.

18  Q.  Electric.  Okay.  Can you be a juror?

19  A.  No.

20  Q.  No?  Just plain no?  Why?  Why can you not be a juror?

21  A.  No, no.  It's yes.

22  Q.  Yes.  All right.  Have you ever been a juror?

23  A.  Huh?

24  Q.  Have you ever been a juror?  Have you ever been on a jury?

25  A.  My English is a little --

1   Q.   I know, I can see.  You know, the English always gets worse

2   when you do jury selection, I have found.  I don't know whether

3   it's my English or their English.  I haven't been able to decide

4   yet.

5            Have you or anyone close to you ever been arrested?

6   A.   No.

7   Q.   See, you understood that perfectly.

8            Do you know any police officers?

9   A.   No.

10  Q.   You understood that perfectly.

11           Have you ever been a victim of a crime?

12  A.   No.

13  Q.   You understood that perfectly.  So all we've got to do is

14  tell the lawyers, keep your English to the low level of the

15  judge, and you understand everything.

16  A.   Yeah, a little bit.

17  Q.   Yes.  All right.  Thank you.

18           Pedro Bodden.  Did I say that all right?

19  A.   (By Mr. Bodden) Bodden, yeah.

20  Q.   Bodden.

21  A.   Good morning.

22  Q.   Good morning.  Still the morning.

23           Can you be here with us?

24  A.   Yes.

25  Q.   Ever been a juror?

Voir Dire

```
 1   A.  No.

 2   Q.  What type of work do you do?

 3   A.  I am art dealer.

 4   Q.  Okay.  And what kind of art?  All sorts of art?

 5   A.  Cuban art, Latin American art, principally; but in general,

 6   everything.

 7   Q.  Okay.  Have you or anyone close to you ever been arrested?

 8   A.  No.

 9   Q.  Are you married?

10   A.  Yes.

11   Q.  Is your wife employed?

12   A.  Yes.

13   Q.  What does she do?

14   A.  She is an accountant assistant in a construction company.

15   Q.  All right.  Have you ever been in any courtroom for any

16   reason?

17   A.  No.

18   Q.  And do you know any police officers, law enforcement agents?

19   A.  I know a police.  I have a neighbor is a police.

20   Q.  Okay.  But you just say hi and good-bye, that kind of thing?

21   A.  Yeah, yeah, yeah.

22   Q.  They don't buy much art?  I don't know.  It's too expensive,

23   huh?

24   A.  Yeah.

25   Q.  Have you or anyone close to you ever been arrested?
```

1   A.   No.

2   Q.   Okay.  I think I asked you that already.  Did I miss

3   anything?  And you live in what part of town?

4   A.   I live in Homestead; near Homestead, Princeton.

5   Q.   Princeton?

6   A.   Yeah.

7   Q.   All right.  All right.  Thank you very much.

8   A.   Okay.  Thank you.

9          Arthur William Deprez.

10  A.   (By Mr. Deprez) Yes, sir.

11  Q.   How are you, sir?

12  A.   I'm good.

13  Q.   Can you be here with us?  Do you want to use the microphone

14  or not?  You probably don't need it.

15  A.   I don't.

16  Q.   I know you don't.  And you've got -- do you want to sit down

17  or you can do it standing up to stretch.

18  A.   I can stand for a little bit.

19  Q.   All right.  For a little bit.  We will do it quickly.

20          Where do you live?

21  A.   North Bay Village.

22  Q.   Married?

23  A.   Yes.

24  Q.   Employed?

25  A.   I am.

1   Q.   What do you do?

2   A.   I'm a Federal Medicare judge.

3   Q.   Okay.  And what type of cases do you have?

4   A.   Medicare cases.

5   Q.   Okay.  What do you think about this type of case?  Do you

6   think you can be a juror?  You're a judge already, so you're a

7   judge of the facts as a juror.  Do you think you could do it, or

8   do you think you would be biased?

9   A.   Of course, I can do it.

10  Q.   Pardon?

11  A.   I can do it, sir.

12  Q.   Okay.  You've dealt with Tricare before or not?

13  A.   I am a recipient of Tricare.

14  Q.   Okay.  Is that going to make you --

15  A.   Absolutely not.

16  Q.   -- unfair or anything?  Okay.

17       Have you ever been a juror before?

18  A.   I have not.

19  Q.   What else should I ask you?

20       Have you or anyone close to you ever been arrested?

21  A.   No.

22  Q.   Did I miss anything else?

23  A.   Police officers.

24  Q.   Okay.  Do you know a lot of police officers?

25  A.   I do.

Voir Dire

1    Q.  Okay.  Is that going to make you prefer one side or another?

2    A.  Not at all.

3    Q.  All right.  Thank you very much.

4         Delphine Glover.  Thank you for standing up.

5    A.  (By Ms. Glover) Good morning.

6    Q.  You're on now.  Tell me a little bit about yourself.

7    A.  I live at 6303 Northwest --

8    Q.  Oh, you don't have to tell me the exact address.

9    Neighborhood, city.

10   A.  City of Miami.

11   Q.  In Miami?

12   A.  Liberty City.

13   Q.  Liberty City.  Okay.  Can you be here with us?

14   A.  Yes.

15   Q.  Have you ever been a juror?

16   A.  No, sir.

17   Q.  Have you or anyone close to you ever been arrested?

18   A.  No.

19   Q.  Have you ever been a witness in any proceeding?

20   A.  No, sir.

21   Q.  Are you married?

22   A.  No, I'm not married.

23   Q.  Maybe you'll find love on a jury.  You never know, right?

24   A.  I was living with someone.

25   Q.  Oh, okay.  Then no.  Is that someone employed?

1  A.   Yes.

2  Q.   What does he do?

3  A.   He drive a bus.

4  Q.   Okay.

5  A.   Trolleybus.

6  Q.   Can you think of any reason you should not be a juror?

7  A.   Not as of right now.

8  Q.   Well, I don't want you to think about it later and tell me

9  later.  What do you think?  Any reason you should not be a

10 juror?

11 A.   I'll give it a try.

12 Q.   Pardon?

13 A.   I'm going to give it a try.

14 Q.   Can you succeed?  I want you to succeed, not just to try.

15 Do you think you can do it?

16 A.   Yeah, I think so.

17 Q.   All right.  You have any religious objection to sitting as a

18 juror?

19 A.   No.

20 Q.   Okay.  All right.  Thank you.

21        THE COURT:  Okay.  Let's move on.  While we're moving

22 on to the next potential juror, let me tell you:  Obviously,

23 we're a bunch of strangers.  I give you a microphone and I

24 intentionally try to lighten it up because I think many people

25 are scared when we ask all these questions and put a microphone.

1    You almost want to say, none of your business when you are

2    asking me all these questions.  So I try to add a little bit of

3    levity.

4              I don't want you to misunderstand.  When I do that,

5    it's to make you relax while we do jury selection.  But as soon

6    as you are chosen, and then it becomes -- I mean, it's serious

7    already, but I want you to relax.  Otherwise, people get too

8    tense.  So I don't want you to misunderstand.  My efforts to

9    make you relax does not mean that I don't take the case

10   seriously and certainly the lawyers take it seriously and you

11   should, too.  But I do that intentionally to make you more

12   relaxed.  I think it's better than to just go through the

13   questions:  Yes, yes, yes.  No, no, no.  So it takes a little

14   longer, but I think it makes you more comfortable so that we can

15   have this dialogue about whether you should serve or you can't

16   serve.  So I wanted to say that right now in the middle of this.

17   BY THE COURT:

18   Q.   Lisbette Mercedes Alvarado.  Thank you.

19   A.   (By Ms. Alvarado) Good morning.

20   Q.   How are you?

21   A.   Fine, thank you.

22   Q.   Can you be here with us the next couple of weeks?

23   A.   Yes, I can.

24   Q.   Have you ever been a juror?

25   A.   No, I have never been.

1   Q.   And where do you live?

2   A.   I live in Cutler Bay.

3   Q.   Are you married?

4   A.   Yes, I am.  I have three children and I'm an early childhood

5   teacher.

6   Q.   And how about your husband?

7   A.   He works in maintenance in Miami Beach for a nursing home.

8   Q.   Okay.  Is there any reason you should not be a juror?

9   A.   No.

10   Q.   And have you or anyone close to you ever been arrested?

11   A.   My husband was for a traffic citation.

12   Q.   He was actually arrested for the traffic --

13   A.   Well, for the night.  They take you for the night.

14   Q.   You think he was treated fairly?

15   A.   Yes.

16   Q.   Okay.  Is that going to affect you in any way?

17   A.   No.

18   Q.   The case was taken care of?

19   A.   Yes, he was just driving with a suspended license, and he

20   didn't know about it.

21   Q.   Okay.  Have you ever been a victim of a crime or witness in

22   any proceeding?

23   A.   No.  I've been in court for bankruptcy.

24   Q.   For your personal or your company?

25   A.   Yes.  My house was in foreclosure.

Voir Dire

```
 1  Q.  Okay.  I'm sorry.  And what happened?  Is that going to

 2  affect you in any way?

 3  A.  No, no.

 4  Q.  All right.  Thank you very much.

 5          Sarah Laura Gonzalez.  How are you?

 6  A.  (By Ms. S. Gonzalez) Good morning, Your Honor.

 7  Q.  Good morning.  Can you be a juror with us?

 8  A.  Yes, sir.

 9  Q.  Have you ever been a juror?

10  A.  Yes, sir.

11  Q.  How many times?

12  A.  One.

13  Q.  How long ago was it?

14  A.  About 20 years.

15  Q.  And do you remember which courthouse?

16  A.  It was in the 12th Street.

17  Q.  By the hospital?

18  A.  Yes, sir.

19  Q.  The Metro Justice Building?

20  A.  Yes.

21  Q.  A criminal case?

22  A.  It wasn't criminal.  It was about the husband.  He was very,

23  very --

24  Q.  Was it a domestic dispute?

25  A.  Yes.  Well, yes, it was a divorce, but for a lot of money
```

Voir Dire

1    involved, and also, he hurt her so badly.  It was really --

2    Q.  Okay.  And it was the courthouse by the hospital?

3    A.  Yes.

4    Q.  1351 Northwest 12th Street?

5    A.  Yes.

6    Q.  Okay.  Do you remember the judge?

7    A.  No.

8    Q.  We like to be forgotten.

9    A.  But I remember you.

10   Q.  You remember me because of what?

11   A.  Yes, because I was here about four years ago by my

12   son-in-law, a real estate forgery, and he was pressured by his

13   boss and it was you.  You were a very nice judge.

14   Q.  Okay.  Good to hear, but you never know.

15   A.  And you treat him very nice because you saw that it was

16   really a --

17   Q.  Okay.  Was he charged with a crime?

18   A.  Yes -- no, no, no.  Well, yeah, he was charged.  Two years.

19   Q.  He was sentenced by me?

20   A.  Yes.

21   Q.  Okay.  And you came to court --

22   A.  But everybody went about 10, 15 years and --

23   Q.  He got two years.  All right.

24   A.  The lawyer that he had, it was -- you tell the lawyer that

25   he should come here to defend him because he didn't defend him

Voir Dire

 1   at all.

 2   Q.  I probably didn't use those words, but you understood that.

 3   All right.

 4           But you thought the prosecutor was fair or not?

 5   A.  The lawyer didn't help him at all.

 6   Q.  His lawyer?

 7   A.  His lawyer.

 8   Q.  Okay.  Are you going to hold it against these lawyers?

 9   A.  No, not at all.  My niece, she's a judge, and my --

10   Q.  Here in Miami?

11   A.  -- husband is a lawyer.  At all.

12   Q.  Okay.  Your niece is a judge here in Miami?

13   A.  No, in Puerto Rico.

14   Q.  In Puerto Rico.  Okay.  How is she doing with the storm and

15   all of that?

16   A.  Yes, it's really --

17   Q.  Hard, huh?

18   A.  Yes, really hard.  On my family, it's really hard.

19   Q.  Now, let me ask you about that case that was before me.

20   A.  I was a juror also, a long time ago.

21   Q.  Who is it that I sentenced, your --

22   A.  My son-in-law.

23   Q.  Your son-in-law?

24   A.  Yes.

25   Q.  And he went to a jury trial or he pled guilty?

1   A.   He was right here.  I was there.

2   Q.   Okay.  No, I believe you.  I just want to know more because

3   the lawyers don't know.  Right?  So they have to know.

4        And did you think the prosecutors were fair, the

5   prosecutors who were prosecuting him, the assistant United

6   States attorneys?  You know, the ones who sit there.

7   A.   Oh, yes.

8   Q.   If he went to trial, he had his own lawyer.

9   A.   Only the lawyer, only the lawyer.

10  Q.   Well, only his lawyer you thought was bad?

11  A.   Yes.  Everybody was fine.

12  Q.   Good.  All right.

13  A.   And you were wonderful.

14  Q.   Okay.  Not everybody who gets two years thinks that, but I

15  guess it's all relative, isn't it?

16  A.   Yeah, but it was a pressure from his boss.

17  Q.   Yeah, you told me that.

18        Now, I don't want to go into that case and relive it,

19  but what I want to make sure is the lawyers and the parties here

20  had nothing to do with that case.

21  A.   No.

22  Q.   So they want to make sure that if you're --

23  A.   At all.

24  Q.   Okay.  Let's listen for a little bit.  They want to make

25  sure that if you're selected as a juror, you are not reliving

1   that case.  You're just deciding this case.  Can you do that?

2   A.  Sure.

3   Q.  All right.  Okay.  Thank you.  Sorry I had to bring back --

4   A.  You're welcome.

5   Q.  -- memories, good or bad.

6       German Merida, right?

7   A.  (By Mr. Merida) Yes.

8   Q.  Okay.

9   A.  Good morning.

10  Q.  Good morning.  What do you want to say?

11  A.  I live in West Kendall.  I'm married.  My wife is retired,

12  living the good life.  I'm a banker and I've never been arrested

13  or nothing with the law.  So I don't know any law enforcement.

14  I don't know what else.  And willing to serve, but I have a

15  doctor's appointment next Tuesday, 1:00.  You can excuse me for

16  just an hour or so.

17  Q.  Next Tuesday at 1:00.

18  A.  It's one of those specialists that are very hard to get,

19  those appointments.

20  Q.  You've got it.  Done.  I wrote it down.

21  A.  Thank you.

22  Q.  Done.  Okay.  I should have had you ask all the questions.

23  You remember them all, better than I do.  All right.  Thank you

24  very much.

25      Marcus Dwayne Neloms.  Did I say that all right?

Voir Dire

1    A.  (By Mr. Neloms) Correct.

2    Q.  All right.  Where do you live?

3    A.  Good morning.

4    Q.  Good morning.  I should say that first.  Good morning.

5    A.  Well, I live in Miami Gardens.  My occupation is security.

6    I do security in Hallandale.  I do know some --

7    Q.  You're very soft-spoken, too, or I'm hard of hearing.

8    A.  Sorry.

9    Q.  There you go.  Do you ever raise your voice in your job?

10   A.  I don't have to.

11   Q.  Okay.  Good.  That's a better way to be.

12           Have you ever been in court because of your job?

13   A.  No.

14   Q.  Okay.  Are you married?

15   A.  No.

16   Q.  Have you or anyone close to you ever been arrested?

17   A.  No.

18   Q.  Do you know anyone in law enforcement?

19   A.  Yes.

20   Q.  See, I knew that was going to be a yes.  Okay.  Is that

21   going to make you prefer one side or another?

22   A.  No.

23   Q.  What else?  Can you be a juror?

24   A.  Sure.  Yes.

25   Q.  I should quit while I'm ahead, with a positive note, right?

Voir Dire

1           And you live where?

2    A.   In Miami Gardens.

3    Q.   All right.  You told me that already.  Thank you.  All

4    right.

5           Catherine Bell Smith, how are you?

6    A.   (By Ms. Smith) Okay.

7    Q.   Just okay?

8    A.   Okay.

9    Q.   All right.  There you go.  Can you be here with us for two

10   weeks?

11   A.   Yes.

12   Q.   Ever been a juror?

13   A.   Yes.

14   Q.   When?

15   A.   30 years ago.

16   Q.   Oh, my goodness.  As a child, for sure.

17          Okay.  Did you reach a decision?

18   A.   Yes.

19   Q.   Were you the foreman, forelady of the jury?

20   A.   No.

21   Q.   Do you remember what type of a case it was?

22   A.   Criminal case.

23   Q.   Do you remember who the judge was?

24   A.   No.

25   Q.   Which courthouse was it, do you remember?

Voir Dire

```
1    A.   14th Street.

2    Q.   Okay.  Do you remember what type of case it was?  It was a

3    criminal case.  Do you remember what type?

4    A.   No.

5    Q.   Okay.  Anything unpleasant about that service that long ago,

6    unusual?

7    A.   I was young and I needed to get off work.  So it was fine.

8    Q.   It's one way of getting out of work, right?  Okay.

9         You can do it again?

10   A.   Yes.

11   Q.   Are you still working?

12   A.   Yes.

13   Q.   Great.  See?

14   A.   30 years.

15   Q.   Super.  But you can be a juror again, right?

16   A.   Yes.

17   Q.   And did you tell me you are married?

18   A.   Yes, married to a police officer, retired.  My son is a

19   sergeant for S.W.A.T.  So, yes.

20   Q.   Is that going to make you prefer one side or another?

21   A.   No.  And I had a nephew that was arrested.

22   Q.   For what, do you remember?

23   A.   Carjacking.

24   Q.   Okay.  What happened to his case?

25   A.   He was charged at -- not this courtroom, but on the 12th
```

1  floor, last week.

2  Q.  Last week?

3  A.  Yes.

4  Q.  Okay.  Did you go to court there with him?

5  A.  I went to testify, but I left.

6  Q.  Okay.  Did he plead guilty or go to trial?

7  A.  He went to trial.

8  Q.  Okay.  And he was found guilty?

9  A.  Yes.

10  Q.  Do you think he was treated fairly, from what you know?

11  A.  Yes.

12  Q.  You were going to testify at his sentencing; is that what

13  you were going to do?

14  A.  I did.

15  Q.  You did?

16  A.  Uh-huh.

17  Q.  In order for him to get the most lenient sentence possible,

18  I take it, no, or what?

19  A.  Yes, it was just the person said he speaks Spanish, and he

20  don't speak Spanish.  So it was that kind of thing.

21  Q.  Okay.  And do you think he was treated fairly by everybody?

22  A.  Yes.

23  Q.  Is that going to influence you in any way?

24  A.  No.

25  Q.  What else should I ask you?  Anything else?

1  A.  No.

2  Q.  All right.  Thank you very much.

3        Maria M. Menendez, right?

4  A.  (By Ms. Menendez) Yes.

5  Q.  And the M stands for what?

6  A.  The M?

7  Q.  Yes.

8  A.  Mercedes.

9  Q.  Mercedes.  See, I like -- all the Marias have another name,

10  right?  Okay.

11        Can you be a juror with us?

12  A.  Yes.

13  Q.  Have you ever been a juror?

14  A.  Yes.

15  Q.  How many times?

16  A.  Once.

17  Q.  How long ago was it?

18  A.  Maybe 10 years ago.

19  Q.  Do you remember what kind of a case?

20  A.  I don't.

21  Q.  Did you reach a decision?

22  A.  Yes.

23  Q.  Were you the foreman or forelady of the jury?

24  A.  No.

25  Q.  You're ready to do it again?

```
 1  A.  Yes.
 2  Q.  You hesitated a little bit, right?  Okay.
 3          Are you working?
 4  A.  Yes.
 5  Q.  What do you do?
 6  A.  I'm a social worker.
 7  Q.  Do you ever go --
 8  A.  I work for Jackson Health Systems.
 9  Q.  Okay.  Do you ever go to court?
10  A.  No.
11  Q.  And have you ever been a witness in any proceeding?
12  A.  No.
13  Q.  A victim of a crime?
14  A.  No.
15  Q.  Do you know any law enforcement agents?
16  A.  No.
17  Q.  Are you married?
18  A.  No.  Divorced.
19  Q.  Okay.  What did your husband do when you were together, as
20  far as work?
21  A.  He used to work in a maintenance company.
22  Q.  Okay.  All right.  Thank you very much.
23  A.  Thanks.
24  Q.  Munir Amin, right?
25  A.  (By Mr. Amin) Right.
```

1   Q.   Okay.  We're going to give you the mic.  You probably don't

2   need it, but the court reporter does.  All right.  A little

3   closer.

4            Where do you live?

5   A.   Hialeah.

6   Q.   Married?

7   A.   No.

8   Q.   Employed?

9   A.   Yes.

10  Q.   Doing what?

11  A.   FirstService Residential, front desk.

12  Q.   Ever been a juror?

13  A.   No.

14  Q.   Ever been a witness?

15  A.   No.

16  Q.   Ever been a victim of a crime?

17  A.   No.

18  Q.   Have you or anyone close to you ever been arrested?

19  A.   No.

20  Q.   Do you know any police officers?

21  A.   I try not to.

22  Q.   Okay.  Why, are you going to hold it against some law

23  enforcement agents if they come and testify?

24  A.   No, negative.

25  Q.   Okay.  Can you think of any reason you should not be a

1  juror?

2  A.   No.

3  Q.   Can you think of any reason why you should not be here for

4  two weeks?

5  A.   No.

6  Q.   All right.   Thank you very much.

7  A.   Thank you.

8  Q.   Alvaro Mejia.   Thank you.

9  A.   (By Mr. Mejia) Hello.

10  Q.   Hello.   Where do you live?

11  A.   Coral Gables.

12  Q.   Married?

13  A.   Yes.

14  Q.   Employed?

15  A.   Yes.

16  Q.   Doing what?

17  A.   Real estate development.

18  Q.   How about your wife, what does she do?

19  A.   Realtor.

20  Q.   Ever been a juror?

21  A.   No.

22  Q.   Can you be a juror?

23  A.   What are the times?

24  Q.   You work from what time to what time, normally?

25  A.   Well, I've got to be home at 6:00 because I have a three and

1    a four-year-old and one is autistic and I've got to help my

2    wife.

3    Q.  Okay.  So you have to be home by 6:00.  All right.

4    A.  And then I need to work during the day sometimes.  So I'm

5    asking you what are the times.

6    Q.  Okay.  Well, but you normally work --

7    A.  From eight to five.

8    Q.  Then we'll work from eight to five as a juror.  How is that?

9    Can you do it?

10   A.  I went to UM also.

11   Q.  Okay.  Did you practice law?

12   A.  No, I didn't.

13   Q.  Okay.  Are you going to say, well, I know all about the law.

14   I don't need to listen to you, Judge?

15   A.  No, I just bleed orange.  That's all.

16   Q.  Okay.  Have you or anyone close to you ever been arrested?

17   A.  Define close.

18   Q.  You define close, how close they are.  Relative, friend?

19   A.  My friend's father got arrested for pharma, something like

20   that.

21   Q.  For what?

22   A.  I believe it was called pharma.

23   Q.  Okay.  And what happened?

24   A.  He's serving time.

25   Q.  Okay.  Did you go to court?

Voir Dire

100

1   A.  No, I didn't.

2   Q.  Do you hear anything at family reunions of what happened,

3   who was treated fairly, what the case was about, anything like

4   that?

5   A.  No.

6   Q.  Are you still close?

7   A.  Not too much.

8   Q.  Okay.  All right.  Thank you.

9           Gerald Jones, how are you, sir?

10  A.  (By Mr. G. Jones) Hey, how are you doing?  Good morning.

11  Q.  Great.  Good morning still.  Can you be here with us?

12  A.  Yes, I can.

13  Q.  Are you working, sir?

14  A.  Yes, I do.

15  Q.  What do you do?

16  A.  I work for Sysco South Florida.

17  Q.  And what do you do for them?

18  A.  I'm a night warehouse selector.

19  Q.  Okay.  And you are not going to work nights and sleep days

20  here, though, are you?

21  A.  If I work there at night, yes, I have to come here and

22  sleep.

23  Q.  No, no.  I don't want you to work nights then.

24  A.  Yeah.

25  Q.  Okay.  Can you adjust and pay attention during the day?

Voir Dire

1  A.  Yeah, I can.  As long as I'm not working at night and you

2  could get me off at night, I'll come here every morning, up and

3  ready.

4  Q.  Okay.  Have you or anyone close to you ever been arrested?

5  A.  Yes, I have, for petty theft back in college.

6  Q.  What happened to the case?  You got into a program and they

7  dropped it?

8  A.  No, I didn't do nothing.  It got dismissed.

9  Q.  Okay.  You think you were treated fairly?

10  A.  By the merchant, no.  By the courts, yeah.

11  Q.  Okay.  Are you going to hold it against anybody here because

12  of what those merchants did?

13  A.  No.  Fair is fair, wrong is wrong.

14  Q.  Okay.  Do you know any police officers?

15  A.  Yes, my uncle.  He's a sergeant at City of Miami.

16  Q.  Okay.  Is that going to make you prefer law enforcement

17  officers' testimony?

18  A.  No, not at all.

19  Q.  Is it going to make you disregard law enforcement officers'

20  testimony just because of your uncle?

21  A.  No, not at all.

22  Q.  Okay.  And did you say you were married?

23  A.  No, I'm not married.  I have two kids, though, two boys.

24  Q.  Okay.  What does the mother of those children do for a

25  living?

1    A.   She works at a call center.

2    Q.   Okay.  What else?  Did I forget anything else?

3             Where do you live?

4    A.   I live in the Miami area by the Golden Glades Bus Terminal.

5    Q.   That's far, huh?

6    A.   No.

7    Q.   Traffic is terrible today.

8    A.   I mean, with traffic it's like 15 minutes.  Without traffic,

9    probably like 10 minutes.

10   Q.   All right.  You're my type of juror.  We may start eight to

11   five to accommodate Mr. Mejia there.  Eight to five is what he

12   likes.  We may do that.  Okay.

13   A.   All right.

14   Q.   Thank you, sir, for answering the questions.

15   A.   (By Ms. Vettaparambil) Good morning.  You're trying to read

16   my --

17   Q.   Reshma Vettaparambil?

18   A.   Vettaparambil.

19   Q.   Yeah, you say it a lot better than I do, right?  I know.

20   A.   Yeah, always.

21   Q.   Okay.  How are you?

22   A.   Good.  How are you?

23   Q.   Great.  And can you sit here with us for a couple of weeks?

24   A.   Yes, I can.

25   Q.   Have you ever been a juror?

1  A.  No.

2  Q.  Have you ever been a witness?

3  A.  No.

4  Q.  Have you ever been the victim of a crime?

5  A.  No.

6  Q.  Have you or anyone close to you ever been arrested?

7  A.  No.

8  Q.  Do you know anyone in police work?

9  A.  No.

10  Q.  Are you married?

11  A.  No.

12  Q.  I need a yes.  Do you want to sit on this jury?

13  A.  Yes.

14  Q.  All right.  Can you think of any reason you should not sit

15  on this jury?

16  A.  No.

17  Q.  All right.  Thank you.  I'm quitting while I'm ahead.

18        James Lee Jones, how are you?

19  A.  (By Mr. J. Jones) The L is in the James.

20  Q.  James Lee Jones?

21  A.  James L.

22  Q.  Oh, they put Lee here.  I'm sorry.  Okay.  I apologize.

23  Does the L stand for anything?

24  A.  No, sir.

25  Q.  And they just put in two E's.  I don't know who did that.  I

Voir Dire

1    apologize.  Okay.

2         You know, we had a great judge in this courthouse.  You

3    can see his portrait outside.  He never even had -- it was Joe

4    Eaton.  He wasn't even Joseph and he had no middle name, and

5    people always wanted to make him have initials and middle names.

6         So Mr. Jones, can you be here with us for a couple of

7    weeks?

8    A.  As my duty, I will.

9    Q.  Okay.  But you prefer not to?

10   A.  I agree with that.

11   Q.  All right.  Fair enough.  Are you working, sir?

12   A.  Yes, sir.

13   Q.  What do you do?

14   A.  I'm a counter salesman at American Plumbing.

15   Q.  Okay.  Have you ever been a juror before?

16   A.  Yes, sir.

17   Q.  How many times?

18   A.  Just one.

19   Q.  How long ago, do you remember?

20   A.  It's been around about at least 20 years ago.

21   Q.  Do you remember what type of a case it was?

22   A.  It's been so long.  I don't know.

23   Q.  Were you the foreman of the jury, the person who --

24   A.  No, sir.

25   Q.  Pardon?

1  A.  No, sir.

2  Q.  No.  Did you reach a verdict?

3  A.  Yes, sir.

4  Q.  Okay.  Have you or anyone close to you ever been arrested?

5  A.  No, sir.

6  Q.  And are you married?

7  A.  Yes, sir.

8  Q.  Is your wife employed outside of the home?

9  A.  Yes, sir.

10  Q.  What does she do?

11  A.  She is a therapist at Memorial.

12  Q.  Okay.  All right.  Thank you very much.

13  A.  Oh, by the way, my father was in law enforcement.  He was an

14  Indiana State marshal.

15  Q.  Indiana.  What part of Indiana?

16  A.  Gary, Indiana.

17  Q.  All right.  I drive by there when I go to my old school from

18  Chicago.  Okay?  It's seen better times, though, Gary, probably.

19  Have you ever been back there?

20  A.  Couple of times.  Nothing but a ghost town.

21  Q.  It is.  It is tough.  It's kind of sad.  All right.  Okay.

22  Thank you.

23          Gloria Guthrie.

24  A.  (By Ms. Guthrie) Yes.  Good morning.

25  Q.  Ms. Guthrie, how are you?

1    A.  Good.

2    Q.  Can you be a good juror?

3    A.  Yes.

4    Q.  Okay.  Have you ever been a juror before?

5    A.  No.

6    Q.  Can you think of any reason you should not be a juror?

7    A.  Today in the morning is a lot of problem for my job because

8    it's a lot of meeting in the house, maybe --

9    Q.  What do you do for a living?

10   A.  Housekeeping.

11   Q.  Okay.  For whom?

12   A.  For the Turkey people, Turkish people.

13   Q.  For their homes.  So you are now working --

14   A.  Yes.

15   Q.  Well, you ever take a vacation?

16   A.  No.

17   Q.  Well, you should.  They should give you some time off.

18   A.  No.

19   Q.  Okay.  But you can pay attention if you're chosen as a

20   juror?

21   A.  Yes.

22   Q.  Are you married?

23   A.  Married and separate.

24   Q.  Okay.  And have you or anyone close to you ever been

25   arrested?

1    A.   Yes, my husband.

2    Q.   For what?

3    A.   For DUI.

4    Q.   Okay.  Is that going to make you prefer one side or another?

5    A.   No, no, no.

6    Q.   Okay.  Do you know any police officers?

7    A.   No, only my son is the Air Force.

8    Q.   Okay.  Now, you're mentioning that.  So I was going to ask

9    some of the jurors in that section, too.  There is this program

10   that helps veterans and people in the military that we call

11   Tricare program.  Do you know anything about that?

12   A.   Yes.  My son have the insurance.

13   Q.   Now, the defendant is presumed innocent unless and until

14   proven guilty beyond a reasonable doubt, but the prosecutors say

15   that he committed fraud involving Tricare.

16        Because of your son or other people you may know, is

17   that going to make you say, you know what, prosecutors, you

18   don't need to prove your case.  If you just prove it a little

19   bit, that's enough for me because of my son.  Would you do

20   something like that?

21   A.   No.

22        THE COURT:  How many people in that section, just by a

23   show of hands, know about Tricare or participated in Tricare?

24        We have one who knows a lot.  Somebody else?  I didn't

25   see anybody -- Okay.  We'll get to you in a second back there.

Voir Dire

108

1             All right.  But no one before.  All righty.

2    BY THE COURT:

3    Q.  Anything else you want to share with us?

4    A.  (By Ms. Guthrie) No.

5    Q.  All right.  Thank you.  We are almost done.

6             Yudeisy Abreu.

7    A.  (By Ms. Abreu) Yes.  Good morning.

8             THE COURT:  Did I miss someone?  Who did I miss?

9             THE COURTROOM DEPUTY:  No, I guess she's out of order.

10   BY THE COURT:

11   Q.  Okay.  What is your name, sir?  What is your name?

12   A.  (By Ms. Abreu) My name?

13   Q.  No.  The gentleman to your right.

14   A.  (By Mr. Sandrini) Rodrigo.

15   Q.  What is your name, sir?

16   A.  It's Rodrigo Sandrini, sir.

17            THE COURTROOM DEPUTY:  They switched.

18   BY THE COURT:

19   Q.  Okay.  You guys have to switch.

20   A.  (By Mr. Sandrini) Okay.

21   Q.  Otherwise, I'm going to call you by the wrong name.  I'll

22   get everything messed up.

23   A.  Sorry.

24   Q.  No problem.  No big deal.

25            Yudeisy Abreu.  Now we have got you.  Thank you.

1              Where do you live?

2    A.  (By Ms. Abreu) Homestead.

3    Q.  Married?

4    A.  Yes.

5    Q.  Employed?

6    A.  Yes.

7    Q.  Doing what?

8    A.  Billing.

9    Q.  Billing for what kind of company?

10   A.  Insurance company.

11   Q.  What does your husband do?

12   A.  He drives a tow truck.

13   Q.  Ever been a juror before?

14   A.  No.

15   Q.  Do you want to be a juror?

16   A.  If I have to.

17   Q.  If you have to.  That's why we call it duty, see?

18           Can you think of any reason you shouldn't be a juror?

19   A.  No.

20   Q.  Have you or anyone close to you ever been arrested?

21   A.  Yes, I was.  Insurance fraud.  I was found innocent and the

22   case is expunged.

23   Q.  Okay.  In State court or Federal court?

24   A.  State.

25   Q.  Okay.  Did you go to trial or it was through some motions,

1    what the lawyers call motions?

2    A.  Yes, I didn't go to trial.  It was dismissed.

3    Q.  Do you think you were treated fairly?

4    A.  Yes, I was.

5    Q.  Are you going to hold it against these prosecutors for what

6    that State prosecutor did?

7    A.  No.

8    Q.  Do you think that State prosecutor was fair to you?

9    A.  Well, he was charging me for something that I didn't do, but

10   thanks to my lawyer --

11   Q.  You were happy with your lawyer?

12   A.  Yes.

13   Q.  Okay.  Who was your lawyer, do you remember?

14   A.  Yes.  Jude Faccidomo.

15   Q.  Okay.  Anything else you want to share with us?

16   A.  No.

17   Q.  All right.  Thank you.

18   A.  You're welcome.

19   Q.  Rodrigo Sandrini.  Now we've got you.

20   A.  (By Mr. Sandrini) Good morning, sir.

21   Q.  How are you?

22   A.  Good, and you?

23   Q.  Great.  Can you be here with us?

24   A.  If it's my duty, sir, yes.

25   Q.  What type of work do you do?

Voir Dire

111

1   A.  I'm an IT operations manager.

2   Q.  Are you married?

3   A.  Yes, I am.

4   Q.  And is your wife employed?

5   A.  Yes, she is.

6   Q.  Who does she do?

7   A.  She works for an export company, medical products.  She's an

8   accounting assistant.

9         THE COURT:  I don't know why it's doing that.  Someone

10  has a phone on, turn it off.  That's what does it.  So everybody

11  turn off your phone.  When you have a phone close to it, that's

12  what happens.  See, that's how we find out that you're using

13  your phones.  It's a sneaky way of doing it.

14  BY THE COURT:

15  Q.  Okay.  Can you be -- you told me that already.

16        Have you or anyone close to you ever been arrested?

17  A.  (By Mr. Sandrini) No, sir.

18  Q.  Do you know any police officers, law enforcement agents?

19  A.  No, sir.

20  Q.  Can you think of any reason you should not be a juror?

21  A.  Just the responsibilities I have as a manager.  I don't have

22  anybody to replace me.

23  Q.  Is there an assistant manager?

24  A.  I'm an IT operations manager, sir.

25  Q.  I know.  Is there an assistant IT operations manager?

Voir Dire

1    A.   No, sir.  Unfortunately, there isn't anybody that can help.

2    Q.   Maybe there should be one, right?  Do you have a boss?

3    A.   The director.

4    Q.   Huh?

5    A.   The director.

6    Q.   And then you should tell them.  Say, listen, look what

7    happened.

8             Do you ever take a vacation?

9    A.   I did, sir, yes.

10   Q.   What happens when you take a vacation, the whole thing

11   collapses?

12   A.   Well, you know, there's a mandate and I have to disconnect,

13   but usually I have to get the director to replace me.  So yes.

14   Q.   So maybe you'll have to do the same thing.

15   A.   If that's what has to be done, yes, sir, yes.

16   Q.   Okay.  Thank you very much.

17   A.   Thank you.

18   Q.   Juan Angulo.

19   A.   (By Mr. Angulo) Good morning, Your Honor.

20   Q.   Good morning.  How are you?

21   A.   Very good, sir.  How are you?

22   Q.   Great.  Can you be here with us?

23   A.   Yes.  All depends on the time, sir.

24   Q.   Tell me what time you want to work.

25   A.   I have three jobs.

Voir Dire

1  Q.  You have three jobs?

2  A.  Yes, sir.  I'm a real estate agent for 18 years.  I have a

3  commercial project.  The investors are from Spain, and I'm

4  pretty much the contact with the CD, getting the approval of the

5  project.  I am a U.S.A soccer coach for a club, a varsity soccer

6  coach for Keys Gate High School, and we are going into the

7  district finals.  And I do that in the afternoon and real estate

8  in the morning.

9  Q.  Maybe I should ask you who you're playing and then maybe I

10  can help out the other team, huh?

11  A.  Well, for the last three years we have been facing Gulliver

12  School and it's a tough game.  Keys Gate Charter High School in

13  Homestead, it doesn't have the same program, but --

14  Q.  I was only kidding about the coaching thing.  Okay?  I'm not

15  going to help another school.  But both of my daughters played

16  soccer for Lourdes, so I'm aware of how important that is.

17       So when should we ask you to come back, the non-soccer

18  season?  So you want to come back in the summer?

19  A.  I can do that or I can come -- I do have some Realtors that

20  work under me.  I can schedule time.  I mean, it's just based on

21  the --

22  Q.  Well, how much time could you give us on this case?

23  A.  Well, I can be here in the morning.  Nine to one, nine to

24  two, eight to two, I can be here.

25  Q.  Eight to two, no lunch.  Well, if we could really do that,

1   it would work.  But, you know, when people try to do that, it

2   just doesn't work, because some people get here late.  Some

3   people are diabetic.  Some people need to eat.  The court

4   reporter needs time off.  So eight to two has not, in my

5   opinion, been found to be ideal.  Some people disagree with me,

6   but I don't think it works.  But if I make you come back in the

7   summer, you could do nine to five, right?

8   A.  In the summer, I can -- I don't have the - right now more

9   tied to the school because I don't have an assistant coach.

10  Q.  Okay.  Well, we'll bring you in with the teachers.  We'll

11  bring you in with the teachers.

12  A.  Excuse me?

13  Q.  We'll bring you in with the teachers.

14  A.  Oh, okay.

15  Q.  That's what we'll do.  Okay?

16  A.  Yeah, my job as a coach is a little -- I don't have an

17  assistant coach.

18  Q.  Maybe you should have one.

19  A.  Well, the school don't have the budget to do that.

20  Q.  Maybe someone should volunteer for the future.

21  A.  Well, they want the hours, but they don't want to be in the

22  field, and they need to be in the field, in the rosters.  You

23  know, it's some responsibilities related working with the kids,

24  too.

25  Q.  Yes, there is.  Okay.  Thank you.

Voir Dire

115

1   A.   You're welcome.

2   Q.   Carla Louisme Webb.

3   A.   (By Ms. Webb) That's me.

4   Q.   Ms. Webb, what do you want to tell me?

5   A.   Okay.  I work at a power plant.  It took me an hour and a

6   half to get here.  I'm divorced.

7   Q.   From where?

8   A.   I'm sorry, what's that?  Oh, from -- I live by the Homestead

9   Air Force Base.

10  Q.   There are so many people from Homestead in this jury.  Okay.

11  A.   I have two kids.  I think it would be a conflict because of

12  getting my daughter to school.

13  Q.   Okay.  You work from what time to what time, normally?

14  A.   I work from 8:00 to 5:30.

15  Q.   I'll tell you what.  We will not start before 8:00 and we

16  will not go past 5:30.  So you've got no conflict.  I just

17  resolved it.

18  A.   I have to get my daughter to school.

19  Q.   At what time?

20  A.   It starts at 8:00, but I leave the house about 7:15.

21  Q.   Okay.  So you'd rather start at 9:00 here?

22  A.   I would just have to make provisions to see, you know, how I

23  can get here.

24  Q.   No, you drop off your daughter before 8:00.

25  A.   I wouldn't make it back.  She would be waiting for me --

Voir Dire

1    sometimes I go in a little earlier and get off at 4:30.  I work

2    nine-hour days.

3    Q.  Oh, no, but see, we haven't talked about the afternoon.  The

4    morning you said there's no problem.  You drop her off before

5    eight.  We will start at 9:00, 9:15.

6    A.  And we'd be out by 2:00?

7    Q.  Well, I haven't talked about the "out" yet.  I want to get

8    you agreeing on the "in."

9           So the morning there's no conflict, right?

10   A.  Getting here would be.

11   Q.  Why?

12   A.  Because traffic was horrendous.  I mean, I left --

13   Q.  You took Metrorail?

14   A.  I did.

15   Q.  Okay.  And it took you how long?

16   A.  I left about 6:20 and I got here about 7:30.

17   Q.  Okay.  So an hour.  You drop off your kid before eight.  We

18   won't start until 9:00.  Done.

19   A.  It gets worse.  If you don't leave by 5:30, 6:00, it gets

20   worse.

21   Q.  We'll start at 9:15.

22   A.  You are pushing it.

23   Q.  No.

24   A.  I would do my best to get here, basically.

25   Q.  At 9:30.  Done.  We will start at 9:30.  That's an hour and

Voir Dire

117

 1    a half, with the Metrorail working.  At the end of the day --

 2    you work till five, you said, 5:30?

 3    A.  5:30.

 4    Q.  We won't go past 5:00.

 5    A.  But how would I -- it would take me another hour and a half

 6    to get back.

 7    Q.  On the Metrorail, you think?

 8    A.  Well, Metrorail I guess, what, 20 minutes to get to

 9    Dadeland.  And traffic is around that time, between 4:00 and

10    6:00 or 7:00.

11    Q.  And nobody helps you with your -- are you married?

12    A.  I'm divorced.

13    Q.  Nobody helps you with the kids?

14    A.  Not normally.  Well, let's say this:  My daughter is with

15    her dad like Sunday through Tuesday.

16    Q.  So we don't worry about that, those two days, Monday and

17    Tuesday.  All right.

18    A.  Yeah.  And then Wednesday, Thursday and Friday would be an

19    issue.  And then my son just -- he just passed the test to be a

20    firefighter at the Air Force base.  So I know I have to get him.

21    Q.  Well, you don't need to take care of him, do you?

22    A.  Not exactly, but I need to get him his license so he can,

23    you know --

24    Q.  How old is he?

25    A.  He's 18.

Voir Dire

118

1  Q.  I think he can get his own license, don't you think?

2  A.  Well, he needs -- it's not a problem.  I would really have

3  to try to work it out because my ex, you know, he's a financial

4  advisor.  So sometimes -- he's self-employed and it could be,

5  you know, with the schedule.

6  Q.  Super.  So you'll be able to work it out.

7  A.  I will do my best.

8  Q.  All right.  Have you ever been a juror before?

9  A.  I have not.

10  Q.  Ever been in a courtroom before?

11  A.  I have.  I have been a victim of a crime.  My neighbor's son

12  broke into my house.  What happened was I guess he had to go to

13  boot camp and pay me $5,000, which never happened.

14  Q.  So you were not satisfied?

15  A.  I'm okay with it.  I just wanted him to learn a lesson,

16  which is the boot camp part of it.

17  Q.  Have you or anyone close to you ever been arrested?

18  A.  No.

19  Q.  Do you know any police officers, law enforcement agents?

20  A.  I do.

21  Q.  What department?

22  A.  City of Miami and Doral.

23  Q.  Is that going to affect you one way or another?

24  A.  No.

25  Q.  Okay.  Anything else you care to share with us?

1   A.  I think that's it.

2   Q.  All right.  Thank you.

3           Luis Rodriguez.

4   A.  (By Mr. Rodriguez) Good morning.

5   Q.  Good morning.  How are you?

6   A.  Good, and you?

7   Q.  Great.  Can you be here with us?

8   A.  Yes, but I'd prefer not to.

9   Q.  Okay.  Any particular reason?

10  A.  Because I'm leaving for boot camp in about two months and

11  I'm trying to enjoy my two months.

12  Q.  Okay.  Is your boot camp a military boot camp?

13  A.  Yeah, Navy.

14  Q.  Okay.  You know what, any objection with Mr. Rodriguez being

15  excused so he can enjoy himself before he serves in the Navy?

16  Hearing none, go.  Leave your badge with the Court security

17  officer.  You don't have to report to the fifth floor.  All

18  right?

19  A.  Thank you.

20  Q.  You're welcome.  It's the least we can do for you.

21          Leah Michelle Brooks, how are you?

22  A.  (By Ms. Brooks) I'm good.

23  Q.  Are you going to go in the Navy, Army or Air Force?

24  A.  No.

25  Q.  Okay.  Because I'd do the same thing for you.  It's only

 1    fair, right?  I don't think anyone would object.

 2            Can you be here with us for the next couple of weeks?

 3    A.   Yes.

 4    Q.   Have you ever been a juror?

 5    A.   No.

 6    Q.   Are you married?

 7    A.   No.

 8    Q.   Are you employed?

 9    A.   Yes.

10    Q.   What do you do?

11    A.   I'm a retail supervisor.

12    Q.   And have you or anyone close to you ever been arrested?

13    A.   No.

14    Q.   Do you know any police officers?

15    A.   No.

16    Q.   Can you think of any reason why you should not sit as a

17    juror?

18    A.   No.

19    Q.   All right.  Where do you live?

20    A.   Palmetto Bay.

21    Q.   Okay.  Thank you.

22            Jansel Jose Febres Cotto.

23    A.   (By Mr. Febres) Hello, sir.

24    Q.   Mr. Febres, tell me a little bit about yourself.

25    A.   I live in Doral.  I work for Red Bull.  I go to school.  I'm

1    studying economics.  Never been arrested.

2    Q.  You go to school at night?

3    A.  Excuse me?

4    Q.  You go to school at night?

5    A.  No.  I'm actually finishing the classes that I have left

6    online.

7    Q.  Online.  Great.  I like that.

8    A.  Yeah.

9    Q.  Can you be a juror?

10   A.  Yeah.

11   Q.  Have you ever been a juror?

12   A.  No.

13   Q.  Have you ever been a witness?

14   A.  No.

15   Q.  The victim of a crime?

16   A.  No.

17   Q.  Know any police officers?

18   A.  No.

19   Q.  Have you or anyone close to you ever been arrested?

20   A.  No.

21   Q.  You had to think about it a little bit.

22   A.  I mean, not so close.

23   Q.  How far?

24   A.  I mean, friends.  You know, I mean --

25   Q.  Are you still friends?

1    A.   Yeah.

2    Q.   What were they arrested for?

3    A.   Possession.

4    Q.   Of drugs?

5    A.   Yeah.

6    Q.   Do you think they were treated fairly?

7    A.   Yeah.

8    Q.   Is that going to make you prefer one side or another?

9    A.   No.

10   Q.   All right.  Thank you.

11            Dineiska Rodriguez.

12   A.   (By Ms. Rodriguez) Hello.

13   Q.   Okay.  You knew about Tricare.  What do you know about

14   Tricare?

15   A.   Well, I used to work for a dental office.  So I just used to

16   process insurance claims.

17   Q.   Okay.  Is that going to make you prefer one side or another?

18   A.   Not at all.

19   Q.   Okay.  And where do you live?

20   A.   I live in Miami Gardens.

21   Q.   And what type of job are you doing now, the same type?

22   A.   I am a nurse.

23   Q.   Okay.  Are you married?

24   A.   I am.

25   Q.   Is your husband employed?

Voir Dire

123

1  A.  He is actually in the process of becoming a police officer,

2  so yes.

3  Q.  Is that going to make you prefer one side or another?

4  A.  Not at all.

5  Q.  What department?

6  A.  Well, he is trying to do Florida Highway Patrol.

7  Q.  Okay.  And have you or anyone close to you ever been

8  arrested?

9  A.  Yes.  My brother for disorderly conduct.

10  Q.  Do you think he was treated fairly?

11  A.  Yes, he was.

12  Q.  Okay.  Anybody else?

13  A.  And I believe my husband when he was in high school for

14  fighting, and I do believe it was fair.

15  Q.  Okay.  Did you know him then?

16  A.  No.

17  Q.  Okay.  Can you think of any reason you should not be a

18  juror?

19  A.  I cannot.

20  Q.  You can work here for two weeks, right?

21  A.  Yes.

22  Q.  All right.  Thank you.

23  A.  You're welcome.

24  Q.  Laura Oropesa.

25  A.  (By Ms. Oropesa) Hello.

1   Q.  Hi.  How are you?

2   A.  I am unemployed.

3   Q.  Where do you live?  The microphone a little closer.

4   A.  I live in Kendall.  I am unemployed.  I do not --

5   Q.  You want a job as a juror?

6   A.  Yes, I would love a job, actually.

7   Q.  Okay.  You've never been a juror before?

8   A.  No, I have not.  And I have been arrested.

9   Q.  For?

10  A.  Domestic violence and --

11  Q.  What happened to the case?

12  A.  I was on probation and --

13  Q.  Do you think you were treated fairly?

14  A.  Yes, I was.

15  Q.  By everybody?

16  A.  Well, I did sit in one chair for 12 hours straight.  So I

17  guess I didn't enjoy that.  But other than that, it was --

18  Q.  Did you have a lawyer?

19  A.  Yes, I did.

20  Q.  Were you happy with your lawyer?

21  A.  Not the first time.  The second time, I was.

22  Q.  Are you going to hold it against these lawyers for your

23  first one?

24  A.  No, I won't hold it again them, no.

25  Q.  How about the prosecutor?

A.   The prosecutors were great.   They were very professional and

very courteous, yes.   Great.

Q.   And the judge?

A.   The judge was also very nice, yes.

Q.   Okay.   All right.   Any reason why you should not be here for

two weeks?

A.   No, I can't think of any.

Q.   Do you know any police officers, law enforcement agents?

A.   No, I do not.

Q.   Did I miss anything?

A.   Not that I can think of.

Q.   Okay.   Thank you.

        Then I have Eilis Arronde.

        THE COURT:  Did we ever find?

        THE COURTROOM DEPUTY:  She had left, but she came back.

So she is downstairs.

        THE COURT:  Okay.  So she's not here.  She is waiting

downstairs.

        THE COURTROOM DEPUTY:  Yes.

        THE COURT:  I think we have enough people as it is.

Okay.

        Does the prosecutor wish to ask -- are you all okay or

does anybody need a bathroom break?  Nobody?

        You want a bathroom break?

        MR. DIAZ:  I want to say something because I was

Voir Dire

126

1   hearing --

2        THE COURT:  Well, we've to give you a microphone,

3   Mr. Diaz.  I can hear you, but --

4   BY THE COURT:

5   Q.  Yoelis Diaz.  What do you want to say?

6   A.  (By Mr. Diaz) That I know somebody that has been arrested.

7   Q.  Who?

8   A.  It's my cousin.

9   Q.  And what was he arrested for?

10  A.  I don't know what, but I remember that he was grabbing a

11  panther, a Florida panther.  I hear on the news.

12  Q.  You heard about your cousin's case in the news?

13  A.  Yes, because he live in Miami, I live in Homestead and we

14  are not talking or I don't see him for about two years.

15  Q.  You still see him now?

16  A.  No, I don't see him.

17  Q.  Is that going to influence you in any way?

18  A.  No, no.  I just remember when everybody talking.

19  Q.  Thank you for bringing it up.

20        THE COURT:  Anyone else who now it triggers a

21  particular answer that you didn't get a chance to provide?

22  Nobody?  Okay.

23        How many people in these two rows need to go to the

24  bathroom?  Okay.  The court security officer is going to take

25  you to the bathrooms in the jury room.

1          Okay.  How many people need to go over there?  Not so

2     many, but go outside and come right back.  We're going to wait

3     for you.  Because if I give you all a break -- so many people.

4     Don't drink so much water.  No, no, no.  Hold on.  Not so many,

5     unless you absolutely have to.  There are only two bathrooms in

6     there.  Okay.  Go to the bathroom and come back.  Remember your

7     seat.

8          In the meantime, lawyers, you can start thinking about

9     what you need to do because you won't have as much time

10    afterwards.  So you might as well do your thinking and talking

11    and deciding now.

12         Where are you going?

13         MR. RASHBAUM:  Just over there.

14         MR. MARCUS:  Is it okay if we sit over here for a

15    minute?

16         THE COURT:  Well, you've got to ask permission to move

17    in the courtroom.  You can't just get up.

18         Okay.  What, you can't do it there like everybody else

19    does?  Do it right there, where you are, with your client.

20         And don't worry, I'm going to give you a lunch break,

21    too.  Don't worry.

22         I think we have got everybody, no?  Everybody in the

23    first two rows.  Do we have any gaps there, back there?  I think

24    everybody is back.  Everybody is back.  All right.

25         Does the Government wish to say anything and ask any

1    questions?  You may do so.

2         MR. LARSEN:  Thank you, Your Honor.

3         THE COURT:  You can use the lectern.  You can turn it

4    around, use the microphone.

5         Mr. Larsen, you've got the floor.

6         MR. LARSEN:  Good morning, everybody.

7         THE VENIRE:  Good morning.

8         MR. LARSEN:  I want to start by thanking you all for

9    your service.  I know it's a very important service, as the

10   Court has advised.  We all appreciate your service, everyone in

11   the courtroom.

12        My name is Kevin Larsen.  I'm an assistant United

13   States attorney.  With me at the table is Jon Juenger.  He's

14   also a prosecutor, assistant United States attorney in the

15   office.  You're going to hear more from him as he gives his

16   opening statements later if you're selected.

17        But I want to talk to you just briefly, and I think you

18   heard some of this from Judge Moreno, but this case involves

19   allegations that the defendant in this case, Mr. Monty Grow,

20   committed a fraud on a Government entitlement program.  We

21   talked a little bit about that this morning and that program is

22   Tricare.  And as you've heard from Judge Moreno, Tricare is an

23   entitlement program that is there for members of the military

24   and their family members.

25        Does anybody here in the jury pool have strong opinions

Voir Dire

1    either way about Government entitlement programs that would

2    affect your ability to be fair and impartial either way in this

3    case?

4           For example, does anybody here have strong opinions

5    where the allegation that the Government entitlement program is

6    a victim of a fraud?  Any strong feelings about that that would

7    affect your ability to be fair and impartial?

8           MR. NEGRIN:  I do.

9           MR. LARSEN:  Okay, sir.

10          THE COURT:  We're going to give you a microphone.

11   Mr. Negrin, right?

12          MR. NEGRIN:  Yes, sir.

13          THE COURT:  You don't need to ask him any more

14   questions.

15          MR. LARSEN:  Okay.  The second area that I want to ask

16   you, ladies and gentlemen, deals with a concept called

17   cooperating witnesses.  If you are selected to serve on this

18   jury, you will hear evidence in this case and some of the

19   witnesses in this case you will hear are witnesses that have

20   either been charged and pled guilty and are cooperating with the

21   Government and will be testifying about things they saw, heard,

22   on their participation in the alleged scheme that has been

23   charged to Mr. Grow.

24          Does anybody here feel strongly about cooperators,

25   folks that were involved or allegedly involved in the charged

Voir Dire

130

1    scheme that would make it difficult for you to believe what that

2    person is saying?  Do you have an issues with someone who's

3    cooperating with the Government?  Are you more likely to believe

4    them or less likely to believe them just because they're

5    cooperating with the Government?

6              THE COURT:  We have to give you a microphone because

7    that's the only way the court reporter can hear it.

8              This is Mr. Jean, right?  Mr. Jean, right?

9              MR. JEAN:  You're asking me if they were charged with

10   the same thing that the guy being charged with now and they're

11   cooperating?

12   BY MR. LARSEN:

13   Q.  Well, in the case the Government will present, there will be

14   one or more witnesses that will testify at trial that they were

15   charged and pled guilty to the conduct that Mr. Grow is alleged

16   to have committed.  They will tell you about what they did in

17   furtherance of that scheme; what crimes they committed, for lack

18   of a better word.  They will tell you that they pled guilty and

19   that they are cooperating with the Government and they may say

20   they hope that the Government will look favorably upon their

21   cooperation.

22   A.  (By Mr. Jean) To give them like a lesser sentence?

23   Q.  Possibly.  But I can't say what they would say, but the

24   concept is something I'm trying to find out from you all.  Is

25   that something that any of you would feel automatically

1  discredits a witness because they're cooperating or the other

2  direction?

3  A.  Not necessarily.

4  Q.  Okay.  Anybody else?

5        I have just a couple of follow-up questions for a

6  couple of the jurors.

7        Let me ask first, Mr. Bolton?

8  A.  (By Mr. Bolton) Yes.

9  Q.  When Judge Moreno was questioning --

10       THE COURT:  Okay.  We've got to give him a microphone,

11  even though he probably doesn't need one, but still we're going

12  to do that.

13       MR. BOLTON:  We both have similar surnames.

14  BY MR. LARSEN:

15  Q.  Oh, excuse me.  I'm sorry.

16  A.  (By Mr. Bolton) John Bolton.

17  Q.  Mr. John William Bolton.

18  A.  Yes.

19  Q.  Mr. Bolton, you previously, in answering your questions,

20  mentioned that you previously served as a foreperson on a jury,

21  but I didn't hear if there was a verdict or what type of

22  verdict.

23       THE COURT:  Well, the type of verdict I don't let you

24  ask.

25       MR. LARSEN:  Okay.

Voir Dire

132

```
 1              THE WITNESS:  It was not a mistrial.

 2              THE COURT:  Okay.

 3   BY MR. LARSEN:

 4   Q.  I have got a question for --

 5              THE COURT:  Thank you, Mr. Bolton.

 6         MR. BOLTON:  You're welcome.

 7   BY MR. LARSEN:

 8   Q.  Ms. Vanessa Fernandez?

 9   A.  Yes.

10              THE COURT:  Thank you for the mic.

11   BY MR. LARSEN:

12   Q.  Good morning.  Ms. Fernandez, you mentioned that you worked

13   in marketing, and I wanted just to ask a follow-up.  If you

14   could tell us what type of marketing you work in?

15   A.  (By Ms. Fernandez) Absolutely.  I specialize in hospitality,

16   travel and tourism.

17   Q.  Thank you.

18   A.  You're welcome.

19   Q.  Mr. Mejia, Alvaro Mejia?

20   A.  (By Mr. Mejia) Yes.

21   Q.  Good morning.

22   A.  Good morning.  Good afternoon.

23              THE COURT:  Well, not yet.  Not yet.  Not yet.

24         MR. MEJIA:  It's 5:00 somewhere.

25   BY MR. LARSEN:
```

1  Q.  Mr. Mejia, you mentioned a friend's father had been arrested

2  for -- I thought I heard something called pharma?

3  A.  (By Mr. Mejia) Pharma International.  I don't remember the

4  name of the company.

5  Q.  Do you remember what the case -- do you know about pharma?

6  A.  No.

7  Q.  Okay.  Do you remember anything about what the case

8  involved?  Was it pharmaceuticals?

9  A.  Oh, yes, pharmaceuticals, definitely.

10  Q.  Okay.  Was it a pharmacy?

11  A.  It was a pharmaceutical company here based in Miami.  I

12  think it's called Pharma International.

13  Q.  Okay.  And was your friend's father just arrested or was he

14  tried?  Did he go to trial?

15  A.  He was indicted.

16  Q.  Indicted?

17  A.  Yes.

18       THE COURT:  Did he plead guilty or go to trial?

19       MR. MEJIA:  I don't know.

20       THE COURT:  Are you still friends with the same friend?

21       MR. MEJIA:  Yeah.  I mean, yeah, we all grew up

22  together.

23       THE COURT:  Does he ever talk about his father and what

24  happened to him?  Does he ever talk about his father and what

25  happened to him?

Voir Dire

```
1              MR. MEJIA:  No.  I mean, there's not --

2              THE COURT:  Pardon?

3              MR. MEJIA:  There's not much to say.  No, he doesn't.

4              THE COURT:  Okay.

5              MR. LARSEN:  Thank you, Your Honor.  That's all I have.

6              THE COURT:  All right.  Defense?

7              MR. MARCUS:  Thank you, Your Honor.

8              Good morning.

9              THE VENIRE:  Good morning.

10             MR. MARCUS:  Again, my name is Jeff Marcus.  And along
```

with my colleagues, Kate Meyers and Dan Rashbaum, we have the
privilege of representing Mr. Monty Grow, and like everyone has
said, both the judge and Mr. Larsen, we are just looking for,
obviously, jurors that can be fair.  I have some follow-up
questions.  I'm going to ask some general questions and I may
ask some individual questions, and if you have something to say,
just indicate your hand and the marshal will bring a microphone
to you.

Again, we're not trying to pry, but obviously, all of
us have life experiences; and one of the things we're looking
for is based on the kind of case that we have, do you have
strong feelings that might come into play.  At the end of the
case, the judge will instruct you on the law and you'll hear
evidence throughout the case, and one of the things we're trying
to determine is if you have strong feelings that would be hard

1    for you to put aside when you hear the evidence that both sides

2    will present.

3            So let's just start with the fact that this case

4    involves a large compounding pharmacy.  Has anyone ever received

5    prescriptions or medications from a compounding pharmacy?

6            MS. GLOVER:  Like Walgreens?

7            MR. MARCUS:  So not like Walgreens.  So this is a

8    specialty pharmacy that will make medications in batches for

9    people.  So not like going to CVS.

10           A JUROR:  You mean --

11           THE COURT:  Hold on.  We can't have people speaking

12   without a mic.  We've got to do that.  We've got to have --

13           MS. GLOVER:  Does it come through the mail?

14   BY MR. MARCUS:

15   Q.  Yes, ma'am, this is a pharmacy that did send medications

16   through the mail.

17   A.  (By Ms. Glover) Because I have received medicine --

18           THE COURT:  I'm sorry, I can't hear you.

19           MS. GLOVER:  I have received medicine through the mail.

20           THE COURT:  You have to stand up.  Thanks.

21           MS. GLOVER:  I have received medicine through the mail.

22           THE COURT:  Thank you.  You have received medicine from

23   the mail.

24           This is who?

25           MS. GLOVER:  Delphine.

```
 1              THE COURT:  Thank you.
 2   BY MR. MARCUS:
 3   Q.  With that pharmacy, did you have any negative experiences
 4   with the way you received your medications?
 5   A.  (By Ms. Glover) No, they put it in a bag.
 6   Q.  And did you submit a claim to a health insurance program?
 7   A.  Yes.  My insurance had gave out, so I stop receiving it.
 8   Q.  Because your insurance cut off the medicine?
 9   A.  Cut off, exactly.
10   Q.  Okay.  And had your doctor prescribed you to continue on the
11   medication when it was cut off?
12   A.  Yes, I had to find some other way to get some insurance.
13   Q.  Okay.  And was this private health insurance?
14   A.  Medicaid.
15   Q.  Medicaid.  Okay.  Thank you, ma'am.
16              THE COURT:  Thank you, Ms. Glover.
17              MR. MARCUS:  So what we're talking about -- this case
18   you'll hear a lot about prescription medications and some of
19   these medications are very costly and we will talk about that.
20              Has anyone had either experiences themselves or, you
21   know, close friends or family that have been denied medication
22   by an insurance company?
23              MS. CRUZ-CARABALLO:  Yes, it recently happened to my
24   husband.
25              THE COURT:  I'm sorry.  You have to state your name for
```

1    the court reporter.

2              MS. CRUZ-CARABALLO:  My name is Maylyn Cruz-Caraballo.

3              THE COURT:  Thank you, Ms. Cruz-Caraballo.

4              MS. CRUZ-CARABALLO:  It happened to my husband that he

5    got denied.  That was the medication that he used.  It was

6    prescribed by the dermatologist and we took it to the Walgreens

7    and it was denied.  Well, it wasn't denied.  It was not covered.

8    So he has to pay out-of-pocket, but we didn't because it costs

9    almost $1,000.

10             So then we call the doctor and he say, I have another

11   way to get the same medication from a Tampa pharmacy.  So he got

12   the medication from -- well, they fax the prescription to them

13   and they just did a copay that was a lot less.  I don't know

14   what was the difference, because why it's not covered by

15   Walgreens and it's covered from medication -- from a pharmacy

16   somewhere else and it was the same insurance?  So for me, it was

17   pretty rare.  I don't know.  I think that's not fair because we

18   pay for the insurance.

19   BY MR. MARCUS:

20   Q.  You pay for the insurance.  And the medication, was it very

21   expensive?

22   A.  (By Ms. Cruz-Caraballo) Yeah, it cost more than $1,000.

23   Q.  Sure.  Okay.  Thank you.

24   A.  So it made me very upset.

25   Q.  Were there any other hands?  Anyone who has had an

1   experience where they were denied coverage because of the

2   expense of medication?

3   A.  (By Ms. Garcia) My name is Berny Garcia.

4           THE COURT:  Thank you.

5           MS. GARCIA:  I recently had an arm lift surgery and my

6   insurance company did not --

7           THE COURT:  I'm sorry.  I couldn't hear you.

8           MS. GARCIA:  My insurance company did not cover the

9   cream for it.  I had to pay for it, but I was fine with it.  I

10  mean, it's really expensive and it's like steroids.  So I was

11  okay.  But that was about it.

12  BY MR. MARCUS:

13  Q.  Okay.  How about more generally with medical procedures?

14  Has anyone been in the hospital or maybe with a surgery or some

15  other procedure where the procedure was denied, coverage in some

16  way, by their insurance program?

17  A.  (By Ms. Smith) Catherine Smith.  My husband was denied from

18  workmen's comp for a procedure that was supposed to have been

19  done and they denied it and then his kidneys ended up failing.

20  So then they came back and paid for the kidney and now they're

21  paying for the medicine which he have to get an infusion like

22  three times out of the year and the infusion itself is like

23  $10,000.  So --

24  Q.  Sorry to hear that, but thank you for letting us know.

25          You've heard the word Tricare.  It's come up.  Tricare

1    is essentially an insurance program that covers people in the

2    military who are serving as well as family members.  It's a

3    Government insurance program.  Has anyone ever received Tricare

4    insurance or had a family member that's received insurance

5    through Tricare?

6    A.  (By Mr. Deprez) I receive Tricare and my wife receives

7    Tricare.

8              THE COURT:  Yeah, you had told us that before.

9              MR. DEPREZ:  Right.  Well, he wanted to know.

10             THE COURT:  Yeah.

11   BY MR. MARCUS:

12   Q.  Did you have any negative experiences with Tricare in terms

13   of the way that they processed your claims?

14   A.  (By Mr. Deprez) Not at all.

15   Q.  Okay.  Thank you.

16             THE COURT:  Hold on.  We can't be in two places at

17   once.  Only one.  He is looking at someone back there.

18             MS. GUTHRIE:  My name is Gloria Guthrie.  My son is in

19   the Air Force, is Tricare.  Any --

20             THE COURT:  Didn't you tell us that already?

21             MS. GUTHRIE:  Yes.

22             THE COURT:  You did.  Thank you.

23             MS. GUTHRIE:  The procedure is very fine with him.

24   He's all the time go to the dentist.  He go to the doctor.

25   Everything is okay.

1            MR. MARCUS:  Okay.  Thank you, ma'am.

2            THE COURT:  You have somebody here now if you want to

3     continue with that line of questioning.

4     BY MR. MARCUS:

5     Q.  Has anyone ever received a prescription for medication

6     through Telemedicine?  Has anyone every heard that term,

7     telemedicine, where you have a consultation with a physician

8     over the phone?

9            You're going to hear a lot about sales and marketing in

10    this case.  You're going to hear that Mr. Grow was doing

11    marketing for a large pharmacy, a compounding pharmacy.

12           Is there anyone on the panel who has experience, other

13    than Ms. Fernandez, with marketing in their work?

14    A.  (By Ms. Berezin) My name is Angelica Berezin.  Yes, in my

15    line of work we do quite a bit of marketing.

16    Q.  Have you ever worked on a commission basis?

17    A.  Yes.

18    Q.  You've been paid for commissions in real estate or --

19    A.  Yes.

20    Q.  Any other type of business?

21    A.  No.

22    Q.  Have you ever worked for a large real estate company?

23    A.  Yes.

24    Q.  Did that company ever employ attorneys --

25    A.  Yes.

1   Q.   -- to provide advice on business?

2   A.   Yes.

3   Q.   Did you ever interact with attorneys as part of your work?

4   A.   Yes.

5   Q.   And did they provide you with advice?

6   A.   Yes.

7   Q.   Have you ever received advice about your compensation, how

8   it would be structured from an attorney?

9   A.   Not from an attorney.

10  Q.   Okay.  Are you familiar with multi-level marketing

11  companies?  Do you know that term, Ms. Berezin?

12  A.   No.

13  Q.   You ever hear of like Mary Kay or Avon?

14  A.   Yes.

15  Q.   Okay.  Has anyone else in the panel heard of a company like

16  Mary Kay or Avon?  Okay.

17        Does anyone know anyone who has worked at a company, a

18  marketing company, a multi-level marketing company like that?

19  A.   (By Ms. Brooks) Leah Brooks.  My mom sells Mary Kay and

20  she's sold Avon before.

21  Q.   How long did she do that for?

22  A.   She's actively selling Mary Kay and maybe like five years

23  ago she was selling Avon.

24  Q.   And is she paid on a commission basis?

25  A.   Yes.

Voir Dire

1    Q.  And does she get commissions based on reps that she has been

2    able to bring into the company?

3    A.  Yes.

4    Q.  Okay.  Thank you.

5            I think I saw there were some other hands in the back.

6    A.  (By Ms. Alvarado) Lisbette Alvarado.  My daughter sells

7    Avon.

8    Q.  And I guess the same question for you:  Does she get paid on

9    a commission basis?

10   A.  Yes.  According to what she sells, yeah.

11   Q.  Okay.  And if she's able to bring in other sales

12   representatives, does she also get commissions as well for that?

13   A.  Yeah, but she hasn't.  I mean, she has never put somebody

14   else to work for her.

15   Q.  Okay.  Thank you.

16           I believe I saw one more hand.  Ms. Fernandez?

17   A.  (By Ms. Fernandez) I have several colleagues that work with

18   Rodan & Fields.  It's like cosmetics and they do the same thing.

19   Q.  They do the same thing?

20   A.  Yeah.

21   Q.  Is there anyone that has --

22           THE COURT:  Thank you, Ms. Fernandez.

23   BY MR. MARCUS:

24   Q.  Yes, thank you.

25           This is just for everyone on the panel.  Is there

Voir Dire

1    anyone who has negative feelings about a company like Mary Kay

2    or a company that does multi-level marketing?

3              THE COURT:  Someone has his hand up over there.  I

4    think it's Mr. Mejia.

5    BY MR. MARCUS:

6    Q.  Mr. Mejia?

7              MR. MARCUS:  Thank you, Your Honor.

8              MR. MEJIA:  You want me to say my feelings?  Yeah, it's

9    kind of like Herbalife, kind of like a Ponzi scheme, if you ask

10   me.

11   BY MR. MARCUS:

12   Q.  Do you have an issue with people working on commissions?

13   A.  No.  Everybody can choose to do what they want.

14   Q.  Okay.  Would it depend to you on the product that was being

15   marketed?

16   A.  I wouldn't trust it.

17   Q.  Okay.  Even if it was a licensed pharmacy that does business

18   in 50 states?

19   A.  I would have my doubts.

20   Q.  Okay.  Thank you for your honesty.

21             THE COURT:  You have two minutes.

22   BY MR. MARCUS:

23   Q.  Is there anyone on the panel who has had medical training

24   themselves?  I know we have at least one nurse on the panel, but

25   any kind of medical training?

1          Anyone who has ever gotten any training on

2    pharmaceuticals in any way?

3          Has anyone --

4          THE COURT:  I think someone was raising their hand over

5    there.

6          MR. MARCUS:  Thank you.

7          MS. BROOKS:  Leah Brooks.  I used to work in a pharmacy

8    before I was at the job I'm at now.  And so I started as just

9    like the cashier taking like prescriptions and things like that,

10   but then I moved to starting -- I started filling medicine and

11   things like that.  So I worked like right with the pharmacist.

12         THE COURT:  Thank you, Ms. Brooks.

13         MR. MARCUS:  Thank you.

14         MS. BROOKS:  You're welcome.

15   BY MR. MARCUS:

16   Q.  The medications in this case are very expensive.  The

17   commissions made in this case, both by Mr. Grow and others, are

18   a lot of money.  You're going to hear that Mr. Grow made

19   millions of dollars.  The pharmacy made tens and tens of

20   millions of dollars through their business.  Knowing that,

21   knowing the large amounts of money, is there anyone who feels

22   negatively or questions the business practice simply based on

23   the fact that a lot of money was made by this pharmacy and by

24   its marketers?

25         Will anyone on the panel hold that against Mr. Grow

1    that he made a lot of money as a marketer?

2          You've heard that Mr. Grow played college football at

3    the University of Florida, then went on to play in the NFL.  Is

4    there anyone on the panel who has any negative feelings or

5    biases against professional athletes in any way?

6          Can everyone be fair to Mr. Grow?

7          THE COURT:  All right.  Discuss it with your client and

8    approach sidebar when you're ready.

9          We're almost done, folks.

10         MR. RASHBAUM:  Judge, may I just walk over towards

11   Mr. Grow?

12         THE COURT:  Sure.

13         MR. RASHBAUM:  Thank you, Your Honor.

14         THE COURT:  I'm going to give you a break soon.  I know

15   some of you still need to go to the bathroom.  I haven't

16   forgotten.

17         Okay.  Let's go.  I need you all here now.

18      (The following proceedings were held at sidebar:)

19         THE COURT:  Mr. Larsen, right here.  Don't press the

20   button because the marshals will come with guns.  You can move,

21   but just don't press the button.  You've got to give him room.

22         Who's going to speak for the defense?  Mr. Marcus,

23   you're over here, and the rest of you can be next to him.  Don't

24   press that button.

25         All right.  Jose Perez.  Government.  Accept, reject or

```
1   cause.

2            MR. LARSEN:  Accept.

3            THE COURT:  Defense.

4            MR. RASHBAUM:  Cause.

5            MR. MARCUS:  Cause.

6            THE COURT:  No, who's speaking?  You all decided.

7   Granted.

8            Yoelis Diaz.  Government.

9            MR. LARSEN:  Accept.

10           THE COURT:  Defense?

11           MR. MARCUS:  Accept.

12           THE COURT:  Juror Number 1.

13           Maximiliano Ollenik.  Government?

14           MR. LARSEN:  Accept.

15           THE COURT:  Defense.

16           MR. MARCUS:  Accept.

17           THE COURT:  What do we do with the second week with

18  him?  You're going to do this trial in a week?

19           MR. MARCUS:  No, I guess he said that --

20           THE COURT:  Lower your voice.  I don't care, but if you

21  want a sidebar, you might as well use it.

22           MR. MARCUS:  I think he wanted you to call his employer

23  to get out of it.

24           MR. LARSEN:  Your Honor, we can go cause on him.  We're

25  not going to finish the trial in a week.
```

Voir Dire

147

```
 1          THE COURT:  Well, it's going to be quicker than you

 2  think.

 3          MR. LARSEN:  I agree with you, Your Honor.

 4          THE COURT:  Cause.

 5          Roberto Luis Izquierdo Beltran.  Government.

 6          MR. LARSEN:  Accept.

 7          THE COURT:  Defense.

 8          MR. MARCUS:  Accept.

 9          THE COURT:  Okay.  Juror Number 2.

10          Jefnie Jean.  Government.

11          MR. LARSEN:  Accept.

12          THE COURT:  Defense.

13          MR. MARCUS:  Accept.

14          THE COURT:  Juror Number 3.

15          Nathalie Petit Car.

16          MR. LARSEN:  Accept.

17          THE COURT:  Defense.

18          MR. MARCUS:  Strike.

19          THE COURT:  Defense challenge number 1 out of 10.

20          Angelica Berezin.  Government.

21          MR. LARSEN:  Accept.

22          THE COURT:  Defense.

23          MR. MARCUS:  Accept.

24          THE COURT:  Juror Number 4.

25          Elizabeth Ramirez.
```

```
 1              MR. LARSEN:  Strike.

 2              THE COURT:  Government's first challenge out of six.

 3              Francisco Chamorro.  Government.

 4              MR. LARSEN:  Cause.

 5              THE COURT:  Why?

 6              MR. LARSEN:  He expressed feelings that his husband

 7     [sic] was mistreated by law enforcement.  He was not treated

 8     fairly.

 9              THE COURT:  Who was not treated fairly?

10              MR. LARSEN:  That he was not treated fairly.  He was

11     arrested for throwing a coconut at a shutter, had problems with

12     the system.  He had issues with the system.  He expressed a

13     biased against law enforcement.

14              THE COURT:  For the shooting the missile and you all

15     laughed and --

16              MR. LARSEN:  Well, he --

17              THE COURT:  Hold on.  One at a time.  When I interrupt,

18     which is a lot, I'm sorry, you've got to stop.

19              MR. LARSEN:  Sure.

20         (The following proceedings were held in open court:)

21              THE COURT:  Mr. Chamorro, who was it who was arrested

22     and you said he was throwing the coconut?

23              MR. CHAMORRO:  My cousin.

24              THE COURT:  Your cousin, that's right.

25         (The following proceedings were held at sidebar:)
```

Voir Dire

149

```
 1              MR. LARSEN:  Sorry, his cousin.

 2              THE COURT:  That's why you had the whole thing wrong.

 3              MR. LARSEN:  I'm sorry.  Okay.  I thought I heard

 4    husband.

 5              THE COURT:  No, no.  So his cousin.  He said, it was

 6    shooting a deadly missile.  So we thought it was serious and

 7    then he said he threw a coconut and everybody laughed and then I

 8    said, I guess it wasn't so serious.  Remember?

 9              MR. LARSEN:  Yes.

10              THE COURT:  Cause challenge denied but --

11              MR. LARSEN:  Strike.

12              THE COURT:  -- it's a perfectly legitimate reason, for

13    whatever reason, for a peremptory challenge.  That's why we have

14    the peremptory challenges till the Supreme Court bands them

15    eventually.

16              Okay.  Jorge Negrin.  Government.

17              MR. LARSEN:  Cause.

18              THE COURT:  Granted.

19              Elky Hortensia Porto.  Government.

20              MR. LARSEN:  Accept.

21              THE COURT:  Defense.

22              MR. MARCUS:  Strike, Your Honor.

23              THE COURT:  Defense challenge number 2 out of 10.

24              Thony Williams Garcon.  Government.

25              MR. LARSEN:  Accept.
```

Voir Dire

1              THE COURT:  Defense.

2              MR. MARCUS:  Strike.

3              THE COURT:  Defense challenge number 3 out of 10.

4              Esther Margarita Rossetto.  Government.

5              MR. LARSEN:  Accept.

6              THE COURT:  Defense.

7              MR. MARCUS:  Strike.

8              THE COURT:  It's someone's phone.  Did you press that?

9              MR. LARSEN:  No.

10        (The following proceedings were held in open court:)

11             THE COURT:  Turn off your phones, folks.  Thank you.

12        (The following proceedings were held at sidebar:)

13             THE COURT:  I think we were at Esther Margarita

14   Rossetto.  Government, you accepted?  Is that what you did?

15             MR. LARSEN:  Yes, Your Honor.

16             THE COURT:  Defense.

17             MR. MARCUS:  That was a strike, Your Honor.

18             THE COURT:  I'm sorry.  Defense challenge number -- is

19   that three or four?

20             THE COURTROOM DEPUTY:  Four.

21             MR. LARSEN:  Four

22             THE COURT:  Four.

23             Kelly Ann Padron.  Government.

24             MR. LARSEN:  Accept.

25             THE COURT:  Defense.

1          MR. MARCUS:  Accept.

2          THE COURT:  Juror Number 5.

3          Diego Hurtado.

4          MR. LARSEN:  Accept.

5          THE COURT:  Defense.

6          MR. MARCUS:  Accept.

7          THE COURT:  Juror Number 6.

8          You have to lower your voice in case you say reject and

9    they hear you.

10         Rosemarie Rey.  Government.

11         MR. LARSEN:  Cause, Your Honor.

12         THE COURT:  Granted.

13         Maylyn Cruz-Caraballo.  Government.

14         MR. LARSEN:  Accept.

15         THE COURT:  Defense.

16         MR. MARCUS:  Cause, Your Honor.

17         THE COURT:  Why?

18         MR. MARCUS:  Let me just look at my notes.  She had a

19   conflict with -- if we don't finish in two weeks, Your Honor,

20   which is possible, she said she has a surgery starting on that

21   Monday.

22         THE COURT:  February 5th.

23         MR. RASHBAUM:  Yes.

24         MR. MARCUS:  I don't know how long this case is going

25   to be.  We have a defense case.  I don't want her to hold it

1    against us.

2         THE COURT:  She won't hold it against you.  We'll be

3    done.  We'll be done.  Just work harder for two weeks.  It's not

4    enough for cause.

5         MR. MARCUS:  We will strike.

6         THE COURT:  Defense challenge number 5.

7         Vanessa Fernandez.  Government.

8         MR. LARSEN:  Accept.

9         THE COURT:  Defense.

10        MR. MARCUS:  Your Honor, for cause.  I believe she has

11   a trip.

12        THE COURT:  Granted.  Accept, reject or cause.  You

13   don't have to say anything unless I ask.

14        MR. MARCUS:  Cause.

15        THE COURT:  Granted.

16        Leisy Meneses.  Government.

17        MR. LARSEN:  Accept.

18        THE COURT:  Defense.

19        MR. MARCUS:  Accept.

20        THE COURT:  Juror Number 7.

21        John Bolton.  Government.

22        MR. LARSEN:  Accept.

23        THE COURT:  Defense.

24        MR. MARCUS:  Strike.

25        THE COURT:  What a surprise.  Number 6.

1          Berny Garcia.  Government.

2          MR. LARSEN:  Accept.

3          THE COURT:  Defense.

4          MR. MARCUS:  Accept.

5          THE COURT:  Juror Number 8.

6          David a/k/a Gonzo Gonzalez.  Government.

7          MR. LARSEN:  Cause.  He had issues with the schedule.

8          THE COURT:  Right.  You're right.  Granted.

9          Immacula Thelisma.  Government.

10          MR. LARSEN:  Cause.

11          THE COURT:  Granted.

12          Oved Leon.  Government.

13          MR. LARSEN:  Cause.

14          THE COURT:  Granted.

15          Alvaro Martinez.

16          MR. LARSEN:  Cause.

17          THE COURT:  Granted.  I've never had so many people who

18   don't speak English.

19          Pedro Bodden.

20          MR. LARSEN:  Accept.

21          THE COURT:  Defense.

22          MR. MARCUS:  Accept.

23          THE COURT:  Juror Number 9.

24          Arthur Deprez.  Government.

25          MR. LARSEN:  Accept.

Voir Dire

```
 1              THE COURT:  Defense.

 2              MR. MARCUS:  Cause.

 3              THE COURT:  Granted.

 4              You don't think a judge could be a fair juror?

 5              MR. MARCUS:  He specializes.

 6              THE COURT:  A specialized judge cannot be a fair juror.

 7   Okay.

 8              Delphine Glover.  Government.

 9              MR. LARSEN:  Accept.

10              THE COURT:  Defense.

11              MR. MARCUS:  Accept.

12              THE COURT:  Juror Number 10.

13              Lisbette Mercedes Alvarado.  Government.

14              MR. LARSEN:  Accept.

15              THE COURT:  Defense.

16              MR. MARCUS:  Strike.

17              THE COURT:  Why is that happening?

18              I'm sorry.  My attention is not focused.

19              Lisbette Alvarado.  Government.

20              MR. LARSEN:  We accepted, Your Honor.

21              THE COURT:  Defense.

22              MR. MARCUS:  Strike.

23              THE COURT:  Defense challenge number 7.

24              Sarah Laura Gonzalez.  Government.

25              MR. LARSEN:  Strike.
```

1          THE COURT:  Government's third challenge, right?

2          MR. LARSEN:  Yes, Your Honor.

3          THE COURT:  German Merida.  Government.

4          MR. LARSEN:  Accept.

5          THE COURT:  Defense.

6          MR. MARCUS:  Accept.

7          THE COURT:  Juror Number 11.

8          Marcus Neloms.  Government.

9          MR. LARSEN:  Accept.

10          THE COURT:  Defense.

11          MR. MARCUS:  Accept.

12          THE COURT:  We've got 12 jurors.  Okay.  Okay.

13  Government used three out of six.  Defense used seven out of 10.

14  Rendering any issues regarding cause moot.  We're going to pick

15  a lot of alternates because things can happen.  So I will give

16  each side three challenges and we'll choose.

17          Do I have enough people?  Yeah, I think so.  How many

18  seats in there?

19          THE COURTROOM DEPUTY:  16.

20          THE COURT:  We'll choose four alternates and I will

21  give you -- well, then I'll give you two challenges each side.

22  You don't need that many.

23          Four more jurors, which is 50 percent.  So that's

24  pretty generous.

25          Catherine Bell Smith.  Government.

1          MR. LARSEN:  Accept.

2          THE COURT:  Defense.

3          MR. MARCUS:  Strike.

4          THE COURT:  Defense alternate 1 out of 2.

5          Maria Menendez.  Government.

6          MR. LARSEN:  Accept.

7          THE COURT:  Defense.

8          MR. MARCUS:  Accept.

9          THE COURT:  Alternate Juror Number 1 out of 4.

10         Munir Amin.  Government.

11         MR. LARSEN:  Accept.

12         THE COURT:  Defense.

13         MR. MARCUS:  Accept.

14         THE COURT:  Alternate Number 2.

15         Alvaro Mejia.  Government.

16         MR. LARSEN:  Accept.

17         THE COURT:  Defense.

18         MR. MARCUS:  Cause.

19         THE COURT:  Granted.

20         Gerald Jones.  Government.

21         MR. LARSEN:  Accept.

22         THE COURT:  Defense.

23         MR. MARCUS:  Accept.

24         THE COURT:  Alternate Number 3.

25         Reshma Vettaparambil.  Government.

```
 1              MR. LARSEN:  Accept.

 2              THE COURT:  Defense.

 3              MR. MARCUS:  Accept.

 4              THE COURT:  Number 4.  You think we need more?

 5              MR. MARCUS:  I don't think so.

 6              THE COURT:  That means you all used only one out of the

 7   four, showing how generous we are with peremptory challenges.

 8   So the next time you guys go to some Federal Bar function among

 9   judges and it's about the challenges, you can use this one as an

10   indication that you don't need that many challenges.

11        (The following proceedings were held in open court:)

12              THE COURT:  Okay.  Tell me when you're ready, Gilda.

13              THE COURT REPORTER:  I'm ready, Judge.  Thank you.

14              THE COURT:  See, she's the most important person here.

15   If she's not ready, we can't do anything, see?

16          All right.  I'm going to excuse with our thanks

17   Mr. Perez.  You can go.  There's a door right there on your

18   right.  You can use that one and leave.  You can leave.  Look at

19   that, in perfect English you knew that.

20          Mr. Diaz, you're Juror Number 1.  Move on down to that

21   first seat next to you.  You're Number 1.

22          Mr. Ollenik, you're excused.  Go to the fifth floor.

23   Make sure you tell them you haven't eaten lunch.  They'll send

24   you to lunch.  Okay?

25          Mr. Izquierdo, move on down to that second seat.
```

1          Mr. Jean, move on down to that third seat.

2          Ms. Petit Car, you're excused with our thanks.  You can

3     go out that way.  I think it's easier on your left.

4          Ms. Berezin, move on down to the fourth seat.

5          Kelly Ann Padron, move on down to the fifth seat, and

6     Diego Hurtado, move on down to the sixth seat.

7          The rest of you in the second row are excused with our

8     thanks.  Go to the fifth floor.  Make sure they let you go to

9     lunch.  Don't let them force you to go to another judge without

10    eating, okay?  And if you need to go to the bathroom, go even

11    before you get to the fifth floor.  Thank you.

12          Now, for those of you back there, I want these jurors

13    who have been selected, can you show them how comfortable those

14    chairs are?  Can you rock and swivel?  See, that's business

15    class, and you all back there are in coach.

16          So what's going to happen is you may get upgraded to

17    business class.  I want you to show the same enthusiasm as you

18    would if you were moving up through those curtains, you know, up

19    to business class.

20          So Ms. Cruz-Caraballo, you're excused with our thanks.

21    Go to the fifth floor.  I hope everything works out for February

22    5th.

23          Vanessa Fernandez, you're excused.  Go to the fifth

24    floor.  Have a pleasant trip to New York on the 31st.

25          Leisy Meneses, come on up and take your upgraded

1    business class seat here in the first row.  Number 7.

2           Mr. Bolton, you're excused with our thanks.  Stop by

3    the fifth floor.  Have a good day.

4           Berny Garcia, come on up and take the first seat in the

5    second row of the jury.

6           David Gonzalez or Mr. Gonzalez, Gonzo Gonzalez, you're

7    excused with our thanks.  Stop by the fifth floor.

8           Immacula Thelisma, you're excused with our thanks.

9    Oved Leon, too, and Alvaro Martinez, too, go to the fifth floor.

10          Pedro Bodden, come on up and take the ninth seat in the

11   second row.

12          Arthur William Deprez, you're excused with our thanks.

13   You've heard enough of these cases.

14          Delphine Glover, come on up and take the 10th seat here

15   in the second row.

16          Lisbette Alvarado, you're excused with our thanks.

17          Sarah Laura Gonzalez, you're excused with our thanks.

18   Go to the fifth floor.

19          German Merida, come on up and take the next seat in the

20   second row.  Don't forget to remind me about next Tuesday at

21   one.

22          MR. MERIDA:  Thank you.

23          THE COURT:  It's not tomorrow.  It's next Tuesday.  I

24   got it, but remind me anyway.

25          Marcus Neloms, come on up and take the next seat,

1   please, sir.

2          Catherine Smith, you're excused with our thanks.  Go to

3   the fifth floor.  Have a good day.

4          Maria Mercedes Menendez, come on up and take the next

5   seat.

6          Munir Amin, come on up and take the next seat, please.

7          Mr. Mejia, you're excused with our thanks.  Go to the

8   fifth floor.  Thank you very much, sir.

9          Gerald Jones, come on up and take the next seat.

10          Reshma Vettaparambil, come on up and take the next

11   seat, please.

12          Any of the jurors who have been selected so far have

13   any questions, any answers, any potential excuses you have not

14   used before or, you know, like the weddings, forever hold your

15   peace.  That doesn't even work anymore, does it?  But it will

16   here.

17   BY THE COURT:

18   Q.  Yes.  Let's talk with Mr. Jean.  We're going to give you a

19   microphone, maybe.  You don't need one, but I'm going to give it

20   to you anyway.

21          What do you wish to say, sir?

22   A.  (By Mr. Jean) I got a doctor's appointment on Friday.

23   Q.  Okay.  You forgot about it before?

24   A.  Yeah.

25   Q.  Okay.  What time?

Voir Dire

161

1   A.   I don't remember.

2   Q.   Well, I can't give you the whole Friday off, right?

3   A.   No, it's in the morning.

4   Q.   Do you know more or less -- have you been to that doctor

5   before?

6   A.   No.   It's the first time.

7   Q.   And you don't know what time?

8   A.   I was going to call.

9   Q.   You have your phone?

10  A.   Yeah.

11  Q.   Call.   Find out.

12  A.   Right now?

13  Q.   Yeah.   That's when I want to find out.

14  A.   All right.

15  Q.   I don't want to find out after you're sworn that it's a

16  12-hour appointment.   Go ahead.   We'll wait for you.   I mean,

17  you don't have to discuss anything private.   Do you have your

18  phone?   Just call up and confirm, hey, what time is my

19  appointment on Friday?   They are usually good.   They will send

20  you to someone.   They usually call you to remind you.

21          While he's doing that, anybody else in the second row?

22          Oh, look at that.   Okay.   Let's give a microphone there

23  to him.

24  A.   (By Mr. Neloms) Yes, during each session, how long does --

25  Q.   Hold on.   Let me get --

1   A.   Oh, I'm sorry.  My name is Marcus Neloms.

2   Q.   Yeah, I am looking for with my notes.  Give me a little --

3   Marcus Neloms?

4   A.   Yes.

5   Q.   I got you.  I have so many other names with notes, I can't

6   even -- okay.  What's the problem that you have?

7   A.   How long do each session last a day?

8   Q.   You work usually from what time to what time?

9   A.   From 4 to 12, Thursday through Monday.

10  Q.   You work from 4 to 12 at night, right?

11  A.   Yes.

12  Q.   Well, you have to quit that for a while and just do this,

13  because otherwise -- unless you think you can sleep only six

14  hours.  Is that all right?

15  A.   Well, it's as far as the pay.

16  Q.   The pay?

17  A.   Yes.

18  Q.   The pay is $40 a day no matter what.

19  A.   I understand, but the bills got to be paid as well.

20  Q.   Pardon?

21  A.   Bills got to be paid as well.

22  Q.   Okay.  So what did you tell me about that before?

23  A.   I didn't tell you before.

24  Q.   Okay.  So what do you want to tell me about it now?

25  A.   Well, I don't think it would be enough for the bills.

1   Q.  Okay.  So you think it's going to create a problem for you?

2   A.  Correct.

3   Q.  All right.  "All right" means I understand what you're

4   saying.

5           Okay.  Anybody else?

6           All right.  Let's see who we have.

7   A.  (By Mr. Bodden) Thank you.

8   Q.  This is?

9   A.  Pedro Bodden.

10  Q.  There you go.

11  A.  Thank you.  I am happy to stay here.

12  Q.  All right.  So are we.

13  A.  But I have to -- I need to be honest.  My English really --

14  when I sell art, when I try to sell a picture, a painting, I

15  speak for two or three minutes and I do my effort, you know?

16  But I don't know if my English is enough, is sufficient to

17  serve.  It's only my -- I want to stay, but it's a challenge for

18  me, you know?

19  Q.  You know, when you sell Latin American art, I suspect you

20  probably sell it to people who speak Spanish.  I don't know.

21          You ever sell any art to Carlos De La Cruz?  He's a

22  good friend of mine.  Do you know him?  You know of him, I'm

23  sure.

24  A.  Yeah, yeah.  Sometimes --

25  Q.  And you probably do it in Spanish, because that's good

1    marketing.  You speak in Spanish to someone who's a customer.

2    But do you ever do anything that is not as important as selling

3    art?  Do you ever chat with anybody about other things?

4    A.  Yes, sometimes --

5    Q.  And you do it in English?

6    A.  Yes, sometimes I need to speak English.

7    Q.  Of course.

8    A.  But --

9    Q.  Like right now.

10   A.  Yes, yes.  Thank you.  But --

11   Q.  And you are doing perfectly.

12   A.  Okay.  Thank you.  Thank you very much.  But when the

13   conversation is a little bit deep, maybe I don't understand a

14   lot.

15   Q.  Okay.  Let's see how deep.

16   A.  For me, I am good here, but it's a challenge for me.

17   Q.  What I have -- I don't usually speak deeply.  That's one of

18   my many faults.  Have you understood what I have said?

19   A.  Yes.

20         THE COURT:  Lawyers, speak my not-to-deep English.  And

21   Government, tell your witnesses to speak not-deep English.  And

22   then you'll be fine.

23         MR. BODDEN:  Okay.

24         THE COURT:  All right.

25         MR. BODDEN:  Okay.  Thank you.

1          THE COURT:  Thank you for bringing it up.

2   BY THE COURT:

3   Q.  I don't know, did we give Mr. Jean enough time there?  Okay.

4   What time is your doctor's appointment this Friday?

5   A.  (By Mr. Jean) It's at nine.

6   Q.  Nine.  Do you know how long it will take?

7   A.  It's supposed to be just a checkup.

8   Q.  Okay.  But sometimes that takes -- okay.  So if we start at

9   10:15, do you think you'll make it?

10  A.  Yeah, I mean, it's at Jackson.  So, yeah.

11  Q.  You can even take the Metrorail, if you wanted to.

12  A.  I can try.

13  Q.  Okay.  So don't worry.  Don't cancel the appointment.  And

14  on this Friday, we will start at 10:15 and we will wait for you,

15  you know, unless there's some problem.  Okay?

16  A.  All right.

17          THE COURT:  All right.  Anybody else?

18          Okay.  Let me see the lawyers at sidebar, please.

19          You all are on hold, on standby, see, back there,

20  waiting to see if you get your upgrade.

21          You don't have to put this down.

22      (There was a brief discussion off the record, and the

23  following proceedings were held at sidebar:)

24          THE COURT:  Okay.  What do you want to do about

25  Mr. Neloms?  Government.

Voir Dire

1           MR. LARSEN:  We'd like to keep him.

2           THE COURT:  What does the defense want to do?

3           MR. MARCUS:  We'd like to keep him.  I don't know if

4   you tell him we're going to stop by a certain time in the

5   afternoon, like late afternoon, that he could then still work,

6   if he wants to.

7           THE COURT:  What time does he start work?

8           MR. MARCUS:  He said 4 to 12.  I don't know if he can,

9   you know, work 6:30 or 7.

10          THE COURT:  Did you hear me talk about how I don't

11  think it's ideal to work till 3:00, and that's without a lunch

12  break, let alone with a lunch break?  How is that going to work?

13          Why in the world would both of you want an individual

14  who works, who needs the money, unless your goal is to get a

15  hung jury, or you like the first alternate more than anybody

16  else?

17          MR. RASHBAUM:  I don't like him.

18          MR. LARSEN:  Well, I don't really want an angry,

19  reluctant juror.  I was only saying to keep him if the Court --

20  I don't know if the Court was -- you talked about calling the

21  employers before.  I don't know if that's something --

22          THE COURT:  Of course, I do that, but I don't want to

23  start with that --

24          MR. LARSEN:  Okay.

25          THE COURT:  -- especially on a case that takes more

Voir Dire

1   than a couple of days.

2           MR. LARSEN:  Yeah.

3           THE COURT:  Not because I think the employer will do

4   anything, but because the employee will not be happy.

5           MR. LARSEN:  I agree.

6           THE COURT:  I want happy jurors for both of you.  Both

7   of you should want happy jurors as much as you can under the

8   circumstances.

9           So what I'm going to do is I'm going to excuse him for

10  cause, and then what I will do with you all, if you want,

11  because we already did everything else, since you all had

12  challenges still left --

13          MR. LARSEN:  Where did we leave off?

14          THE COURT:  -- either start again with what you got or

15  move on to Mr. Jones.

16          What say the Government?

17          MR. LARSEN:  Mr. Jones?

18          THE COURT:  No, I'm giving you two choices.

19          MR. LARSEN:  Okay.

20          THE COURT:  He was accepted.  We can start again after

21  German Merida.  German Merida was accepted by both of you as the

22  11th juror.  Marcus Neloms was the 12th juror.  Both of you had

23  challenges left.  We can rewind it back to then and do it again,

24  if you want, or we can move on to James Jones.

25          MR. LARSEN:  To James Jones?

1          THE COURT:  Yeah, I think that was the next one.

2          MR. MARCUS:  We'd would like to rewind, Your Honor.

3          THE COURT:  You want to rewind, okay.  Then we'll

4   rewind.

5          MR. LARSEN:  Where are we starting again?

6          THE COURT:  Starting at the end of Neloms.

7          Catherine Smith had been a defense alternate number 1

8   challenge.  Now you know a little bit more, so there's no

9   prejudice to anybody because you know how your opponent is

10  thinking anyway.  But she was excused already, so we can't bring

11  her back.  But you can say accept if you want to.

12         MR. LARSEN:  Accept.

13         THE COURT:  What say the defense?

14         MR. RASHBAUM:  Don't play games.

15         MR. MARCUS:  Strike.

16         THE COURT:  Of course, you better.  Otherwise, we'll

17  bring her right back.

18         Defense challenge number 8 out of 10.

19         Okay.  Now, let's see.  Where am I?  Now we have Maria

20  Mercedes Menendez.  Government.

21         MR. LARSEN:  Accept.

22         THE COURT:  Government accepted.  Defense, you

23  reaccept?

24         MR. MARCUS:  Strike.

25         THE COURT:  You strike Ms. Menendez.  That's defense

 1    challenge number 9.

 2           Amin, Munir.  Government.

 3           MR. LARSEN:  Strike.

 4           THE COURT:  Okay.  Government.  Why did I do this?

 5    Government's fourth challenge.

 6           Okay.  Alvaro Mejia was a cause challenge.  So we have

 7    Gerald Jones.  Government.

 8           MR. LARSEN:  Accept.

 9           THE COURT:  Defense?

10           MR. MARCUS:  Accept.

11           THE COURT:  He becomes the 12th juror.

12           Reshma Vettaparambil.  Government.

13           MR. LARSEN:  Accept.

14           THE COURT:  Defense.  Now we've got 12 jurors.  So now

15    you've got two challenges each to choose four alternates.

16           Okay.  You accept, defense?

17           MR. MARCUS:  Accept.

18           THE COURT:  Alternate Number 1.

19           James Jones.

20           MR. LARSEN:  Accept.

21           THE COURT:  Defense.

22           MR. MARCUS:  Accept.

23           THE COURT:  Alternate Number 2.

24           Gloria Guthrie.

25           MR. LARSEN:  Accept.

Voir Dire

1          THE COURT:  Defense.

2          MR. MARCUS:  Challenge, strike.

3          THE COURT:  Defense challenge number 1 out of 2 for the

4   alternate.

5          Yudeisy Abreu.

6          MR. LARSEN:  Strike.

7          THE COURT:  I'm going to excuse for cause because of

8   the prior incident.

9          Rodrigo Sandrini.  Government.

10         MR. LARSEN:  Accept.

11         THE COURT:  Defense.

12         MR. MARCUS:  Cause.

13         THE COURT:  Why?

14         MR. MARCUS:  He was the one who had a work conflict,

15  was unsure that the manager was going to replace him in the

16  company.  He didn't seem very --

17         THE COURT:  Happy to be here?

18         MR. MARCUS:  That's right.

19         THE COURT:  Granted.

20         What do we have one alternate so far?

21         THE COURTROOM DEPUTY:  We have two alternates.

22         THE COURT:  Juan Angulo.  Government.

23         MR. LARSEN:  Cause.

24         THE COURT:  Granted.

25         Carla Webb.  Government.

Voir Dire

1       MR. LARSEN:  Strike.

2       THE COURT:  Government, one out of two.

3       MR. LARSEN:  We can keep --

4       THE COURT:  Well, it's close.  It's close.

5       MR. LARSEN:  She doesn't seem to want to be here.

6       THE COURT:  No, she didn't, but she will think of

7  enough excuses to be for cause eventually.  What are we going to

8  do?

9       Luis Rodriguez.  I sent him to enjoy himself before the

10  Navy.

11       Leah Brooks.

12       MR. LARSEN:  Accept.

13       THE COURT:  Leah Brooks was accepted.  Defense.

14       MR. MARCUS:  Accept.

15     (There was a brief discussion off the record.)

16       THE COURT:  Okay.  You accepted Ms. Brooks.

17       MR. MARCUS:  Yes, she's the third, Number 3.

18       THE COURT:  Yeah, Alternate Number 3 is Ms. Brooks.

19       Jansel Jose Febres Cotto.  Government.

20       MR. LARSEN:  Accept.

21       THE COURT:  Defense.

22       MR. MARCUS:  Accept.

23       THE COURT:  We have got four alternates.  So we don't

24  need to do anything else.

25       We got almost 100 percent jury utilization.

Voir Dire

172

1          (The following proceedings were held in open court:)

2              THE COURT:  Okay.  Mr. Neloms, I'm going to excuse you.

3     Okay?  Go to the fifth floor.  Thank you.

4              Ms. Menendez, I'm going to excuse you now.  All right?

5     And Mr. Amin, I'm going to excuse you, too.  All right?  See

6     what happens?  Look at that.  But I don't want you to think we

7     took away your upgrade or anything, but it looks like you're

8     happy anyway.

9              Mr. Jones, move on down to that seat, please.  Thank

10    you so much.

11             And Ms. Vettaparambil, you can move on down to that

12    seat.

13             Mr. James Jones, come on up and take the next seat.

14             MR. J. JONES:  Can I use the bathroom?

15             THE COURT:  Right over there.  Take your time.  Wait.

16    Okay.

17             THE COURT SECURITY OFFICER:  He asked to use the

18    restroom.  I think you told him -- you said okay.

19         (Juror James Jones retired from the courtroom.)

20             THE COURT:  Well, can you wait outside to make sure

21    when he's done, to come back here?  We'll keep his seat.

22             When you got to go, you got to go, I guess.

23             Ms. Guthrie, you're excused.  You can go to the

24    bathroom if you want, too, but go to the fifth floor.

25             Yudeisy Abreu, you're excused.

Voir Dire

1          Rodrigo Sandrini, you're excused.

2          Juan Angulo, you're excused.

3          Carla Webb, you're excused.  Go to the fifth floor.

4          Mr. Luis Rodriguez was previously excused.

5          Ms. Brooks, come on up and take the next to the last

6     seat here.

7          And Jansel Jose Febres Cotto, come on up and take the

8     last seat.

9          And let me wait for Mr. Jones before I excuse you all,

10    Mr. James Jones.

11         Anything that either one of you, any of you now want to

12    say regarding sitting here for two weeks, paying attention and

13    doing your duty?  Any problems, excuses, causes, complaints?

14    BY THE COURT:

15    Q.  Okay.  Let's go to -- okay.

16    A.  (By Ms. Glover) Will we still be here on February the 7th?

17    Q.  Pardon?

18    A.  February the 7th.

19    Q.  February 7th?

20    A.  Yeah.

21    Q.  No, you won't be here.

22    A.  We'll be finished then, huh?

23    Q.  Pardon?

24    A.  We'll be finished with the jury?

25    Q.  Yeah.  What do you have February 7th?

Voir Dire

1    A.   I have an appointment.

2    Q.   At what time?

3    A.   10:00.

4    Q.   Don't cancel it.  Doctor's appointment?

5    A.   Yes.

6    Q.   No problem.  Is it just for a checkup or something like

7    that?

8    A.   Yes.

9         (Juror James Jones entered the courtroom.)

10             THE COURT:  Okay.  Mr. Jones, we have a seat ready for

11   you.  It's not an aisle seat, but it's still business class?

12             MR. J. JONES:  Yes.

13             THE COURT:  Okay.  Hold on.  Let me get Mr. Jones

14   seated to make it easy.  Right there.

15   BY THE COURT:

16   Q.   Yes, Mr. Diaz.

17   A.   (By Mr. Diaz) Yes.  One question.

18   Q.   Okay.  Just one?

19   A.   Just one.  Is the company pay for the two weeks?

20   Q.   They don't have to if they don't want to, but they can't

21   fire you.

22   A.   Okay.

23   Q.   So what do you think?

24   A.   No, just talking with my company.

25   Q.   How big is your company?

1   A.  How big is my company?

2   Q.  Yeah.

3   A.  400 employees, maybe.

4   Q.  Usually big companies do it, but I cannot force them to pay

5   you for not working.

6   A.  What about if I am salary?  I am not work by hour.  I am

7   work by the whole year.

8   Q.  Okay.  It seems like they probably would, but I cannot force

9   them to pay you.

10  A.  I understand.

11  Q.  So what impact will that have on your --

12  A.  For example, if I am going to be out today, I am going to

13  pay because I am salary.  I don't work by hour.

14  Q.  I got that.  So how does that affect your jury duty?  Tell

15  me.

16  A.  No, just question.  It's not affected.

17  Q.  No, but I have a question of you.  Can you be fair even if

18  your employer says, you know what, I could take a few days off,

19  but two weeks is too much.  I'm going to dock your pay, which he

20  can do.  He can say, I can't pay you.  I can't afford to pay you

21  for two weeks.

22  A.  Yes, it's going to affect me because it's a lot of money.

23  Q.  I know.  So would it affect your decision in this case?

24  A.  No.

25  Q.  Will it cause a hardship to sit as a juror?

Voir Dire

1  A.  Yes, if they don't pay me.  If they pay, it's --

2  Q.  Yeah, of course.  If they pay, you get paid twice.  Maybe

3  you have to give the money that you get paid from here, which is

4  much less.  Some employees do that.

5          THE COURT:  What say the Government for Mr. Diaz?

6          Hold on.  We have a tsunami coming here.  Well, maybe I

7  should ask what --

8  BY THE COURT:

9  Q.  Mr. Izquierdo, what is your issue?

10  A.  (By Mr. Izquierdo) I work and I got two jobs and in my house

11  I am the only work.

12  Q.  What did you tell me before?

13  A.  I work for Holiday Inn.

14  Q.  Yeah.

15  A.  And Alamo, Enterprise Rent-A-Car.

16  Q.  Did you tell me about Alamo?

17  A.  No, no.

18  Q.  You forgot.

19  A.  Because Alamo is part-time, so --

20  Q.  But you didn't tell me that.

21  A.  Sorry.

22  Q.  You told me Holiday Inn, because we went through the

23  language issue and I said, remember, you speak with any of the

24  guests or anything like that?  And you said, no, no, I don't

25  speak with anybody.  Remember that?  About two hours ago, but

Voir Dire

1    still.

2    A.  So the company has to pay me?  It's obligatory or not?

3    Q.  No, the company doesn't have to pay you.  Usually big

4    companies do, if you work for the school board, if you work for

5    Holiday Inn.  But they cannot fire you or demote you or punish

6    you.  It would be like you have a leave, but I cannot force them

7    to pay you.  I'm going to be honest with you.  They cannot

8    punish you because, if they do, they will be punished.  So they

9    never do when I call, but I cannot promise you that they will

10   pay you.  I cannot.

11   A.  So I think I can't be here.

12   Q.  Why didn't you tell me that before?

13   A.  I don't know.  The thing is in my house, it's the only work.

14   I have two childs [sic].

15   Q.  Why didn't you tell me all of that before?

16   A.  I'm sorry about that.

17   Q.  All right.  Yeah, because it kind of messes everything up,

18   see?  That's the reason.  Most judges don't ask the last

19   question that I ask, and then we have all kinds of problems.  I

20   ask it because I've seen problems.  I've learned from that.

21          THE COURT:  What say the Government as to Yoelis Diaz?

22          MR. DIAZ:  I want to say --

23          THE COURT:  No, hold on.  You've said enough already.

24          Accept, reject or cause?

25          MR. LARSEN:  Your Honor, we accept.

Voir Dire

1           THE COURT:  What say the defense?

2           MR. MARCUS:  Your Honor, just in light --

3           THE COURT:  No, no.  I'm sorry.  Accept, reject or

4    cause?  You have a chance to make opening statement soon.

5           MR. MARCUS:  Caused based on the hardship.

6           THE COURT:  No.  Accept, reject or cause?  One word.

7           MR. MARCUS:  Cause.

8           THE COURT:  Granted.

9           Okay.  Mr. Perez -- Mr. Diaz, you can go.  Perez was

10   before that.

11          On Izquierdo, what say the Government?

12          MR. LARSEN:  Accept, Your Honor.

13          THE COURT:  What say the defense?

14          MR. MARCUS:  Cause.

15          THE COURT:  Granted.

16          Mr. Izquierdo, go to the fifth floor.  See what

17   happens.  Okay?

18          That means that Ms. Vettaparambil, you're going to move

19   on down to the first seat.

20          And Mr. Jones, you are going to move on down to the

21   second seat -- wait, wait.  Mr. James Jones.  Sorry.  I made a

22   mistake not using first names.

23          MR. J. JONES:  We have two Joneses.

24          THE COURT:  I know.  That's why we are doing it that

25   way.  The alternates would move to Number 1 and Number 2.

1          THE COURT:  All right.  Can you all move down two?

2          Dineiska Rodriguez, Government?

3          MR. LARSEN:  Accept.

4          THE COURT:  Defense?

5          MR. MARCUS:  Accept.

6          THE COURT:  Okay.  Come on up and get your upgrade.

7          Laura Oropesa, Government?

8          MR. LARSEN:  Accept.

9          THE COURT:  Defense?

10         MR. MARCUS:  Accept.

11         THE COURT:  Come on up and take the next seat.

12         Any objections from the Government to the jury as

13  you've selected them?

14         MR. LARSEN:  No, Your Honor.

15         THE COURT:  From the defense?

16         MR. MARCUS:  No, Your Honor.

17         THE COURT:  All right.  I hate to say it, because we

18  don't have anybody else left -- that's the real reason -- any

19  other issues?

20         MS. RODRIGUEZ:  Just an appointment for February 5th,

21  but it's not a big deal.

22  BY THE COURT:

23  Q.  Okay.  Ms. Rodriguez.  Did you tell me that before?

24  A.  (By Ms. Rodriguez) No, because I didn't know.  You said two

25  weeks and then I work nights, so --

1   Q.  I said two, we could run into Monday or Tuesday.  I think I

2   said that, but I probably didn't say it loud enough.

3   A.  It's fine.  I can change it.

4   Q.  What do you have on February 5th?  What time?

5   A.  3:00 p.m.

6   Q.  What is it?

7   A.  3:00 p.m.

8   Q.  A doctor's appointment?

9   A.  Yes.

10  Q.  Okay.  Don't cancel it.  We'll just quit and then we'll pick

11  up if we have to for the next day.

12  A.  Thank you.

13  Q.  All right.  But you have to remind me.

14  A.  I will.

15  Q.  Anybody else?

16      Mr. Jones?

17  A.  (By Mr. J. Jones) I have a doctor's appointment --

18  Q.  Hold on.  We're going to give you --

19  A.  I have a doctor's appointment --

20  Q.  Hold on.  I have to find your name here.

21      Mr. James Jones, when do you have a doctor's

22  appointment?

23  A.  On the 12th of February.

24  Q.  If we are not done by then, I'm going to see the same doctor

25  with you.  How is that?  Okay?  No problem.

1              THE COURT:  Anybody else?  We try to make it easy

2    because we know you're kind of volunteering, but not really

3    volunteering.  It's like the old draft days of the military; and

4    in my days, by lottery, that's how it was.  And sometimes you

5    win, sometimes you lose, but the consequences aren't as great,

6    at least in my days.  You would be sent to Vietnam, so -- but I

7    want to make sure we have no issues, right?  If we have no

8    issues, now you can rise, raise your right hand, and

9    Mrs. Christie is going to swear you in as the jurors to try this

10   case.

11       (The jury and alternates were duly sworn by the courtroom

12   deputy.)

13              THE COURTROOM DEPUTY:  Thank you.  You can have a seat.

14              THE COURT:  Okay.  We're going to let you go.  I've got

15   to give you a couple of instructions.  I already told you how a

16   trial is conducted.  You're going to hear opening statements and

17   then the Government starts calling witnesses.  But I'm going to

18   send you to lunch.

19              But I'm going to give you some cautionary instructions.

20   The first one is:  You'll see the lawyers.  You're going to see

21   the witnesses, the parties involved in this case, and you being

22   polite would want to say, hey, how are you doing?  Good morning,

23   good afternoon.  And you're going to notice that no one linked

24   to the case, witness, party, lawyer, will even acknowledge your

25   greeting.  They won't even say hello to you.  So that means you

1   can't hold it against them.  They're very nice and very polite,

2   but they fear me more than they love you, and I have an order

3   that says they cannot even say hello to you.  So don't hold it

4   against them.  All right?  That's the first thing.  So if you

5   are up in the elevator and they're looking up at the ceiling,

6   you know, it's because they know they can't have any contact

7   with you.

8          So you have to wear your juror badge at all times

9   around the courthouse because even though they selected you and

10  they know you, they are running around, preparing their case:

11  What are you going to do?  The judge, you know, he's pushing us

12  hard.  So they may not even see you.  So don't hold it against

13  them, okay?  You are going to see them around town, in the cafe.

14         I don't require them to hide into another bathroom or

15  go to another restaurant because I'm going to trust them because

16  they have my orders.  But then you can't hold it against them,

17  okay?  So don't put them on the spot.  How long is this case

18  really go to take?  Because they're not going to answer.

19         If anyone approaches you and wishes to talk about the

20  case, you tell them, I'm on the jury.  I can't.  If they

21  persist, you let me know.  And remember what I said three hours

22  ago:  No googling.  Don't start googling the lawyers about their

23  cases, other cases or this case.  There probably will be

24  something on the Internet about it.  Don't.  Please, don't look

25  it up.

1           Can you all do that for me?  You can all do that?
2  Okay.  All right.

3           Then from now on, you don't go to the fifth floor
4  because then they'll send you into a boring, long case.  You
5  don't want to do that.  You want to stay here with good lawyers
6  in a case that won't be short, but won't be long.

7           So you are going to go in and out of my hallway, which
8  is your hallway, and the court security officer is going to show
9  you.  Before that, some of you already know.  I don't know about
10  many of you because we have moved around, but we have bathrooms.
11  You can use that.  Coffee, soda.  But you can go and eat.

12          Now, I'm going to give you a shorter lunch hour today
13  than normal.  So if you want to go to the Constitution Cafe on
14  the seventh floor, feel free.  If you want to go outside, fine.
15  But I want you to get here -- it's 20 till one -- because this
16  took longer because I didn't manage it well.  It's my fault.

17          So if you can get here at 20 after one, it's a
18  40-minute lunch hour.  I guess it's not an hour.  But if you can
19  do that, we can get started and maybe we'll quit earlier.  You
20  know, I usually quit when the sun goes down, but we'll quit a
21  little bit earlier if you can do that.

22          Can you all do that?  Okay?

23          You eat wherever you want.  I don't recommend places,
24  so go ahead, do whatever you need to do and come back.  You
25  don't come into the courtroom until a man in blue brings you in.

1    Sometimes there are different shifts.  Okay?  So we'll see you

2    at 20 after one.

3                THE COURT SECURITY OFFICER:  All rise.

4         (The jury retired from the courtroom at 12:41 p.m. )

5                THE COURT:  Let me hear that door.  There.

6           Okay.  Have a seat.  I have a rule that compels you to

7    stay here for five minutes whenever we excuse the jurors, and

8    you've heard me tell the jurors you're the nicest, most polite,

9    wonderful people on this floor, but no contact whatsoever.  I'm

10   very, very, very strict with that.  So unless someone wants to

11   have a jury trial for contempt, no contacts.  And you let your

12   witnesses, agents, defense witnesses know -- I didn't want to

13   say that in front of the jury because you never know what's

14   going to happen -- but I'm very strict with that.  All right?

15               Who's making the opening statement for the Government?

16               MR. JUENGER:  I am, Your Honor.

17               THE COURT:  How long is it?

18               MR. JUENGER:  It's less than 30 minutes, for sure.  I

19   think 20.

20               THE COURT:  All right.  Who's making it for the

21   defense?

22               MR. RASHBAUM:  I am, Your Honor.

23               THE COURT:  How long?

24               MR. RASHBAUM:  I have no idea, but I'm sure it will be

25   less than 30 minutes.

Case 1:16-cr-20893-FAM   Document 229   Entered on FLSD Docket 09/10/2018   Page 185 of
361

Jury Trial

185

```
 1            THE COURT:  Okay.  Well, then you have an idea.

 2            MR. RASHBAUM:  Well, you gave me 30 minutes.  So I'll

 3   be less than that.

 4            THE COURT:  But you don't need more than 30 minutes.

 5            Who's your first witness?

 6            MR. LARSEN:  Your Honor, the Government would be

 7   calling Ginger Lay as its first witness.

 8            THE COURT:  The codefendant?

 9            MR. LARSEN:  Yes, Your Honor.  And if I may revisit the

10   issue of exhibits, the exhibits the Government intends to

11   introduce through Ms. Lay, I believe were all covered by the

12   Court's status conference ruling.  I think we agreed that all

13   the ones the Government intend to bring in were admissible.

14   We'd actually like to be able to, consistent with the Court's

15   suggestion, move in everything that there was no controversy

16   over at the beginning of the trial, so we don't fumble around

17   with foundation and --

18            THE COURT:  Okay.  I'm going to go through -- I'm

19   looking at my notes of exhibits to see the numbers.

20            Do you have them there in order?

21            MR. LARSEN:  For the first witness, Your Honor?

22            THE COURT:  For the first witness.  That's all I want.

23            MR. LARSEN:  I don't know that they are in numerical

24   order, Your Honor, but I can tell you the --

25            THE COURT:  They're not in numerical order?  What other
```

1    order is there?

2              MR. LARSEN:  Well, they're not, Your Honor.  If you

3    give me a second, Your Honor, I can put them in numerical order.

4              THE COURT:  No, but tell me what they are.  That's what

5    I meant.

6              MR. LARSEN:  Sure.

7              THE COURT:  And that way we hear -- we did have an

8    informal status hearing where I told --

9              MR. LARSEN:  Your Honor --

10             THE COURT:  Let's put this on the record.  I told the

11   Government to have an Exhibit List.  I told the defense, have an

12   Exhibit List.  I told both sides, you should try to agree, so we

13   don't waste time, and we went through the exhibits and, at least

14   for the first witness and more, there was agreement.  I know I

15   jotted down what the agreements were, but in any event, since we

16   were not on the record -- it was because of my busy calendar --

17   the court reporter had to eat lunch or sleep or do something to

18   flex her muscles because she had worked the whole day and we did

19   it during the lunch hour.  But we can do it now.

20             If you tell me what the exhibits are and I don't hear

21   objection, then it's in.  Can you do that now or you want to do

22   it at 1:15?

23             MR. LARSEN:  We can do it now, Your Honor.

24             THE COURT:  Okay.  Give me the number.

25             MR. LARSEN:  Your Honor, the Government is moving in --

Jury Trial

187

```
 1              THE COURT:  Just give me the number.  If I don't hear
 2    objection, it's in.
 3              MR. LARSEN:  Sure.  138, 102, 101, 17-B as in boy, 103,
 4    109, 116, 117, 115, 106, 107, 120, 122, 104, 118, 114, 54, 113,
 5    111, 96, 157, 17-D as in David, 80, 139, 154, 56, 66, 82, 81,
 6    99, 130, 48, 51, 17-F as in Frank --
 7              THE COURT:  Your first witness is going to talk about
 8    all these exhibits?
 9              MR. LARSEN:  Yes, Your Honor.
10              THE COURT:  Okay.
11              MR. LARSEN:  Some will be more in a summary fashion,
12    Your Honor.
13              THE COURT:  Keep going.
14              MR. LARSEN:  119, 17-A as in apple, 134, 93, 131, 129,
15    133, 17-C as in Charlie, 173, 36, 18, 142, 68, 82, 81, 99, 130,
16    and 70.
17              THE COURT:  Any objections from the defense?
18              Hearing none, they will all come in.
19              MR. MARCUS:  Yes, Your Honor.
20              THE COURT:  Which one?
21              MR. MARCUS:  So in order --
22              THE COURT:  No, no.  Give me a number.  Whatever number
23    it is.
24              MR. MARCUS:  Your Honor, Number 48.
25              THE COURT:  Well, when we discussed 48 -- you had no
```

1    objection to 48 when we discussed it Friday.  Email from your

2    client and LS.  What's the objection?

3          MR. MARCUS:  I think this was one that you reserved on,

4    where he didn't --

5          THE COURT:  I don't think so, but I don't know.  What's

6    the objection?  Email between your client and LS.

7          MR. MARCUS:  Let me pull it, Your Honor.

8          THE COURT:  I'll overrule the objection.

9          Next one.

10          The ones that you all had some objection to, according

11    to my notes, are 104, 106, 107, 108, 109, 115, 116, 117, 118,

12    120, 121 and 122, but it did not include 48 unless I made a

13    mistake.  And what are the objections to those exhibits which

14    are emails between Monty Grow and LMS and others?  What is the

15    objection about the defendant's own emails?

16          MR. MARCUS:  So I'm pulling 48, but this is one that he

17    did not -- this was one of the Mr. Speir emails where he did not

18    send it or forward it.

19          THE COURT:  I just want to know what the objections are

20    to the ones I just listed:  104, 106, 107, 108, 109, 115, 116,

21    117 -- those are the ones I set aside -- 118, 120, 121 and 122.

22          MR. MARCUS:  That's right.  We're just going to

23    preserve our hearsay objection, Your Honor.

24          THE COURT:  What is the objection?  It hasn't been

25    preserved yet.  What is the objection?  Whose statements are

1    those?  What is the hearsay objection?

2              MR. MARCUS:  Well, these are emails, Your Honor.

3              THE COURT:  From whom?

4              MR. MARCUS:  That our client is --

5              THE COURT:  I'm sorry.  My mic must be off.  From whom

6    to whom?

7              MR. MARCUS:  They vary.  So --

8              THE COURT:  Okay.  So let's go one by one.  If you have

9    an objection, you have to tell me what it is.

10             104, January 6, 2015 email between Monty Grow and LMS.

11   Government, this is an email by whom to whom?

12             MR. LARSEN:  I believe, Your Honor, they are all from

13   Monty Grow.  I have it here.  It is an email from Monty Grow --

14             THE COURT:  No.  I just want to know one at a time.

15             104, email.  But who wrote the email?

16             MR. LARSEN:  Monty Grow.

17             THE COURT:  How could that be hearsay?

18             MR. MARCUS:  Well, it's a forward to Mr. Speir.  It's a

19   chain.

20             THE COURT:  Look at 104.  I don't know.  Read it.

21             MR. LARSEN:  Your Honor, Monty Grow says, "Any word on

22        these?" in the email.  There's actually an affirmative

23        statement.  "Any word on these?"

24             THE COURT:  104.  What is 104?

25             MR. LARSEN:  Your Honor, it's an email from Monty --

Jury Trial

190

1          THE COURT:  Read it.  Read the statement.

2          MR. LARSEN:  Monty Grow says, "Any word on these?"

3          THE COURT:  Okay.  What's the objection?

4          MR. MARCUS:  It's to a witness who is not testifying,

5    Your Honor, at trial.

6          THE COURT:  It's your client's statement.  It comes in

7    as an admission against party opponent.  Overruled.

8          106.

9          MR. LARSEN:  Same thing, Your Honor.

10         THE COURT:  What's the objection?

11         MR. MARCUS:  Same objection.

12         THE COURT:  Same ruling.  It's an admission.  Anything

13   your client wrote can come in.  It's not hearsay.

14         107.

15         MR. LARSEN:  Same thing, Your Honor.

16         THE COURT:  Same ruling.

17         You still have an objection?

18         MR. MARCUS:  Yes, Your Honor.

19         THE COURT:  Why?

20         MR. MARCUS:  It's the same objection.

21         THE COURT:  What is the objection?  What part of the

22   Federal Rules of Evidence are we not understanding together?

23         If one side wants to introduce a statement by the other

24   side, how is that hearsay?  What rule says that that's hearsay

25   that I'm not aware of that you want to teach me?  Because I

1    don't know it.

2              MR. MARCUS:  Well, for example, 107, Your Honor --

3              THE COURT:  No, no, no.  Give me the Rule of Evidence

4    that says -- okay, because, see, Rule 801(d) says, statements

5    that are not hearsay, and if you look at (d)(2), it says, an

6    opposing party's statement, the statement is offered against an

7    opposing party.  If the Government is offering it -- who is the

8    opposing party?

9              MR. MARCUS:  We are.

10             THE COURT:  Your client.  So how in the world is your

11   client's own email not part of a statement that's not hearsay?

12   It's so clear.  What am I missing?  Maybe the question should

13   be, what are you missing?

14             Overruled.  Next.

15             MR. LARSEN:  Your Honor, all the following --

16             THE COURT:  No, no.  One by one.

17             MR. LARSEN:  Okay.  Your Honor, 107 or 106.  106 was

18   the same thing, an email from Monty Grow to Larry Speir.

19             THE COURT:  107.

20             MR. LARSEN:  107, email from Monte Grow to Larry

21   Speir's email.

22             THE COURT:  108.

23             MR. LARSEN:  Email from Monty Grow to the same email

24   account.

25             THE COURT:  109.

1        MR. LARSEN:  Email from Monty Grow to the same email

2   account.

3        THE COURT:  115.

4        MR. LARSEN:  Email from Monty Grow to the same email

5   account.

6        THE COURT:  116.

7        MR. LARSEN:  Email from Monte Grow to the same email

8   account.

9        THE COURT:  117.

10        MR. LARSEN:  Email from Monty Grow to the same email.

11        THE COURT:  118.

12        MR. LARSEN:  Email from Monty Grow to Christopher

13   O'Hara.

14        THE COURT:  120.

15        MR. LARSEN:  Email from Monty Grow to House Calls 24/7.

16        THE COURT:  121.

17        MR. LARSEN:  121 is an email from Matthew Smith to

18   Monty Grow, Patrick Smith, Carmen Green.  It's a spreadsheet.

19        THE COURT:  I'll pass on that.  The rest will be

20   admitted.

21        122.

22        MR. LARSEN:  That's an email from Monty Grow to House

23   Calls 24/7.

24        THE COURT:  I'll admit those except 121.  I'll reserve

25   ruling on 121, and you can move it in at the appropriate time

1  through the same way.

2          (Government's Exhibit Numbers 17-A, 17-B, 17-C, 17-D,

3  17-F, 18, 36, 51, 54, 56, 66, 68, 70, 80, 81, 82, 93, 96, 99,

4  101, 102, 103, 104, 106, 107, 108, 109, 111, 113, 114, 115, 116,

5  117, 118, 119, 120, 122, 129, 130, 131, 133, 134, 138, 139, 142,

6  154, 157, 173 were received in evidence.)

7          THE COURT:  Now, 48, the famous 48 was what,

8  Government's 48?

9          MR. LARSEN:  48 was, Your Honor, an email between Monty

10 Grow --

11         THE COURT:  No, who wrote it?

12         MR. LARSEN:  An email from -- it was an email from

13 Larry Speir to Monty Grow, not offered for the truth.

14         THE COURT:  I'll pass on that.  I must have missed the

15 discussion there or someone missed it.  So we'll pass.  Those,

16 you have to do.

17         Obviously, an email with the defendant's statement, the

18 other conversations are also allowed in to provide context.

19 They are not being admitted for the truth of the matter

20 asserted, but simply to provide context.  So if someone like the

21 defendant says, yes, yes, that's right, obviously, means nothing

22 unless the other part is there, and that's how it comes in.

23         Objections preserved.  Anything else with the first

24 witness?

25         MR. LARSEN:  That's it, Your Honor.

1          THE COURT:  All right.  How long do you think she will

2     be?

3          MR. LARSEN:  I think she will be between two and three

4     hours.

5          THE COURT:  How long did you tell me before?

6          MR. LARSEN:  I thought that she would take between two

7     and -- I don't believe I said anything to the contrary.

8          THE COURT:  I didn't say you said something to the

9     contrary.

10          MR. LARSEN:  I'm just trying to remember, Your Honor.

11          THE COURT:  I just asked the question.

12          MR. LARSEN:  Yeah, I think she'll take -- and I think

13     the contemplation among the parties was that the cross may spill

14     into the following day.

15          THE COURT:  Oh, I haven't -- you're not going to do the

16     cross, are you?

17          MR. LARSEN:  I'm not, Your Honor.

18          THE COURT:  Even though you can?

19          MR. LARSEN:  I've just spoken with Mr. Rashbaum.

20          THE COURT:  So you're going to do the direct.  And you

21     said between two and three hours of direct?

22          So you don't even know.  It's a huge difference.

23          MR. LARSEN:  Well, Your Honor --

24          THE COURT:  We interrupt each other too much.  So

25     you've got to yield.

1        Two to three hours.  You have no idea?

2        MR. LARSEN:  Your Honor, I think it will be at least

3   two hours, probably closer to two and a half.

4        THE COURT:  Okay.  You'd better ask your best questions

5   first, just in case you run out of time.

6        MR. LARSEN:  Will do, Your Honor.

7        THE COURT:  Who's going to do the cross?

8        MR. MARCUS:  I am, Your Honor.

9        THE COURT:  How long is it going to be?

10       MR. MARCUS:  Well, it's hard to give you an exact.

11   I'll try to keep to your rule, Your Honor.

12       THE COURT:  Which is my rule?

13       MR. MARCUS:  I would think it would be an hour.  It

14   could be a little more depending on the length of the direct.

15       THE COURT:  Let's say the direct is two hours.

16       MR. MARCUS:  I would try to do it, Your Honor, in

17   around an hour.  Again, I don't know exactly.  There are a lot

18   of documents here.  So I don't know exactly --

19       THE COURT:  Well, the documents, I've admitted them.

20   You've known about the documents, so you know what they say.

21   They're your client's emails.  So I know you've discussed it

22   with him.  If not, I would spend, instead of eating for the next

23   20 minutes -- I'll give you till 1:25.  I never ate when I was a

24   trial lawyer during a trial, but I don't tell people what to do.

25   But since we took so long on jury selection, because of my fault

1    in allowing voir dire, I guess -- I don't know -- we will break

2    till 1:25.  Then you will do your opening and then you've got

3    your witness and we'll proceed until the jurors need a bathroom

4    break.  Okay?

5              Anything else?

6              MR. RASHBAUM:  Judge, just one, quickly.  I just don't

7    want to offend the Court.  If Mr. Marcus' --

8              THE COURT:  The only way I get offended is when people

9    use expletives.  That's the only time I get offended.

10             MR. RASHBAUM:  Judge, I have kidney stones.  So there

11   may be times where I just quickly run out and --

12             THE COURT:  As long as one lawyer is here, it doesn't

13   matter to me.

14             MR. RASHBAUM:  Perfect.

15             THE COURT:  Your client chose his lawyers.  I didn't

16   choose them.  So as long as it's okay with him and you are not

17   in the middle of questioning.

18             MR. RASHBAUM:  Of course.

19             THE COURT:  Okay.  I would probably eat more properly.

20   You won't need so many breaks, and you won't have kidney stones,

21   but that's not an order.  It's just a suggestion.  Okay?

22             MR. RASHBAUM:  Thank you, Your Honor.

23             THE COURT:  And I think the other good thing is to make

24   everything shorter, so everybody can go to the bathroom.  I've

25   got to give my court reporter a break.  It's 1:00.  She's been

1    working since 9:00.

2            So see you at 1:25.  We're in recess.

3            THE COURT SECURITY OFFICER:  All rise.

4        (There was a luncheon recess taken at 1:00 p.m.)

5                        AFTERNOON SESSION

6        (The following proceedings were held at 1:50 p.m. outside

7    the presence of the jury:)

8            THE COURT:  Ready for the jury?  Bring in the jurors,

9    please.  Thank you.

10           The longest voir dire and the shortest lunch hour.  I

11   guess it goes together.

12       (The jury entered the courtroom at 1:51 p.m.)

13           THE COURT:  Thank you, folks.  Please be seated.  I see

14   you are all there.

15           Defendant is present, defense counsel, Government

16   counsel.

17           You'll notice, of course, that I've given you or,

18   through my courtroom deputy, notebooks.  You can use them if you

19   want.  You don't have to use them if you don't want to.  You're

20   welcome to take notes if you want, and they're for your own

21   personal use, not to convince someone else.  I take notes.  If

22   you want to take notes, you can.  You don't have to if you don't

23   want to.  You can doodle.  You could do what you want.

24           What we do with the notebooks is -- by we, people in my

25   chambers; Shirley Christie, my courtroom deputy -- she picks it

1   up at the end of the day.  Nobody looks at them and we give them

2   to you the next day, until the trial is over.  When the trial is

3   over, we take it and we rip out the pages and shred them.  So no

4   one looks at them.  The lawyers don't.  But it's up to you.  If

5   you find it helpful, fine.  If you don't, fine.

6        The other thing we did before we had a short recess is

7   I admitted a bunch of exhibits and I think the lawyers were also

8   working on the ELMO, and they know how to use it because they

9   had time to do that, I was told.  So I admitted a bunch of

10  exhibits.  Rather than rattle off the numbers, what I did is

11  with the cooperation of both sides, some exhibits are admitted.

12  It saves time, instead of, let me show you what I have

13  previously marked as Exhibit 120 for identification.  Do you

14  recognize it?  And then the opposing lawyer looks at it, and all

15  of this is for kind of show a lot of times.  We do that outside

16  of your presence.  All these exhibits with the first witness

17  came in, and that saves a whole lot of time.  And we will do

18  that every day after you're gone, either during the lunch hour

19  or at the end of the day or early in the morning.  Okay?

20        So now, you'll hear opening statements.  The lawyers

21  don't have to make them.  I told you that before.  It's not

22  evidence, it's not the law, but it's very important.  It's what

23  they think, it's their theory of the case, both the prosecution

24  and the challenge by the defense.  Okay?

25        All right.  Who's going to speak for the Government?

Opening Statements

199

1          MR. JUENGER:  I will.

2          THE COURT:  Mr. Juenger, you've got the floor.

3                    OPENING STATEMENTS

4          MR. JUENGER:  May it please the Court, counsel, and

5     members of the jury.  Good afternoon.

6          As you've already heard, this is a case about fraud.

7     This is a case about a man who lied and who cheated in order to

8     get a bunch of money that he didn't deserve and that's what

9     fraud is in a nutshell.

10         Now, during this trial you're going to hear that this

11     man, the defendant, Monty Ray Grow, participated in a scheme to

12     defraud Tricare of tens of millions of dollars.  Tricare, as

13     you've already heard a little bit, Tricare is a Federal health

14     care program that provides insurance and coverage and it pays

15     for the cost of health care for active duty and retired military

16     and their family members and dependents.

17         Now, one of the benefits that Tricare pays for all of

18     these military folks is it pays for a pharmacy benefit.  So if a

19     Tricare patient needs a drug and has a prescription for it,

20     Tricare will pay the bill with a little bit of a copay attached

21     for the individual.

22         In this case, what you're going to hear is that

23     Mr. Grow came up with a pyramid scheme of kickbacks in order to

24     induce and entice these Tricare beneficiaries to order very,

25     very expensive drugs that they didn't need.  Now, what you're

1    going to learn is that Tricare paid the bill, not the patients,

2    and you're going to hear that the pharmacy had a deal with

3    Mr. Grow where they would split the profits 50/50.

4           You're also going to hear that these drugs were very

5    expensive, but the profit was way up here, 97 percent sometimes.

6    It was all profit, and Mr. Grow got half of it.

7           You'll learn that over the course of about eight

8    months, Tricare ended up paying this pharmacy $40 million for

9    these drugs and Mr. Grow got paid almost 19 or $20 million in

10   eight months.

11          Now, as I just said, Grow's scheme of paying these

12   kickbacks was a pyramid, and Mr. Grow was at the top of the

13   pyramid.  He got 50 percent of whatever Tricare paid minus this

14   negligible cost of goods sold.  Below Mr. Grow, a level down in

15   the pyramid, he paid some of his big sales reps that worked

16   under him 25 or 40 percent kickbacks for every Tricare patient

17   that they could refer to him.  Further down the pyramid, you had

18   the Tricare beneficiaries themselves.  They would get paid seven

19   percent for every additional patient that they could refer, and

20   then those people would get paid five percent, and so on, so you

21   had this structure of a pyramid.

22          Now, defendant called all these people in the pyramid

23   sales representatives or sales rep, and you'll hear that term

24   used a lot during this trial.  But make no mistake, these people

25   were not really sales reps.  They were sales reps in name only

1    because almost none of them had any experience in pharmaceutical

2    sales.  Most of these people were just Tricare beneficiaries,

3    housewives of military members or military members themselves,

4    and they did this.  They repped maybe a couple of people, people

5    in their family.  They are not sales reps in the sense that we

6    usually think about it.  They only repped one or two people, and

7    they don't have to rep many people because the money was so

8    good.  They could make thousands of dollars just by a wife

9    repping her husband.

10         Now, as I said, in all, Grow was paid about $20 million

11   at the top of the pyramid.  That was between the months of

12   October of 2014 and June of 2015.  In turn, he paid the sales

13   reps below him about $8 million in that time period, and the

14   Tricare beneficiaries further down the pyramid got paid about a

15   million dollars and change.

16         Now, some people may call this pyramid a multilevel

17   marketing strategy, but make no mistake, ladies and gentlemen,

18   Mr. Grow was not selling Mary Kay or Avon or Herbalife.  He was

19   selling prescription drugs, compounded prescription drugs that

20   were all paid for by Tricare, a Federal health care program.

21         Now, the scheme that I am describing for you was run

22   through a pharmacy up in Broward County.  Okay.  I guess it's

23   that way -- no, that way.  It's up in Broward County, and the

24   name of the pharmacy was Patient Care America.  The official

25   name is Diabetic Care RX or DCRX doing business as Patient Care

Opening Statements

1   America or PCA for short.  Most of the witnesses you'll hear, I

2   think they'll use the term Patient Care America.  I will try and

3   use PCA because it's fewer letters.

4        Now, Patient Care America was a compounding pharmacy,

5   and compounding pharmacies are in the business of creating

6   specialized customized drugs for people who can't take regular

7   retail mass-produced drugs like you get in a Walgreens or a CVS.

8   A compounding pharmacy literally makes the drug from scratch,

9   and there's nothing wrong with that.  Except what you're going

10  to hear in this case is that the drugs Mr. Grow was pushing and

11  PCA was pushing, they were not customized for individual

12  patients with special needs.  They were customized to make

13  money, lots and lots of money.

14       You'll hear that the main three drugs he tried to push

15  on every patient he could sign up was a pain cream, a scar cream

16  and a wellness vitamin, a capsule.  They called it a wellness

17  vitamin.  These drugs cost Tricare anywhere from 5,000 to 10,000

18  to up to $20,000 apiece for a one-month supply, and so do the

19  math in your head.  Patient signs up, gets a six-month

20  prescription for all three of these drugs, and we easily get

21  over $100,000 in no time.

22       Now, why were these drugs so expensive?  One of the

23  main reasons that you'll hear about is that the defendant, with

24  help from the pharmacy, they manipulated the ingredients in

25  these drugs to increase the reimbursement from Tricare, and I'm

1    just going to give you one example of that.  It's a drug called

2    ethoxydiglycol.  Don't worry, this is not going to be chemistry

3    class.

4         Ethoxydiglycol is a wetting agent.  It's not an active

5    ingredient.  There's no therapeutic value.  It's just something

6    that you mix powders with so you can help turn it into a cream,

7    because a lot of these products were creams, and it's very

8    cheap.  It costs pennies to use ethoxydiglycol, and Tricare

9    would typically pay a few dollars when a pharmacy used

10   ethoxydiglycol.  But defendant's formulas did not use

11   ethoxydiglycol, the regular ethoxydiglycol.  He used something

12   called Ethoxy Gold or Gold Ethoxy.  That's not an official name

13   by any means.  It's just a pet name that they used, he and the

14   pharmacy.  Their pet name was Gold Ethoxy.

15        And you can guess why that used that name.  Ethoxy Gold

16   is just regular old ethoxy that costs pennies.  It's the cheap

17   stuff.  Only when it's Ethoxy Gold, it's repackaged and

18   repriced.  So the only difference when Mr. Grow sold Ethoxy Gold

19   to the pharmacy and the pharmacy used it, the only difference

20   was that it came in a different package and now it's wildly

21   expensive.  It's pennies if you just buy regular ethoxy.  Now

22   you repackage it and it costs thousands of dollars, and you're

23   going to learn during this case that by using Ethoxy Gold and

24   similar ingredients, Tricare paid millions and millions of

25   dollars and got nothing out of it because it's just regular

1    ethoxy.  It's just repackaged and the price is jacked up.

2          All of the manipulating of these ingredients had

3    nothing to do with the health or welfare of any Tricare

4    beneficiary.  It had nothing to do with the active ingredients

5    in these drugs.  It had everything to do with greed.

6          Now, another part of this scheme that you're going to

7    learn about during this trial is that the defendant paid the

8    prescribing doctors for doing telephone consultations with the

9    patients that he signed up through kickbacks.  And no surprise,

10   the consults involved Mr. Grow sending these telemedicine,

11   telephone doctors preprinted prescriptions that had the drugs he

12   was pushing on the preprinted prescription.

13         The only choice for these doctors was sign off on the

14   things he wanted or reject it, and what do you think happened?

15   These doctors that he paid approved $40 million in prescriptions

16   in eight months, for these expensive pain creams, scar creams

17   and vitamins, who only agreed to order the drugs in the first

18   place because they were getting paid.

19         You're also going to see and hear evidence in this case

20   about the ways that the defendant and the pharmacy tried to

21   conceal all of this.  Some of them are subtle ways of

22   concealment.  Other ways are not so subtle.  And one of those

23   not-so-subtle ways is that they would take Wite-Out and

24   white-out his name and his fax number off of the prescriptions,

25   and you'll hear that they did that because they wanted to

1    conceal evidence of patient brokering.

2            The reason why -- I'll digress just a little bit.  The

3    reason why they were on there is that Mr. Grow is from Tampa.

4    The pharmacy is in Broward.  The teledocs are all over the

5    country and so they'd have to fax the scripts all around and so

6    they would get his fax number on it.  They didn't want it on

7    there.  You'll see plenty of evidence about this and hear from

8    witnesses.

9            Now, some additional evidence you'll hear about is that

10   at one point Mr. Grow tried to get the telephone doctors to

11   backdate prescriptions and the reason for that was to avoid

12   Tricare from reversing claims after Tricare started to catch on

13   and started to cancel some of these ingredients.  So they wanted

14   to backdate the scripts before the time when Tricare was

15   canceling.

16           You'll also hear that one of Mr. Grow's biggest sales

17   reps paid patients 500 or $1,000 to sign up.  She did that by

18   creating something that -- she called it a patient survey.  So

19   the idea is, hey, want $1,000 to take a survey?  Sure, I want

20   $1,000 to take a survey.  But to do it, you have to sign up and

21   get all these expensive drugs.  But the truth of the matter is,

22   there was no patient survey.  It was completely bogus and it was

23   just made up as a way to conceal the kickbacks and defendant

24   knew all about it.  You'll see evidence of that.

25           And eventually, in the last months of the scheme, the

1    pharmacy and Grow tried to conceal all of these millions of

2    dollars in kickbacks by making it appear that the pharmacy had

3    hired, literally hired as an employee, Grow, his sales reps and

4    all of these Tricare beneficiaries from all over the country.

5          The truth of the matter is these were not bona fide

6    employees.  This was just yet another way to make it look like

7    these kickbacks were wages for being a representative in a

8    pharmacy.  These Tricare beneficiaries were not representative

9    of a pharmacy.

10         Now, that is kind of the overall scheme in a nutshell.

11   You'll hear from witnesses and you'll see documents that show

12   that was the scheme.  But I want to shift gears a little bit and

13   I want to talk about the charges in this case.

14         At the end of the trial, Judge Moreno will give you

15   detailed written instructions for you to follow.  He'll tell you

16   everything you need to know about these crimes, and what the

17   Government has to prove to prove those crimes.  So I'm not going

18   to go into that level of detail, but I think it makes sense to

19   tell you what those different types of crimes are and what the

20   evidence is that we will use to prove those crimes.

21         First, as I've already said, defendant is charged with

22   health care fraud.  And health care fraud is really -- it's the

23   scheme to defraud Tricare, and it's everything that I've already

24   talked about.  I'm not going to rehash it.  But it's Mr. Grow

25   receiving kickbacks for referring the scripts.  It's Mr. Grow

1   paying kickbacks to the reps and to the patients in order to get

2   them to order the scripts.  It's him and the pharmacy jacking up

3   the price for no other reason, right, increasing the

4   reimbursements for no other reason, and it's him paying the

5   doctors to give him the scripts that he wants.  That's the

6   health care fraud scheme.

7        But second, he is also charged with kickbacks, and it's

8   important here to note that he's charged with three different

9   kinds of kickbacks.  And I just want to tell you the three

10  different kinds so as you listen to the evidence, maybe you can

11  pay attention to which kind of kickback it is.

12       The first kickback is him, Mr. Grow, receiving $20

13  million in kickbacks from the pharmacy, receiving kickbacks.

14  The second type of kickback is Mr. Grow paying kickbacks to his

15  sales reps and the Tricare beneficiaries in order to get them to

16  refer scripts.  The last kind is Mr. Grow paying kickbacks, not

17  for referring scripts, but just to order the scripts to begin

18  with.  There are people who did not refer any other scripts.

19  They just got paid for ordering themselves.  And so it's kind of

20  subtle, but there are three different kinds of kickbacks, and

21  we'll talk about it all at the end of the case, but I just want

22  to give you a heads-up about that.

23       Third, Mr. Grow is charged with two conspiracies.  We

24  all hear that word.  It's very simple in reality.  The two

25  conspiracies are, one, conspiracy to commit health care fraud

Opening Statements

208

1  and, two, conspiracy to pay and receive kickbacks.  A conspiracy

2  is just an agreement to commit a crime.  If two or more people

3  agree to commit a crime, that's a crime in itself.  Simple as

4  that.  And in this case, we're going to prove that Mr. Grow

5  actually committed these crimes with other people.  So it

6  necessarily follows that he agreed with them to commit the

7  crimes.  That's our theory.

8         Fourth, Mr. Grow is charged with money laundering.

9  Money laundering is just when you conduct a financial

10  transaction in an amount over $10,000 and you use ill-gotten

11  gains to do so, and in this case, you'll see Mr. Grow made

12  purchases over $10,000 with this fraud money and the kickback

13  payments.  We'll go through what all those transactions are

14  later.

15         Lastly, Mr. Grow is charged with misbranding drugs, and

16  that's an odd term, even for a lawyer.  But what it really means

17  is that if a prescription for a drug is invalid, if the

18  prescription is invalid, then dispensing a drug based on that

19  invalid prescription is a crime, and so that's what we're

20  alleging in this case.  There was no real doctor/patient

21  relationship in these five-minute telephone calls between

22  patients and doctors.  So if that's invalid, dispensing these is

23  illegal.

24         So those are the different types of crimes you're going

25  to hear about during this trial.  That's what the scheme is

1  about.

2          And so lastly, I want to just briefly let you know who

3  you're going to hear from in this trial, what types of evidence

4  you're going to hear.  There's probably going to be 20 witnesses

5  that the Government calls, and half of those witnesses are these

6  Tricare beneficiaries.  And frankly, they're going to speak for

7  themselves.  So I'm not going to tell you what each of them is

8  going to say.  You'll hear for yourself.

9          But there's two themes that I do want to point out.

10  One is that each of these people will tell you that they didn't

11  need these drugs.  They did not need these drugs.  These are not

12  wounded warriors.  These people don't have terrible ailments or

13  injures.  They're not trying to get off opioids.  They'll tell

14  you they ordered these drugs because there was something in it

15  for them, either for them personally or for somebody near to

16  them.  That's the only reason.

17          Then they're also going to tell you about their

18  experiences with the telemedicine doctor.  Keep in mind, these

19  people have Tricare.  They can go to a doctor.  They even have

20  telemedicine services they can use if they want.  But instead,

21  because that was the scheme that Mr. Grow set up, they had to

22  have a call with a telemedicine doctor; and they will tell you,

23  a five-minute call, hardly asked any questions, basically,

24  rubber stamped what Mr. Grow wanted and what he was paying for.

25          You're also going to hear, as Mr. Larsen indicated,

1    you're going to hear from some of his sales reps, and they're

2    going to tell you that they were involved in this scheme against

3    Tricare with Mr. Grow.  They're going to tell you they've pled

4    guilty and they admit it and what they'll tell you from the

5    stand is how they got involved in this, what Mr. Grow said to

6    them, how he instructed them the system would work, how to

7    recruit Tricare people, how to conceal the kickbacks, all of

8    these things.  And again, they'll speak for themselves, but

9    those are the sorts of things they're going to tell you.

10           You're also going to hear from a couple of people who

11   worked at Patient Care America, PCA, the pharmacy, and they're

12   going to tell you how the pharmacy worked on the inside.

13   They're going to tell you about all the interactions they had

14   with Mr. Grow, about how he sold the ingredients to jack up the

15   price, to jack up the money from Tricare.  They're going to tell

16   you about the whiting out of the scripts.  They are going to

17   tell you about the constant flow of complaints from patients,

18   and what's important about this is that those complaints went

19   back to Mr. Grow.

20           These people in the pharmacy will tell you they passed

21   on information from these patients that were saying, I've never

22   even spoken to a doctor.  Why are you sending me all these

23   drugs?  I don't want to pay the copay.  I was told it was free.

24   Because, of course, you don't even want to pay a $20 copay if

25   you don't need it.  So those are the sorts of things that these

1    pharmacy employees will tell you.

2         You're going to hear from a financial analyst who takes

3    the bank records in this case and summarizes them and makes them

4    easy to digest.  You're going to hear from an agent who

5    summarized the Tricare records.  We have all of the billing data

6    from this pharmacy.  We sorted out Mr. Grow's patients.  We

7    added it all up.  And you'll see the $48 million billed in eight

8    months, $40 million paid, and the bank records show 20 million

9    goes to Mr. Grow.

10        You're also going to see, somewhat unfortunately, a

11   bunch of emails.  And that's good and bad.  As I said, Mr. Grow

12   didn't live in Miami-Dade County.  He lived in Tampa.  The

13   pharmacy was here.  Everybody else was spread over the country.

14   So they emailed a lot and they texted.  And that's good and

15   that's bad.  It's just boring to look at a bunch of emails, I'm

16   sorry to say, but it's important and we will be looking at

17   emails.  The good news is that they sort of speak for themselves

18   as well.  So I just give you a little bit of warning, you're

19   going to have to look at some emails.

20        Now, you know what the scheme is.  You know what the

21   crimes are that are charged.  You have some idea of the

22   witnesses, to give you a little bit of a road map.  And now,

23   before I sit down, I want to say just a few words about what

24   this case is not about, what this case is not about.

25        This case is not about whether the patients liked the

1   drugs or whether even the drugs worked.  I anticipate that you

2   will hear some of these patients will say, yeah, I liked the

3   drugs.  Some may say, I didn't like the drugs.  Some will

4   probably say, I didn't even try the drugs, so I couldn't tell

5   you one way or the other.  I just ordered them because I wanted

6   the kickback or because my wife was getting paid or because I

7   was going to fill out a study and get a thousand dollars.  But

8   the thing is that this case is not about that.  This case is

9   about paying the kickbacks in order to induce these people to

10  get drugs.  Even if these are wonder drugs, you can't pay

11  kickbacks to get people to order it.  Even if they need it, even

12  if it's the best drug on earth, Tricare is paying the bill, and

13  you can't pay kickbacks to encourage people to order things they

14  don't need.

15          Now, the last thing that I'm going to say is that we

16  are not saying that Mr. Grow did this alone.  He most certainly

17  did not do this alone.  He did it with many other people.

18  You're going to hear from some of them on the witness stand.

19  They're going to tell you they were in it with Mr. Grow.  The

20  important point is that this is the case of United States versus

21  Monty Grow.  At the end of the day, you're not going to be asked

22  to decide who else was involved or who else wasn't involved.

23          The only job that you have is to decide whether Monty

24  Grow participated in this scheme, and at the end of the trial,

25  after you've heard all of the evidence, we, Mr. Larsen and

1    myself, will come back, we will get to explain all the evidence

2    and argue and explain to you that based on that evidence,

3    Mr. Grow is guilty of all charges.

4            Thank you for your time and attention.

5            Thank you, Your Honor.

6            THE COURT:  Thank you, Mr. Juenger.

7            Mr. Rashbaum, you're going to make the opening.

8            MR. RASHBAUM:  Thank you, Your Honor.

9            Good afternoon.  My name is Dan Rashbaum.  Together

10   with my colleagues, Jeff Marcus and Kate Meyers, we have the

11   privilege of representing Monty Grow.

12           Now, it's interesting what the Government didn't

13   mention in their opening.  What they didn't mention is what this

14   case is really about, and you'll see it in all 43 counts charged

15   against Monty Ray Grow.  It's about intent.

16           See, in this country, you can't be convicted of a crime

17   by mere mistakes.  You can't be convicted of a crime unless you

18   have the intent to make a bad act.  The judge is going to tell

19   you that at the end of this case, and what you're going to see

20   throughout this entire trial is, frankly, the Government has it

21   wrong.  The Government's made some bad assumptions and, as a

22   result, my client sits right there.  You're going to see that

23   the Government has the burden of proof beyond any reasonable

24   doubt to show that Mr. Grow intended to commit a crime, and they

25   won't be able to do so.

1          We are going to show you in realtime what Mr. Grow's

2   intent was in this case.  So you ask yourselves, what do I mean

3   by realtime?  We're going to show you through Mr. Grow's emails,

4   through his text messages, and even through some recordings,

5   that Mr. Grow always wanted to act in accordance with the law.

6   That was the most important thing to him.

7          But before we get into the details of this case, I want

8   to tell you a little bit about Monty Ray Grow.  He is 46 years

9   old, has a seven-year-old daughter.  He grew up in the West

10  Coast of Florida, in the Tampa area, graduated from the

11  University of Florida -- for you Hurricanes fans, I hope you

12  won't hold that against him -- played football there and

13  ultimately achieved his dream of playing in the NFL where he

14  played for two years before suffering an injury that caused him

15  to retire early.

16         After his career in the NFL -- and this is very

17  important -- he worked for several marketing groups.  Those

18  groups marketed medical equipment and guess what else?  Compound

19  pharmaceuticals; the pain creams, the scar creams, the wellness

20  vitamins that Mr. Juenger just told you about.  One of those

21  companies you're going to hear about in this case is a company

22  called InforMD.

23         What you also must realize, and you will realize this

24  throughout the trial, is Mr. Grow is not a pharmacist.  Mr. Grow

25  doesn't make medicines.  Mr. Grow doesn't submit reimbursements

Opening Statements

215

1    to any health care agency.  He's a salesperson.  He's a

2    marketer.

3           Well, what Mr. Grow learned after working at InforMD is

4    that he thought he could go on his own and, frankly, make more

5    money.  And so what he did, ladies and gentlemen, is he

6    basically took InforMD's entire program, which was a multi-level

7    marketing program, and he converted it to his own company,

8    MGTEN.  MG meaning Monty Grow.  10 was his football number.  And

9    what you're going to learn, ladies and gentlemen, is he had a

10   lot of confidence in the program, in part because InforMD was a

11   large company.  InforMD, you'll see, had a lot of lawyers, and

12   so he believed that his program was in accordance with the law.

13          And so what did Mr. Grow set up?  He didn't set up a

14   pyramid scheme.  He set up a multi-level marketing company,

15   similar to Mary Kay, similar to Amway.  And what does that mean?

16   Well, what it means is it all started with three reps or

17   marketers.  Frankly, three of his friends, and they were told to

18   go find people who might be interested in these products, these

19   creams or medicines.  By the way, nothing wrong with that.  You

20   will see nowhere in the judge's instructions that there's

21   anything wrong with marketing creams or medicines.

22   Pharmaceutical reps do it all the time in our doctors' offices.

23          So Mr. Grow's company set up with these three reps and

24   the three reps found patients and some of those patients became

25   reps themselves and some of those reps found other patients who

1  became reps. And what ultimately happened was yet a network of

2  over 100 reps and over 650 patients.

3      Now, the Government comes up here and they say they're

4  going to show you a couple of these patients and a couple of

5  these reps who didn't receive phone calls from doctors or who

6  didn't want the products. We are going to show you some

7  patients and reps as well. They're pointing out, you'll see,

8  the outliers. There were mistakes that were made, but overall,

9  it was a multi-level marketing company that started with three

10  and grew.

11      And what else did Mr. Grow do? He teamed up with a

12  legitimate pharmacy that was active in all 50 states. He teamed

13  up with a pharmacy that did more than just compound

14  pharmaceuticals, a pharmacy that you're going to learn had both

15  internal and external lawyers involved. That gave him comfort,

16  more comfort that everything he was doing was okay, and what

17  you're going to see is that as a result of this venture,

18  Mr. Grow got paid commissions. I'm just going to try to -- and

19  that his marketers also got paid commissions.

20      Now, what you're not going to see in this case is your

21  typical kickback case. You're typical kickback case is where a

22  doctor gets paid for a prescription. You're not going to see

23  that in this case. See, the Government wants to make this case

24  by saying commissions are kickbacks, but they simply aren't.

25  What you're going to see is that Mr. Grow had one rule: The

1  patients must need the product.  And what you are also going to

2  see is that the doctors had independent judgment in whether to

3  provide the medicines to patients or not.

4          You're going to see that Mr. Grow teamed up with a

5  telemedicine company.  The telemedicine company Mr. Grow paid a

6  flat fee to for prepaid consults.  That's very important.

7  Mr. Grow didn't pay the telemedicine company for when they wrote

8  prescriptions out.  No.  What he did is he prepaid in bulk

9  before the calls to the patients were even made.  So, for

10  instance, if it was $90 a consult, he would prepay $900, and

11  that would cover the telemedicine company for a hundred consults

12  whether they made the prescription or didn't make the

13  prescription.  And why did he do that that way?  Precisely to

14  make sure it wasn't a kickback.  And what you're going to see in

15  the case is that the telemedicine company sometimes didn't write

16  prescriptions.  They sometimes realized that the patient didn't

17  need the product.  You'll see that in this case, ladies and

18  gentlemen.

19          Now, the Government comes up here and they say that

20  Mr. Grow targeted Tricare.  Well, again, they're only telling

21  you part of the story.  You're going to see the whole story in

22  trial.  The reality is that when the events of this case took

23  place in 2014 and 2015, other insurances were not covering

24  compound pharmaceuticals, were not covering these creams.  And

25  so Mr. Grow and his sales reps reached out to the insurance

1    company and the people that were insured by Tricare because they

2    were covering these compound treatments.

3            The best way to compare it is, if I'm a car salesman,

4    I'm not going to target people who don't have driver's licenses.

5    Mr. Grow and his marketers knew that if you didn't have an

6    insurance that would pay for these creams, they couldn't get any

7    creams.  So they reached out to people who were covered under

8    Tricare, which in this case is military members.

9            Now, ladies and gentlemen, we don't walk away from a

10   very important fact in this case, and that is that Mr. Grow was

11   in this business to make money.  And he made a lot of money.

12   But understand, Mr. Grow didn't set the reimbursement rate for

13   these medicines.  Tricare did.  Understand that Mr. Grow didn't

14   decide whether the patients needed these medicines.  The doctor

15   did.  Understand that Mr. Grow didn't submit one claim to

16   Tricare.  The pharmacy did.

17           Now, we don't run away from the fact that Mr. Grow made

18   a lot of money.  We'll tell you that after paying commissions

19   out, in less than a year he made a little over $10 million.

20   It's a lot of money.  The Government is going to try to distract

21   you with that fact.  They're going to show you pictures of his

22   house.  They're going to show you his nice car.  They're going

23   to show you some jet skis that he bought, and what they're

24   trying to do is get your eye off the ball.

25           The reality is that in this country, making money is

1  not a crime, and the reality is, as you'll learn in this case,

2  Mr. Grow was pretty wealthy before he even got into this

3  business.  His goal was to make money, but his goal was to make

4  money within the confines of the law.  He always wanted to be

5  within the law.  That was his intent.

6         But we're not going to ask you to take my word for it.

7  You're going to see through those realtime messages, those

8  emails, those text messages, those recordings, behavior by

9  Mr. Grow completely inconsistent with someone who's trying to

10 commit a crime, with someone who was trying to defraud the

11 Government.  I'll go through some of them now so you can keep an

12 eye out in the trial.

13        You're going to see emails between Monty Grow -- and

14 text messages showing that the pharmacy and the telemedicine

15 company were lawyered up.  You're going to see emails that the

16 telemedicine company, for instance, said, we can't operate in

17 certain states because telemedicine isn't legal in those states.

18 It gave Mr. Grow some confidence in that telemedicine company.

19 You're going to see that the company, the pharmacy, PCA, was

20 strict on compliance, and you're going to see that whenever they

21 told him he needed to do something to be in compliance with the

22 law, he didn't fight it.  He did it.

23        The Government brings up white-out.  White-out is going

24 to be a big part of this trial, apparently.  It shows Mr. Grow's

25 good intent.  See, the Government makes a bad assumption with

1    regard to white-out.  What you're going to see on the white-out

2    is emails between the pharmacy and Mr. Grow where the pharmacy

3    said, we can no longer get the prescription straight from you,

4    Monty Grow.  The prescriptions need to come directly from the

5    doctor at the telemedicine company, and so what does Mr. Grow

6    do?  He whites out his number.  The pharmacy and Mr. Grow set up

7    an efax, so that the telemedicine company can send a

8    prescription straight to the pharmacy.  The pharmacy alerts into

9    a problem, they fix it.  You're going to see that the pharmacy

10   at one point in time says, you can't use stamp signatures for

11   the doctors.  So what does Mr. Grow do?  He goes to the

12   telemedicine company and tells them the doctors can't use these

13   stamps anymore.

14          You're going to see that the pharmacy on numerous

15   occasions says, we can't reach the patients to confirm that they

16   need the medicine, to confirm their address.  What is Monty

17   Grow's reaction?  And you don't have to take their witnesses'

18   word for it.  I'm going to show you in emails Monty Grow's

19   response is, cancel the prescription.  If you can't reach the

20   patient, cancel it.  You're going to see emails from patients

21   who complain because they're not approved for the medicine.

22   What is Monty Grow's reaction to those patients?  If the doctor

23   doesn't approve it, you can't get it.  The doctor is independent

24   from me.

25          You're going to see that one of his marketers wants to

1    be paid off the books.  This is going to be a Government

2    witness.  She wants to be paid off the books for marketing.  And

3    what does Monty Grow say?  He says, hell no, you're not going to

4    be paid off the books.  In fact, you're going to see that every

5    single time he signs up a marketer, the first thing he does is

6    he gives that marketer a tax form.  And you know what, ladies

7    and gentlemen?  The $10 million that they keep talking about,

8    guess what Monty Grow's biggest payment was of those $10

9    million?  Not cars, not for houses, but to the IRS where he

10   paid nearly $5 million.  Not hiding what he made because he

11   didn't think he was doing anything wrong.

12        You're going to see a marketer, one of their witnesses,

13   come up here, and whether she denies it or not, you're going to

14   see it in a text message.  And she's going to say, I have this

15   physician assistant.  He can get us a lot of patients, but we

16   have to pay him for those patients.  And what does Monty Grow

17   say?  No, we don't pay for patients.

18        Now, they talk about these surveys.  You're going to

19   see the surveys had absolutely nothing to do with Monty Grow,

20   and that when he found out about them, he ordered it to be

21   stopped.

22        You're going to see that marketers wanted to give

23   creams to minors.  He says no.  You're going to see that

24   marketers wanted to give creams to people who are active duty,

25   but out of the country.  He says no.  All of these things are

1    not actions of someone trying to commit a fraud.

2          You're going to see -- they call it a cover-up -- that

3    the pharmacy about four months into this program figures out

4    that they've been doing it wrong, that Monty Grow and his sales

5    reps have been 1099 employees, but they really need to be W-2

6    employees.  And you're going to see that they learned that from

7    their lawyers and they contact Monty Grow and they tell him

8    about this problem.  And you're going to see in realtime his

9    reaction, which is nausea.  He says, I'm nauseous.  Why?

10   Because he thinks it's being done the right way.  And you're

11   going to hear that he wanted to stop the program immediately or

12   switch over to that W-2, that he didn't fight it, and that

13   ultimately all of his marketers and himself are switched over to

14   W-2.

15         There's going to be more examples, ladies and

16   gentlemen.  Those are just some.

17         In this case, you are going to see that Monty Grow is

18   someone who follows the rules.  He's someone that wants to make

19   money, but he wants to make money while following the law.

20         Now, the Government gets to go first.  They have the

21   burden of proof.  And they're going to put on witnesses up here.

22   Maybe they'll tell the truth, maybe they won't.  And the defense

23   is not required to put on any case whatsoever because the burden

24   of proof falls squarely with the U.S. Government.  But I ask

25   you, I beg you, please, be patient.  Keep an open mind.  And I

1  tell you this as well:  We will be putting on a case.  You will

2  hear from Monty Grow.  He doesn't have to testify, but he will

3  testify before you because he has nothing to hide.  And I'm

4  confident at the end of the case, you will find the only just

5  verdict, and that's a just verdict of not guilty on all 43

6  counts.

7          Thank you, ladies and gentlemen.

8          THE COURT:  Thank you, Mr. Rashbaum.

9          Ladies and gentlemen, the Court has admitted without

10 objection Government's Exhibits 17-A through F, 18, 36, 51, 54,

11 56, 60, 68, 70, 80, 81, 82, 93, 96, 99, 101, 102, 103, 111, 113,

12 114, 129, 130, 131, 133, 134, 138, 139, 154, 157, 173.  You'll

13 have all of these exhibits, not only throughout the trial, but

14 at the end.

15         The Court has overruled the defendant's -- these were

16 admitted without objection.  The Court has overruled the

17 defendant's objections to the following exhibits, finding that

18 Federal Rule of Evidence 801(d)(2) means that they're not

19 hearsay, and I've admitted over the defendant's objections

20 Exhibits 104, 106, 107, 108, 109, 115, 116, 117, 118, 120, 122.

21         I'm reserving ruling on proposed exhibits based upon

22 our discussions both today and last Friday.  So write it down,

23 folks.  These are the ones I'm reserving on, and you all talk

24 about it as lawyers later; 23, 48, 53, 59, 95, 97, 121, 149 and

25 176.  They're not admitted until I decide outside of the

1    presence of the jury.

2            Who's your first witness?

3            MR. LARSEN:  Your Honor, the Government calls Ginger

4    Ellen Lay.

5            THE COURT:  Okay.  Right over here, please, on your

6    right, my left.

7            Raise your right hand, please.

8          GINGER ELLEN LAY, GOVERNMENT'S WITNESS, SWORN.

9            THE COURT:  Okay.  Have a seat, and when you're

10   comfortable, tell us your name, please.

11           MR. LARSEN:  Your Honor, may I use the lectern closest

12   to the witness -- the ELMO?

13           THE COURT:  The ELMO, you mean?

14           MR. LARSEN:  The ELMO.

15           THE COURT:  You're going to be there all the time?

16           MR. LARSEN:  I expect I'll be there most of the time.

17           THE COURT:  Okay.  Then you have to -- your voice has

18   to carry.  Use the microphone.

19           What is your name, please?

20           THE WITNESS:  Ginger Ellen Lay.

21           THE COURT:  You don't want to start at the lectern?

22           MR. LARSEN:  I can start for a few minutes at the

23   lectern.

24           THE COURT:  Whatever you want.  See, she's going to

25   turn around and look at you, and look at me, which I don't have

Lay - Direct

225

 1  any problems with.  But you all may want to.
 2                    DIRECT EXAMINATION
 3  BY MR. LARSEN:
 4  Q.  Good afternoon, Ms. Lay.  Where do you live, city and state
 5  only, please?
 6  A.  Acworth, Georgia.
 7  Q.  And how far did you go in school?
 8  A.  I dropped out of high school in the 10th grade and got my
 9  GED.
10  Q.  Do you know why you were called to testify in court here
11  today?
12  A.  Yes.
13  Q.  Why are you testifying here today?
14  A.  Because of a criminal act I committed, a crime I committed.
15  Q.  What crime did you commit?
16  A.  Health care fraud.
17  Q.  Did you commit the crime just alone or with anyone else?
18  A.  With Monty Grow.
19  Q.  And this crime that you committed with Monty Grow, what type
20  of crime was it?  What did it involve?
21  A.  It involved getting patients for compounding medications,
22  Tricare beneficiaries.
23  Q.  Tricare.  Do you know what the Tricare program is?
24  A.  It's health insurance for the military.
25  Q.  Sorry?

Lay - Direct

226

1   A.   It's a health insurance plan for the military.

2   Q.   Okay.   Now, briefly describe for jury what your role in this

3   scheme that you committed with Mr. Grow was.   What were you

4   doing?

5   A.   To find Tricare patients, to give, to sell them, to market

6   them the compounding prescriptions, to fill out the preprinted

7   prescription pads that Monty sent me to send it into the

8   telemedicine company that Monty set up and to get it to the

9   pharmacy.

10  Q.   Did the Tricare patients that you found, did they need these

11  medications?

12  A.   No, they did not.

13  Q.   Now, if these Tricare beneficiaries or folks that you were

14  identifying and referring over to Mr. Grow didn't need the

15  products, how did you convince them to sign up?

16  A.   Well, initially I was reaching out to individuals that I

17  knew and then later on started doing a survey.

18  Q.   Okay.   Let's start with, what did you do with reaching out

19  to individuals you knew.   How did you do that?

20  A.   By people that I knew that may have known individuals that

21  were in the military.

22  Q.   What would you tell them?

23  A.   That there was compounding products that they could qualify

24  for because they had Tricare; a pain, a scar and metabolic

25  vitamin.

Lay - Direct

227

1   Q.   Okay.  And you said a second part of what you did to find

2   these beneficiaries, these Tricare people, what did you do with

3   that group of people?

4   A.   They were enroll into a Patient Assessment Survey and they

5   would be compensated after they tried the product for 30 days

6   and did the survey.

7   Q.   Compensated, paid?

8   A.   Yes.

9   Q.   For doing the survey?

10  A.   For doing the survey and receiving the product.

11  Q.   Okay.  Who came up with the idea to do a survey and pay

12  patients for a survey?

13  A.   I came up with the idea.  I got the survey information off

14  line from another company, and I spoke with Mr. Grow about that.

15  Q.   And what was in it for you?  As far as every patient that

16  you would identify or send to Mr. Grow, was there some money

17  involved for you?

18  A.   Yes, I was paid a commission.

19  Q.   A commission?  And how much were you paid by Mr. Grow for

20  each referral?

21  A.   I was paid 40 percent of the cost of the product, minus cost

22  of goods and he would cover the cost of telemedicine.

23  Q.   Now, were these expensive medications?

24  A.   Yes.

25  Q.   What do you mean by -- when I say expensive, how expensive

Lay - Direct

228

1  were they?

2  A.  Monty told me that the scar cream paid out around 15 to

3  17,000; the pain cream paid out around 8,000, and metabolic

4  vitamin paid around 6,000, and that he also was selling some

5  type of additive to the pharmacies that would increase the

6  amount that was paid on the product and that he was making some

7  money off of that as well.

8  Q.  Some money.  Did he tell you about how much?

9  A.  A couple hundred thousand dollars a month.

10  Q.  Just for what part, for selling the compound?

11  A.  For selling the additive to the pharmacies.

12  Q.  Now, these expensive medications you've just been talking

13  about, do you know where they came from?

14  A.  Patient Care of America [sic] or PCA.

15  Q.  I'm sorry?

16  A.  Or PCA.

17  Q.  PCA, what's PCA?

18  A.  They are a pharmacy in Florida.

19  Q.  Now, Ms. Lay, have you pled guilty to criminal charges

20  associated with your role in this scheme that you just been

21  talking about?

22  A.  Yes, I have.

23  Q.  And what did plead guilty to?

24  A.  Conspiracy to commit health care fraud.

25  Q.  Did you plead guilty because you're, in fact, guilty?

Lay - Direct

1   A.   Yes, I am.

2   Q.   Were these charges, this conspiracy to commit health care

3   fraud related specifically to conduct that you engaged in with

4   the defendant, Monty Ray Grow?

5   A.   Yes, it was.

6   Q.   Have you been sentenced yet in connection with your crimes?

7   A.   No, sir.

8   Q.   Did you enter into a written Plea Agreement with the United

9   States?

10  A.   Yes, sir.

11  Q.   What do you understand that this Plea Agreement that you

12  entered into with the United States requires you to do among

13  other things?

14  A.   To cooperate, to be truthful and submit documentation.

15  Q.   Have you been cooperating with the Government since the date

16  of your guilty plea?

17  A.   I've been cooperating prior to my guilty plea.

18  Q.   Prior to?

19  A.   Prior to my guilty plea, yes, sir.

20  Q.   So the date of your arrest or what?

21  A.   The day I came down in the middle of the fall of 2017.

22  Q.   Now, are you testifying in court here today because at least

23  in part you hope to gain some additional reduction or a

24  reduction in your ultimate sentence?

25  A.   Yes, sir.

Lay - Direct

230

1   Q.   And who do you understand will make that ultimate decision

2   as far as what your sentence is for the crimes you committed?

3   A.   The judge.

4   Q.   Are you familiar with a crime known as perjury, Ms. Lay?

5   A.   Yes, sir.

6   Q.   What do you understand perjury to be?

7   A.   To not be truthful, to lie.

8   Q.   To lie where?

9   A.   In the court.

10  Q.   Do you know what could happen to you if while under oath

11  here in court today, you were to lie?

12  A.   I could get additional charges and maybe get more time.

13  Q.   Do you believe that?

14  A.   Yes, sir.

15  Q.   You testified a moment ago you hoped you would eventually

16  get some sort of reduction for your cooperation.  If you were to

17  lie under oath, what do you think could happen to you with

18  respect to that?

19  A.   I wouldn't get -- I wouldn't be able to get a reduction.

20  Q.   I want to focus your attention to the summer of 2014.  Focus

21  in on that time frame.  What were you doing for a living in or

22  around middle of July of 2014?

23  A.   I was working with a company called BioMediTech.

24  Q.   Ms. Lay, could you please speak up just a little bit.  Get

25  close to the microphone.  I'm having a hard time understanding.

Lay - Direct

231

1   What was the name of the company?

2   A.   BioMediTech.

3   Q.   And what was BioMediTech?

4   A.   They were a marketing company that was doing compounding

5   medication for private insurance.

6   Q.   What was your role at BioMediTech?

7   A.   I was supposed to find private insurance patients that were

8   wanting to compound.

9   Q.   How did you do that?

10  A.   From a database of insurance customers that I used to work

11  with in the past.

12  Q.   A list?

13  A.   Yes.

14  Q.   Where did you get that list?

15  A.   From insurance clients that I worked with in the past.

16  Q.   So what would you do with that list?

17  A.   I would reach out to those clients.  They knew who I was and

18  let them know there was some products available to them that

19  their insurance may cover and get their information from them,

20  submit it into their BioMediTech portal, and they would handle

21  everything from that point on.

22  Q.   It was a telephone call, door-to-door.  How did that work?

23  A.   Telephone call.

24  Q.   How much were you paid, let's say, if a patient agreed they

25  might be interested in -- you said this was for private

Lay - Direct

1  insurance?

2  A.  Yes.

3  Q.  How much were you paid if a patient agreed and their

4  insurance paid for it?

5  A.  I was supposed to be paid $700 per person.

6  Q.  Okay.  And when you say you were supposed to, what do you

7  mean by that?

8  A.  They had some problems with financial situations, money, and

9  so I wasn't paid on everybody.

10 Q.  How much did you make while you were working a BioMediTech?

11 A.  Around $2,000.

12 Q.  How long did you work for BioMediTech?

13 A.  A couple of months.

14 Q.  A couple thousand dollars in a couple of months?

15 A.  Yes.

16 Q.  Did you work somewhere after BioMediTech?

17 A.  I worked -- I wasn't employed then.  During that time, I was

18 looking for some additional opportunities.

19 Q.  Did you find one?

20 A.  Yes.

21 Q.  And where was that?

22 A.  I started working with a gentleman named Eric Santos that

23 was referred to me by Monty Grow.

24 Q.  What did Eric Santos do?

25 A.  He was doing compound -- when I first was connected with

Lay - Direct

233

1   him, he was doing compounding in the private insurance arena as

2   well, and so that's how I got started with Eric Santos.

3   Q.   You just mentioned that Mr. Grow was the person who referred

4   you to Mr. Santos.  I guess what I haven't heard yet is, how did

5   you first meet Mr. Grow?  Tell the jury about that.

6   A.   So I met Monty Grow through Ken Kimble on LinkedIn.  Ken

7   Kimble connected me with Monty through some conversations we had

8   on LinkedIn.

9   Q.   Who's is Ken Kimble?

10  A.   Ken Kimble was part of a compounding pharmacy network group

11  that was on LinkedIn.

12  Q.   Was Mr. Grow on this network as well?

13  A.   Not that I recall.

14  Q.   Okay.  What was the nature of the interactions when you were

15  introduced to Mr. Grow initially?

16  A.   I was talking about looking for another opportunity that was

17  similar to what I was doing with BioMediTech.

18  Q.   And did Mr. Grow express interest in working with you?

19  A.   Yes, he did.

20  Q.   So Mr. Grow introduces you to Mr. Santos.  Did Mr. Santos

21  have a company of his own?

22  A.   Yes, he did.

23  Q.   What was name of that company?

24  A.   E & J Holdings and M Data RX?

25  Q.   What did you do for E & J Holdings?

Lay - Direct

234

1   A.   When I first started with E & J Holdings, I was doing the

2   compounding for the private insurance and then Eric hired me on

3   to work for his company as an HR generalist to recruit

4   pharmaceutical reps to go into doctors' offices and talk to them

5   about compounding and injectables and he moved me to Atlanta,

6   Georgia in January of 2015.  So I was working in Mississippi at

7   first.

8   Q.   You moved to Atlanta to become an HR specialist?

9   A.   Yes, sir, a recruiter.

10  Q.   Okay.  How long did you work for E & J Holdings?

11  A.   When I was working HR, a couple of months; and then when I

12  was working E & J -- when I was living in Mississippi, a couple

13  of months.

14  Q.   How much money did you make while you were working for Eric

15  Santos or E & J Holdings?

16  A.   When I was in Mississippi, less than $5,000.  When I moved

17  to Atlanta, he offered me a salary of 35,000 a year, but I

18  didn't work the whole year, so I didn't get the full salary.

19  Q.   Well, you say you didn't work the whole year, were you doing

20  something else around that time?

21  A.   Yes, I was working with Monty.

22  Q.   Let's talk about how this scheme that you're testifying

23  about today developed with Monty.

24        What's the first thing you can remember as far as

25  discussions you had with Mr. Grow about the scheme that you pled

Lay - Direct

235

1   guilty to?

2   A.  Monty called me one morning saying that he was praying and

3   God told him to give me a call in regard to this opportunity.

4   He told me about that he had been doing this for a while, and he

5   explained that, you know, to find Tricare beneficiaries who

6   needed compounding medications.  He told me how much he would

7   pay me.  And during that time, I had filed -- that year I filed

8   bankruptcy and I didn't have any money, so I thought it would be

9   a good opportunity.

10  Q.  When he said how much he could pay you, did he talk numbers,

11  did he talk salary?  What did he talk about?

12  A.  He said that he would pay me 40 percent of the cost, of what

13  the insurance company reimbursed, minus the cost of goods and

14  that he would cover the cost of telemedicine.

15  Q.  Did he talk about how much money was involved though?

16  A.  Yes.  He explained how much each prescription cost, the scar

17  cream 15 to 17,000; the pain cream was 8,000; the metabolic

18  vitamin was 6,000.  And so he gave me like -- if in the event

19  the total was like 25,000, minus all the costs of goods, I would

20  get 40 percent of that.

21  Q.  So just so we understand, $25,000 is that for five patients,

22  10 patients, what is it?

23  A.  That would be for one patient in a 30-day supply.

24  Q.  One patient, 30-day supply, $25,000, reimbursement?

25  A.  Yes, minus the cost of goods and telemedicine.

Lay - Direct

1   Q.  Did Mr. Grow talk about how much money he was making doing

2   this?

3   A.  He said he was making really good money.  He had been doing

4   it for a while.

5   Q.  What did you think when you heard you could earn 40 percent

6   of 25,000 for one patient for a 30-day period?  What did you

7   think about that?

8   A.  I was actually in shock and I was like okay.  You know, it

9   seemed like a really good opportunity.  It sounded too good to

10  be true.  It sounded like a good opportunity.

11          MR. LARSEN:  Your Honor, may I approach to go back to

12  the ELMO.

13          THE COURT:  Sure.

14  BY MR. LARSEN:

15  Q.  So we were talking about this business arrangement.  Now did

16  you ultimately agree to work with Mr. Grow doing this business

17  deal that he described to you involving finding Tricare

18  beneficiaries?

19  A.  Yes, I did.

20  Q.  Did you sign a contract with Mr. Grow?

21  A.  Yes, I did.

22  Q.  I'm going to show you what's been admitted as Government's

23  Exhibit 138.  You'll see Page 1 of 138 is an email.  G. Lay, who

24  is G. Lay?

25  A.  That's me.

Lay - Direct

237

1  Q.   Okay.   Page 2 is the Consulting Agreement.   Is this the

2  agreement that you signed with Mr. Grow?

3  A.   Yes, it is.

4  Q.   If you could scroll to the end.   Okay.   Med RX, Inc. what is

5  that?

6  A.   That's my company.

7  Q.   If you could scroll to Page 1 without writing all over the

8  document?

9  A.   How do I scroll?

10  Q.   Perhaps I'll just use the exhibit.   Can you scroll up to

11  Page 1?

12          MR. LARSEN:   Your Honor, may I just grab the exhibit.

13  If we can switch over to the ELMO.   I apologize.

14  BY MR. LARSEN:

15  Q.   Ms. Lay, Med RX you just testified is your company, is that

16  right?

17  A.   Yes.

18  Q.   Okay.   I'm going to focus your attention on this paragraph.

19      It states, "Whereas the consultant is engaged in finance,

20      sales, and marketing, consulting, including business and

21      marketing plan preparation."

22          Were you the consultant?

23  A.   I was a sales rep.

24  Q.   Were you at the time you entered into this agreement doing

25  any finance, sales and marketing, consulting, business and

Lay - Direct

238

1    marketing plan preparation?  Did you have any background or do

2    any of that?

3    A.   No.

4    Q.   Now, MGTEN Marketing Group, who's that?

5    A.   Monty's company.

6    Q.   And the contract says you will provide business development

7    services for MGTEN Marketing Group in the area of topical

8    compounds for pain, scar and wound treatment and other topical

9    treatments.

10        What kind of business development services were you

11   performing for Mr. Grow?

12   A.   He told me to get Tricare patients.

13   Q.   Get Tricare patients?

14   A.   Yes.

15   Q.   And I think here it says, you were paid a fee equal to 40

16   percent of the cash amounts actually adjudicated and collected,

17   is that right?

18   A.   Yes.

19   Q.   I want to show you Exhibit A.  It says "Consultant wishes to

20       use MGTEN Marketing Group's contracted telemedicine

21       service."

22        What is a telemedicine service?  What do you understand

23   that to be?

24   A.   It's a service in which the doctor does phone consultation

25   and write a prescription if you need it.

Lay - Direct

1  Q.  And a payment of $110 would be deducted from the 40 percent

2  commission owed to consultant for each physician consult.  So

3  who did you understand was paying the $110 for the doctor?

4  A.  Actually, it was $100 and Monty was paying the consult for

5  the physician.

6  Q.  I want to show you one more paragraph here.

7        There's some language here and representations states,

8      "The consultant represents and warrants it will not make

9      any payments to any referral sources in order to induce any

10     referrals for any other purpose."

11       Did you and Mr. Grow talk about this language in the

12  contract at any time?

13  A.  No, we did not.

14  Q.  Did you and Mr. Grow end up actually paying referral

15  sources?

16  A.  Yes, we did.

17  Q.  Are you a referral source?

18  A.  Yes, I would be considered a referral source.

19  Q.  And Mr. Grow, did he pay you in order to induce referrals?

20  A.  Yes, he did.

21  Q.  Showing you what's been admitted as Government's Exhibit

22  102.  It's an email from Mr. Grow to Matthew Smith.  Do you know

23  who Matthew Smith is Ms. Lay?

24  A.  He was a pharmacist.

25  Q.  How do you know that?

Lay - Direct

1    A.   Because Monty talked about him a lot and that he was a

2    pharmacist.

3    Q.   A pharmacist for who?

4    A.   Patient Care of America.

5         And here in the email Mr. Smith says, "I do not have

6         agreement with Ginger.  I need clarification."  And Mr. Grow

7         says, "The agreement is with me.  She just has her own

8         portal.  You pay me 50 percent on all her sales and I will

9         pay her."

10        Is that how it worked with you and Mr. Grow?

11   A.   Yes, it did.

12   Q.   Now, what did Mr. Grow explain to you about how -- you've

13   agreed to this.  You've agreed to join in this scheme with

14   Mr. Grow.

15        What did he explain to you about how the scheme was

16   going to work; A, B, C, D, how did it work?

17   A.   So first it would be to get, to find Tricare beneficiaries,

18   sign them up for compounded medications, submit the prescription

19   to the telemedicine doctor, have it sent to the pharmacy and get

20   paid commissions.

21   Q.   Speak up.

22   A.   I'm sorry.

23   Q.   I'm standing three feet from you and I'm having trouble

24   understanding you, Ms. Lay.

25        THE COURT:  See, if you were farther away she'd

Lay - Direct

1  probably would speak louder, but that's up to you.

2         MR. LARSEN:  I'd be back and forth.

3         THE WITNESS:  To find Tricare patients, to sign them up

4  for the compounded medication, to submit the prescription to the

5  telemedicine companies he set up, and to have it sent to the

6  pharmacy and get paid.

7  BY MR. LARSEN:

8  Q.  Okay.  You mentioned telemedicine companies.  How many

9  telemedicine companies did Mr. Grow work with?

10 A.  He work with two that I know of.

11 Q.  What were their names?

12 A.  1st Care Med and House Calls 24/7.

13 Q.  Why two companies?

14 A.  Because 1st Care Med only dealt in certain states and House

15 Calls 24/7 only dealt with certain states.

16 Q.  You say "dealt."  What do you mean by that?

17 A.  They only had licenses, their doctors I think only had

18 licenses in certain states.

19 Q.  Okay.  Now, did there come a point in time after you got

20 involved and signed the contract, you got involved with Mr. Grow

21 and the scheme, where you realized something doesn't seem right,

22 something seems a little off, something seems wrong?

23 A.  Yeah.

24 Q.  Tell the jury about that.  When did you first get that

25 feeling that something was wrong?

1  A.   When I got my first check.  It was a check that I never made

2  that type of money ever in my life.

3  Q.   Let me show you what's admitted as Government's Exhibit 56.

4  Is 56 over there?

5        MR. LARSEN:  If we can go back.

6  BY MR. LARSEN:

7  Q.   So looking at Government's Exhibit 56.  You just testified

8  about your first check.  You see the top?  It's an email,

9  January 2, 2015, subject from the email, Monty Grow to Ginger

10 Lay, Commission Report.

11        So this is a two-week period here from December 13th to

12 December 27th.  There's a total sales figure of $333,725.  What

13 is that, Ms. Lay?

14 A.   That's the total amount that the insurance paid.

15 Q.   And for whose patients was that number attributable to?

16 A.   That was for my patients, my referrals.

17 Q.   So this is your patients?

18 A.   My referrals, yes.

19 Q.   How many patients was that?

20 A.   Probably around 10, 15, give or take.

21 Q.   10?

22 A.   15.

23 Q.   10 to 15?

24        THE COURT:  Real loud, real loud.  See, don't look at

25 him, because then you're away from the microphone.  Look at the

Lay - Direct

1  jury and speak right in front of the microphone that is in front

2  of you.

3          THE WITNESS:  Okay.

4          THE COURT:  That way your voice will carry better.

5  Thanks.

6          THE WITNESS:  Thank you.

7  BY MR. LARSEN:

8  Q.  You see the commission rate here, 40 percent.  You just

9  testified about that.  There's a gross amount of $133,490.

10  You'll see here expenses.  Just briefly describe those expenses.

11  A.  The expenses were the telemedicine consults that Monty paid

12  for.

13  Q.  How about where there is -- Let's see.  There's 1st Care.

14  What is that?

15  A.  That's one of the telemedicine companies.

16  Q.  And House Calls?

17  A.  That's another telemedicine company.

18  Q.  You see a list of names there.  Who are those people?

19  A.  Those are the patients I referred to Monty.

20  Q.  So total expenses of $5,700.  Was that related to the doctor

21  visits or the doctor consults?

22  A.  Yes.

23  Q.  And so a net payment, $127,790, that was your first paycheck

24  for two weeks working for Mr. Grow?

25  A.  Yes.

Lay - Direct

244

1  Q.  Okay.  So you just stated that that was the first time you

2  realized that something was off.  What about this amount of

3  money made you feel like something was wrong?

4  A.  I never seen that type of money in my life.

5  Q.  Okay.  Just the amount of money or anything else?

6       The amount of money; Monty told me as far as the

7  prescriptions to white-out the fax numbers at the top, so that

8  it would look as though the prescription was coming from the

9  doctor to the pharmacy, instead of me.

10  Q.  Okay.  Ms. Lay, before we go talk about whiting out

11  prescriptions, I want to make sure you understand my question.

12  The amount of the money, what did you do to make $127,790 in two

13  weeks?

14  A.  Find Tricare patients and refer them to Monty.

15  Q.  How many hours did you work to earn that amount of money?

16  A.  10, 15, 20 hours.

17  Q.  Total?

18  A.  Yes.

19  Q.  Okay.  Now, the Indictment alleges that you received this

20  payment from Mr. Grow, and this payment from Mr. Grow you just

21  testified to was for what?

22  A.  For referring Tricare beneficiaries.

23  Q.  Okay.  Government's Exhibit 100, please.

24       Now, before we start talking about this exhibit,

25  Ms. Lay, you had mentioned the first thing that made you feel

Lay - Direct

245

1    that something was terribly wrong with the scheme that you had

2    joined into was the pay, and I cut you off.  You started to talk

3    about something related to white-out.

4          Could you please describe what else about your

5    participation in this scheme made you realize things were

6    terribly wrong?

7    A.  When I first got started, Monty told me to get a fax number

8    to have the prescriptions faxed to me and then to white-out the

9    fax number, my fax number, and send it to the pharmacy.  So I

10   would white-out the fax number when the doctors faxed it to me

11   and faxed it into the pharmacy.

12   Q.  Why is that a problem, whiting out prescriptions?

13   A.  Monty told me it needs to look like it came from the doctor

14   and not me and not us.  It needs to look like it came from the

15   doctor to the pharmacy and not me.

16   Q.  Okay.  Why did that raise any red flags to you?

17   A.  'Cause most times doctors are supposed to send the

18   prescription in directly to the pharmacy.

19   Q.  Okay.  So a large amount of money, whiting out

20   prescriptions.  Is there anything else that occurred that made

21   you feel that something in this scheme was wrong?

22   A.  Changing the pain and scar creams.  When I made a mistake;

23   told me to change the scar and pain cream when I made a mistake

24   to a certain type.

25   Q.  Okay.  Well, describe a little bit about that.  What are you

Lay - Direct

246

1    talking about when you say change, making changes?  Let's talk

2    about that and let's start with looking at Government's Exhibit

3    100.

4              Here is an email dated December 9, 2014 and it says,

5         "Sample.  Ginger, here's a sample for pain, scar and

6         vitamin.  Always use p-01 for pain and so-01 [sic] for

7         scar."

8              What did you understand you were being directed to do

9    here?

10   A.   Monty told me that p-01 always paid, p-01, and sc-01 always

11   paid the highest reimbursement from the insurance company and to

12   always select those.

13   Q.   Okay.  If we can look at Page 2 -- sorry, the paper just

14   scratched the screen -- Page 2 of Government's Exhibit 100.

15             While we're waiting to pull that up, you talked about

16   categories that made you feel uncomfortable that things were

17   wrong; the pay, the amount, the whiting out of the

18   prescriptions, and now I believe we're talking here about

19   instructions that Mr. Grow gave you with respect to selecting

20   certain formulations.

21             Now, what is this document that's on the screen?

22   A.   This is a sample document that Monty emailed me as an

23   outline, a Patient Info/Profile.

24   Q.   You see the name of John Doe, a fictional name?

25   A.   Yes.

Lay - Direct

247

1   Q.   What is this box right here?

2   A.   This is explaining what the patient is suffering from and

3   what they are requesting.

4   Q.   Where did you get this language from?

5   A.   It was already printed on there that Monty sent to me.

6   Q.   What did you understand you were supposed to do with the

7   comments?

8   A.   To use it as a guide when filling out the Patient

9   Info/Profile.

10  Q.   Okay.  Let's look at the bottom.

11          It says, suggested/requested products.  P-01 for pain,

12  we talked about that, 360 grams, six refills.

13          What's that about?  360 grams.  What do you understand

14  that to mean?

15  A.   360 grams paid the highest insurance payment and 6 refills

16  is that we would always get paid commissions on all the refills.

17  Q.   What about sc-01, the same, the grams?

18  A.   360 grams paid the highest insurance, and we would get paid

19  on all the refills, commissions on all the refills.

20  Q.   Let's look at the next page of Exhibit 100 and the following

21  page.

22          Okay.  What is this document, Ms. Lay?

23  A.   This is a preprinted prescription form that Monty sent to

24  me.

25  Q.   Okay.  You'll see here Tricare.  The name John Doe and p-01.

Lay - Direct

248

1   Do you know what loperamide 5 percent is?

2   A.  No.

3   Q.  Why were you told to pick p-01?

4   A.  Because it paid the highest reimbursement and highest

5   commission.

6   Q.  What about sc-01 here?  Do you know about that specific scar

7   formulation?

8   A.  No.

9   Q.  Do you have any background in medical --

10  A.  No.

11  Q.  -- pharmaceuticals --

12  A.  No.

13  Q.  -- aside from what you previously testified to in the

14  private insurance arena?

15  A.  Yes.

16  Q.  Let's look at Government's Exhibit 101.  It's an email, a

17  Government's exhibit, it's been admitted, 101, an email from

18  Mr. Grow to you, December 9, 2014.

19       "Here are your documents that need to be uploaded for

20     each patient.  Let's go over again."

21       Did Mr. Grow have repeated conversations with you about

22  what he wanted you to do with respect to each prescription?

23  A.  We had several conversations of how to complete the forms,

24  yes.

25  Q.  Okay.  So I'm going to show you Government's Exhibit 17-B as

Lay - Direct

249

1   in boy.

2          Who is James Featherston?

3   A.  He's a Tricare referral.

4   Q.  Is he a patient that you referred to Mr. Grow?

5   A.  Yes.

6   Q.  And you see the comment section here?

7   A.  Yes.

8   Q.  How did you know how to fill that out?

9   A.  From the previous sample that Monty emailed me to use as a

10  guide on how to fill it out.

11  Q.  I should ask.  Is this your handwriting on the document?

12  A.  Yes, it is.

13  Q.  Okay.  Let's look at Page 2 of the document -- or excuse me,

14  Page 3.

15         Now, is this your handwriting, Ms. Lay, "James

16     Featherston"?  You see "Tricare" here.

17  A.  Yes.

18  Q.  Now, there's a box here next to p-01 to sc-01 and

19  combination.  Who put those boxes or those checks in those

20  boxes?

21  A.  I did.

22  Q.  And I see that the prescription is blank where there would

23  be a prescriber name.  First of all, why did you make these

24  selections on the blank prescription?

25  A.  Well, this is House Calls telemedicine company that Monty

1    had set up, and with House Calls, we were able to check off on

2    the product, check off on the 360 grams and put the 3 refills

3    in.  So I was following instructions that House Calls -- that he

4    said we could do for House Calls.

5    Q.  House Calls was one of the two companies that Mr. Grow was

6    using?

7    A.  Yes.

8    Q.  Okay.  So Mr. Grow instructed you to make these selections

9    for these formulations, correct?

10   A.  Yes.

11   Q.  And you said he also instructed you to have three refills?

12   A.  Yes.

13   Q.  What about the 360 grams?

14   A.  Yes.

15   Q.  What did you do with this after you had filled out this

16   prescription like this?  What was the next step you took?

17   A.  To scan and email it to House Calls.

18   Q.  House Calls being the telemedicine company?

19   A.  Yes.

20   Q.  And then after that, what was the next step in the process?

21   A.  House Calls would send it back to me.

22   Q.  Okay.  Could we look at Page 2?

23        Page 2 you'll see -- is this a copy of the same

24   document, Ms. Lay?

25   A.  Yes.

Lay - Direct

251

1  Q.  Except down here, this prescriber information is signed.

2  Can you explain to the jury what this is about?

3  A.  So that's when the doctor would sign on the prescription and

4  send it back to me.

5  Q.  Sign the prescription that you had premarked according to

6  Mr. Grow's instructions?

7  A.  Correct.

8  Q.  Now, you talked about pay, exorbitant pay.  You talked about

9  making these types of selections on prescriptions at the

10  defendant's instructions.  You've talked about or you alluded to

11  whiting out prescriptions, and I'd like you to tell a little bit

12  more to the jury about what specifically you recall about that.

13  A.  Well, basically -- I'm sorry.  The prescription had to look

14  like it came from the doctor and not me.  So when the

15  prescription came to me, I would white it out and fax it into

16  the pharmacy for the pharmacy to fill the prescription.

17          MR. LARSEN:  Will you show Government's Exhibit 80?

18  BY MR. LARSEN:

19  Q.  This is an e-mail from -- you testified earlier that Matthew

20  Smith was the pharmacist to Mr. Grow.

21          It states, "Whose fax number is this?  We cannot show

22      outside fax numbers on these prescriptions.  There is a

23      HIPAA concern around unsecured pathways and patient

24      brokering concerns when speaking around scripts not coming

25      directly from the doctor."

Lay - Direct

252

1         Did you have conversations with Mr. Grow about this

2    issue specifically?

3    A.  He just said to -- I mean, I was staying at a Residence Inn

4    and some of the faxes were with the Residence Inn.  So he just

5    told me to white-out the fax numbers and make sure that it was

6    sent to the pharmacy.  He did mention at one point that the fax

7    would have to go to the pharmacy directly from the doctor and to

8    change the fax number at the top of the prescription with the

9    pharmacy fax number.

10   Q.  Let's look at Government's Exhibit 154.  Here is an email

11   from January of 2015 again from the pharmacist, Matthew Smith,

12   to Monty Grow stating, "Cannot have MD to you to us trail."

13        Is that consistent with conversations you had with

14   Mr. Grow?

15   A.  Yes.

16   Q.  And did you comply with Mr. Grow's instructions and

17   white-out prescriptions?

18   A.  Yes.

19   Q.  Was this over a short period of time or was this something

20   that you did routinely?

21   A.  It was when I first got started until Monty told me to

22   change the fax number at the top with the pharmacy fax number.

23   They assigned each person a fax number and to change it at the

24   top, that it will go directly to the pharmacy.

25   Q.  Tell us about that change, "going direct to the pharmacy."

Lay - Direct

253

1  A.   So in January, Monty told me that the pharmacy said that all

2  prescriptions had to come directly to them from the doctor and

3  so he assigned me -- the pharmacy gave him a fax number to give

4  to me and to change on the prescriptions which the prescription

5  would then go directly -- when the doctor would fax it, it would

6  go directly to the pharmacy.

7  Q.   From the telemedicine company?

8  A.   Yes.

9  Q.   So for what period of time were you whiting out

10  prescriptions?

11  A.   December, January.

12  Q.   Okay.  What was another area that caused you concern about

13  your involvement with Mr. Grow?

14  A.   Copays.

15  Q.   What about copays?

16  A.   There were instances where a patient didn't want to pay a

17  copay and so Monty told me to tell the patient that they didn't

18  have to pay the copay, the pharmacy would send them a bill, but

19  they wouldn't send it to collections and that they would still

20  receive their prescriptions.

21  Q.   Okay.  Why was that a concern?

22  A.   Because you're supposed to pay your copay.

23  Q.   Why was it concern of yours and Mr. Grow?

24  A.   Because the patient, if they had a copay to pay, if they had

25  to pay a copay, they would probably cancel and we wouldn't get

Lay - Direct

254

1    paid commissions on them.

2    Q.  So you have talked about getting paid an exorbitant amount

3    of money, being told how to write the prescriptions, to make the

4    selections by Mr. Grow.  You talked about whiting out

5    prescriptions, talked about waiving copayments now.

6           Was there any other area that concerned you with

7    respect to your involvement or that caused you to believe that

8    you were, in fact, involved in committing crimes with Mr. Grow?

9    A.  The survey.

10   Q.  Okay.  Briefly describe the survey.

11   A.  So the survey was a product assessment survey in which the

12   Tricare beneficiary would try the product out for 30 days, and

13   once they completed the survey, they would be compensated.  They

14   would be paid.

15   Q.  Okay.  So in a nutshell, what were you doing with the

16   survey?

17   A.  I wasn't using the information for anything, just basically

18   to make more money and track your beneficiaries.

19   Q.  Okay.  We talked about the amount of money you made.  How

20   much money did you make over the period of time that you worked

21   with Mr. Grow, in total?  How much did you receive from

22   Mr. Grow?

23   A.  6.3 million and some of it was paid to my business partner,

24   my business partner, David Lloyd and others.

25   Q.  And what were you getting paid to do?

Lay - Direct

255

1  A.  Refer Tricare beneficiaries.

2  Q.  Were you getting paid to --

3          THE COURT REPORTER:  Judge, I can't hear him.

4          THE COURT:  You can't hear him because he doesn't have

5  the microphone.  That's why the lectern is great.

6  BY MR. LARSEN:

7  Q.  Were you paid to market or advertise products for Mr. Grow?

8  A.  Finding Tricare beneficiaries for the compounded medications

9  products.

10  Q.  Let's talk a little more in detail.  You talked about the

11  pay.  Now, let's talk about the way in which you were told to

12  prepare these prescriptions.

13          You talked about two telemedicine companies.  Can you

14  describe the difference in your mind as far as what directions

15  you received for each of the companies, how to complete those

16  prescriptions?

17  A.  With House Calls 24/7, Monty told me to fill out the

18  prescription part, check off on the selected product, check off

19  360 grams and put 3 refills.  On the Patient Intake Form, where

20  it says suggested products, that would be left blank.

21          With 1st Care Med, I was supposed to fill out the

22  Patient Intake Form, but at the bottom where it says suggested

23  products, put p-01 for pain; 360 grams, 6 refills; sc-01 for

24  scar, 6 refills; metabolic vitamin, 6 refills.

25  Q.  So for 1st Care -- excuse me, for the 24/7 House Calls, you

Lay - Direct

1  made all the selections and just sent it waiting for a signature

2  from the doctor; is that right?

3  A.  Yes.

4  Q.  With respect to 1st Care MD, everything was the same except

5  the selections weren't made, it was just the suggestions; the

6  same products, however, were recommended?

7  A.  Yes.

8  Q.  I am going to show you Government's Exhibit 109, email from

9  Monty Grow to housecalls24/7@mdofficemails.com.  What's that

10  24/7, House Calls 24/7?

11  A.  That's one of the telemedicines that Monty used.

12  Q.  You'll see two scripts.  Can we look at Page 2?  Do you know

13  who Dana Lennen is, Ms. Lay?

14  A.  No.  She is not -- no, she's not one mine.

15  Q.  Do you see the comment section here, does that look familiar

16  to you?

17  A.  Yes.

18  Q.  How is it familiar?

19  A.  Because that was the guide that I would have used when I

20  wrote out my Patient Info/Profile.

21  Q.  And the guide you said you used, where did you get that

22  from?

23  A.  Monty Grow.  He mailed me a sample.

24  Q.  If you look at Page 4.  Here you'll see the same patient,

25  Dana Lennen, and you'll see that p-01 is prechecked, the sc-01

Lay - Direct

1    is prechecked and the combination is prechecked, 3 refills, 360

2    grams and there's a blank spot for the prescriber.  Does this

3    look familiar to you?

4    A.  Yes.

5    Q.  You'll see MG in the top right-hand corner, do you know what

6    that is?

7    A.  That's Monty Grow's initials.

8    Q.  When you say it's familiar, why is it familiar to you?

9    A.  Because it was the same -- I would have followed the same

10   guide on my own referrals.

11           MR. LARSEN:  Okay.  Could you pull up Exhibit 116.

12           We can go to the ELMO.  It will probably go faster for

13   these, please.

14   BY MR. LARSEN:

15   Q.  Ms. Lay, have you seen this document, Government 116,

16   before?  It says, "Please find script attached?"

17   A.  Yes.

18   Q.  When did you see it?

19   A.  Yesterday.

20   Q.  Where were you yesterday?

21   A.  Here in Florida.

22   Q.  Okay.  How about Government's Exhibit 117, email from Monty

23   Grow for patient Eleanor Alley?  Did you see this before?

24   A.  Yes.

25   Q.  Are these consistent with directions Mr. Grow gave to you

Lay - Direct

258

1  with respect to how to fill out these prescriptions?

2  A.  Can I see the second page?

3          THE COURT:  I'm sorry.  I couldn't hear what you said.

4          THE WITNESS:  Can I see the second page?

5          THE COURT:  Okay.  Don't look at him, just look at the

6  microphone.

7  BY MR. LARSEN:

8  Q.  Again, the prechecked, no signature, 3 refills, 360 grams,

9  Tricare?

10  A.  Yes.

11  Q.  And the same with the Government's Exhibit 116; prechecked,

12  3 refills, 360 grams, Tricare?

13  A.  Yes.

14  Q.  Okay.  Now, these prescriptions that you sent into either

15  1st Care MD or House Calls 24/7, how often did they come back

16  denied by the doctor or in a way that wasn't suggested by you as

17  you sent it to them?

18  A.  The majority of them were approved.  Rarely there was any

19  that was rejected.

20  Q.  Well, what would happen on the occasion that the p-01, the

21  sc-01, we'll just call it the pain, the most expensive pain

22  cream, the most expensive scar cream and the multivitamin,

23  weren't selected, were not approved by a doctor?  Do you recall

24  incidents when that happened?

25  A.  Yes.

Lay - Direct

259

Q.   What, if anything, would happen in those incidents?

A.   Well, Monty would get upset and get it changed so that it would reflect the p-01 or the sc-01 and make sure that they were sent in correctly.

Q.   Well, let me ask this:  When you started, when Mr. Grow was explaining to you how to fill out these forms, was there ever a question raised by you, say if the patient didn't have one of those items, what you were supposed to do?

A.   Yes.  There was a conversation me and Monty had in regard to a patient not having any scars and I said, what if they don't have a scar?  He said, everybody has scars.  They may have a scar from childhood but that everybody has scars, so always choose a scar cream.

Q.   So you understood it to be important to Mr. Grow that on every prescription sc-01, the scar cream 01, be selected?

A.   Yes.

Q.   And in incidents when sc-01 was not selected, what, if anything, do you recall happening?

A.   So if I accidentally checked off on a scar cream that wasn't sc-01, let's say I checked off on sc-02, he would get it changed and get it sent into the pharmacy.

Q.   Let me show you what's been admitted as Government's Exhibit 118.  It's an email from Monty Grow to Christopher O'Hara. Who's Christopher O'Hara?

A.   He works with 1st Care MD.

Lay - Direct

260

1  Q.  And there's an inbound fax that says militaryRX@medRXsales.

2  What's that?

3  A.  That's one of my company's email addresses.

4  Q.  Okay.  An email from Mr. Grow states:

5          "Chris, these two patients were sent back to Ginger.

6      One you can't read and the other was not checked off for 360

7      grams and refills.  Both patients also wanted the metabolic

8      vitamin and Ginger forgot to put it on the form."

9          I'm going to show you pages -- I'm going to show you

10  here the prescription.  Shayvonne Sanders, do you recognize that

11  name?

12  A.  That was a patient I referred to Monty.

13  Q.  And here, you see p-01 was selected, sc-01 was selected, but

14  the multivitamin was missing and the doctor looks like had

15  already signed the prescription.

16          Now, you'll see 360 grams was missing and so were the

17  refills.

18  A.  Yes.

19  Q.  Can you tell by looking at this prescription, what company

20  it was and we saw it was Chris O'Hara.

21  A.  Yes, that was 1st Care Med.

22  Q.  So based on your recollection and your interactions with

23  Mr. Grow, what does Mr. Grow want to happen here?

24  A.  He's wanting the prescription to be done, the Patient Intake

25  Form to be done over and that the metabolic vitamin be added to

1    the prescription as well as 360 grams.

2    Q.  So Mr. Grow is telling the owner of the telemedicine company

3    to make these changes to the prescription that was already

4    signed?

5    A.  Yes.

6    Q.  Let me show you Government's Exhibit 54.  Again, Christopher

7    O'Hara.  Monty Grow states:

8            "Chris, this is another one that was marked sc-02 and

9        should have been sc-01.  Can we get corrected?"

10           Why sc-01 over sc-02?

11   A.  Because sc-01 paid the highest reimbursement and the most

12   commissions.

13   Q.  Chris states:  "Can't we delete that from the form to

14       eliminate the confusion," and Mr. Grow says, "Yes, I will

15       see about having them do that."

16           So again --

17           THE COURT:  Well, when you say "again," are you going

18   to lead the witness?  You've been doing that a lot, and I'm

19   going to sustain my own objection soon.  So who, what, when,

20   where, how, why, will be perfectly legitimate.  I allow some

21   background, but eventually, she's going to have to do that on

22   her own.

23           So, of course, you can read the email, if you want, and

24   then you can say, what did you all talk about?  What was that

25   all about?

Lay - Direct

1          MR. LARSEN:  Yes, Your Honor.

2    BY MR. LARSEN:

3    Q.  Showing you Government's Exhibit 113.  It's been admitted.

4    It's an email from Monty Grow to Chris O'Hara.  Monty Grow

5    states:

6              "Chris, these patients on the new Med RX portal need

7         fix.  Doctor wrote for sc-02 instead of sc-01."

8              Do you know what's being talked about here, Ms. Lay?

9    A.  That the prescription is changed to an sc-01 because it paid

10   out the highest commission.

11   Q.  Looking at Page 2, is this your patient, Ms. Griffin?

12   A.  Yes, it is.

13   Q.  And did you fill out, "patient has pain in shoulder, has

14        scarring, would like metabolic vitamin"?

15   A.  Yes.

16   Q.  And down here, this is your handwriting as well?

17   A.  Yes.

18   Q.  And what did you suggest for the scar cream?

19   A.  sc-01, 360 grams, 6 refills.

20   Q.  And why did you make those selections?

21   A.  Because Monty told me because they also pay the highest

22   commission.

23   Q.  And on the actual prescription it looks to be that sc-02 was

24   marked and the doctor signed the prescription.  Do you recall

25   incidents like that?

Lay - Direct

1    A.   Yes.

2    Q.   Showing you Government's Exhibit 96.  Sorry, not 96.  Okay.

3    Earlier, Ms. Lay, you talked about in the context of waiving

4    copayments, you mentioned the name of a patient.  Do you

5    remember the name of that patient?

6    A.   I believe it was Philip Snodgrass.

7    Q.   What do you recall specifically about Mr. Snodgrass?

8    A.   That Mr. Snodgrass was required to pay a $51 copay and he

9    didn't want to pay it and so Monty told me to let him know that

10   he didn't have to pay it, that the pharmacy wouldn't collect.

11   He would get a bill, and they wouldn't send it to collections.

12   Q.   I'm going to show you Government's Exhibit 51.  Philip

13   Snodgrass was one of your patients?

14   A.   Yes.

15   Q.   "He was told that he wouldn't have to pay anything for his

16        meds.  When he was told of the copay, he refused the meds.

17        I told him that I would look further into this matter and

18        call him back.  I'm not sure if you wanted to reach out to

19        Ginger Lay, Med RX, to see if they wanted to cover the

20        cost."

21            And at the time top, it says, "Please let me know if

22        you or Ginger will follow-up with this patient"?

23            Do you remember a conversation with Mr. Grow or any

24   communication with Mr. Grow about Philip Snodgrass and his

25   copayments?

Lay - Direct

1   A.   Monty let me know that we had a problem with Philip

2   Snodgrass, that he didn't want to pay his copay, and he told

3   me -- that's when he told me to tell him that he wouldn't have

4   to pay it.  The pharmacy would bill him and that he could

5   receive his medications; and so reach out to Mr. Snodgrass, let

6   him know that and, you know, let him know that he could get his

7   medication.

8   Q.   I'm going to show you -- before I show you, why was it so

9   important that Mr. Snodgrass not cancel his medication?

10  A.   Because if he would have canceled, we wouldn't have been

11  able to get paid our commissions.

12  Q.   Showing you Government's Exhibit 17-F, do you recognize this

13  document, Ms. Lay?

14  A.   Yes.

15  Q.   What is it?

16  A.   It's a text message between me and Monty.

17  Q.   Okay.  So on this side of the document, who's speaking here

18  on this side?

19  A.   I'm speaking.

20  Q.   Okay.  And you see on this side Monty Grow.

21          Here it states, "Snodgrass is refusing meds because of

22      copays.  Can you work something out with him?  He doesn't

23      have to pay it.  They won't try to collect or pay him."

24          Mr. Grow tells you this.  What do you remember about

25  this text message screen?

Lay - Direct

265

1    A.   That Mr. Snodgrass wouldn't have to pay his copay and that

2    they wouldn't bill him for it and that he would get his

3    prescription.

4    Q.   You wrote to him.  "We are getting it resolved now."

5           What do you mean when you say we're getting it resolved

6    now?

7    A.   I was reaching out to Mr. Snodgrass and letting him know

8    what Monty had told me to tell him.

9    Q.   What did you tell Mr. Snodgrass?

10   A.   That he wouldn't have to pay for his copay, that the

11   pharmacy would bill him but they wouldn't collect.

12   Q.   Mr. Grow says, "Okay.  Let me know what's happening so I can

13         inform pharmacy."  And you wrote back, "We are calling the

14         pharmacy in the morning.  I just spoke with him."

15           What ended up happening with Mr. Snodgrass?

16   A.   Mr. Snodgrass called the pharmacy and asked them to send him

17   his prescription.

18   Q.   Showing you Government's Exhibit 56.  You previously looked

19   at this document testified about that first paycheck, Ms. Lay.

20   Do you remember --

21   A.   Yes.

22   Q.   -- your first paycheck?

23   A.   Yes.

24   Q.   And there's an attachment, Ginger Lay Commission, 12-13 to

25   12-27.

Lay - Direct

1   A.   Yes.

2   Q.   So if we look at the attachment to the document -- see if I

3   can zoom out.  I'm going to show you Page 2 of the document,

4   Philip Snodgrass.

5          What is this document?  It says Ginger Lay at the top.

6   A.   This is a printout from the PCA portal.

7   Q.   What do you mean PCA portal?

8   A.   From Patient Care of America portal.

9   Q.   Okay.  And for Philip Snodgrass, do you see three products

10  here?

11  A.   Yes.

12  Q.   What's the first product?

13  A.   That's a vitamin.

14  Q.   And how about each of the last two?  There's 360 grams of

15  "flut" and "Lope."

16  A.   That would have been a pain and a scar cream.

17  Q.   Okay.  So a vitamin, a pain and a scar?

18  A.   Yes.

19  Q.   What's this column here where it says 16,568.07?

20  A.   That's the amount of the insurance would have paid.

21  Q.   For what amount, what amount of product?

22  A.   30-day supply.

23  Q.   How about this $6,249 figure?

24  A.   That would have been with the insurance company paid for a

25  30-day supply.

1  Q.  Okay.  So if we're looking at -- here, how about the $5,909?

2  A.  That would been for a 30-day supply, what the insurance

3  company would have paid.

4  Q.  And the next column over you'll see, a third column of

5  numbers and then a final column.  What's this final column of

6  numbers?

7  A.  That would have been Monty's 50 percent commission.

8  Q.  Okay.  So for the 30-day supply for Mr. Snodgrass, the

9  patient that you just told us you convinced not to cancel over a

10  copay, there were commissions of $2,910, $7,876 and $2,755, is

11  that right?

12  A.  Yes.

13  Q.  Show you Government's Exhibit 119.  Government's Exhibit 119

14  is an email from Monty Grow.  Do you know who Mary Jo Giles is?

15  A.  I think she was a pharmacist.

16  Q.  At where?

17  A.  Patient Care of America.

18  Q.  And down at the bottom there's a mention from this MJ Giles

19  to Monty Grow.

20      It says, "Patient Catherine Jajo does not want

21      prescription because of the $17 copay times 3.  Please

22      respond."

23      Mr. Grow states that he's getting some patients -- It

24      says, "Getting those parties to call in now and we'll see

25      about Jajo."

1          Is this consistent with your recollection?

2  A.  Yes.  Catherine Jajo wasn't one of my referrals, but yes,

3  that is correct.

4  Q.  Well, with respect to the issue of waiving the copayments?

5  A.  Yes.

6  Q.  And you testified that you, in fact, had Mr. Snodgrass call

7  into the pharmacy?

8  A.  Yes.

9  Q.  Now, I want to move to the -- you testified earlier about

10  the survey that you were using to sign patients up, Tricare

11  patients up for these medications.

12          I'm going to show you Exhibit 17-A.  While I'm doing

13  that, just refresh the jury's recollection, what were you doing

14  with respect to the survey?

15  A.  The survey was -- I got the survey information from another

16  company online, and I took their information and created this

17  survey.  The survey was designed to generate more Tricare

18  referrals and to make more money, that the Tricare beneficiaries

19  would be paid to try the product, complete the survey and be

20  paid money for it.

21  Q.  I'm showing you Exhibit 17-A.  Do you know what this

22  document is?

23  A.  Yes.

24  Q.  What is it?

25  A.  It's a flyer that I created.

Lay - Direct

269

1  Q.  Why did you make this?

2  A.  To give out to the Tricare beneficiaries letting them know

3  about the survey.

4  Q.  And the flyer states here that "Med RX" -- what's Med RX?

5  A.  Med RX Sales is my company.

6  Q.  "-- is looking for a few good men and woman who have served

7      our country to participate in an assessment survey."

8          What's an assessment survey?

9  A.  The assessment survey was to see -- once they tried the

10 product, to see how it worked for them.

11 Q.  And who came up with the idea for the assessment survey?

12 A.  I came up with the idea.  I got the information from another

13 company as far as the contents for the survey.

14 Q.  Okay.  You came up with the idea.  And what was the point of

15 this assessment survey?

16 A.  To bring in more Tricare referrals and make the money, make

17 the commissions.

18 Q.  Make sure I speak clearly, Ms. Lay.

19 A.  Okay.  To bring in more Tricare referrals and make

20 commissions.

21 Q.  Now, you mentioned here, "looking for a few good men and

22     women who have served our country" and their families.

23          Who are you targeting with his assessment survey?

24 A.  Tricare beneficiaries.

25 Q.  And it says that this assessment is to determine the

Lay - Direct

270

1    effectiveness of various compounding products formulated for

2    pain, scarring, wounds, migraines, acne, psoriasis and mentions

3    a wellness vitamin.

4            Did you ever intend to use this survey to collect data?

5    A.   No.

6    Q.   What was the point of the survey?

7    A.   To refer more Tricare beneficiaries and get paid

8    commissions.

9    Q.   What did you do with the information that you collected from

10   the Tricare patients related to these assessment surveys?

11   A.   Nothing.

12   Q.   What do you mean nothing?

13   A.   It wasn't used for any reason.  It was just to generate more

14   referrals.

15   Q.   Okay.  It mentions here that "as a participant in this

16       assessment survey, you may be compensated up to $1500 a

17       month."

18           What's that figure about, why per month?

19   A.   Well, the actual amount was up to a thousand dollars a

20   month, and that was based on them completing, finishing the

21   product, doing the survey and being compensated on each month

22   that they got a refill.

23   Q.   So this was on a month-by-month basis, this pay?

24   A.   Yes.

25   Q.   And you mentioned here, it mentions as a -- excuse me.  "As

Lay - Direct

271

1    a representative for our organization, you can earn up to

2    $2300 in up-front compensation and $1150 in residual

3    income."

4        What's that about?

5    A.   That was having Tricare beneficiaries refer other Tricare

6    beneficiaries and become sales reps.

7    Q.   So the $1,000 a month, what was that a payment for?

8    A.   That was for the survey.

9    Q.   Was that to the actual patient?

10   A.   Yes.

11   Q.   And then the money that's discussed down here, what was that

12   for?

13   A.   If they decided to become a sales rep and refer other

14   Tricare beneficiaries.

15   Q.   To find other people?

16   A.   Yes.

17   Q.   Now, there's a section here to qualify and it mentions here

18   you have to be active, retired or disabled military personnel or

19   a soldier.  Where did you get this information about who could

20   qualify for this survey?

21   A.   Monty told me who qualified as far as Tricare, and he also

22   directed me to the Tricare website.

23   Q.   When did he do that?

24   A.   When I first got started.

25   Q.   What did he tell you to do?

Lay - Direct

272

1   A.   Basically what this Tricare number look like, what was the

2   format.  He explained to me about what Tricare was, you know,

3   different types of Tricare programs there are, and then he

4   directed me to the Tricare website to also research.

5   Q.   Did you have discussions with Mr. Grow about this survey?

6   A.   Yes, I did.

7   Q.   Tell the jury about those discussions?

8   A.   I discussed with Monty Grow, Monty about an idea I had with

9   regard to a survey.  I told him the idea I had and that I would

10   send him a Patient Consent Form to review and to send to Patient

11   Care of America.  Monty Grow contacted me back, told me that

12   someone at Patient Care of America told him that if I made

13   certain changes to the Patient Consent Form, that I could

14   proceed with the survey.

15         THE COURT:  How much longer do you think you have?

16         MR. LARSEN:  Your Honor, maybe 30 minutes.

17         THE COURT:  Okay.  You all need a bathroom break or are

18   you okay?  It's up to you.  You want to keep going or you want a

19   break?  You want to keep going?  Break or keep going?  How many

20   want a break?

21         MR. G. JONES:  Keep going.

22         MR. JEAN:  Keep going.

23         THE COURT:  Keep going.  Let's go.

24         You have used two hours.

25   BY MR. LARSEN:

Lay - Direct

1  Q.  So the discussions with Mr. Grow about these surveys, what

2  did you tell him you were doing?

3  A.  I told him that I had an idea, that I had to do the survey

4  to bring in more Tricare beneficiaries.  I discussed the survey

5  with him, the idea of it, sent him the Patient Consent Form.  He

6  sent it to Patient Care of America.

7        Someone at Patient Care of America said that their

8  counsel looked at it, told him to tell me to make certain

9  changes to it.  I made those changes to it and those consent

10  forms went out to the Tricare beneficiaries.

11  Q.  Consent form.  I'm going to show you Exhibit 134.  It's an

12  email from Monty Grow to Matthew Smith.

13        It says, "Matt, here is the assessment agreement they

14     are using.  You'll see on Page 2, Patient Information and

15     Consent Form."

16        Is this what you're referring to Ms. Lay?

17  A.  Yes, and this is the revised -- This is the consent form

18  that changes were made.

19  Q.  What changes were made?

20  A.  Part of the changes was -- where it would say that Patient

21  Care of America did not have compensation -- Can you go to the

22  second page, please?  Where it said that the compensation would

23  not come from Patient Care of America and that it was not

24  affiliated with any Government agency.

25  Q.  What about right here, "if your insurance do not cover the

Lay - Direct

274

1        pain cream, you will not be enrolled in the assessment."

2            What does that mean?

3   A.   If they did not -- If the Tricare Insurance Company did not

4   cover the pain cream, they would not receive their compensation.

5   Q.   On the last page here you "may be compensated up to $500 to

6        complete the Product Evaluation and Assessment."

7            What's that about?

8   A.   They could be compensated up to a thousand dollars.  So each

9   pain, scar and vitamin had a different dollar amount that they

10  could be compensated for for completing that survey.

11  Q.   And when did you and Mr. Grow begin using this survey?

12  A.   The first part of 2015.

13  Q.   When you say the first part; January, February?

14  A.   February.

15  Q.   Let me show you Exhibit 93.  Before I do, did Mr. Grow ever

16  ask you to provide data that was provided on these reports by

17  Tricare beneficiaries?  Did he ask for that data, ever ask for

18  the information for any reason?

19  A.   No.

20  Q.   Did you ever give it to him?

21  A.   No.

22  Q.   Ms. Lay, do you know a patient by the name of James

23  Featherston?

24  A.   He was a Tricare beneficiary referred to Monty.

25  Q.   You said he was a Tricare beneficiary?

Lay - Direct

1  A.  Yes.

2  Q.  Was he a patient of yours?

3  A.  He was a patient referral by a representative.

4  Q.  Let me show you Government's Exhibit 93, an email from Monty

5  Grow.  Do you know this name Alisa Catoggio?

6  A.  She worked at the pharmacy.

7  Q.  There's an email that's dated the 10th of February.  "One of

8      Ginger's patients called into the pharmacy asking where his

9      direct deposit is for the study about the pain cream.

10     Please call back."

11         Monty responds, "Ginger said she will reach out to them

12     and see what they're referring to."

13         Did you have conversations with Mr. Grow about

14  Mr. Featherston?

15  A.  He did talk to me about Mr. Featherston.

16  Q.  Now, it suggests here where it says -- if Monty is

17  suggesting that you don't know, that you two don't know what

18  Mr. Featherston is referring to, would that be accurate?

19         MR. MARCUS:  Objection, Your Honor.

20         THE COURT:  Grounds.

21         MR. MARCUS:  It's leading.

22         THE COURT:  No, overruled -- go ahead -- because he's

23  reading from something.  Go ahead.

24         THE WITNESS:  Could you repeat the question?

25         THE COURT:  What does that mean?  You see what he just

Lay - Direct

276

1    showed you?

2            THE WITNESS:  Yes.

3            THE COURT:  What is that all about?

4            THE WITNESS:  He knew, we knew about the survey.

5            THE COURT:  How do you know "we knew"?  Why do you say

6    "we"?  Who's the "we"?

7            THE WITNESS:  Okay.  I lost my train of thought when he

8    objected.  I was just asking if he could ask the question.

9            THE COURT:  I know.  That's why I'm asking you now,

10   because you lost your train of thought.  You said "we."  Who's

11   "we"?

12           THE WITNESS:  Me and Monty knew about the survey.

13           THE COURT:  Okay.  How do you know what Monty knew?

14   Did he tell you anything?

15           THE WITNESS:  You're asking about, "Ginger said she

16      will reach out to them and see what they're referring to."

17           THE COURT:  What does that mean?

18           THE WITNESS:  He was telling the individual that I

19   would reach out to Mr. Featherston to see what he was talking

20   about.

21           THE COURT:  All right.  Next question.

22           THE WITNESS:  Okay.

23   BY MR. LARSEN:

24   Q.  Did you and Mr. Grow know what he was talking about?

25   A.  Yes.

Lay - Direct

277

Q.  How do you know?

A.  Because me and Monty had conversations about the survey and the patients getting paid.

Q.  What kind of conversations did you and Mr. Grow have about patients being paid?

A.  I told Monty how much I was paying the patients and he asked me why am I paying them so much and I told him that basically to generate more money and more beneficiaries.

Q.  Let me show you Government's Exhibit 131.  It's an email from Monty Grow to you on March 3rd of 2015.  Do you know who Blair Von Letkemann is?

A.  A Tricare beneficiary.

Q.  It looks like Blair Von Letkemann called into the pharmacy, said he participated in a drug trial and he would paid for via direct deposit.  He has not received the page to set up the direct deposit, and you see a response from the pharmacy, Mary Jo Giles, and then Mr. Grow forwards this to you.

On March 3, 2015, did Mr. Grow and you have conversations about paying patients through the survey or before then, March 3rd or before?

A.  Yes.

Q.  Did Mr. Grow know you were paying patients for the survey?

A.  Yes.

Q.  Let me show you Government's Exhibit 129, an email, March 3rd, same date, from Monty Grow to Matthew Smith about a patient

Lay - Direct

278

1  named Monica Mendez.  Ms. Mendez talks about -- she says or is

2  making a reference to being paid a thousand dollars to complete

3  a survey.

4        Mr. Grow stated, "I discussed this with Ginger today,

5     and she informed me that the program, the survey program, is

6     terminated."

7        Tell the jury what discussions, if any, you had with

8  Mr. Grow about the termination of this program.

9  A.  Monty called me around the 1st of March.  He said that

10 someone at PCA spoke with their legal people.  The legal people

11 says some expletives, said that survey was in a gray area and

12 that I needed to stop the survey.  He called me and informed me

13 of that.  I sent out an email to the Tricare beneficiaries

14 letting them know that the survey had ended and also sent an

15 email to Monty letting him know that the program had ended as

16 well.

17       When I asked him what am I supposed to do with all

18 these people?  He said, continue to pay them because we don't

19 want any problems.

20 BY MR. LARSEN:

21 Q.  What did you understand "we don't want any problems" to

22 mean?

23 A.  That they would cancel and we would no longer get paid on

24 their refills.  So even though the program ended, there were no

25 more new Tricare beneficiaries that were sent to the pharmacy.

1    MR. LARSEN:  Can we switch back?

2  BY MR. LARSEN:

3  Q.  So what kind of problems did you understand could happen if

4  you stopped paying the patients?

5  A.  The patients would cancel and we wouldn't get paid

6  commissions.

7  Q.  I'm going to show you Government's Exhibit 133, email from

8  Monty Grow to Matthew Smith, and I focus your attention to below

9  on this email that you wrote to Monty on March 4, 2015:

10    "Dear Monty:  I've informed my team that effective

11    immediately the program will be discontinued," and you go on

12    to talk about the end of the program.

13    Why did you send this email to Mr. Grow on March the

14  4th?

15  A.  So that he would know that the program was terminated and to

16  let --

17  Q.  Did he ask -- I'm sorry.  Go ahead.

18  A.  And to let the pharmacy know that the program was

19  terminated.

20  Q.  What if, any understanding, did you have on March 4th about

21  whether to continue paying patients?

22  A.  The conversation I had with him was that, you know, after

23  the program ended, what was I supposed to do with all these

24  people and he said continue to pay them.  So there were no more

25  new people enrolled in the program.  Anybody that was already

Lay - Direct

280

1    there was the ones that were paid out.

2    Q.  I'm going to show you Exhibit 36.  Just remind me who is

3    Chris O'Hara again?

4    A.  He works for 1st Care Med?

5    Q.  1st Care Med was what?

6    A.  The telemedicine company that Monty had set up.

7    Q.  It's an email, March 24, so 20 days later after you sent

8        that email to Mr. Grow terminating the program,

9        Mr. O'Hara says, "Monty, what's going on here?  Doctor

10       reported she spoke with the below mentioned patient and he

11       claims he was promised $1,000 to try the cream.  He is from

12       Med RX.  What do I do with patient Eric Schwant" (phonetic),

13       "the patient who says he was promised $1,000?"

14           Monty states, "I will pass this on to Ginger and see

15       what that's about."

16           Do you know if Monty Grow knew what this was about at

17   the time he wrote this email?

18   A.  Yes, we had several conversations about the survey.

19   Q.  And on paying patient after the end of the survey?

20   A.  Yes.

21   Q.  So just so I understand, the end of the survey, what did

22   that mean from a practical standpoint?  What did that mean on

23   March 4th when the survey program ended?  What were you doing?

24   A.  Anybody who wanted the product would not be compensated for

25   it and anybody who was already receiving the product would only

Lay - Direct

281

1    be compensated one last time.

2    Q.  So those that are already signed up --

3         THE COURT:  Well, see, once you do that, you're

4    leading.

5    BY MR. LARSEN:

6    Q.  What do you mean by one last time?

7    A.  So those who were already in the program would be paid one

8    last time to do one last product survey, and anybody else that

9    wanted to come in, they would just have to want the product.

10   Q.  I'm going to show you Government's Exhibit 18, email.  Now,

11   this is June 11, 2015.

12        It says, patient or complaint regarding Ginger Lay rep,

13   and then down below there's a patient name Lakeva Crim

14   (phonetic).  Do you recognize that name?

15   A.  That was a Tricare beneficiary referred to by a rep that

16   David Lloyd recruited.

17   Q.  It say, "Apparently, a rep had gone to the military base and

18       spoke to quite a bit of military personnel.  They were told

19       if they were willing to try the compound medication, they

20       would be compensated with money.  After trying the

21       medication, they called to get their money and was told that

22       the rep that was doing the promotion no longer works at

23       Ginger Lay and Caprice was now in charge."

24        Now, this is June.  Mr. Grow forwards this to you on

25   June 11, 2015.  This is three months after the program had

1  ended.  Do you know why Mr. Grow forwarded this to you?

2  A.  No.

3        THE COURT:  All right.  I'm going to have to recess.

4  We'll see you in 10 minutes.  Okay?  Don't talk about the case.

5  Go back.  We'll bring you back in 10 minutes.

6        THE COURT SECURITY OFFICER:  All rise.

7     (There was a brief recess, after which the following

8  proceedings were held outside the presence of the jury:)

9        THE COURT:  I'm on this Executive Committee of the

10 Judicial Conference, the Director of the Administrative Office

11 of the Courts was on the phone and had to deal with an issue.

12 Okay?  So I apologize, but it had to be done then.

13        Okay.  Bring them in.

14        THE COURT SECURITY OFFICER:  Yes, Your Honor.

15        THE COURT:  You've got what, 15 minutes, 20 minutes?

16        MR. LARSEN:  Probably.

17        THE COURT:  All right.  If not, I'm going to have to

18 order Cuban coffee for the jurors or something.

19     (The jury returned to the courtroom.)

20        THE COURT:  We've go everybody?

21        THE COURT SECURITY OFFICER:  Everybody, Your Honor.

22        THE COURT:  Thank you.  You've got your soda, water,

23 coffee.  Everybody doing okay?  Super.  Thank you so much.

24        All right.  Defendant is present, defense counsel,

25 Government counsel.

1              All right.  Mr. Larsen, you may conclude with your

2    direct.

3    Q.   Ms. Lay, we were previously talking about Government's

4    Exhibit 18 before the break, and as I was saying, Government's

5    Exhibit 18 was an email between you and Mr. Grow in June of

6    2015.  You had testified about a Tricare beneficiary named

7    Lakeva Crim.  Then we were talking about an email.  I want to

8    focus on Page 2 of that email.

9              Referring to the patient, the email reads, "Also she

10       was told that they were going to receive a survey after

11       trying medications which they also did not receive.  When

12       she was finally able to speak with Caprice, the patient

13       said, she was told by Caprice that she is not to contact

14       pharmacy or ask pharmacy any questions regarding survey."

15            Ms. Lay, have you ever been told to tell patients not

16    to contact the pharmacy?

17   A.   Yes.  When the patients would called the Patient Care of

18   America asking about their money, Monty would call me and let me

19   know that they were calling and asking about their money and I

20   would let the reps tell the patients don't call the pharmacy.

21   The pharmacy is not affiliated with the survey.

22   Q.   Okay.  You testified earlier that Mr. Grow stated, keep

23   paying the patients because we didn't want any trouble.  What

24   did you understand that to mean in the context of this email?

25   A.   This email was after the survey had ended back in March.  I

1   can't speak to this particular patient but they apparently was

2   not paid because they may not -- they may have came in when they

3   were supposed to be paid in March.

4   Q.   Well, someone from the pharmacy, Matt Smith, you testified

5   is a pharmacist, said, "See below.  This is bad."  And then

6   Mr. Grow forwards this to you.

7            When Mr. Grow said, "We don't want any trouble with the

8   patients" is this the kind of trouble he was referring to?

9   A.   Yes.

10  Q.   What kind of trouble?

11  A.   That the patient would cancel and they would complain.  They

12  would call the pharmacy and complain that they didn't get paid.

13  Q.   Now, this is months after the survey ended and there's this

14  email, "this is bad."  Now, did Mr. Grow stop doing business

15  with you in April, in May, in June?

16  A.   I continued to receive residual on the refills.  He was

17  talking about some additional opportunities outside of the

18  compounding products.

19  Q.   Okay.  So Mr. Grow continued to pay you through April and

20  May and June?

21  A.   Monty paid me in March and April and then we were -- Monty

22  told me that we had to become W-2 employees of Patient Care of

23  America and so we became -- everybody did their paperwork,

24  became W-2 employees of Patient Care of America, and starting in

25  May, Patient Care of America paid us.

Lay - Direct

285

1  Q.  You've seen a few emails here where patients called in after

2  March of 2015.  Did Mr. Grow fire you?

3  A.  No, I was an employee of Patient Care of America.  They

4  terminated me in July of 2015.

5  Q.  Did Mr. Grow tell you to return the money because you were

6  paying patients?

7  A.  No.

8  Q.  Did Mr. Grow keep paying you?

9  A.  He paid me in April, March and April, and then Patient Care

10  of America started paying me in May.

11  Q.  Let's talk about that, Patient Care America started paying

12  you in May.

13       Why did you start getting paid by Patient Care America

14  in May?

15  A.  Monty told me that everybody had to become W-2 employees.  I

16  sent him my contact information for Patient Care of America to

17  send me a new hire packet and then the new hire packet -- we had

18  to take a drug test and send in the information to them and we

19  would become W-2 employees and get taxes taken out.

20  Q.  Did Mr. Grow say why you had to become employees?

21  A.  He didn't elaborate, no.

22  Q.  Describe how you were hired by Patient Care America?

23  A.  I was hired as a W-2 employee.

24  Q.  Did you have a job interview?

25  A.  No.

Lay - Direct

286

1  Q.  Did you ever meet face to face with anyone at the pharmacy?

2  A.  No.

3  Q.  How did this process happen then?

4  A.  Monty told me we had to become W-2 employees and to send him

5  my contact information so Patient Care of America could send me

6  the new hire packet.

7  Q.  Okay.  I'm going to show you Exhibit 142.  It's an email

8  from Monty Grow.  You mentioned earlier that Alisa Catoggio was

9  someone at Patient Care America.

10  A.  Yes.

11  Q.  Now, the subject is Commission Report.

12       Mr. Grow states:  "Alisa, I just wanted to reach out

13       and make sure we are all on the same page for the upcoming

14       commission report.  Ginger gave me her combined numbers for

15       the last payroll and this payroll since none of her people

16       were paid last time."

17       He says further that to simplify he was going to

18  combine, looks like your payroll or his payroll along with your

19  payroll and there's some numbers down here.  Do you see?

20       Now, the commission periods were typically how long?

21  A.  Every two weeks.

22  Q.  So May 22nd, Monty is reporting a commission for him of

23  $758,060.40 and then for you, over half a million dollars for

24  this commission report period and this is May 22, 2015.

25       Then he goes on to say "Ginger's remaining commissions

1          to be paid from previous period."

2               So earlier than May 22nd?  So it looks like a combined

3     amount of over $800,000 and then the total commission to him and

4     all of his reps of $2.1 million.

5               This is months after the survey terminated.  Mr. Grow

6     continues to pay you as you testified?

7     A.   This was the email where the pharmacy was supposed to pay me

8     the commission starting in May of 2015.

9     Q.   So how did you get -- is this after you became a W-2

10    employee of the pharmacy?

11    A.   Yes.

12    Q.   So Mr. Grow appears to be -- he's writing to Ms. Catoggio

13    with these figures of how much to pay.  Would you get paid from

14    the pharmacy following this?

15    A.   The amount was split into two payments over a month's

16    period.

17    Q.   What do you mean by a "month's period"?

18    A.   So the pharmacy paid half of it and then they were waiting

19    to be paid by Tricare and then they paid us the remaining half

20    with taxes taken out.

21    Q.   Are you talking about in a one-month period?

22    A.   Yes.

23    Q.   Okay.  Now, these commission payments that were just

24    referenced on Government's Exhibit 142, were these payments that

25    were tied to the survey, recruiting patients through the

Lay - Direct

288

1  surveys?

2  A.  Yes, these were the refills from those individuals that had

3  participated in the survey after it ended.

4  Q.  And did Mr. Grow know that these commissions that he was

5  directing PCA to pay to him and then ultimately to you were

6  related to patients that you and him paid to enroll in these

7  surveys?

8  A.  Yes.

9  Q.  Show you Government's Exhibit 68 from G. Lay.  Is that you,

10 Ms. Lay --

11 A.  Yes.

12 Q.  -- to Monty Grow?

13 A.  Yes.

14 Q.  There's a list.  It says important email from May 20 of '15.

15 What are you doing in this email.  What are you saying to

16 Mr. Grow?

17 A.  I'm sending him an email report of commissions that are due

18 to be paid to reps from Patient Care of America.

19 Q.  Okay.  So commission breakdown May 15, '15?

20 A.  Yes.

21 Q.  For what period is that?  Is that for the two-week before

22 or --

23 A.  If I recall, yes.

24 Q.  Okay.  So 514,000 for you.  Who is David Lloyd?

25 A.  He was my business partner.

Lay - Direct

1   Q.   There's that reference to Caprice Godfrey.  Who is that?

2   A.   She was a rep that David Lloyd recruited.

3   Q.   Now, how about this person, Paul Homrighausen?  Who's that?

4   A.   He was a rep that Kim Homrighausen recruited from -- David

5   Lloyd recruited Kim Homrighausen and Kim Homrighausen recruited

6   Paul Homrighausen.

7   Q.   Was Paul Homrighausen, do you know if he was a Tricare

8   beneficiary?

9   A.   Yes, he was.

10  Q.   Look at this list.  How many of the folks on this list were

11  Tricare beneficiaries, if you know?

12  A.   Quite a few of them.  It was half Tricare beneficiaries and

13  half sales reps that were recruited by David Lloyd.

14  Q.   Okay.  And do you know if Mr. Grow would have known which of

15  these you were reporting to him were Tricare beneficiaries?

16  A.   Not that I recall, no.

17  Q.   Would you have provided him with prescriptions?

18  A.   He would have been able to see them in the portal.

19  Q.   What do you mean?

20  A.   In the Patient Care of America portal.

21  Q.   He would have been able to see what?

22  A.   The prescription and the patient name in the portal.

23  Q.   Okay.  You testified a few minutes ago about becoming a W-2

24  employee.

25          Aside from how you got paid, meaning who the payment

Lay - Direct

290

1  came from, did anybody else about your business dealings with

2  Mr. Grow change after you became an employee?

3  A.  Patient Care of America would then pay commissions as W-2

4  employees and take out taxes.

5  Q.  Anything other than that different?

6  A.  We would just continue to get paid on the patients that were

7  still getting their refills.

8  Q.  Were you doing active recruitment?  Earlier you testified on

9  March 4 the program terminated.  Were you actively recruiting

10  Tricare beneficiaries to sign up after March 4?

11  A.  No, I did not.  We did not submit any new patients.  If they

12  wanted the products, they would have just want it on their own

13  without getting paid.

14  Q.  So at least half of million dollars in commissions to you

15  came after that March 4 at least?

16  A.  Yes.

17  Q.  Do you have an idea about how much you were paid after March

18  4 in commissions from the survey?

19  A.  I don't recall.

20  Q.  More than 500,000?

21  A.  Yes.

22  Q.  Okay.  One final area I want to ask you about.  You

23  mentioned earlier that Mr. Grow talked to you about selling

24  components to the pharmacy.  What do you remember about those

25  conversations with Mr. Grow?

Lay - Direct

1  A.  There's a conversation, we were just kind of talking.  He

2  was like, yeah, I sell additive to the pharmacy.  It increases

3  the amount that the insurance companies pay on the product and

4  that he was making a couple of hundred thousand dollars a month

5  doing that and that he was selling it to PCA and other

6  pharmacies.

7  Q.  Did you know what kind of compound it was or what kind of

8  component it was?

9  A.  No, I didn't ask.

10 Q.  What was the point of that conversation he had with you, do

11 you know?

12 A.  He was just basically telling me how much additional money

13 he was making.

14     MR. LARSEN:  Okay.  Can I have one moment, Your Honor?

15     THE COURT:  Sure.

16 BY MR. LARSEN:

17 Q.  Ms. Lay, we were talking in the last few minutes about this

18 period in May of 2015 after you became a W-2 employee of the

19 pharmacy.  Did the pharmacy, that is PCA, did they interview you

20 or train you?

21 A.  No.

22 Q.  Did they train any of our sales reps or people that you

23 listed on the last exhibit to be paid?

24 A.  No.

25 Q.  Did Mr. Grow ever train you how to market any of these

Lay - Direct

292

1    products to Tricare beneficiaries aside from what you've already

2    testified to?

3    A.   No.

4    Q.   Did you ever step foot in a pharmacy here in South Florida,

5    PCA pharmacy?

6    A.   In 2016 I went to see them.  I visited them.

7    Q.   What was the point of that?

8    A.   Just to see who they were.

9    Q.   Were you invited?

10   A.   I talked to -- I was here talking to another gentleman in

11   regard to a cancer screening product and I reached out to PCA

12   and said, hey, I'm in the area, I'd like to come meet you guys.

13   Q.   Did you meet them?

14   A.   Yes.

15   Q.   Who did you meet?

16   A.   I met Alicia, Cynthia, I think Mary Jo and another tech.  I

17   don't remember her name.

18   Q.   Did you have conversations with these individuals about the

19   previous work you had done for PCA?

20   A.   No, it was just basically meeting them and seeing who they

21   were, put a name with a face.

22   Q.   What about in the period of May of 2015?  I think earlier

23   you said that you and Mr. Grow had continued to have discussions

24   about other business deals.  What do you remember about that?

25   A.   Monty talked to me about a cancer screening product during

Lay - Direct

293

1    the time that we were doing the compounding with Tricare.  He

2    also talked to me about a program with some type of machine that

3    is placed in the doctor's office through a lady named Julie and

4    how that would pay out.  It didn't come through fruition.  The

5    cancer product didn't come to fruition.  So none of the products

6    we discussed going further came into fruition.

7    Q.   When were these conversations though?

8    A.   The cancer product was done during the time we were doing

9    the compounding from January to May, and the machine that's

10   supposed to be put into doctor's office, as I recall, was talked

11   about in July in 2015.

12   Q.   Okay.  The conversations from January to May were

13   conversations about doing more business with Monty Grow after

14   the issues you discussed about the patient being paid by the

15   survey?

16   A.   Yes.

17          THE COURT:  Could you read back the question, Gilda,

18   please?

19      (The question referred to was read by the reporter.)

20          THE COURT:  I forgot you had laryngitis.  I am so

21   sorry.  I forgot.  I shouldn't have done that.

22          THE COURT REPORTER:  It's okay.

23          THE COURT:  Do you think that was a leading question,

24   Mr. Larsen?  Oh, that's easy, just the length of it and the fact

25   that an answer was yes, the answer is yes, but I apologize for

Lay - Cross

294

1    making the court reporter read it, but she read it.

2            No more leading questions.  Wrap it up.

3            I'm sorry, Gilda.  Don't say anything.

4    BY MR. LARSEN:

5    Q.  The $6.3 million you testified to, what percentage of that

6    amount -- can you explain what that number, that $6.3 million

7    number was?

8    A.  Part of that was wires that Monty Grow sent to me and money

9    from Patient Care of America when I became a W-2 employee.

10   Q.  And that was what percentage of claims?

11   A.  That was 40 percent of the claim minus the cost of goods and

12   telemedicine.

13           MR. LARSEN:  Your Honor, I think I am done.  Let me

14   just make one more check, if I could with my co-counsel.

15           I have nothing further, Your Honor.

16           THE COURT:  All right.  Cross-examination.

17           MR. MARCUS:  Your Honor, before we begin, there's one

18   issue I'd like to raise.

19           THE COURT:  No.  Just cross-examination.

20           MR. MARCUS:  Okay.

21           THE COURT:  No issues in front of the jury but after

22   they're gone.

23                        CROSS-EXAMINATION

24   BY MR. MARCUS:

25   Q.  Good afternoon, Ms. Lay.

1  A.  Good afternoon.

2  Q.  We've never met, have we?

3  A.  No.

4  Q.  We've never talked?

5  A.  No.

6  Q.  And in fact, you've never met with Monty Grow, have you?

7  A.  I never met him, no.

8  Q.  But you've worked with him obviously, correct?

9  A.  Yes.

10  Q.  Let's start there.  You signed an agreement with Mr. Grow in

11  October of 2014.  Remember that?

12  A.  Yes.

13  Q.  Okay.  But this was some time before you actually started

14  working for him, right?

15  A.  Yes.

16  Q.  And you started working in December of 2014 for PCA

17  Pharmacy, right?

18  A.  For Monty Grow.

19  Q.  Right.  You had a network of sales reps, is that right?

20  A.  My business partner recruited the sales rep, David Lloyd.

21  Q.  Okay.  But you were doing marketing, you agree with that?

22  A.  Yes.

23  Q.  And Mr. Lloyd was your business partner?

24  A.  Yes.

25  Q.  And you built a network of sales reps that reported to you,

Lay - Cross

296

1   is that right?

2   A.   They reported to Mr. Lloyd and me.

3   Q.   Okay.  Were you equal partners?

4   A.   Yes.

5   Q.   Did you share profits equally with Mr. Lloyd?

6   A.   We had 60/40 agreement?

7   Q.   Who got 60 percent?

8   A.   He got 60 percent and I got 40 percent after -- I got 40

9   percent before cost.  He got 60 percent after.

10  Q.   Okay.  So for every representative that he brought into work

11  and market the products that you were marketing, he would

12  receive 40 or is it 60 percent?

13  A.   60 percent.

14  Q.   Okay.  And you would receive 40 percent?

15  A.   Right.

16  Q.   And what about other sales rep that Mr. Lloyd did not bring

17  in?

18  A.   He brought in the majority of the sales reps.  I didn't

19  bring any sales rep that I recall.

20  Q.   Did you generate your own sales leads?  Did you have other

21  representatives?

22  A.   The sales reps knew people.  That's who brought in the --

23  Q.   Let me try to be clearer.

24       You had other sales reps that worked for you that

25  Mr. Lloyd did not bring into your network, is that correct?

Lay - Cross

297

1  A.   I only had a few but not a lot, no.

2  Q.   Okay.   And on those situations, would Mr. Lloyd make any

3  money?

4  A.   Yes, he would.

5  Q.   What was your agreement with him for those representative?

6  A.   He got paid 60 percent on all money that came in.

7  Q.   Oh, so you paid him 60 percent for everything, no matter if

8  he brought in sales reps or not?

9  A.   Yes, because we were business partners.

10  Q.   Okay.   And then in December, you started marketing for the

11  PCA products, right, that Mr. Grow talked to you about?

12  A.   Yes.

13  Q.   And you got your first commission in early January.   Do you

14  recall that?

15  A.   Yes.

16  Q.   Okay.   And so for the last two weeks of December, you and

17  Mr. Lloyd, you were marketing these products and then you

18  started to get paid in January of 2015?

19  A.   Yes.

20  Q.   All right.   Now, the survey program that you testified

21  about, you said that was your idea, correct?

22  A.   Yes.

23  Q.   Right.   You had seen something like it online?

24  A.   Yes.

25  Q.   And you wrote the brochure yourself, correct?

Lay - Cross

1  A.  Yes.

2  Q.  You did that on your computer?

3  A.  Yes.

4  Q.  And then there's no date on the brochure.  Do you recall

5  when you created this document?

6  A.  No, I don't.  I just know I created it and got the

7  information from what I -- the information Monty told me when I

8  first got started with him as far as what the qualifications was

9  for a person who had Tricare.

10  Q.  Okay.  So your testimony today is that you started doing

11  survey programs only when you started working with Mr. Grow in

12  mid December of 2014?

13  A.  No, I said initially we were bringing in Tricare

14  beneficiaries without the survey.  The survey came later on.

15  Q.  Oh, even later.  Okay.  So did you start the survey program

16  in January of 2015?

17  A.  It was like the end of January, February, yes.

18  Q.  Okay.  So you think it was late January, early February?

19  A.  Yes.

20  Q.  And your testimony is that Mr. Grow knew about the survey

21  program from the beginning of when you were starting it?

22  A.  We had a discussion about it, yes, I told him about the

23  idea.

24  Q.  Okay.  So was that discussion in late January or in

25  February?

Lay - Cross

299

1   A.   It was late January, early February.

2   Q.   Okay.  And then you said that the pharmacy started asking

3   questions about the survey form, the consent form that you made

4   up for the patients.  Do you recall that?

5   A.   I sent the consent form to Monty, Monty sent it to PCA.

6   Someone at PCA told Monty that if I made certain changes to the

7   consent form, it would be okay.

8   Q.   Okay.  And this is in February?

9   A.   Yes, January, February, yes.

10  Q.   And isn't it a fact that Mr. Grow asked you to send him the

11  form after this issue arose with the pharmacy?

12  A.   Not that I recall, no.  I told him I would send him the

13  form.

14  Q.   Okay.  You don't recall him asking you?

15  A.   No.

16  Q.   All right.  And you recall that there was some discussion

17  about lawyers for the pharmacy, for PCA, looking at the program

18  and making changes?

19  A.   He said that there was a counsel from PCA, that whoever he

20  spoke with, PCA counsel said that if I made certain changes to

21  the consent form, it would be okay.

22  Q.   Right.  And then on March 3rd you were told that the program

23  had to stop immediately, right?

24  A.   Yes.  He called me and said that some lawyers, some lawyers

25  at PCA looked at the program, said some expletives and said that

1    the program had to stop.

2    Q.   Right.   Your testimony though was that you and Mr. Grow

3    discussed that you would still pay the survey patients, the

4    patients who participated in the program after March 3rd even

5    after the program was stopped.

6    A.   The conversation was when I asked him, what am I supposed to

7    do with all these people, he said continue to pay them because

8    we do not want any problems.  So the program stopped.  Anybody

9    who was already in the program, got compensated, but there were

10   no new customer that was brought into the program to be

11   compensated.

12   Q.   And your testimony, right, is that Mr. Grow wanted you to

13   keep paying patients in March and in April and May who were in

14   the program, correct?

15   A.   Yes, and the individuals only received one more payment, one

16   or two more payments who were already enrolled in the survey

17   prior to that conversation.

18   Q.   Okay.   In the beginning with Mr. Larsen, you explained that

19   you had pled guilty to one count of health care fraud, is that

20   right?

21   A.   Yes, conspiracy to commit health care fraud.

22   Q.   And that is a charge that you could face 10 years in jail

23   for, is that right?

24   A.   Correct.

25   Q.   And in fact, the charges that were brought against you,

Lay - Cross

301

 1  there were many other charges that were filed against you as

 2  part of that Indictment, is that right?

 3  A.  Yes.

 4  Q.  You and Mr. Grow were charged in an Indictment together, do

 5  you recall that?

 6  A.  Yes.

 7  Q.  And you were charged with wire fraud.  Do you recall that?

 8  A.  Yes.

 9  Q.  And you're aware that wire fraud is a charge that could

10  bring 20 years in prison?

11  A.  No, I didn't.  I'm not aware of that.

12  Q.  Okay.  You have counsel though, right?

13  A.  Yes.

14  Q.  Ms. Bozorgi is a lawyer for you, is that correct?

15  A.  I'm with the Dillon Law Firm.

16  Q.  Mr. Dillon, Bill Dillon in Atlanta?

17  A.  Yes.

18  Q.  And you also have local counsel, do you not?

19  A.  Yes.

20  Q.  Susan Bozorgi and Susan Van Dusen are your local lawyers,

21  too?

22  A.  Yes.

23  Q.  Okay.  And obviously, they've been representing you

24  throughout, since the charges, correct?

25  A.  They've been working with my attorneys and representing me,

Lay - Cross

302

1    yes.

2    Q.  And when did they start representing you?

3    A.  I can't speak to that.  I don't know when my attorneys had

4    conversation with them.

5    Q.  Well, how long has Mr. Dillon been representing you?

6    A.  Since August, September.  August, September.

7    Q.  August of 2017?

8    A.  Yes.

9    Q.  Okay.  And I assume you've met with him a lot, talked about

10   your case?

11   A.  Yes.

12   Q.  Did you discuss the charges against you, the Indictment?

13   A.  Yes.

14   Q.  Were you aware that there were many, many charges against

15   you?

16   A.  Yes.

17   Q.  And are you aware that they carry potential terms of

18   imprisonment that are very long?

19   A.  Yes.

20   Q.  You could have been facing more than 90 years in prison.

21   You're aware of that?

22   A.  I didn't calculate the years.

23   Q.  Okay.  But you knew it was a long time?

24   A.  Yes.

25   Q.  And by pleading guilty, you know that the most you can get

1  is 10 years, is that right?

2  A.  Yes.

3  Q.  And actually, as part of that Plea Agreement with the

4  Government, you have a joint recommendation to the Court about

5  the number of months that you should be sentenced to, is that

6  right?

7  A.  Could you --

8  Q.  Are you aware that in your Plea Agreement, there's agreement

9  between you and the Government that you should be sentenced at

10  about 63 months?

11  A.  According to the guidelines, yes.

12  Q.  Yes, according to the guidelines.  You've agreed to the

13  guidelines, but you have agreed with the guidelines with the

14  Government?

15  A.  That was something my attorneys negotiated.  I can't speak

16  to that.  I just know what it says what level I'm at.  I can't

17  speak to anything.

18  Q.  I understand you're not a lawyer, but you understand that

19  that was a negotiated document, that there were things that were

20  agreed to and other things that the Government agreed not to

21  charge you with.

22  A.  Yes.

23  Q.  Right.  And other potential guideline enhancements that

24  could increase your guideline range that they have agreed not to

25  seek?

Lay - Cross

304

1    A.   Yes.

2    Q.   Okay.  And you've also testified earlier that you're hoping

3    that the Government will file in the future a motion to reduce

4    your sentence?

5    A.   If they chose to, yes.

6    Q.   If they choose to.  And you understand that only the

7    Government has that power to file that Rule 35 motion to reduce

8    your sentence.  You're aware of that?

9    A.   Yes.

10   Q.   It's in their sole and unreviewable judgment, that's in your

11   Plea Agreement?

12   A.   They have the right to determine that, yes.

13   Q.   Right.  And you're hoping that they'll do that sometime in

14   the future?

15   A.   If they choose to, yes.

16   Q.   Right.  And part of that choice is you cooperating with

17   them, correct?

18   A.   Yes.

19   Q.   And you had talked about looking at some documents in

20   Florida.  You've met with the prosecutors before today, have you

21   not?

22   A.   Yes.

23   Q.   How many times do you think you've met with them?

24   A.   Prior to my coming to plead guilty, around two; when I came

25   here the first time, when they came to Atlanta, when I came to

Lay - Cross

305

1  plead and when I came here this weekend.

2  Q.  Right.  I mean, you've sat down, they've asked you a lot of

3  questions?

4  A.  We've talked.

5  Q.  And you're aware that they wanted you to be a witness

6  against Mr. Grow at his trial?

7  A.  This is part of my cooperation.

8  Q.  That's right.  And also as part of your cooperation, you

9  have said you provided documents to the Government.  Do you

10  recall that?

11  A.  Yes.

12  Q.  And did you provide to them all the documents that you had

13  that related to Mr. Grow and this case?

14  A.  Whatever my attorneys was able to pull from my devices.

15  Q.  Okay.  You gave them, for example, you gave them some bank

16  records.  Do you recall that?

17  A.  Yes.

18  Q.  And gave them some emails?

19  A.  Yes.

20  Q.  And you gave them your text messages?

21  A.  Yes.

22  Q.  Did you provide them any text messages after January of

23  2015?

24  A.  Not that I recall.  I don't know.  I don't remember.

25  Q.  But you provided them more than 500 pages of text messages

Lay - Cross

306

1    from 2014?

2    A.   I don't know how many pages it was.

3    Q.   It was a lot?

4    A.   Okay.

5    Q.   But you're aware that all the text messages you gave the

6    Government are from 2014?

7    A.   I don't know how many.  I don't recall.  I don't know that.

8    I didn't count how many pages it was and what year it was.

9    Q.   Okay.  The survey program you talked about though started in

10   late January, right?

11   A.   Yes.

12   Q.   But you didn't give any text messages to the Government

13   about the survey program, did you?

14   A.   Not that I recall.  I mean, this was last year that I gave

15   them everything, so I can't recall what I gave them from last

16   year.

17   Q.   Okay.  Now, with Mr. Grow, you said you never met with him,

18   but you've talked to him on the phone, right?

19   A.   Yes.

20   Q.   And you've text messaged with him, have you not?

21   A.   Yes.

22   Q.   And you've emailed with him?

23   A.   Yes.

24   Q.   During your testimony, you talked a lot about conversations

25   you had with Mr. Grow, correct?

Lay - Cross

307

1   A.  Things that he told me, yes.

2   Q.  Right, things that he told you.  But we didn't see any text

3   messages of those conversations, correct?

4   A.  There was a text message that was talked about as far as the

5   copay.

6   Q.  Okay.  But there were no text messages about the survey

7   program?

8   A.  No.

9   Q.  Right.  Isn't it true that in April you asked Mr. Grow if

10  you should continue, if you could continue to pay these patients

11  that were in your survey program?

12  A.  No.

13  Q.  You don't recall texting with him about that?

14  A.  No.

15  Q.  And isn't it true that Mr. Grow told you that I wouldn't be

16  paying anyone?

17  A.  I do not recall that conversation.

18  Q.  Okay.

19          MR. MARCUS:  Your Honor, I've marked for identification

20  Defense Exhibit 205.  I'd just like to approach the witness.

21          THE COURT:  Let me look at your list.  Go ahead.

22          MR. MARCUS:  Thank you.

23          THE COURT:  Did you say 205?

24          MR. MARCUS:  Defense Exhibit 205, yes.

25          THE COURT:  Mine stops at 201.

Lay - Cross

1          MR. MARCUS:  Right.  This is --

2          THE COURT:  Oh, these are additional.

3          MR. MARCUS:  This is a new one, Your Honor.

4          THE COURT:  Oh.  Do you have any other questions

5    regarding any other exhibit --

6          MR. MARCUS:  Yes.

7          THE COURT:  -- that's before 201 or not?  Are you going

8    to question this witness with any exhibit, from Defense Exhibit

9    1 through 201?

10         MR. MARCUS:  No, Your Honor.

11         THE COURT:  You're not?

12         MR. MARCUS:  Well, not 1 through 201, I don't believe.

13   We have this exhibit.  We also have some --

14         THE COURT:  No, no, no.  From 1 through 201, which is

15   what I have, right?

16         MR. MARCUS:  Right, I don't believe so.

17         THE COURT:  Okay.  And you have an additional Exhibit

18   List or you don't?

19         MR. MARCUS:  We have a few additional exhibits.

20         THE COURT:  Do you have any questions that don't deal

21   with the exhibits, or are all of your questions dealing with

22   these exhibits?

23         MR. MARCUS:  A fair number of them deal with this as

24   well as -- yes.

25         THE COURT:  No, I just want to know, do you have

1    questions that don't have to do with these exhibits?

2                MR. MARCUS:  Yes, I do.

3                THE COURT:  Then you should ask those questions first,

4    not the exhibits.

5    BY MR. MARCUS:

6    Q.  Ms. Lay, is it still your testimony that you never sent a

7    text message to Mr. Grow in April of 2015 where he told you not

8    to pay any patients in the survey program?

9    A.  I don't recall his text message.

10   Q.  And you don't have any emails, for example, sending to

11   Mr. Grow the brochure that you designed for the survey program,

12   Exhibit 17-A?

13   A.  I don't remember sending -- repeat the question.

14   Q.  You do not have an email, Exhibit 17-A, the survey program

15   brochure you designed, that you sent to Mr. Grow, do you?

16   A.  I gave the flyer to the Government.

17   Q.  The flyer, but do you have anything in writing that shows

18   that you sent this flyer to Mr. Grow?

19   A.  Not that I recall, no.

20   Q.  Well, if you had an email sending this flyer to Mr. Grow,

21   you would have provided that to the Government, right?

22   A.  Yes, sir.

23   Q.  Okay.  Let's back up to when you first started working with

24   Mr. Grow.

25                Now, the truth is you had sales and marketing

Lay - Cross

1  experience before you ever met Mr. Grow, isn't that right?

2  A.  I was in sales, yes.

3  Q.  Yes.  You for many years ran and built up an insurance

4  agency, isn't that right --

5  A.  Yes.

6  Q.  -- where you had more than 1500 insurance sales agents,

7  right?

8  A.  Yes, insurance and other products as well.

9  Q.  Right, working for you.  And you worked with other

10  pharmaceutical companies, did you not, like BioMediTech, you

11  talked about?

12  A.  Yes.

13  Q.  And you said that was for private insurance?

14  A.  Yes.

15  Q.  And that was before you ever met Mr. Grow?

16  A.  Yes.

17  Q.  And those were similar kinds of compounding medications,

18  correct?

19  A.  Yes.

20  Q.  Pain creams and scar creams and things like that?

21  A.  Yes.

22  Q.  And you were actually connected to Mr. Grow by a Mr. Ken

23  Kimble, that was your testimony?

24  A.  Yes.

25  Q.  Through LinkedIn?

Lay - Cross

1    A.   Yes.

2    Q.   And the reason he connected you is that Mr. Grow was looking

3    to build a sales force, right?

4    A.   I don't recall.  We were connected -- I believe I reached

5    out to Ken looking for another opportunity, similar to

6    BioMediTech.

7    Q.   Well, do you recall Mr. Grow discussing with you possibly

8    working at InforMD?  Do you recall that name?

9    A.   No.  I recall the name later on but he never mentioned

10   InforMD.  I don't know anything about InforMD.

11   Q.   Okay.  And in 2015, when you were doing sales and marketing

12   on your own, you were working with people like Mr. Lloyd?

13   A.   Yes, me and David was working together.

14   Q.   And for example, you were working with a company called the

15   Diabetic Shop, were you not?

16   A.   The Diabetic Shop?  In Mississippi, we were talking to the

17   Diabetic Shop.  We weren't working with them.

18   Q.   Well, you were talking to them about doing sales for them,

19   correct?

20   A.   Yes.

21   Q.   And that had nothing to do with Mr. Grow?

22   A.   No, and that didn't come to fruition either.

23   Q.   Okay.  And you also were talking to people about marketing,

24   for example, an erectile dysfunction medication.  Do you recall

25   that?

Lay - Cross

312

1   A.   I don't recall talking about -- erectile dysfunction in

2   what?

3   Q.   A product for a pharmacy.

4   A.   For who?

5   Q.   You don't recall ever talking to pharmacies about marketing

6   that kind of a product?

7   A.   Not that I recall, no.

8   Q.   Okay.  What about a vaginal cream that requires a medical

9   prescription?  Do you recall that?

10  A.   No, sir.

11  Q.   Do you recall ever looking into having a call center to do

12  sales and marketing?

13  A.   In December, yes.  November, December, yes.  Me and David

14  Lloyd discussed that.

15  Q.   In November, right?

16  A.   November, December, yes.

17  Q.   Right.  Before you were working with Monty Grow?

18  A.   Yes.

19  Q.   Right.  And you had a lot of other people who worked with

20  you as well, right?  Do you recall a man named Richard Surriffs

21  (phonetic)?

22  A.   Yes.

23  Q.   Was he a sales representative?

24  A.   Yes.

25  Q.   He reported to you?

Lay - Cross

313

1   A.   Yes.

2   Q.   Your company is called Med RX, LLC.  That's your company?

3   A.   Yes.

4   Q.   You're the CEO of that company?

5   A.   Yes, I am the owner.  I'm sole owner.

6   Q.   Is Mr. Lloyd an owner of that company?

7   A.   No.  He has his own company.

8   Q.   Okay.  Do you recall talking to a man named Jeff Madison

9   about sales and marketing of other products?

10  A.   Yes.  Jeff had a company that I was looking at working with,

11  but it was on the toxicology side.

12  Q.   Okay.  And you had a contact at PCA, did you not, a man

13  named Mark Terrill?

14  A.   Yes, I knew Mark.

15  Q.   Right.  You knew Mark independently, right, of Mr. Grow?

16  A.   I knew Mark through Eric Santos.

17  Q.   Okay.  And Mr. Terrill was a sales director for the

18  pharmacy, is that right?

19  A.   Yes.

20  Q.   And you were talking to him in the fall of 2014 about

21  starting a new business line where you would be marketing

22  products directly to physicians.  Do you recall that?

23  A.   Yes.

24  Q.   Totally independent of Mr. Grow.

25  A.   Yes, but I also when I worked with Eric Santos, talked to

Lay - Cross

 1  some physicians about the compounding product.

 2  Q.  Okay.  That was for Mr. Santos?

 3  A.  Someone that Monty referred me to, yes.

 4  Q.  But you were working with Mr. Santos separately, right?

 5  A.  I was working with Mr. Santos but Monty referred me to

 6  Mr. Santos.

 7  Q.  Okay.  How many sales reps were in your network, the Med RX,

 8  LLC group?

 9  A.  I don't know.  Maybe 20.

10  Q.  Okay.  And you did training for them, did you not?

11  A.  Yes.

12  Q.  You would train them on conference calls?

13  A.  Yes.  David would set up the conference call and I would

14  train them.

15  Q.  Right.  Mr. Grow was never part of your training of your

16  sales reps, was he?

17  A.  No, he was not.

18  Q.  And you did webinars, did you not, for your salespeople?

19  A.  I don't recall doing webinars.

20  Q.  You don't recall that?

21  A.  No.

22  Q.  You just recall training?

23  A.  I only recall doing conference call trainings.

24  Q.  Okay.  Your sales reps though, did they ever have

25  interactions with Mr. Grow at all?

Lay - Cross

1  A.  No, not that I know of, no.

2  Q.  Right.  And it's fair to say that you had your own group and

3  your agreement with Mr. Grow was that you would receive 40

4  percent of the net profits generated by your sales group?

5  A.  40 percent minus cost of goods, minus the cost of

6  telemedicine fees that he would cover.

7  Q.  And then you would pay your sales reps, correct?

8  A.  Yes, I would pay my partner and the sales reps, yes.

9  Q.  Right.  And you would pay them commissions?

10  A.  Yes.

11  Q.  And you were doing this in the fall of 2014, weren't you?

12  A.  No.  We didn't start making any money until January.

13  Q.  And what about with the other companies?

14  A.  With E & J, I only -- we made minimal money on the private

15  insurance, and it wasn't a lot that went out.

16  Q.  Okay.  And the Biomed and other pharma companies you were

17  dealing with?

18  A.  I was supposed to get paid $700 but only making a couple

19  thousand dollars, $2,000 and not much of that went out.  You

20  know, once it was all paid out, I might have ended up with 5,

21  $600.

22  Q.  Okay.  And you said that you didn't think anything was wrong

23  in what you were doing until January, when you saw the size of

24  your commission, is that right?

25  A.  I felt it was too good to be true.

Lay - Cross

316

1   Q.   You did.  And you didn't tell that to Mr. Grow in writing,

2   did you?

3   A.   No.

4   Q.   And you weren't texting with your salespeople before that

5   and talking about how you were looking forward to hopefully

6   making a lot of money through this business venture?

7   A.   I don't recall.

8   Q.   Weren't you excited to be working with PCA because they were

9   a pharmacy operating in 50 states as well as Puerto Rico?

10  A.   I was excited to work with what Monty Grow told me.

11  Q.   Right.  You were hoping to make money, were you not?

12  A.   Yes.

13  Q.   And marketing products for a pharmacy, there's nothing

14  illegal about that, is there?

15  A.   Not that I know of.

16  Q.   And there's nothing illegal about paying sales reps a

17  commission for the work they do.

18  A.   Not that I know of.

19  Q.   Right.  Now, you talked a lot about referrals.  Do you

20  remember that word "referrals"?

21  A.   Yes.

22  Q.   Okay.  Now, you never sent patients to meet or talk with

23  Mr. Grow, did you?

24  A.   No.

25  Q.   Right.  Your sales reps would be the ones to directly deal

Lay - Cross

317

1  with the patients that they were marketing to, isn't that right?

2  A.   Yes.

3  Q.   And when you would get an intake form or when your sales rep

4  would get an intake form for a patient, you would send it to the

5  telemedicine company, isn't that right?

6  A.   Monty told me to fill out, how to fill out the Patient

7  Profile Form and the prescription and how to send it into the

8  telemedicine companies.

9  Q.   Right.  That was an intake form, was it not, to help the

10 physician see what the issues were, correct?

11 A.   What the patient stated the issues were.

12 Q.   Well, the doctors in the telemedicine network, they made the

13 decision about whether a patient got a prescription, isn't that

14 true?

15 A.   That's not my call.  That was something I can't tell you --

16 that's something they did, that's their profession.  I can't

17 answer to that.

18 Q.   Right.  You never had conversations with the physicians at

19 these telemedicine companies, did you?

20 A.   No.

21 Q.   And did you ever talk to managers within those companies?

22 A.   No.

23 Q.   Right.  So you have no ideas about how they made their

24 decision --

25 A.   No.

1  Q.  -- on prescriptions?

2  A.  No.

3  Q.  Okay.  You just know that your reps would fill out the form

4  on these certain products and you would send it to them,

5  correct?

6  A.  To the telemedicine companies, yes.

7  Q.  Okay.  Now, when you are doing marketing for a pharmacy,

8  there are certain products they'll have you market, isn't that

9  right?

10  A.  Yes.

11  Q.  It wouldn't make any sense, for example, to market a product

12  that the pharmacy wasn't able to fill or provide to a patient,

13  do you agree with that?

14  A.  Yes.

15  Q.  Okay.  So when you were asked questions about those

16  formulas, for example, Pain Cream 1, Scar Cream 1, do you have

17  any idea whether the pharmacy had other prescriptions for those

18  products that were available at the time you were marketing?

19  A.  I don't know.

20  Q.  Okay.  So for example, sitting here today, you don't know if

21  Pain Cream 1 was the formula available at the time for pain?

22  A.  I only went by what was on the prescription pad, and there

23  was other things on there.

24  Q.  Right.  You filled those out as suggestions, correct, as to

25  products that the pharmacy was offering for patients?

1  A.   I fill them out according to what Monty told me to check

2  because they paid the highest commission and reimbursement.

3  Q.   Okay.  That's your testimony.  You've got nothing in writing

4  that says that with Mr. Grow, do you?

5  A.   This is a conversation that me and Monty -- Monty told me

6  when I first start working with him.

7  Q.   Right.  It's a conversation but you don't have text message,

8  for example, that says the substance of what you're saying now,

9  correct?

10 A.   No, sir.

11 Q.   Right.  You don't have email to that effect, do you?

12 A.   Well, I mean, he always -- there was an email that tells me

13 always pick sc-01 and p-01.

14 Q.   Okay.  Did you ever talk to anyone at the pharmacy at PCA

15 about those formulas?

16 A.   No.

17 Q.   Did you ever talk to them about whether those products were

18 available?

19 A.   No.  Monty was my point of contact.  I wouldn't discuss with

20 PCA.

21 Q.   Isn't it a fact that Mr. Grow told you to use p-01 and Scar

22 Cream 1 because those were actually the formulas that were

23 available at the time from the pharmacy?

24 A.   That's not what he told me.

25 Q.   But that could be entirely true, you just don't know?

Lay - Cross

320

1    A.  I can't get in his head, but that's not what he told me.

2           MR. MARCUS:  Can everyone see the ELMO?

3           THE COURT:  What are we doing?  Well, with what?

4           MR. MARCUS:  A Government exhibit.

5           THE COURT:  Okay.  All right.  You've got to tell us

6    ahead of time because someone has got to work it, see?

7           MR. MARCUS:  Thank you.

8    BY MR. MARCUS:

9    Q.  So this is Government's Exhibit 109.  And again, this is an

10   example of a form where you said you were checking off formulas,

11   right?

12   A.  This is Monty's form.

13   Q.  Right.  And did you ever talk with your sales reps about the

14   fact that the telemedicine companies were completely

15   independent, you had no control over them?

16   A.  No.

17   Q.  And that they had to call patients, and they made decisions

18   about prescriptions?

19   A.  Repeat that question.

20   Q.  That the doctors would have to call patients and make a

21   decision about whether they were entitled to or qualified for a

22   particular prescription.

23   A.  The patients just knew that the doctor would call them to do

24   a phone consultation.

25   Q.  Let me be more clear.  There were times when the sales reps

Lay - Cross

321

```
 1  would grow frustrated because patients would let them know that
 2  they were still waiting for a physician from the telemedicine
 3  company to call and make an assessment as to whether they were
 4  going to get a prescription?
 5  A.  No.  They were frustrated because they hadn't received a
 6  call to get a consultation.
 7  Q.  Right.  And so just so we're clear how this worked, the
 8  telemedicine company was paid in advance for their time for the
 9  consults, correct?
10  A.  Monty Grow paid the telemedicine company.
11  Q.  Did you ever pay a telemedicine company?
12  A.  No.
13  Q.  Did you ever have a contract where you guarantee payments to
14  a telemedicine company?
15  A.  Explain it, please.
16  Q.  Did you ever sign a document with the telemedicine company
17  where you personally guaranteed that you would pay the
18  telemedicine company for their time?
19  A.  Yes, I did and then after discussion with Monty, I told them
20  I didn't have any money.  He said he would cover telemedicine.
21  Q.  Okay.  But you understood that the telemedicine company was
22  paid up-front for their time, for the time of the physicians?
23  A.  I know he would make a deposit for consults.
24  Q.  For a consult and a consult is the phone call with the
25  patient where they decide if a patient qualifies for a
```

1   prescription, isn't that right?

2   A.   They may.   That's the doctor's determination.

3   Q.   Right.   And you said it was about $100 for the consult?

4   A.   Yes.

5   Q.   Right.   And the company would be paid in advance of that

6   consult, correct?

7   A.   Monty paid them whatever for a certain amount of consults.

8   Q.   Right.   Monty's company?

9   A.   Yes.

10         THE COURT:   I'm going to interrupt you because it's

11   getting cloudy out there.

12         What time did they bring you in this morning?

13         MR. GARCIA:   8:00.

14         THE COURT:   8:00.   So I'm going to send you home for

15   the afternoon.   It's 5:30, and that's the good news.   And the

16   better news is, you can sleep in tomorrow because you can come

17   in at 10:15.   Now, see, it wasn't as bad as you thought.   You

18   can sleep in.   Traffic should be better.   However, even though

19   traffic is better, if you don't get here -- you can sit down,

20   Mr. Marcus.   Thank you.

21         MR. MARCUS:   Thank you.

22         THE COURT:   If you don't get here at 10:15, we've got

23   to wait for you all.   And that means I do other things and then

24   we start at 10:30 or 10:45, and then we shorten the lunch hour.

25   It just messes things up.   So if you get here before 10:15, it

1   would be great.  You can have coffee and relax.

2          Three things:  I suspect, though I do not know, that

3   someone is going to write in some paper or some blog about this

4   case.  All right.  So I promised you that if someone did, and I

5   would get ahold of it, I would keep it for you till the end of

6   the trial, if you're a newsaholic.  But what you have to promise

7   me is that you will not read anything about it outside, you will

8   not google anything about it.  It's very important.

9          Can everybody in the first row keep that promise?

10          THE JURY:  Yes.

11          THE COURT:  How about in the second row?

12          THE JURY:  Yes.

13          THE COURT:  All right.  Now, you're going to go home.

14   Whoever you live with, your best friend, your wife, your

15   husband, they'll say, hey, did you get picked to serve on a

16   jury?  Yeah, I told you over lunch, we finally got selected.

17   What's the case about?  And you've got to say, I can't talk to

18   you.  I can tell you it's going to be two weeks.  It may run a

19   little bit over, but I cannot talk to you.  And that person is

20   going to say, we have been married for 20 years.  You've told me

21   everything.  First of all, I'm not sure that's right, but let's

22   say the person says that.  You say, I cannot talk to you.  I

23   made a promise to the judge.

24          By the way, you can take those juror badges with you

25   and feel free to wear them at home if you think it helps, okay,

1    because the person will persist.

2           Now, the easiest thing for me to do is to tell you,

3    don't talk about the case.  And you know what, the normal,

4    natural, human reaction would be as you go to your parking lot,

5    to Metrorail, to the bus, to the Jitney, to Lyft, to Uber, is

6    say, hey, what do you think about that witness?  What do you

7    think about that lawyer?  What do you think about this case?

8    You have to resist that temptation.  It's normal.  It's natural.

9    It would be wrong in this case because you took an oath.  You've

10   got plenty of time.  You'll be able to discuss the case whenever

11   you want.

12          What you do is leave your notebooks in the jury room.

13   We keep them there.  No one looks at them.  You know, put a

14   number or something.

15          Do they have numbers on it, Shirley?

16          THE COURTROOM DEPUTY:  They have their names.

17          THE COURT:  The names.  Look at that.  She's so

18   efficient.  She's been with me -- I violated the child labor

19   laws when she started working with me, and she's still with me.

20          But do not talk about the case.  Do not research.  Hey,

21   you want to research?  Hey, what about all these -- what are

22   these, pharmaceuticals?  Let's find out.  Fraud?  What's this

23   all about?  No, this is not the time for you to educate

24   yourself.  Later on you could, but now you are going to be

25   limited to your common sense, your personal experiences, the

 1  evidence as presented here and as challenged -- that's the way

 2  it's supposed to be -- and the law.

 3          And don't worry, I'll tell you about the law.  It will

 4  get complicated, but I'll give it to you in writing and I'll

 5  read it to you and you'll be experts.  All right?  So, see you

 6  tomorrow morning, late.  I'll be here early, but we will be

 7  waiting for you.  Okay?  Thank you.

 8          THE COURT SECURITY OFFICER:  All rise for the jury.

 9          THE COURT:  Remember how you come in and out, through

10  that hallway.  Don't come into the courtroom because I'll be

11  doing other things unrelated to this case, and don't go to the

12  fifth floor or they will send you to another case.

13    (The jury retired from the courtroom at 5:36 p.m.)

14          THE COURT:  Okay.  Have a seat.  All right.  Let me

15  hear that door.

16          THE COURT SECURITY OFFICER:  Yes, sir.

17          THE COURT:  Thank you.

18          No?  Didn't he say "yes, sir"?  There we go.

19          All right.  What are these exhibits all about that

20  you're coming up with now at this late stage?

21          MR. MARCUS:  Your Honor, should we talk outside the

22  presence of the witness?

23          THE COURT:  No, you might as well tell me what these

24  exhibits are.

25          MR. MARCUS:  Okay.  There are --

 1          THE COURT:  Because I don't want the witness to walk

 2    out as the jurors are walking out, see?

 3          MR. MARCUS:  Okay.

 4          THE COURT:  If these were exhibits that you had told me

 5    about before, we would have done it, but you don't like to tell

 6    me exhibits that you used first on cross-examination.  Of the

 7    201 exhibits that you had, not one.

 8          Use the lectern and tell me what they are.  What is

 9    202?  Which ones do you want to use?  You have a list?

10          MR. MARCUS:  I can read it to you, Your Honor.

11          THE COURT:  But, you know, in Federal court we like

12    writing stuff.  I know it's a pain.

13          MR. MARCUS:  We can file this tonight, too.  We just --

14          THE COURT:  No, but I like to read it before.

15          MR. MARCUS:  Yeah, I can provide you copies right now.

16          THE COURT:  Tomorrow?

17          MR. MARCUS:  No, now.

18          THE COURT:  But see, the prosecutor doesn't have it.

19          MR. LARSEN:  Your Honor, we've not even seen any of

20    these.  They never provided them to us.

21          THE COURT:  I know.  See, this is just the problem I

22    don't want to have; and what you're going to tell me is, we

23    don't have to show you nothing, Judge --

24          MR. MARCUS:  No.

25          THE COURT:  -- it's cross-examination, impeachment.  We

Lay - Cross

1    can do whatever we want.  You wouldn't say it like that, but

2    you're thinking it.

3            MR. MARCUS:  Actually, Your Honor, there are two

4    one-page texts that we haven't showed.  That's all that's new.

5            THE COURT:  And when were they?

6            MR. MARCUS:  When were they?  One is on April 29th.

7    That was --

8            THE COURT:  No, no, but why didn't you give it to them

9    before?

10            MR. RASHBAUM:  Because --

11            MR. MARCUS:  Because, Your Honor --

12            THE COURT:  Well, I've got to have only one person

13    talk.  You decide who talks, but I can't have you and your

14    colleague talk.

15            MR. MARCUS:  So, Your Honor, these are two texts from

16    20 --

17            THE COURT:  No, but why haven't they been marked

18    before?  Something that just came up in the direct?

19            MR. MARCUS:  Right, they're impeachment.  We didn't --

20            THE COURT:  Well, of course, they're impeachment.

21            MR. MARCUS:  These are texts that the witness did not

22    turn over to the Government with our client that directly

23    contradicts her testimony.

24            THE COURT:  Okay.

25            MR. MARCUS:  So --

Lay - Cross

328

 1             THE COURT:  Okay.  You've got to show it to the

 2   Government.

 3             MR. MARCUS:  We will.

 4             THE COURT:  Go ahead.

 5             MR. LARSEN:  Just now.

 6             MR. MARCUS:  Yeah.

 7             MR. RASHBAUM:  Right, they have it.

 8             MR. MARCUS:  Your Honor --

 9             THE COURT:  I can only have one lawyer for each side

10   speak at once.  You all decide who it is.  Okay?

11             So what number are we talking about?

12             MR. MARCUS:  205.

13             THE COURT:  All right.  You've seen that before?

14             MR. LARSEN:  No, Your Honor, I have not.

15             THE COURT:  Okay.

16             MR. LARSEN:  And I don't even know that it's --

17             THE COURT:  Where does 205 come from?

18             MR. MARCUS:  It's a printout of a text message.

19             THE COURT:  From whom to whom?

20             MR. MARCUS:  From Ms. Lay to Mr. Grow --

21             THE COURT:  Okay.

22             MR. MARCUS:  -- on April 29, 2015.

23             THE COURT:  All right.  Hold on.  What else are you

24   going to use that is after 201?

25             MR. MARCUS:  Your Honor, 206 --

1          THE COURT:  206.

2          MR. MARCUS:  -- I will show you.  It's another -- it's

3  a one-page text from Ms. Lay to our client on March 3rd of 2015

4  and March 4th of 2015.

5          THE COURT:  That's in one number?

6          MR. MARCUS:  206 we've marked it as.

7          THE COURT:  Okay.  What else?

8          Is it from her to him?

9          MR. MARCUS:  Yes, it's from her to Mr. Grow.

10          THE COURT:  Okay.

11          MR. MARCUS:  The other documents, Your Honor, are from

12  the Government --

13          THE COURT:  Give me a number.  Give me a number.

14          MR. MARCUS:  Okay.

15          THE COURT:  I'm a numbers guy.  You've got to give me a

16  number.

17          MR. MARCUS:  So 202-A.  These all come from --

18          THE COURT:  No, no, no.  Give me a number and tell me

19  what it is.

20          MR. MARCUS:  It's 202-A.  This is Ms. Lay's resume that

21  she produced to the Government and is part --

22          THE COURT:  I just want to know what it is.  You don't

23  have to make a lot of pomp and circumstance.

24          Ms. Lay's resume.  What else?

25          MR. MARCUS:  There is 202-B.

1           THE COURT:  What is that?

2           MR. MARCUS:  This is a personal guarantee between

3   Ms. Lay and a telemedicine company that she produced to the

4   Government.

5           THE COURT:  Okay.  Personal guarantee to whom?

6           MR. MARCUS:  It's a company called CHC, Complete Health

7   Care Concierge.

8           THE COURT:  Okay.  What else?

9           I just want to know what they are, so I can write it

10  in, see?

11          MR. MARCUS:  202-C, Your Honor.  These are --

12          THE COURT:  And you didn't expect to use these, even

13  though you have them in a folder?

14          MR. MARCUS:  So the Government has a -- these are from

15  the Government's composite of 17.  They broke out some parts.

16          THE COURT:  I understand that.  You've told me that

17  several times.  I got it the first time.

18          MR. MARCUS:  I wasn't sure --

19          THE COURT:  I'm not as smart as you all are.  What I'm

20  asking is, you knew about these exhibits because you all

21  prepared for them.

22          MR. MARCUS:  We did, not knowing, obviously, what the

23  witness would say.

24          THE COURT:  You knew what it was because you're super

25  prepared for it.  You just didn't want to let them know ahead of

 1   time.

 2          MR. MARCUS:  Well, I mean, they gave it to us, Your

 3   Honor, to be honest.

 4          THE COURT:  Okay.  All right.

 5          MR. MARCUS:  I don't think it's a surprise.  These are

 6   text messages between Ms. Lay and one of her sales reps named

 7   Mike Luis.

 8          THE COURT:  Okay.  202-C is what?

 9          MR. MARCUS:  These are text messages.

10          THE COURT:  Is that several on C?  You have several

11   text messages at 202-C?

12          MR. RASHBAUM:  Yes.

13          THE COURT:  How many?

14          MR. MARCUS:  I'll give you the Bates number range.

15          THE COURT:  No, I don't want the Bates number.  I want

16   you to tell me how many text messages do you have in a defense

17   exhibit --

18          MR. MARCUS:  It's four pages.  It's four pages of text.

19          THE COURT:  Well, just between two individuals only?

20          MR. MARCUS:  Yes.  Just between Mr. Luis, who worked

21   for Ms. Lay, and herself, yes.

22          THE COURT:  All right.  What else?

23          MR. MARCUS:  Judge, can we excuse the witness?

24          THE COURT:  Not yet.  Because all I'm asking you is

25   what it is, not the contents.  You're the one who is running at

1  the mouth, talking a lot about them.  I just want to know what

2  the title is.

3           MR. MARCUS:  Okay.  202-D, Your Honor.  These are text

4  messages with Ms. Lay.

5           THE COURT:  How many?

6           MR. MARCUS:  Three pages.

7           THE COURT:  Between whom?

8           MR. MARCUS:  Mr. Vines, V-i-n-e-s.

9           THE COURT:  Who's he?

10          MR. MARCUS:  He's a sales rep that worked with --

11  worked for Ms. Lay.

12          THE COURT:  Okay.  What else?

13          MR. MARCUS:  202-E, Your Honor.

14          THE COURT:  How many letters do you have under 202?

15          MR. MARCUS:  I think to M.

16          THE COURT:  Oh, my goodness gracious.

17          Okay.  What's E?  You have E, F, G, H, I.  What else?

18  J, K, L, M.

19          MR. MARCUS:  Right.

20          THE COURT:  Well, you will write out what they are.

21          MR. MARCUS:  Yes.

22          THE COURT:  And type it and file it.

23          What other exhibit do you have other than 202?

24          MR. MARCUS:  After 202, Your Honor, which are mostly,

25  again --

```
 1              THE COURT:  No, no.  What do you have?  Not what mostly

 2   is.  What other number?

 3              MR. MARCUS:  203.

 4              THE COURT:  What else?  204, also?

 5              MR. MARCUS:  Yes, 204.

 6              THE COURT:  And 205?

 7              MR. MARCUS:  205 is the --

 8              THE COURT:  You already spoke about that.

 9              Any other exhibits?

10              MR. MARCUS:  206 that we already talked about.

11              THE COURT:  Yeah, that you haven't spoken about.

12              MR. MARCUS:  The last one, Your Honor, 207.

13              THE COURT:  What is 207?

14              MR. MARCUS:  It's an email, Your Honor, that the

15   Government produced to --

16              THE COURT:  Email from whom to whom?  I don't care

17   whether the Government produced it or not.  I want to know who

18   wrote to whom.

19              MR. MARCUS:  It's from Ms. Lay to a patient named Blair

20   Von Letkemann.

21              THE COURT:  All right.  What date?

22              MR. MARCUS:  April 13, 2015.

23              THE COURT:  All right.  Okay.  Thank you, Ms. Lay.

24   You're excused now.  See you a little bit before 10:15 tomorrow.

25              MR. MARCUS:  Judge, we would invoke the rule.
```

Lay - Cross

334

1          THE COURT:  Thank you, Ms. Lay.  You're excused.  We

2   will see you tomorrow a little bit before 10:15.

3       (The witness, Ginger Lay, retired from the courtroom.)

4          THE COURT:  The rule has been invoked at a quarter till

5   six, after the witness has testified.  All witnesses will step

6   outside.  They will not discuss the content of their testimony

7   with anyone.

8          I will impose severe sanctions upon violation of the

9   so-called Rule of Sequestration for violation of the rule.  The

10  lawyers will advise any witness of the so-called Rule of

11  Sequestration, and any discussion with any witness will be done

12  outside of the presence of any other witness based upon Rule 615

13  of the Federal Rules of Evidence.

14         All right.  So you're going to give copies of these

15  exhibits to the Government or are you going to refuse to do so?

16         MR. MARCUS:  No, I'll do that right now.

17         THE COURT:  Okay.  You got copies for them?

18         MR. MARCUS:  I believe we do, Your Honor, yes.

19         THE COURT:  Then give them copies.

20         All right.  So how much longer do you think you have

21  with this witness?

22         MR. MARCUS:  I think an hour, Your Honor.  She is going

23  to be our -- I think she'll be our lengthiest cross of the

24  trial.  It's just a lot of documents.

25         THE COURT:  All right.  Okay.  So the Government has

1    those documents.  Everybody knows what's going on.  So why don't

2    you all come in at 10:00 in case there are any issues.  All

3    right?

4              MR. RASHBAUM:  Judge?

5              THE COURT:  You don't want to come in at 10:00.  You

6    want to come in at 8:30.

7              What's the issue?

8              MR. RASHBAUM:  I was just going to inquire of who the

9    witnesses are going to be tomorrow.

10             THE COURT:  Oh, we're not even there yet because we

11   don't even know how long your cross-examination is going to be.

12   How about no one in the morning?

13             MR. RASHBAUM:  Okay.  But then we may ask for a recess

14   to get our boxes.

15             THE COURT:  Well, I would bring in all the boxes for

16   everybody and use those offices that we have right outside, if

17   you want, but you don't have to if you don't want to.  But if

18   you want to do it for the boxes, then you've got space there in

19   those offices, and one of the court security officers will open

20   it for you.

21             THE COURT SECURITY OFFICER:  Yes, Your Honor.

22             THE COURT:  He has the key.  We can have one for the

23   defense.

24             And the Government, if they want to use it, they can.

25   If not, they can go to their office.

1          So that will take care of that.  That's no problem.

2          So anything else?  Ready?  See you at 10:00 tomorrow.

3    Thank you.

4          MR. MARCUS:  Thank you.

5          THE COURT SECURITY OFFICER:  All rise.

6       (The trial adjourned at 5:49 p.m.)

7

8                  C E R T I F I C A T E

9        I hereby certify that the foregoing is an accurate

10   transcription of proceedings in the above-entitled matter.

11

12   ___09-10-18_____          _____
          DATE                  GILDA PASTOR-HERNANDEZ, RPR, FPR
13                              Official United States Court Reporter
                                Wilkie D. Ferguson Jr. U.S. Courthouse
14                              400 North Miami Avenue, Suite 13-3
                                Miami, Florida  33128     305.523.5118
15                              gphofficialreporter@gmail.com

16

17

18

19

20

21

22

23

24

25

**A**

ability 129:2,7
able 10:18 12:2 21:23 78:3 118:6
142:2,11 185:14 213:25
230:19 250:1 264:11 283:12
289:18,21 305:14 318:12
324:10
about 5:18 6:2 7:10,19 10:22,22
10:23 11:23 14:11,18 15:6
16:1,2,7,8,20 17:3,4,12,13
18:4,8,9,18,2,0 20:3,10,16,16
20:17 21:8,15,23,2,5 22:20,21
23:4,14 25:23 27:15 30:23
31:20 33:13 36:7 39:9 40:15
41:5 42:18 46:25 47:18 49:13
53:25 56:13 57:11 59:6 62:1
63:6 64:8 66:14 71:21 72:2,4
72:11 74:7,11 81:5 82:6 83:8
84:15 85:6,20 86:14,22 87:11
87:22 88:19 93:5 98:18 99:13
100:3 104:20 107:11,23
113:14 115:20 116:3,7,16,16
117:16 119:10 120:24 121:21
122:13,13 124:25 126:12,14
127:8 128:21 129:1,6,21,24
130:16 133:5,7,23,24 136:17
136:18,19 138:11,13 140:9
141:7 143:1 157:9 159:20
160:23 162:22,2,4 164:3
165:24 166:10,20 175:6
176:16,25 177:16 182:19,22
182:24 183:9 187:7 188:15
195:20 199:6,7 200:7 201:6
201:10,13,1,4 202:23 204:7,20
205:7,9,24 206:13,16,24
207:21,22 208:25 209:1,17
210:13,14,16,17,1 8 211:23,24
211:24,25 212:8,9 213:14,15
214:8,20,2 1 221:7,18,20
222:3,8 223:24 227:14 228:8
228:13,21 233:5,16 234:5,22
234:23,25 235:4,11,15 236:1
236:7,15 239:11 240:1,12,15
241:24 242:8 243:9,13 244:2
244:10,24 245:3,4,25 246:1,2
246:15,18 247:12,13,17 248:6
248:6,21 250:13 251:2,8,8,10
251:12,12 252:1,25 253:12,15
254:2,4,5,19 255:10,11,13
257:22 261:15,24,25 262:8
263:3,7,24 264:24 265:19
266:14,23 267:1,25 268:9
269:3 270:18 271:4,19 272:2
272:5,7,8 273:1,25 274:7
275:9,13,15 276:3,4,12,15,20
276:24 277:2,4,19,2,5 278:1,8
279:12,20 280:15,16,18 282:4
283:3,6,7,18,1 9 284:17
285:11 287:21 289:3,23 290:1
290:17,22,23,2,4 291:17
292:18,22,24,24,2 5 293:2,11
293:13,14 296:16 297:11,21
298:20,22,2 2 299:3,17 302:9
303:4,10 304:19 306:9,13,24
307:4,6,13 310:11 311:10,18
311:23 312:1,5,8 313:9,20
314:1 315:13 316:5,14,16,19
317:13,23 318:15 319:15,17
320:13,18,2,1 322:3 323:3,7,8
323:11,17 324:3,6,7,7,20,21
324:23 325:3,19 326:5 328:11
330:20 332:1 333:8,10,11
335:12
above-entitled 336:10
Abreu 108:6,7,12,2,5 109:2
170:5 172:25
absolutely 30:18 31:11 81:15
127:5 132:15 221:19
AC 24:21

accent 18:2,3
accept 5:15 145:25 146:2,9,11
146:14,16 147:6,8,11,13,16,21
147:23 149:20,25 150:5,24
151:1,4,6,14 152:8,12,17,19
152:22 153:2,4,20,22,25
154:9,11,14 155:4,6,9,11
156:1,6,8,11,13,16,21,23
157:1,3 168:11,12,21 169:8
169:10,13,16,17,20,22,25
170:10 171:12,14,20,22
177:24,25 178:3,6,12 179:3,5
179:8,10
accepted 150:14 154:20 167:20
167:21 168:22 171:13,16
accident 12:24 57:11
accidentally 259:19
accommodate 11:3 102:11
accordance 214:5 215:12
according 142:10 188:10 251:5
303:11,12 319:1
account 191:24 192:2,5,8
accountant 63:8 79:14
accounting 111:8
accurate 275:18 336:9
achieved 214:13
acknowledge 181:24
acne 270:2
across 65:4
act 213:18 214:5 225:14
action 16:16
actions 222:1
active 199:15 203:4 204:4
216:12 221:24 271:18 290:8
actively 141:22 290:9
actual 262:23 270:19 271:9
actually 12:22 33:2 46:21 58:17
68:25 85:12 121:5 123:1
124:6 185:14 189:22 208:5
236:8 238:16 239:4,14 295:13
303:3 310:22 319:22 327:3
Acworth 225:6
add 84:2
added 211:7 260:25
addicted 21:7
additional 5:14 200:19 205:9
229:23 230:12 238:18 284:17
291:12 308:2,17,19
additive 228:5,11 291:2
address 12:11 82:8 220:16
addresses 260:3
adhere 23:8
adjourned 336:6
adjudicated 238:16
adjust 100:25
administrative 67:14 282:10
admissible 185:13
admission 190:7,12
admit 192:24 193:19 195:19
198:7,9,11 223:9,16,19,25
236:22 239:21 242:3 248:17
259:22 262:3
adults 58:16
advance 321:8 322:5
advertise 255:7
advice 141:1,5,7
advise 334:10
advised 128:10
advisor 118:4
affairs 12:1
affect 7:10 10:12,13 13:11,12
15:4 31:9 35:7 38:9 39:9 55:8
55:12,14 56:4 85:16 86:2
118:23 129:2,7 175:14,22,23
affected 175:16
affiliated 273:24 283:21
affirmative 189:22
afford 175:20

Afghanistan 16:12
after 11:8,16 15:11 17:15 18:17
19:11 20:13 21:24 23:6 30:11
73:11 161:15 167:20 183:17
184:2 198:18 205:12 212:25
214:16 215:3 218:18 227:5
232:16 241:19 250:15,20
279:22 280:7,19 281:20,25
282:7 283:10,25 284:13 285:1
287:5,9 288:3 292:10,15,17
291:18 293:13 294:21 296:8,9
299:11 300:4,5 305:22 321:19
328:24 332:24 334:5
afternoon 11:5 15:25 42:2 45:4
45:5,11,16 71:1 113:7 116:3
132:22 166:5,5 181:23 197:5
199:5 213:9 225:4 294:25
295:1 322:15
afterwards 43:24 127:10
again 5:22 6:25 45:13 48:14
66:22 93:9,15 95:25 124:24
134:10,19 167:14,20,23 168:5
195:17 210:8 217:20 248:20
252:11 258:8 261:6,16,17
280:3 320:9 332:25
against 38:19 44:5 52:14,18 88:8
97:22 101:1 110:5 124:22
144:25 145:5 148:13 152:1,2
182:1,4,12,16 190:7 191:6
210:2 213:15 214:12 300:25
301:1 302:12,14 305:6
agencies 39:22
agency 15:1 39:21 72:25 215:1
273:24 310:4
agent 9:25 37:7 113:2 203:4
211:4
agents 27:7 28:24 35:21 61:21
79:18 96:15 97:23 111:18
111:19 125:8 184:12 310:16
ago 39:5 46:24,25 48:18 49:11
49:12,13 51:23 52:16 53:4
56:8,12 57:19,20 66:10,12
68:22 86:13 87:11 88:20
92:15 93:5 95:17,18 104:19
104:20 141:23 176:25 182:22
230:15 289:23
agree 16:19 20:9 71:18 104:10
147:3 167:5 186:12 208:3
236:16 295:21 318:13
agreed 8:14,15 13:2 185:12
204:17 208:6 231:24 232:3
240:13,13 303:12,13,20,20,24
agreeing 22:15 116:8
agreement 186:14 208:2 229:8
229:11 237:1,2,24 240:6,7
273:13 295:10 296:6 297:5
303:3,8,8 304:11 315:3
agreements 186:15
ahead 30:23 71:4 91:25 103:17
161:16 183:24 275:22,23
279:17 307:21 320:6 328:4
330:25
ahold 323:5
aid 73:17
aide 72:23
ailments 209:12
air 24:22 25:7 107:7 115:9
117:20 119:23 139:19
aisle 174:11
Alamo 176:15,16,19
alerts 20:8
Alicia 292:16
Alisa 275:5 286:8,12
allegation 5:20 129:5
allegations 128:19
alleged 129:22 130:15
allegedly 129:25
alleges 244:19
alleging 208:20

Alley 257:23
allow 71:1 261:20
allowed 193:18
allowing 196:1
alluded 251:10
almost 84:1 108:5 137:9 145:9
171:25 200:9 201:1
alone 30:19,21 166:12 212:16,17
225:17
along 21:18 134:10 286:18
already 5:12 8:1,18 12:6 19:9
30:1,22 73:8 80:2 81:6 84:7
92:3 111:15 139:20 167:11
168:10 177:23 181:15 183:9
199:6,13 206:21,23 247:5
260:15 261:3 279:25 280:25
281:2,7 292:1 300:9,16 333:8
333:10
alternate 156:4,9,14,2,4 166:15
168:7 169:18,23 170:4,20
171:18
alternates 155:15,20 169:15
170:21 171:23 178:25 181:11
Alvarado 84:18,19 142:6,6
154:13,19 159:16
Alvaro 76:25 98:8 132:19
153:15 156:15 159:9 169:6
always 7:14 8:25 11:1 17:1
19:13,23 78:1 102:20 104:5
214:5 219:4 246:6,10,10,12
247:16 259:12 319:12,13
America 1:4 5:3 9:15,19 201:24
202:1,2,4 210:11 228:14
240:4 266:8 267:17 272:11,12
273:6,7,21,23 283:18 284:23
284:24,25 285:3,10,11,13,16
285:22 286:5,9 288:18 289:20
290:3 294:9
American 34:7 79:5 104:14
163:19
Amin 96:24,25 156:10 160:6
169:2 172:5
among 157:8 194:13 229:12
amount 8:5 208:10 228:6 242:14
243:9 244:2,5,6,12,1,5 245:19
246:17 254:2,19 266:20,21,21
270:19 274:9 287:3,15 291:3
294:6 322:7
amounts 144:21 238:16
Amway 215:15
analyst 211:2
Angelica 37:25 140:14 147:20
angle 11:20
angry 166:18
Angulo 112:18,19 170:22 173:2
Ann 54:9 150:23 158:5
anniversary 17:17
announce 22:12
another 13:7,14,14 20:25 22:4
26:25 30:11 35:17 39:19,24
40:12 43:10 46:19 47:7 59:3
62:18 67:5 69:10 71:13 74:11
82:1 91:21 93:20 95:9 107:4
113:15 117:5 118:23 122:8,17
123:3 137:10 158:9 182:14,15
204:6 206:6 227:14 233:16
243:17 253:12 261:8 268:15
269:12 292:10,16 311:5
325:12 329:2
answer 18:21,22 24:5 27:5 32:7
32:8 37:15 70:2 126:21
182:18 293:25,25 317:17
answered 75:12
answering 102:14 131:19
answers 11:12 38:3 69:25
160:13
anticipate 212:1
anybody 10:15,23 11:10 22:1,21
35:23 101:11 107:25 111:22

112:1 123:12 125:23 128:25
129:4,24 131:4 161:21 163:5
164:3 165:17 166:15 168:9
176:25 179:18 180:15 181:1
279:25 280:24,25 281:8 290:1
300:8
**anymore** 70:12 160:15 220:13
**anyone** 6:1 13:21 14:10 15:9
22:18 27:2 28:22,24 31:3
33:18,21 39:14 40:4 42:8,12
43:2 46:4 48:16 49:16 50:21
50:23 51:7,20 55:10 57:25
58:2 61:19 62:21 63:1 65:8
66:24 67:1,7 69:17 78:5 79:7
79:25 81:20 82:17 85:10
91:16,18 97:18 99:16 101:4
103:6,8 105:4 106:24 109:20
111:16 118:17 120:1,12
121:19 123:7 126:20 135:4
136:20 137:25 138:14 139:3
140:5,6,12 141:15,17,17
142:21 143:1,23 144:1,3,21
144:25 145:4 182:19 225:17
286:1 307:16 319:14 334:7
**anything** 6:2,19 7:16 9:6 14:7
15:3 16:10 18:8 19:18,19,19
19:20,23 22:2 24:1 25:8,16
27:3,8 30:21 35:25 39:9 40:5
64:18 67:17 69:21 80:3 81:16
81:22 93:5 94:25 100:2,3
102:2 103:23 107:11 108:3
110:15 118:25 125:10 127:25
133:7 152:13 157:15 161:17
164:2 167:4 171:24 172:7
173:11 176:24 190:12 193:23
194:7 196:5 215:21 221:11
244:5 245:20 254:17 259:1,18
263:15 276:14 290:5 294:3
303:17 309:17 311:10 315:22
323:7,8 336:2
**anyway** 76:15 159:24 160:20
168:10 172:8
**anywhere** 202:17
**apiece** 202:18
**apologize** 103:22 104:1 237:13
282:12 293:25
**apparently** 219:24 281:17 284:1
**appear** 206:2
**APPEARANCES** 1:12
**appears** 287:12
**apple** 187:14
**applying** 39:22
**appointment** 11:4 90:15 160:22
161:16,19 165:4,13 174:1,4
179:20 180:8,17,19,22
**appointments** 90:19
**appreciate** 128:10
**approach** 145:8 236:11 307:20
**approaches** 182:19
**appropriate** 7:6 21:11 192:25
**approval** 113:4
**approve** 220:23
**approved** 204:15 220:21 258:18
258:23
**April** 284:15,19,21 285:9,9
300:13 307:9 309:7 327:6
328:22 333:22
**archdiocese** 58:19
**area** 68:8 102:4 129:15 214:10
238:7 253:12 254:6 278:11
290:22 292:12
**arena** 233:1 248:14
**argue** 213:2
**arguments** 20:14
**arm** 138:5
**Army** 119:23
**arose** 299:11
**around** 17:16,24 21:5 60:18
104:20 117:9 128:4 182:9,10

182:13 183:10 185:16 195:17
205:5 224:25 228:2,3,4
230:22 232:11 234:20 242:20
251:23,24 278:9 304:24
**arrangement** 236:15
**arrest** 51:25 229:20
**arrested** 14:11,14,2 1 27:3 28:22
31:3 33:19 35:11,18 37:19
38:6 39:14 42:8 43:2 46:5
48:17,18 50:21 51:8,24 55:17
57:25 61:19 62:21,22 65:8
66:24 67:7 69:17 78:5 79:7,25
81:20 82:17 85:10,12 90:12
91:16 93:21 97:18 99:16,19
101:4 103:6 105:4 106:25
109:20 111:16 118:17 120:12
121:1,19 122:2 123:8 124:8
126:6,9 133:1,13 148:11,21
**Arronde** 125:13
**art** 79:3,4,4,5,5,2 2 163:14,19,21
164:3
**Arthur** 80:9 153:24 159:12
**article** 23:2
**articles** 21:16,19
**aside** 135:1 188:21 248:13
289:25 292:1
**asked** 80:2 172:17 194:11
209:23 212:21 265:16 277:6
278:17 299:10 300:6 305:2
307:9 318:15
**asking** 12:3 13:22 14:20 84:2
99:5 130:9 275:8 276:8,9,15
283:18,19 299:2,14 330:20
331:24
**asserted** 193:20
**assessment** 227:4 254:11 269:7
269:8,9,11,15,23,2 5 270:10,16
273:13 274:1,6 321:3
**assigned** 252:23 253:3
**assistant** 34:16,18,19 64:9 67:14
79:14 89:5 111:8,23,25 114:9
114:17 128:12,14 221:15
**associated** 228:20
**assume** 14:20 302:9
**assuming** 14:5,5
**assumption** 219:25
**assumptions** 213:21
**ate** 195:23
**athletes** 145:8
**Atlanta** 234:5,8,17 301:16
304:25
**attached** 199:20 257:16
**attaches** 8:12
**attachment** 265:24 266:2
**attention** 33:2 72:2 100:25
106:19 154:18 173:12 207:11
213:4 230:20 237:18 279:8
**attorney** 38:14 64:20,21 128:13
128:14 141:8,9
**attorneys** 89:6 140:24 141:3
301:25 302:3 303:15 305:14
**Attorney's** 1:14,15
**attributable** 242:15
**audio/visual** 70:22
**audit** 58:24
**auditors** 58:19 59:8
**August** 302:6,6,7
**AUSA** 1:13,14
**autistic** 99:1
**auto** 64:7
**automatically** 130:25
**available** 231:18 318:18,21
319:18,23
**Avenue** 2:6 73:11 336:14
**avoid** 205:11
**Avon** 141:13,16,20,2 3 142:7
201:18
**aware** 58:5,6 113:16 190:25
301:9,11 302:14,17,21 303:8

304:8 305:5 306:5
**away** 17:24 21:10 59:19 172:7
218:9,17 240:25 242:25
**a.m** 5:1 73:1,2
**a/k/a** 153:6

## B

**B** 240:16
**back** 7:25 22:21 30:10 53:24
59:3 62:11,17 67:21 71:6 90:3
101:5 105:19 107:25 113:17
113:18 114:6 115:25 117:6
125:15 127:2,6,23,24,24
138:20 139:17 142:5 158:12
158:15 165:19 167:23 168:11
168:17 172:21 183:24 210:19
213:1 236:11 241:2 242:5
250:21 251:4 258:15 260:5
263:18 265:13 272:11 275:10
279:1 282:5,5 283:25 293:17
309:23
**backdate** 205:11,14
**background** 238:1 248:9 261:21
**bad** 58:17,18 89:10 90:5 211:11
211:15 213:18,21 219:25
284:5,14 322:17
**badge** 119:16 182:8
**badges** 323:24
**badly** 87:1
**bag** 136:5
**ball** 218:24
**bands** 149:14
**bank** 211:3,8 305:15
**banker** 90:12
**bankruptcy** 64:19,21,24 85:23
235:8
**Bar** 157:8
**barely** 35:5
**base** 115:9 117:20 281:17
**based** 113:20 133:11 134:21
142:1 144:22 178:5 208:18
213:2 223:21 260:22 270:20
334:12
**basically** 116:24 209:23 215:6
251:13 254:17 272:1 277:7
291:12 292:20
**basis** 140:16 141:24 142:9
270:23
**batches** 135:8
**Bates** 331:14,15
**bathroom** 125:23,24 126:24
127:6 145:15 158:10 172:14
172:24 182:14 196:3,24
272:17
**bathrooms** 126:25 127:5 183:10
**Bay** 31:21 80:21 85:2 120:20
**beach** 31:25 32:13 38:5 67:4
71:24 72:13,16 85:7
**became** 215:24 216:1 284:23,24
287:9 290:2 291:18 294:9
**become** 234:8 271:6,13 284:22
285:15,19,20 286:4
**becomes** 17:25 84:6 169:11
**becoming** 123:1 289:23
**before** 1:10 8:3 12:4,22 13:6
15:1 16:6 32:3 33:23 34:22
36:15 41:15 42:25 47:12,25
50:10 57:5 61:11 62:6,9,19
67:22 68:17 74:12,15,25
81:12,17 88:19 104:15 106:4
108:1 109:13 115:15,24 116:4
116:17 118:8,10 119:15 124:7
139:8 141:20 144:8 158:11
160:14,23 161:5 162:22,23
166:21 171:19 173:9 176:12
177:12,15 178:10 179:23
183:9 194:5 198:6,21 205:14
211:23 214:7,14 217:9 219:2
223:3 244:10,24 257:16,23

264:8 274:15 277:19,20 283:4
288:21 294:17 295:13 296:9
304:20 308:7 310:1,15 312:17
316:4 322:25 326:5,14 327:9
327:18 328:13 333:24 334:2
**beg** 222:25
**begin** 207:17 274:11 294:17
**beginning** 41:14 52:10 185:16
298:21 300:18
**behalf** 5:5,8 9:22 10:2
**behavior** 219:8
**being** 13:24 18:4 20:3 37:11
43:5,7 71:16 72:4 74:13
119:14 130:10 143:14 181:21
193:19 206:7 222:10 246:8
250:18 254:3 262:8 270:21
277:5 278:2 293:14
**believe** 23:12 40:14 65:17 71:18
89:2 99:22 123:13,14 130:1,3
130:4 142:16 152:10 185:11
189:12 194:7 230:13 246:18
254:7 263:6 308:12,16 311:4
334:18
**believed** 215:12
**Bell** 92:5 155:25
**below** 200:14 201:13 279:8
280:10 281:13 284:5
**Beltran** 31:19,21 147:5
**beneficiaries** 199:24 200:18
201:2,14 206:4,8 207:15
209:6 225:22 226:13 227:2
235:5 236:18 240:17 244:22
254:18 255:1,8 268:18 269:2
269:24 270:7 271:5,6,14
273:4,10 274:17 277:8 278:13
278:25 289:11,12,15 290:10
292:1 298:14
**beneficiary** 204:4 254:12 274:24
274:25 277:12 281:15 283:6
289:8
**benefit** 199:18
**benefits** 40:5,8 199:17
**Berezin** 37:25 38:1 40:8,14
140:14,14 141:11 147:20
158:4
**Berny** 68:2 138:3 153:1 159:4
**best** 11:17,18,18 14:20 18:6 71:3
116:24 118:7 195:4 212:12
218:3 323:14
**better** 11:7 12:2 13:16 18:7
21:25 32:12 42:19 47:4 48:9
76:15 84:12 90:23 91:11
102:19 105:18 130:18 168:16
195:4 243:4 322:16,18,19
**between** 32:6 117:9 188:6,14
189:10 193:9 194:3,6,21
201:11 208:21 219:13 220:2
264:16 283:5 303:9 330:2
331:6,19,20 332:7
**beyond** 14:6 19:10,17,24 22:13
107:14 213:23
**biased** 81:8 148:13
**biases** 145:5
**big** 22:6,8 108:24 174:25 175:1,4
177:3 179:21 200:15 219:24
**biggest** 205:16 221:8
**bill** 199:20 200:1 212:12 253:18
263:11 264:4 265:2,11 301:16
**billed** 211:7
**billing** 109:8,9 211:5
**bills** 162:19,21,25
**Biomed** 315:16
**BioMediTech** 230:23 231:2,3,6
231:20 232:10,12,16 233:17
310:10 311:6
**Biscayne** 1:21 2:2
**bit** 10:22 15:5 17:2 18:20 21:15
27:15 31:20 36:7 62:1 72:11
73:11 74:15 75:4,7,18,24

78:16 80:18,19 82:6 84:2
89:24 96:2 107:19 120:24
121:21 128:21 140:15 164:13
168:8 183:21 199:13,20 205:2
206:12 211:18,22 214:8
230:24 245:25 251:11 281:18
323:19 333:24 334:2
**Blair** 277:11,1 3 333:19
**blank** 249:22,24 255:20 257:2
**bleed** 99:15
**blog** 323:3
**blue** 183:25
**board** 16:5 177:4
**Bodden** 78:18,19,19,20 153:19
159:10 163:7,9 164:23,25
**bogus** 205:22
**Bolton** 65:21,22 67:22 131:7,8
131:13,16,16,17,1 9 132:5,6
152:21 159:2
**bona** 206:5
**booked** 30:24
**books** 221:1,2,4
**boot** 118:13,16 119:10,12,12
**bored** 65:4
**boring** 183:4 211:15
**born** 38:5
**boss** 87:13 89:16 112:2
**both** 23:6 26:13,14 61:9 76:5
113:15 131:13 134:13 135:1
144:17 166:13 167:6,6,21,22
186:12 198:11,23 216:14
223:22 260:7
**bottom** 247:10 255:22 267:18
**bought** 218:23
**Boulevard** 1:21 2:2
**box** 22:19 247:1 249:18
**boxed** 11:15
**boxes** 249:19,20 335:14,15,18
**boy** 26:10 187:3 249:1
**boyfriend** 49:4
**boys** 101:23
**Bozorgi** 301:14,20
**brand** 73:19
**break** 58:15 125:23,24 127:3,20
145:14 166:12,12 196:1,4,25
272:17,19,19,20 283:4
**breakdown** 280:12
**breaks** 45:20 57:2 196:20
**brief** 165:22 171:15 282:7
**briefly** 128:17 209:2 226:2
243:10 254:10
**bring** 11:22 90:3 114:10,11,13
134:17 142:2,11 168:10,17
185:13 197:8 269:16,19 273:4
282:5,13 296:16,19,25 301:10
322:12 335:15
**bringing** 7:9 126:19 165:1
298:13
**brings** 183:25 219:23
**brochure** 297:25 298:4 309:11
309:15
**broke** 35:4,6 118:12 330:15
**broken** 31:8
**brokering** 205:1 251:24
**Brooks** 119:21,22 141:19,19
144:7,7,12,1 4 171:11,13,16,18
173:5
**brother** 20:11 37:1,7,11,14
62:22 133:9
**brother-in-law** 49:17
**brought** 296:10,18,22 297:8
300:10,25
**Broward** 201:22,23 205:4
**budget** 114:19
**build** 311:3
**building** 20:19 57:21 65:2 67:21
67:24 86:19
**built** 295:25 310:3
**bulk** 217:8

**Bull** 120:25
**bumper** 60:11
**bunch** 11:25 12:3 13:9 15:11
21:24 43:20 58:15 83:23
198:7,9 199:8 211:11,15
**burden** 19:15,16,23 20:3 213:23
222:21,23
**burglarized** 15:2
**bus** 63:20 73:10 83:3 102:4
324:5
**business** 12:24 29:22 54:19 62:5
70:16 84:1 140:20 141:1
143:17 144:20,22 158:14,17
158:19 159:1 174:11 201:25
202:5 218:11 219:3 236:15,16
237:20,25 238:6,10 254:23,24
284:14 288:25 290:1 292:24
293:13 295:20,23 297:9
313:21 316:6
**busy** 70:24 186:16
**button** 145:20,21,24
**buy** 79:22 203:21

---

**C**

**C** 240:16 331:10 336:8,8
**cafe** 182:13 183:13
**calculate** 302:22
**Caleb** 9:25
**calendar** 186:16
**call** 9:14 11:21 22:6 28:18 30:15
34:6 37:7,10 45:2 70:17 102:1
107:10 108:21 109:17 110:1
137:10 146:22 161:8,11,18,20
177:9 201:16 209:22,23 222:2
231:22,23 235:3 258:21
263:18 267:24 268:6 275:10
283:18,20 284:12 312:11
314:13,23 317:15 320:17,20
320:23 321:3,6,24
**called** 22:16 45:1 72:25 99:22
129:16 133:2,12 200:22
202:16 203:1,12 205:18
214:22 225:10 230:23 235:2
265:16 275:8 277:13 278:9,12
281:21 283:17 284:3,7 298:24
311:14 313:2 330:6
**calling** 166:20 181:17 185:7
265:13 283:19
**calls** 192:15,23 208:20 215:9
216:5 217:9 224:3 241:12,15
243:16 249:25 250:1,3,4,5,17
250:18,21 255:17,25 256:10
258:15 314:12
**came** 62:11 87:21 125:15 138:20
198:17 199:23 203:20 227:11
227:13 228:13 229:21 245:13
245:14 251:14,15 269:11,12
269:14 284:2 290:1,15 293:6
297:6 298:14 304:24,25,25
305:1 327:18
**camp** 113:16 119:10,12,12
**cancel** 10:18 165:13 174:4
180:10 205:13 220:19,20
253:25 264:9 267:9 278:23
279:5 284:11
**canceled** 30:22 264:10
**canceling** 205:15
**cancer** 292:11,25 293:5,8
**Caprice** 281:23 283:12,13 289:1
**capsule** 202:16
**car** 15:2 31:8 35:4,6,7 36:5,6
147:15 158:2 218:3,22
**cards** 70:16
**care** 5:19 22:16 34:16,18,19
85:18 117:21 118:25 146:20
199:14,15 201:20,24,25,25
202:2,4 206:22,22 207:6,25
210:11 215:1 225:16 228:14
228:24 229:2 240:4 241:12,14

243:13 255:21,25 256:4
258:15 259:25 260:21 266:8
267:17 272:11,12 273:6,7,21
273:23 280:4,5 283:17 284:22
284:24,25 285:3,9,11,13,16,22
286:5,9 288:18 289:20 290:3
294:9 300:19,21 330:7 333:16
336:1
**career** 214:16
**Carjacking** 93:23
**Carla** 125:2 170:25 173:3
**Carlos** 163:21
**Carmen** 192:18
**Carpenter** 74:6
**carry** 59:20 224:18 243:4 302:17
**cars** 221:9
**case** 1:3 5:3,18,18 7:3,9,12 9:14
9:14,15,18 10:22,24 11:1,7,24
12:12,23,23,2 5 13:8,17 15:5
17:10 18:18,18 19:2,8,17,20
20:4,17 21:3,8,14,23 22:19,20
22:25 23:4,14,15 28:18 30:11
30:13,24 31:10 35:8 39:4,10
42:7 43:19 46:18 47:7 52:4
55:3,4,8,25 56:4 57:11,13
59:4 62:18 66:8,9,14,18 68:23
69:6 81:5 84:9 85:18 86:21
88:19 89:18,20 90:1,1 92:21
92:22 93:2,3,24 95:19 100:3
101:6 104:21 107:18 109:22
113:22 124:11 126:12 128:18
128:19 129:3,18,19 130:13
133:5,7 134:21,23,24 135:3
136:17 140:10 144:16,17
151:8,24,25 166:25 175:23
181:10,21,24 182:10,17,20,23
183:4,6 195:5 198:23 199:6,7
199:22 202:10 203:23 204:19
206:13 207:21 208:4,11,20
211:3,24,24,2 5 212:8,8,20
213:14,19 214:2,7,21 216:20
216:21,21,23,2 3 217:15,17,22
218:8,10 219:1 222:17,23
223:1,4 282:4 302:10 305:13
323:4,17 324:3,7,9,10,20
325:11,12 335:2
**cases** 9:17 13:15,19 38:7 55:1
64:12 81:3,4 159:13 182:23
182:23
**cash** 238:16
**cashier** 144:9
**catch** 71:14 205:12
**categories** 246:16
**Catherine** 92:5 138:17 155:25
160:2 168:7 267:20 268:2
**Catholic** 59:9
**Catoggio** 275:5 286:8 287:12
**cause** 5:16 146:1,4,5,24 147:4
148:4 149:10,17 151:11,16
152:4,10,12,14 153:7,10,13,16
154:2 155:14 156:18 167:10
169:6 170:7,12,23 171:7
175:25 177:24 178:4,6,7,14
245:17
**caused** 178:5 214:14 253:12
254:7
**causes** 173:13
**cautionary** 181:19
**CD** 113:4
**ceiling** 182:5
**celebrating** 17:16,18
**center** 102:1 312:11
**CEO** 313:4
**certain** 16:13 166:4 219:17
241:14,15,18 246:20
272:13 273:8 299:6,20 318:4
318:8 322:7
**certainly** 6:21 61:7 84:10 212:16
**certificate** 3:9 21:19,20

**certify** 336:9
**chain** 189:19
**chair** 124:16
**chairs** 158:14
**challenge** 147:19 148:2 149:10
149:13,23 150:3,18 152:6
154:23 155:1 163:17 164:16
168:8,18 169:1,5,6 170:2,3
198:24
**challenged** 325:1
**challenges** 5:15 149:14 155:16
155:21 157:7,9,10 167:12,23
169:15
**chambers** 197:25
**Chamorro** 42:15,16 148:3,21,23
**chance** 7:6 15:22 126:21 178:4
**change** 12:15 180:3 201:15
245:23 246:1 252:8,22,23,25
253:4 290:2
**changed** 12:8 259:2,20 262:9
**changes** 246:1 261:3 272:13
273:9,9,18,19,2 0 299:6,18,20
**changing** 56:14 245:22
**channel** 23:1
**charge** 43:12,13 52:2 281:23
300:22 301:9 303:21
**charged** 12:25 18:25 22:5,8
87:17,18 93:25 129:20,23,25
130:9,10,15 266:21 207:7,8
207:23 208:8,15 211:21
213:14 301:4,7
**charges** 22:20 206:13 213:3
228:19 229:2 230:12 300:25
301:1,24 302:12,14
**charging** 22:14 110:9
**Charlie** 187:15
**Charter** 113:12
**chat** 13:25 15:5 17:11,12 19:6
20:7 164:3
**CHC** 330:6
**cheap** 203:8,16
**cheated** 199:7
**check** 54:1 242:1,1,8 250:1,2
255:18,18 294:14 319:1
**checked** 259:19,20 260:6
**checking** 320:10
**checks** 249:19
**checkup** 165:7 174:6
**chemistry** 203:2
**Chicago** 105:18
**child** 11:3 26:7,8,12,16,18,21
39:6 92:16 324:18
**childhood** 35:12,13,18 85:4
259:12
**children** 23:17 26:6 75:25 85:4
101:24
**childs** 177:14
**choice** 59:13 204:13 304:16
**choices** 167:18
**choose** 15:20 23:6 61:6,6,6,7
143:13 155:16,20 169:15
196:16 259:13 304:6,15
**chose** 50:14 196:15 304:5
**chosen** 17:15 18:18 23:9 50:13
69:9 72:7 84:6 106:19
**Chris** 260:5,20 261:8,13 262:4,6
280:3
**Christie** 8:24 181:9 197:25
**Christopher** 192:12 259:23,24
261:6
**chrome** 49:7
**circumstance** 329:23
**circumstances** 167:8
**citation** 85:11
**Citizens** 48:3
**city** 12:17,17 37:3,4 63:3 67:4
82:9,10,12,13 101:15 118:22
225:4
**civil** 7:3 9:17 12:23 13:15 48:3

57:6 67:16 68:23
claim 12:25 136:6 218:15 294:11
claims 6:3 122:16 139:13 205:12 280:11 294:10
clarification 240:6
class 158:15,17,19 159:1 174:11 203:3
classes 41:7,9,16 121:5
Claude 65:2
clear 191:12 320:25 321:7
clearer 296:23
clerk 60:9,10
Clerk's 12:12
client 62:10 127:19 145:7 188:2 188:6 189:4 190:13 191:10 196:15 213:22 327:22 329:3
clients 15:15 71:1,2,10 76:19 231:15,17
client's 190:6 191:11 195:21
close 14:10 15:9 19:21 27:2,19 28:22 31:3 33:18 35:10 37:18 39:14 42:8 43:2 46:4 48:16 50:21 51:7 57:25 61:19 62:21 65:8 66:24 67:7 69:17 78:5 79:7,25 81:20 82:17 85:10 91:16 97:18 99:16,17,18,18 100:6 101:4 103:6 105:4 106:24 109:20 111:11,16 118:17 120:12 121:19,22 123:7 136:21 171:4,4 230:25
closer 14:19 17:24 24:13 77:8 97:3 124:3 195:3
closest 224:11
closing 20:14
cloudy 322:11
club 113:5
coach 113:5,6 114:9,16,17 158:15
coaching 113:14
Coast 214:10
coconut 43:16 148:11,22 149:7
codefendant 185:8
coffee 20:19 183:11 282:18,23 323:1
collapses 112:11
colleague 327:14
colleagues 134:11 142:17 213:10
collect 263:10 264:23 265:11 270:4
collected 238:16 270:9
collections 253:19 263:11
college 101:5 145:2
Collins 73:10
Colombia 30:6
column 266:19 267:4,4,5,5
combination 249:19 257:1
combine 286:18
combined 286:14 287:2
come 5:17 7:20 12:2 15:14 30:10 53:3,8 59:3 62:17 71:6,19 73:4,11 87:25 97:23 100:21 101:2 113:17,18,19 114:6 127:2,6 134:22 135:13 138:25 145:20 158:25 159:4,10,14,19 159:25 160:4,6,9,10 172:13 172:21 173:5,7 179:6,11 183:24,25 187:18 190:13 213:1 220:4 221:13 241:19 253:2 258:15 273:23 281:9 292:12 293:4,5 311:22 322:16 325:9,10 328:17 329:17 335:2 335:5,6
comes 22:23 190:6 193:22 216:3 217:19
comfort 216:15,16
comfortable 57:23 84:14 158:13 224:10
coming 5:11 16:5 58:19 67:21

71:13,13,15 176:6 244:8 251:24 304:24 325:20
comment 249:6 256:15
comments 247:7
commercial 64:13 113:3
commission 140:16 141:24 142:9 227:18,19 239:2 242:10 243:8 248:5 262:10,22 265:24 267:7 286:11,14,20,22,24 287:3,8,23 288:19 297:13 315:24 316:17 319:2
commissions 140:18 142:1,12 143:12 144:17 216:18,19,24 218:18 240:20 247:16,19 254:1 261:12 264:11 267:10 269:17,20 270:8 279:6 286:25 288:4,17 290:5,14,18 315:9
commit 207:25 208:2,3,6 213:24 219:10 222:1 225:15,17 228:24 229:2 300:21
committed 107:15 128:20 130:16,17 208:5 225:14,14,19 226:3 230:2
Committee 282:9
committing 254:8
common 324:25
communication 263:24
community 43:20
comp 138:18
companies 141:11 175:4 177:4 214:21 241:5,8,9,13 243:15 250:5 255:13,15 291:3 310:10 315:13,16 317:8,19,21 318:6 320:14
company 16:14 29:25 67:14 68:15 79:14 85:24 96:21 109:9,10 111:7 133:4,11 136:22 138:6,8 140:22,24 141:15,17,18,18 142:2 143:1 143:2 170:16 174:19,24,25 175:1 177:2,3 214:21 215:7 215:11,14,23 216:9 217:5,5,7 217:11,15 218:1 219:15,16,18 219:19 220:5,7,12 226:8 227:14 230:23 231:1,4 233:21 233:23 234:3 235:13 237:6,15 238:5 243:17 246:11 249:25 250:18 253:7 260:19 261:2 266:24 267:3 268:16 269:5,13 274:3 280:6 311:14 313:2,2,4 313:6,7,10 317:5 321:3,8,10 321:11,14,16,18,2 1 322:5,8 330:3,6
company's 260:3
compare 218:3
compels 148:6
compensated 227:5,7 254:13 270:16,21 274:5,8,10 280:24 281:1,20 300:9,11
compensation 141:7 271:2 273:21,22 274:4
complain 220:21 284:11,12
complaint 281:12
complaints 173:13 210:17,18
complete 248:23 255:15 268:19 274:6 278:2 330:6
completed 6:23 254:13
completely 205:22 219:9 320:14
completing 270:20 274:10
compliance 219:20,21
complicated 325:4
comply 252:16
component 291:8
components 290:24
composite 330:15
compound 214:18 216:13 217:24 218:2 228:10 231:8 232:25 281:19 291:7
compounded 201:19 240:18

241:4 255:8
compounding 135:4,5 140:11 202:4,5,8 225:21 226:6,23 231:4 233:1,10 234:2,5 235:6 270:1 284:18 293:1,9 310:17 314:1
compounds 238:8
computer 298:2
conceal 204:21 205:1,23 206:1 210:7
concealment 204:22
concept 129:16 130:24
concern 16:7 251:23 253:12,21 253:23
concerned 16:1,2 254:6
concerns 251:24
Concierge 330:7
conclude 283:1
conditioning 24:22 25:7
conditions 57:2
conduct 5:12 21:8 62:22 123:9 130:15 208:9 229:3
conducted 18:11 19:10 181:16
conference 8:4 185:12 282:10 314:12,13,23
confidence 215:10 219:18
confident 223:4
confines 219:4
confirm 161:8 220:15,16
conflict 115:11,16 116:9 151:19 170:14
conflicts 11:21
confusion 261:14
congressman 16:17
connected 232:25 233:7 310:22 311:2,4
connection 229:6
consent 272:10,13 273:5,9,11,15 273:17 299:3,5,7,21
consequences 181:5
considerable 8:5
considered 239:18
consistent 185:14 252:13 257:25 268:1
conspiracies 207:23,25
conspiracy 207:25 208:1,1 228:24 229:2 300:21
conspiring 22:15
constant 210:17
constantly 22:1 24:2
Constitution 183:13
construction 79:14
consult 217:10 239:2,4 321:24 321:24 322:3,6
consultant 237:19,22 238:19 239:2,8
consultation 140:7 238:24 320:24 321:6
consultations 204:8
consulting 237:1,20,25
consults 204:10 217:6,11 243:11 243:21 321:9,23 322:7
contact 113:4 182:6 184:9 222:7 283:13,16 285:16 286:5 313:12 319:19
contacted 272:11
contacts 184:11
contemplation 194:13
contempt 184:11
content 334:6
contents 3:1 269:13 331:25
context 193:18,20 263:3 283:24
continue 136:10 148:3 278:18 279:21,24 290:6 300:7 307:10 307:10
continued 284:16,19 292:23
continues 287:6
contract 236:20 238:6 239:12 241:20 321:13

contracted 238:20
contractor 42:24
contradicts 327:23
contrary 194:7,9
control 320:15
controversy 185:15
conversation 164:13 259:9 263:23 279:22 291:1,10 300:6 300:17 302:4 307:17 319:5,7
conversations 193:18 233:7 248:21,23 252:1,13 275:13 277:2,4,19 280:18 290:25 292:18 293:7,12,13 306:24 307:3 317:18
converted 215:7
convicted 213:16,17
convince 197:21 226:15
convinced 54:9 267:9
Cook 50:7
cooks 51:4
cooperate 229:14
cooperating 129:17,20 130:3,5 130:11,19 131:1 229:15,17 304:16
cooperation 130:21 198:11 230:16 305:7,8
cooperators 129:24
copay 137:13 199:20 210:23,24 253:17,18,22,24,2 5 263:8,16 264:2 265:1,10 267:10,21 307:5
copayments 254:5 263:4,25 268:4
copays 253:14,15 264:22
copies 8:17 326:15 334:14,17,19
copy 250:23
Coral 98:11
corner 257:5
correct 6:4 44:2 62:14 71:15 91:1 163:2 250:9 251:7 268:3 295:8 296:25 297:21,25 300:14,24 301:14,24 304:17 306:25 307:3 310:18 311:19 315:7 317:10 318:5,24 319:9 321:9 322:6
corrected 261:9
correctly 259:4
cosmetics 142:18
cost 137:22 199:15 200:14 202:17 227:21,21,22 235:12 235:13,14,16,2 5 263:20 294:11 296:9 315:5,5
costly 136:19
costs 137:8 203:8,16,22 235:19
Cotto 120:22 171:19 173:7
counsel 197:15,16 199:4 273:8 282:24,25 299:19,20 301:12 301:18
count 15:21 300:19 306:8
counter 104:14
countries 19:25,25 32:14
country 20:23 205:5 206:4 211:13 213:16 218:25 221:25 269:7,22
counts 213:14 223:6
County 201:22,23 211:12
couple 11:2,5 29:17 42:21 44:20 84:22 102:23 104:6 105:20 120:2 131:5,6 167:1 181:15 201:4 210:10 216:4,4 228:9 232:13,14,14 234:11,12 291:4 315:18
course 8:13,16 13:5 15:7 16:1 17:25 19:5,8 54:6 73:10 81:9 164:7 166:22 168:16 176:2 196:18 197:17 200:7 210:24 261:23 327:20
court 1:1 2:5 5:2,8,11 6:1,5,15 6:17,19 7:18,21,23 8:8,11,18

8:22,24 9:3,5,8,13,16,24 10:2
10:5 11:13,15 12:5 13:18,18
15:9 23:20 25:2 26:2 29:8
34:24 35:13 40:3,10,20 44:8
46:13 49:19,21,22 50:11,12
50:16 53:2 64:18,20,23 66:9
73:16,20 83:21 84:17 85:23
87:21 91:12 94:4 96:9 97:2
99:25 107:22 108:2,8,10,18
109:23,23 111:9,14 114:3
119:16 125:14,17,20 126:2,4
126:20,24 127:16 128:3,10
129:10,13 130:6,7 131:10,23
132:2,5,10,23 133:18,20,23
134:2,4,6 135:11,18,20,22
136:1,16,25 137:1,3 138:4,7
139:8,10,16,20,2 140:2
142:22 143:3,21 144:4,12
145:7,12,14,19 146:3,6,10,12
146:15,17,20 147:1,4,7,9,12
147:14,17,19,22,2,4 148:2,5,9
148:14,17,20,21,2,4 149:2,5,10
149:12,14,18,21,2 3 150:1,3,6
150:8,10,11,13,16,18,22,25
151:2,5,7,12,15,17,2 2 152:2,6
152:9,12,15,18,20,23,2 5 153:3
153:5,8,11,14,17,21,2 3 154:1
154:3,6,10,12,15,17,21,23
155:1,3,5,7,10,12,2 0 156:2,4
156:7,9,12,14,17,19,22,24
157:2,4,6,11,12,13,1 4 159:23
160:17 164:20,24 165:1,2,17
165:24 166:2,7,10,19,20,22,25
167:3,6,14,18,2 0 168:1,3,6,13
168:16,22,2 5 169:4,9,11,14,18
169:21,23 170:1,3,7,11,13,17
170:19,22,24 171:2,4,6,13,16
171:18,21,23 172:1,2,15,17,20
173:14 174:10,13,1 5 176:5,8
177:21,23 178:1,3,6,8,13,15
178:24 179:1,4,6,9,11,15,17
179:22 181:1,14 183:8 184:3
184:5,17,20,2 3 185:1,4,8,18
185:22,25 186:4,7,10,17,24
187:1,7,10,13,17,20,22,25
188:5,8,19,2 4 189:3,5,8,14,17
189:20,24 190:1,3,6,10,12,16
190:19,21 191:3,10,16,19,22
191:25 192:3,6,9,11,14,16,19
192:24 193:7,11,14 194:1,5,8
194:11,15,18,20,2 4 195:4,7,9
195:12,15,19 196:7,8,12,15,19
196:23,25 197:3,8,13 199:2,4
213:6 223:8,9,15,1 6 224:5,9
224:13,15,17,21,24 225:10
229:22 230:9,11 236:13
240:25 242:24 243:4 255:3,4
258:3,5 261:17 272:15,17,23
275:20,22,2 5 276:3,5,9,13,17
276:21 281:3 282:3,6,9,14,15
282:17,20,21,22 291:15
293:17,20,22,23 294:1,16,19
294:21 303:4 307:21,23,25
308:2,4,7,11,14,17,20,25
309:3 320:15,5 322:10,14,22
323:11,13 324:17 325:8,9,14
325:16,17,23 326:1,4,11,11,14
326:16,18,21,2 5 327:5,8,12,17
327:20,24 328:1,4,9,13,15,17
328:19,21,23 329:1,5,7,10,13
329:15,18,22 330:1,5,8,12,16
330:19,24 331:4,8,10,13,15,19
331:22,24 332:5,7,9,12,14,16
332:20,22 333:1,4,6,8,11,13
333:16,21,23 334:1,4,17,19,25
335:5,10,15,19,21,2 2 336:5,13
courteous 125:2
courthouse 2:6 46:19,21,22 48:3
57:17 68:22 69:11,12,13,14

69:15 86:15 87:2 92:25 104:2
182:9 336:13
courtroom 1:5 8:23 9:2,4,7,9,11
9:12 13:7,14 23:25 33:11
35:23 36:19 39:3 49:20 51:22
54:23 73:15 79:15 93:25
108:9,17 118:10 125:15,19
127:17 128:11 150:20 155:19
170:21 172:19 174:9 181:11
181:13 183:25 184:4 197:12
197:18,25 282:19 324:16
325:10,13 334:3
courts 101:10 282:11
Court's 185:12,14
cousin 43:3 126:8 148:23,24
149:1,5
cousin's 126:12
cover 138:8 217:11 227:22
231:19 235:14 263:19 273:25
274:4 315:6 321:20
coverage 138:1,15 199:14
covered 137:7,14,15 185:11
218:7
covering 217:23,24 218:2
covers 139:1
cover-up 222:2
co-counsel 294:14
cream 138:9 202:15,15 203:6
228:2,3 235:17,17 245:23
258:22,22 259:13,15,19
262:18 266:16 274:1,4 275:9
280:11 312:8 318:16,16,21
319:22
creams 203:7 204:16,16 214:19
214:19 215:19,21 217:24
218:6,7 221:23,24 245:22
310:20,20
create 163:1
created 268:16,25 298:5,6
creating 202:5 205:18
Crim 281:13 283:7
crime 12:25 15:2 29:6 31:7 35:1
36:21 42:10 44:12 49:14 58:4
78:11 85:21 87:17 96:13
97:16 103:4 118:11 121:15
208:2,3,3,19 213:16,17,24
219:1,10 225:16,15,17,19,20
230:4
crimes 1:15 18:24 130:17 206:16
206:17,19,20 208:5,7,24
211:21 229:6 230:2 254:8
criminal 9:16,17,17 12:25 13:17
38:22,23,23 64:12 69:6 69:6
86:21,22 92:22 93:3 225:14
228:19
cross 29:23 194:13,16 195:7
334:23
cross-examination 3:8 294:16
294:19,23 326:6,25 335:11
Crown 32:25
Cruz 163:21
Cruz-Caraballo 59:17,21,22
136:23 137:2,2,3,4,22 151:13
158:20
Cuban 79:5 282:18
Cultivation 48:20,22
curious 51:6
Currently 72:4
curtains 158:18
customer 164:1 300:10
customers 32:16 74:13 76:17
231:10
customized 202:6,11,12
cut 21:16 136:8,9,11 245:2
Cutler 31:21 85:2
CVS 135:9 202:7
Cynthia 10:1 292:16

d 2:6 70:8 191:5 240:16 336:13
dad 117:15
Dadeland 117:9
Dan 5:9 10:3 134:11 213:9
Dana 256:13,25
DANIEL 1:19
data 56:25 211:5 233:24 270:4
274:16,17
database 231:10
date 229:15,20 277:25 298:4
333:21 336:12
dated 246:4 275:7
dates 13:4 45:9 69:4
daughter 14:12,12 39:15,19
76:9 115:12,18,24 117:14
142:6 214:9
daughters 113:15
David 70:7,12 153:6 159:6 187:5
254:24 281:16 288:24 289:2,4
289:13 295:20 311:13 312:13
314:13
day 7:14 10:16 21:25 23:1 44:23
45:24 57:2 62:15 99:4 100:25
117:1 159:3 160:3 162:7,18
180:11 186:18 194:14 198:1,2
198:18,19 212:21 229:21
days 11:2 17:5 66:20,20 100:19
116:2 117:16 167:1 175:18
181:3,4,6 227:5 254:12 280:7
DCRX 201:25
De 163:21
deadly 43:14 149:6
deal 21:13,15,22 22:8 71:1
108:24 179:21 200:2 236:17
282:11 308:20,23 316:25
dealer 79:3
dealing 17:19 308:21 315:17
dealings 290:1
deals 129:16 292:24
dealt 81:12 241:14,15,16
Dear 279:10
death 13:19 57:12
December 242:11,12 246:4
248:18 253:11 295:16 297:10
297:16 298:12 312:13,13,16
decide 23:15 33:12 78:3 212:22
212:23 218:14 223:25 321:25
327:13 328:10
decided 146:6 271:13
deciding 90:1 127:11
decision 13:1,1,2 16:14 21:18
48:4 57:7 92:17 95:21 175:23
230:1 317:13,24 320:21
decisions 320:17
deducted 239:1
deep 164:13,15
deeply 164:17
defend 87:25,25
defendant 1:8,19 5:8 10:2 14:5
17:9 19:8,17 22:5,19 107:13
128:19 193:21 197:15 199:11
200:22 202:23 204:7,20
205:23 206:21 229:4 282:24
defendant's 188:15 193:17
203:10 223:15,17,19 251:10
defense 5:21 6:12 7:18 11:13
44:6 134:6 145:22 146:3,10
146:15 147:7,12,17,19,22
149:21,23 150:1,3,6,16,18,25
151:5,15,25 152:6,9,18,23
153:3,21 154:1,10,15,21,23
155:5,10,13 156:2,4,7,12,17
156:22 157:2 166:2 168:7,13
168:18,22,2 5 169:9,14,16,21
170:1,3,11 171:13,21 178:1
178:13 179:4,9,15 184:12,21
186:11 187:17 197:15 198:24
222:22 282:24 307:20,24
308:8 331:16 335:23

define 99:17,18
definitely 52:21 133:9
defraud 22:15 199:12 206:23
219:10
delete 261:13
deliberating 18:19
Delphine 82:4 135:25 154:8
159:14
democracy 16:16
demote 16:4 177:5
denied 136:21 137:5,7,7 138:1
138:15,17,19 149:10 258:16
denies 221:13
dental 122:15
dentist 139:24
department 36:25 67:3 70:22
118:21 123:5
depend 143:14
dependents 199:16
depending 195:14
depends 37:15 112:23
deposit 275:9 277:15,16 321:23
depressing 10:8
Deprez 80:9,10 139:6,9,14
153:24 159:12
deputy 9:2,4,7,9,11,1 2 49:20
73:15 108:9,17 125:15,19
150:20 155:19 170:21 181:12
181:13 197:18,25 324:16
dermatologist 137:6
describe 226:2 243:10 245:4,25
254:10 255:14 285:22
described 236:17
describing 201:21
Description 4:4
deserve 199:8
designed 268:17 309:11,15
desk 97:11
detail 206:18 255:10
detailed 206:15
details 214:7
detective 37:3
determination 322:2
determine 134:25 269:25 304:12
developed 234:23
development 28:2,4 98:17 238:6
238:10
devices 305:14
diabetic 114:3 201:25 311:15,16
311:17
dialogue 84:15
Diaz 27:14,17 125:25 126:3,5,6
146:8 157:20 174:16,17 176:5
177:21,22 178:9
dictionary 8:19
died 72:24
Diego 56:18 151:3 158:6
difference 17:3 137:14 194:22
203:18,19 255:14
different 19:2,25 71:24,25 184:1
203:20 206:19 207:8,10,20
208:24 272:3 274:9 290:5
difficult 28:20,21 130:1
digest 211:4
digress 205:2
Dillon 301:15,16,16 302:5
Dineiska 122:11 179:2
dire 5:12 6:20 7:16 18:13,13
196:1 197:10
direct 3:7 194:20,21 195:14,15
225:2 252:25 275:9 277:15,16
283:2 327:18
directed 246:8 271:22 272:4
directing 288:5
direction 131:2
directions 255:14 257:25
directly 220:4 245:18 251:25
252:7,24 253:2,5,6 313:22
316:25 327:22

**director** 112:3,5,13 282:10
313:17
**disabled** 271:18
**disagree** 11:10 20:10 25:21,23
114:5
**disagreement** 11:12
**disconnect** 112:12
**discontinued** 279:11
**discredits** 131:1
**discuss** 145:7 161:17 302:12
319:19 324:10 334:6
**discussed** 187:25 188:1 195:21
271:11 272:8 273:4 278:4
293:6,14 300:3 312:14
**discussing** 311:7
**discussion** 14:1 27:13 165:22
171:15 193:15 298:22,24
299:16 321:19 334:11
**discussions** 223:22 234:25 272:5
272:7 273:1 278:7 292:23
**dismissed** 46:18,19 52:5 69:7,8,9
101:8 110:2
**disorderly** 62:22 123:9
**dispensing** 208:18,22
**dispute** 12:24 17:11 86:24
**disputes** 17:4,6 27:10
**disregard** 101:19
**distract** 218:20
**district** 1:1,1,11 113:7
**DIVISION** 1:2
**divorce** 17:18 86:25
**divorced** 31:23 33:23 96:18
115:6 117:12
**dock** 175:19
**doctor** 136:10 137:10 139:24
161:4 180:24 209:18,19,22
210:22 216:22 218:14 220:5
220:22,23 238:24 239:3
240:19 243:20,21 244:9
245:13,15 251:3,14,25 252:7
253:2,5 256:2 258:16,23
260:14 262:7,24 280:9 320:23
**doctors** 7:2 204:8,11,13,15
205:10 207:5 208:22 215:22
216:5 217:2 220:11,12 234:4
241:17 245:10,17 317:12
320:20
**doctor's** 11:4 90:15 160:22
165:4 174:4 180:8,17,19,21
293:3,10 322:2
**doctor/patient** 208:20
**document** 237:8 246:21,22
247:22 249:11,13 250:24
257:15 264:13,17 265:19
266:2,3,5 268:22 298:5
303:19 321:16
**documentation** 229:14
**documents** 195:18,19,20 206:11
248:19 304:19 305:9,12
329:11 334:24 335:1
**Doe** 246:24 247:25
**doing** 18:16 42:18 43:20 44:21
54:25 74:5,21 88:14 97:10
98:16 100:10 109:7 111:9,13
122:21 140:10 161:21 164:11
173:13 178:24 181:22 201:25
204:8 216:16 221:11 222:4
226:4,17 227:9,10 230:21
231:4 232:25 233:1,17 234:1
234:19 235:4 236:1,3,16
237:24 254:15 261:18 268:12
268:13 270:21 273:2 280:23
281:22 282:23 284:14 288:15
290:8 291:5 293:1,8,13
295:21 298:10 311:11,18
314:19,23 315:11,23 318:7
320:3 325:11
**dollar** 274:9
**dollars** 144:19,20 199:12 201:8

201:15 203:9,22,25 206:2
212:7 228:9 232:14 270:19
274:8 278:2 286:23 290:14
291:4 315:19
**domestic** 86:24 124:10
**done** 25:22,22 40:5 42:19 90:20
90:22 108:5 112:15 116:18,25
138:19 145:9 152:3,3 172:21
180:24 222:10 260:24,25
282:12 292:19 293:8,21
294:13 326:5 334:6
**doodle** 197:23
**door** 157:17 184:5 325:15
**door-to-door** 231:22
**Doral** 118:22 120:25
**doubt** 14:7 19:10,17,2 4 22:13
23:8 107:14 213:24
**doubts** 143:19
**down** 24:1,3,4,6 25:3 39:5 46:1
46:2 69:25 70:2 71:7,8 77:2
80:16 90:20 157:20,25 158:1
158:4,5,6 165:21 172:9,11
178:19,20 179:1 183:20
186:15 200:14,17 201:14
211:23 223:22 229:21 251:1
262:16 267:18 271:11 281:13
286:19 305:2 322:19
**downstairs** 9:7 12:12 125:16,18
**downtown** 50:8 54:1
**dozen** 16:15
**draft** 181:3
**drasbbaum@mnrlawfirm.com**
1:23
**dream** 214:13
**drink** 127:4
**drive** 53:9 83:3 105:17
**driver's** 218:4
**drives** 109:12
**driving** 14:15 27:21 53:9 65:13
85:19
**drop** 115:24 116:4,17
**dropped** 52:4 101:7 225:8
**drops** 27:24
**drug** 66:17 199:19 202:8 203:1
208:17,18 212:12 277:14
285:18
**drugs** 65:15,16 122:4 199:25
200:4,9 201:19,19 202:6,7,10
202:14,17,20,22,5 204:5,11
204:17 205:21 208:15 209:11
209:11,14 210:23 212:1,1,3,3
212:4,10,10
**due** 288:17
**duels** 17:5
**DUI** 38:8 107:3
**duly** 181:11
**dumb** 24:3
**during** 33:11 38:25 65:5 73:4
99:4 100:25 161:24 186:19
195:24 198:18 199:10 200:24
203:23 204:7 208:25 232:17
235:7 292:25 293:8 306:24
**Dusen** 301:20
**duty** 16:11,11,11,14,1 6 20:22
28:18 48:9 53:25 74:11 104:8
109:17 110:24 173:13 175:14
199:15 221:24
**Dwayne** 90:25
**dwelling** 43:14
**dysfunction** 311:24 312:1

---
**E**
---
**E** 1:20 233:24,25 234:1,10,12,15
315:14 332:17,17 336:8,8
**each** 5:13 12:23 17:6 18:16,17
155:16,21 161:24 162:7
169:15 194:24 209:7,10
227:20 235:16 239:2 248:20
248:22 252:23 255:15 266:14

270:21 274:8 328:9
**earlier** 116:1 183:19,21 251:19
263:3 268:9 283:22 286:8
287:2 290:8,23 292:22 304:2
**earliest** 41:23
**early** 45:10,13 85:4 198:19
214:15 297:13 298:18 299:1
325:6
**earn** 68:4 236:5 244:15 271:1
**earth** 212:12
**easier** 27:23 40:19 158:3
**easiest** 324:2
**easily** 202:20
**easy** 174:14 181:1 211:4 293:24
**eat** 114:3 183:11,23 186:17
196:19
**eaten** 157:22
**eating** 158:10 195:22
**Eaton** 104:4
**Economic** 1:15
**economics** 121:1
**educate** 324:23
**efax** 220:7
**effect** 319:11
**effective** 279:10
**effectiveness** 270:1
**efficient** 7:12 8:24 324:18
**effort** 163:15
**efforts** 84:8
**eight** 99:7,8 102:10,11 113:24,25
114:4 116:5,17 200:7,10
204:16 211:7
**Eilis** 125:13
**either** 27:24 29:4 34:8,9 56:14
73:16 129:1,2,20 136:20
167:14 173:11 198:18 209:15
258:14 311:22
**elaborate** 285:21
**elderly** 72:23
**Eleanor** 257:23
**electric** 77:15,17,18
**elementary** 7:1
**elevator** 182:5
**eliminate** 261:14
**Elizabeth** 40:18 147:25
**Elky** 47:15 149:19
**Ellen** 224:4,8,20
**ELMO** 198:8 224:12,13,14
236:12 237:13 257:12 320:2
**email** 188:1,6 189:10,11,13,15
189:15,22,2 5 191:11,18,20,21
191:23,23 192:1,1,4,4,7,7,10
192:10,12,15,17,2 2 193:9,12
193:12,1 7 236:23 239:22
240:5 242:8,9 246:4 248:16
248:17 250:17 252:10 256:8
257:22 259:23 260:3,4 261:23
262:4 267:14 273:12 275:4,7
277:9,24 278:13,15 279:7,9
279:13 280:7,8,17 281:10
283:5,7,8,9,24,2 5 284:14
286:7 287:7 288:14,15,17
309:14,20 319:11,12 333:14
333:16
**emailed** 211:14 246:22 249:9
306:22
**emails** 188:14,15,17 189:2
195:21 211:11,15,17,19 214:3
219:8,13,15 220:2,18,20
285:1 305:18 309:10
**employ** 140:24
**employed** 12:19 28:7 31:24
34:13 36:11 40:25 56:24 64:4
67:11 68:12 74:3 79:11 80:24
82:25 97:8 98:14 105:8 109:5
111:4 120:8 122:25 232:17
**employee** 39:5 167:4 206:3
285:3,23 287:10 289:24 290:2
291:18 294:9

**employees** 175:3 176:4 206:6
211:1 222:5,6 284:22,24
285:15,19,20 286:4 290:4
**employer** 16:3 30:14 146:22
167:3 175:18
**employers** 166:21
**employment** 39:7
**encourage** 61:7 212:13
**end** 21:18 28:17 52:10,11,12,13
117:1 134:22 168:6 198:1,19
206:14 207:21 212:21,24
213:19 223:4,14 237:4 239:14
279:12 280:19,21 298:17
323:5
**ended** 138:19 200:8 265:15
278:14,15,2 4 279:23 280:23
282:1 283:25 284:13 288:3
315:20
**enforcement** 28:24 33:21 35:20
36:23 37:10 42:12 49:16
50:23 55:10 58:2 61:21 63:1
67:1 79:18 90:13 91:18 96:15
97:23 101:16,19 105:13
111:18 118:19 125:8 148:7,13
**engaged** 229:3 237:19
**engineer** 67:16
**England** 33:1
**English** 17:25 18:1,6,7 19:5
25:17,18 26:12,16,19 27:13
32:8,22,23,24 33:1,3,5,6,13
33:15 75:3,21,23 76:4,5,8,11
77:25 78:1,3,3,14 153:18
157:19 163:13,16 164:5,6,20
164:21
**enhancements** 303:23
**enjoy** 13:16 20:20 28:19 119:11
119:15 124:17 171:9
**enjoyable** 28:21
**enough** 7:4 10:13 23:18 45:20
104:11 107:19 125:20 152:4
155:17 159:13 162:25 163:16
165:3 171:7 177:23 180:2
**enroll** 227:4 288:6
**enrolled** 274:1 279:25 300:16
**enter** 229:8
**entered** 8:23 174:9 197:12
229:12 237:24
**enterprise** 22:4 176:15
**enthusiasm** 13:12 28:15 158:17
**entice** 199:24
**entire** 213:20 215:6
**entirely** 319:25
**entitled** 320:21
**entitlement** 128:20,23 129:1,5
**entry** 56:25
**equal** 238:15 296:3
**equally** 296:5
**equipment** 214:18
**erectile** 311:24 312:1
**Eric** 232:22,24 233:2 234:2,14
280:12 313:16,25
**especially** 166:25
**ESQ** 1:19,20 2:1
**essentially** 139:1
**estate** 87:12 98:17 113:2,7
140:18,22
**Esther** 51:13 150:4,13
**ethic** 60:18
**ethoxy** 203:12,12,14,15,16,17,18
203:21,23 204:1
**ethoxydiglycol** 203:2,4,8,10,11
203:11
**Europe** 20:1 32:14
**Evaluation** 274:6
**even** 10:14,15 11:22 12:15 13:8
23:16 33:2 104:3,4 131:11
143:17 158:10 160:15 162:6
165:11 175:17 181:24,25
182:3,9,12 194:18,22 208:16

209:19 210:22,24 212:1,4,10
212:11,11 214:4 217:9 219:2
278:24 298:15 300:4 322:18
326:19 328:16 330:12 335:10
335:11
**event** 21:13 186:15 235:18
**events** 217:22
**eventually** 149:15 171:7 205:25
230:15 261:21
**ever** 11:23 12:21 14:11,25 15:8,8
15:9,10 22:19 25:10,22,24,25
26:2 27:2,10 28:11,22 29:6,8
31:3,5,7,12 32:3,13 33:18
34:22,24 35:1,10,13 36:15,17
36:19,21 37:19 39:3,14 40:4
42:8,10,25 43:2 44:8,12 46:4
47:25 48:16 49:14 50:10,21
51:7,18,20,22 54:13,23 57:25
58:4 61:19 62:21 63:25 64:14
64:16,18 65:8 66:2,24 67:7
68:17 69:17 74:25 77:22,24
77:24 78:5,11,25 79:7,15,25
81:17,20 82:15,17,19 84:24
85:10,21 86:9 91:9,12,16
92:12 95:13 96:7,9,11 97:12
97:14,16,18 98:20 99:16
101:4 102:25 103:2,4,6
104:15 105:4,19 106:4,15,24
109:13,20 111:16 112:8 118:8
118:10,17 120:4,12 121:11,13
121:19 123:7 125:14 133:23
133:24 135:4 139:3 140:5,16
140:22,24 141:3,7,13 144:1
163:21 164:2,3 242:2 259:6
270:4 274:15,17,20 283:15
286:1 291:25 292:4 310:1,15
312:5,11 314:24 317:21
319:14,17 320:13 321:11,13
321:16
**every** 21:24 41:18 45:24 75:5,12
76:21 101:2 140:6 198:18
200:16,19 202:15 221:4
227:15 259:15 286:21 296:10
**everybody** 5:2 9:13 18:22,24
24:10 56:7 76:22 87:22 89:11
89:14 94:21 111:10 124:15
126:18 127:18,22,22,24,24
128:6 143:13 149:7 196:24
211:13 232:9 259:11,12
282:20,21,23 284:23 285:15
323:9 335:1,16
**everybody's** 17:4
**everyone** 9:23 128:10 134:12
142:25 145:6 320:2
**everything** 17:1,6 18:9 24:3
70:16 76:15 78:15 79:6
108:22 139:25 158:21 167:11
177:17 185:15 196:24 204:5
206:16,23 216:16 231:21
256:4 297:7 306:15 323:21
**evidence** 4:3 8:5,7,12 19:13
20:15 37:16 40:13,15 129:18
134:24 135:1 190:22 191:3
193:6 198:22 204:19 205:1,7
205:9,24 206:20 207:10 209:3
212:25 213:1,2 223:18 325:1
334:13
**ex** 63:2 118:3
**exact** 12:11 82:8 195:10
**exactly** 117:22 136:9 195:17,18
**Examination** 3:7 225:2
**example** 129:4 175:12 191:2
203:1 305:15 309:10 311:14
311:24 318:11,16,20 319:8
320:10
**examples** 222:15
**except** 13:19 16:11 55:16 192:24
202:9 251:1 256:4
**excited** 316:8,10

**excuse** 90:15 114:12 121:3
131:15 157:16 167:9 170:7
172:2,4,5 173:9 184:7 249:13
255:25 270:25 331:23
**excused** 13:6 15:18,20 18:19
119:15 157:22 158:2,7,20,23
159:2,7,8,12,16,1 7 160:2,7
168:10 172:23,25 173:1,2,3,4
333:24 334:1
**excuses** 160:13 171:7 173:13
**Executive** 282:9
**exercise** 5:14
**exhibit** 4:5 186:11,12 193:2
198:13 236:23 237:10,12
238:19 239:21 242:3,7 244:23
244:24 246:2,14 247:20
248:16,17,2 5 251:17 252:10
256:8 257:11,22 258:11
259:22 261:6 262:3 263:2,12
264:12 265:18 267:13,13
268:12,21 273:11 274:15
275:4 277:9,24 279:7 280:2
281:10 283:4,5 286:7 287:24
288:9 291:23 307:20,24 308:5
308:8,8,13,17 309:12,14
320:4,9 331:17 332:23
**exhibits** 4:1,2 8:14,15 185:10,10
185:19 186:13,20 187:8
188:13 198:7,10,11,16 223:10
223:13,17,20,21 308:19,21,22
309:1,4 325:19,24 326:4,6,7
330:20 333:9 334:15
**exorbitant** 251:8 254:2
**expect** 224:16 330:12
**expense** 138:2
**expenses** 243:10,10,11,20
**expensive** 79:22 137:21 138:10
144:16 199:25 200:5 202:22
203:21 204:16 205:21 227:23
227:25,25 228:12 258:21,22
**experience** 19:1 53:25 138:1
140:12 201:1 310:1
**experiences** 134:20 136:3,20
139:12 309:18 324:25
**experts** 325:5
**explain** 213:1,2 240:12,15 251:2
294:6 321:15
**explained** 235:5,16 272:2 300:18
**explaining** 24:5 247:2 259:6
**expletives** 196:9 278:11 299:25
**export** 111:7
**express** 233:18
**expressed** 148:6,12
**expunged** 109:22
**external** 216:15
**extra** 5:13 8:17
**eye** 218:24 219:12
**E's** 103:25
**e-mail** 251:19

**F**

**F** 223:10 332:17 336:8
**Faccidomo** 110:14
**face** 286:1,1 292:21 300:22
**facing** 113:11 302:20
**fact** 35:18 135:3 144:23 218:10
218:17,21 221:4 228:25 254:8
268:6 293:24 295:6 299:10
300:25 319:21 320:14
**facts** 81:7
**failing** 138:19
**fair** 12:2 15:6,19 23:8 61:9 88:4
89:4 101:13,13 104:11 110:8
120:1 123:14 129:2,7 134:14
137:17 145:6 154:4,6 175:17
308:23 315:2
**fairly** 14:17 38:11,13 43:21,23
47:5,8 48:23 52:8 55:6 56:2
62:24 65:16 85:14 94:10,21

100:3 101:9 110:3 122:6
112:10 124:13 148:8,9,10
**fall** 229:21 313:20 315:11
**falls** 222:24
**familiar** 40:16 141:10 230:4
256:15,18 257:3,8,8
**families** 269:22
**family** 38:6 40:8 55:11 88:18
100:2 128:24 136:21 139:2,4
199:16 201:5
**famous** 193:7
**fan** 23:12
**fans** 214:11
**far** 17:24 59:19 96:20 102:5
121:23 160:12 162:15 170:20
225:7 227:15 230:2 234:24
244:6 255:14 269:13 271:21
298:8 307:4
**farther** 72:14 240:25
**fashion** 187:11
**faster** 257:12
**father** 20:12 49:5 63:2 99:19
100:13 133:1,13,23,24
**fault** 183:16 195:25
**faults** 164:18
**favor** 59:19
**favorably** 130:20
**favorite** 25:12 32:20 75:19
**fax** 1:17,23 137:12 204:24 205:5
205:6 244:7 245:7,9,9,10
251:15,21,22 252:5,6,8,9,22
252:22,23 253:3,5 260:1
**faxed** 245:8,10,11
**faxes** 252:4
**fear** 182:2
**Featherston** 249:2,16 274:23
275:14,15,18 276:19
**Febres** 120:22,23,24 171:19
173:7
**February** 60:14 151:22 158:21
173:16,18,19,2 5 179:20 180:4
180:23 274:13,14 275:7
298:17,18,2 5 299:1,8,9
**Federal** 9:16 13:18 22:15 27:7
27:10 39:19 46:13 66:9 81:2
109:23 157:8 190:22 199:13
211:22 238:18 326:11 334:13
**FEDERICO** 1:10
**fee** 10:16 217:6 238:15
**feel** 10:9 129:24 130:25 183:14
244:3,25 245:21 246:16
323:25
**feeling** 241:25
**feelings** 17:13 129:6 134:22,25
143:1,8 145:4 148:6
**feels** 144:21
**fees** 10:13 315:6
**feet** 240:23
**felt** 315:25
**Ferguson** 2:6 336:13
**Fernandez** 61:25 62:2 132:8,12
132:15 140:13 142:16,17,22
152:7 158:23
**Fernando** 56:18
**few** 52:16 71:11 175:18 203:9
211:23 224:22 269:6,21 285:1
289:12,23 291:17 297:1
308:19
**fewer** 202:3
**fictional** 246:24
**field** 58:2 114:22,22
**Fields** 142:18
**fifth** 73:11 119:17 157:22 158:5
158:8,11,21,23 159:3,7,9,18
160:3,8 172:3,24 173:3
178:13 325:12
**fight** 219:22 222:12
**fighting** 123:14

**figure** 16:8 40:11 242:12 266:23
270:18
**figures** 222:3 287:13
**file** 304:3,7 326:13 332:22
**filed** 235:7,7 301:1
**fill** 212:7 226:6 249:8,10 251:16
255:17,21 258:1 259:6 262:13
317:6,6 318:3,12 319:1
**filled** 30:1 250:15 318:24
**filling** 144:10 247:8
**final** 267:5,5 290:22
**finally** 283:12 323:16
**finals** 113:7
**finance** 237:19,25
**financial** 118:3 208:9 211:2
232:8
**find** 14:8 17:3 23:12,13 43:9
49:21,23 82:23 111:12 125:14
130:24 136:12 161:11,13,15
180:20 198:5 215:18 223:4
226:5 227:1 231:7 232:19
235:5 240:17 241:3 244:14
257:16 271:15 324:22
**finding** 223:17 236:17 255:8
**fine** 7:13 22:22 34:17 51:11
74:21 84:21 89:11 93:7 138:9
139:23 164:22 180:3 183:14
198:5,5
**fingers** 24:2
**finish** 72:25 146:25 151:19
**finished** 18:18 173:22,24
**finishing** 121:5 270:20
**fire** 16:3 174:21 177:5 285:2
**firefighter** 49:17 117:20
**firm** 64:10 301:15
**first** 5:15 8:8 9:8 10:6 18:11
19:21 21:5 22:7,18 24:9 28:3
40:4 91:4 124:21,23 127:23
131:7 148:2 157:21 159:1,4
161:6 166:15 178:19,22
181:20 182:4 185:5,7,21,22
186:14 187:7 193:23 195:5
198:16 204:17 206:21 207:12
221:5 222:20 224:2 232:25
233:5 234:1,7,24 240:17
241:24 242:1,8 243:23 244:1
244:25 245:7 249:23 252:21
265:19,22 266:12 271:24
274:12,13 297:13 298:8
304:25 309:3,23 319:6 323:9
323:21 326:6 330:17
**FirstService** 97:11
**FIU** 58:12
**five** 57:20 99:7,8 102:11,11
114:7 117:2 141:22 184:7
200:20 235:21
**five-minute** 208:21 209:23
**fix** 220:9 262:7
**Flagler** 57:17 68:8,22
**flags** 245:16
**flat** 217:6
**flex** 186:18
**flexible** 57:2
**floor** 94:1 119:17 128:5 157:22
158:8,11,21,24 159:3,7,9,18
160:3,8 172:3,24 173:3
178:16 183:3,14 184:9 199:2
325:12
**Florida** 1:1,6,16,22 2:3,7 6:13
6:14,17 22:10 23:10,11 27:17
100:16 123:6 126:11 145:3
214:10,11 228:18 257:21
292:4 304:20 336:14
**flow** 210:17
**flut** 266:15
**flyer** 268:25 269:4 309:16,17,18
309:20
**focus** 230:20,20 237:18 279:8
283:8

focused 154:18
folder 330:13
folks 129:25 145:9 150:11
  197:13 199:18 223:23 226:13
  289:10
follow 14:23 15:12,16 16:19
  20:5,6,9 206:15
followed 257:9
following 5:1 145:18 148:20,25
  150:10,12 157:11 165:23
  172:1 191:15 194:14 197:6
  222:19 223:17 247:20 250:3
  282:7 287:14
follows 208:6 222:18
follow-up 62:12 131:5 132:13
  134:14 263:22
Fontainebleau 70:21
foot 292:4
football 5:20,22 6:8 22:9,10,20
  62:22 145:2 214:12 215:8
force 107:7 115:9 117:20 119:23
  139:19 158:9 175:4,8 177:6
  311:3
foreclosure 85:25
foregoing 336:9
foreign 71:10
forelady 13:3 69:2 92:19 95:23
foreman 13:3 48:6 57:9 66:6
  92:19 95:23 104:23
foreperson 48:6 69:2 131:20
forever 160:14
forgery 87:12
forget 51:10 102:2 159:20
forgot 17:16 35:25 75:14 160:23
  176:18 260:8 293:20,21
forgotten 15:15 87:8 145:16
form 13:4 37:8 69:4 221:6
  247:23 255:19,22 260:8,25
  261:13 272:10,13 273:5,11,15
  273:17 299:3,3,5,7,11,13,21
  317:3,4,7,9 318:3 320:10,12
format 272:2
former 5:20,21 22:9,10 60:10
forms 248:23 259:6 273:10
formula 318:21
formulas 203:10 318:16 319:15
  319:22 320:10
formulated 270:1
formulation 248:7
formulations 246:20 250:9
forth 39:23 241:2
forward 32:5 188:18 189:18
  316:5
forwarded 282:1
forwards 277:17 281:24 284:6
found 72:21,22 78:2 94:8 109:21
  114:5 215:24,25 221:20
  226:10
foundation 185:17
four 46:25 49:11,13 66:20 87:11
  150:19,20,21,2 155:20,23
  157:7 169:15 171:23 222:3
  331:18,18
fourth 1:16 158:4 169:5 208:8
four-year-old 99:1
FPR 2:5 336:12
frame 230:21
Francisco 42:15 148:3
Frank 187:6
frankly 209:6 213:20 215:4,17
fraud 5:19 15:3,3 107:15 109:21
  128:20 129:6 199:6,9 206:22
  206:22 207:6,25 208:12 222:1
  225:16 228:24 229:3 300:19
  300:21 301:7,9 324:22
fraudulent 6:3
Fred 9:13
free 16:5 183:14 210:23 323:25
French 18:13 34:6

Friday 30:10 117:18 160:22
  161:2,19 165:4,14 188:1
  223:22
friend 14:17,20 99:18 133:20
  163:22 323:14
friends 14:18,19 35:12,13,15,18
  38:21 55:11 67:2 121:24,25
  133:20 136:21 215:17
friend's 99:19 133:1,13
from 7:16,18,25 13:24 17:5 18:4
  20:14 21:9,10 23:5 25:5,6
  26:24 32:14 33:1 41:20 45:25
  52:10 53:3 58:19 60:14 62:11
  71:12 73:2,10 89:16 94:10
  98:24 99:7,8 105:17 113:3
  115:7,8,10,13,14 128:15,18,22
  130:24 135:5,22 137:11,12,15
  137:15 138:17 141:8,9 162:8
  162:9,10 172:19 176:3 177:20
  179:12,15 183:3 184:4 187:17
  188:1 189:3,5,12,13,25
  191:18,20,23 192:1,4,7,10,12
  192:15,17,22 193:12,12 202:8
  202:17,24,25 205:3,7,12
  206:4,11 207:13 209:3 210:1
  210:4,10,15,17,2 1 211:2,4,6
  212:18 214:10 216:5 218:9,17
  220:3,4,20,2 4 222:6 223:2
  227:14 228:13 231:10,15,19
  231:21 239:1,22 240:23 242:9
  242:11,25 244:8,20,20 245:13
  245:14 246:11 247:2,4 248:13
  248:17 249:9 251:14,19,25
  252:7,11,11 253:2,7 254:21
  256:2,8,22 257:22 259:12,23
  260:4 261:13 262:4 266:6,8
  267:14,18 268:15 269:12
  270:9 273:12,23 275:4,23
  277:10,16,2 5 279:7 280:11,22
  284:4 286:8 287:1,13 288:2,9
  288:14,18 289:4,25 290:1,18
  292:1 293:9,12 294:9 298:7
  298:21 299:19 305:14 306:1,6
  306:15 308:8,14 319:23 321:2
  325:13 327:15 328:17,19,20
  329:3,8,9,11,1 7 330:14
  333:16,19 334:3
front 11:16 18:22 97:11 184:13
  243:1,1 294:21
fruition 293:4,5,6 311:22
frustrated 321:1,5
full 234:18
full-time 41:1 57:1
fumble 185:16
function 157:8
further 200:17 201:14 263:17
  286:17 293:6 294:15
furtherance 130:17
future 74:13 114:20 304:3,14

**G**

G 100:10 236:23,24 272:21
  288:9 332:17
Gables 98:11
gain 229:23
gains 208:11
game 62:23 113:12
games 168:14
gap 32:6
gaps 127:23
Garcia 68:2,3 138:3,3,5,8 153:1
  159:4 322:13
Garcon 49:23,24,25 149:24
Gardens 40:22 52:23 73:25 91:5
  92:2 122:20
Gary 105:16,18
Gate 113:6,12
Gator 23:12
gave 8:18 60:11 136:7 185:2

216:15 219:18 235:18 246:19
  253:3 257:25 286:14 305:15
  305:15,18,20 306:5,14,15
  309:16 331:2
gears 206:12
GED 225:9
general 15:12 42:24 43:25 79:5
  134:15
generalist 234:3
generally 138:13
generate 268:17 270:13 277:8
  296:20
generated 315:4
generous 155:24 157:7
gentleman 108:13 232:22
  292:10
gentlemen 129:16 201:17 215:5
  215:9 217:18 218:9 221:7
  222:16 223:7,9
Georgia 225:6 234:6
Gerald 100:9 156:20 160:9
  169:7
German 90:6 155:3 159:19
  167:21,21
gets 17:1 30:22 78:1 89:14
  116:19,19 202:19 216:22
  220:20
getting 93:8 113:4 115:12
  116:10 204:18 212:6 225:21
  254:2,25 255:2 265:4,5
  267:23,24 277:3 285:13 290:7
  290:13 322:11
ghost 105:20
Gilda 5:25 23:25 40:20 157:12
Giles 267:14,18 277:17
Ginger 3:16 185:7 224:3,8,20
  240:6 242:9 246:5 260:5,8
  263:19,22 265:24 266:5
  275:11 276:15 278:4 280:14
  280:21 286:14 334:3
Ginger's 275:8 286:25
girl 26:10,11
give 5:13 6:24 7:5 11:1 21:19
  23:21 27:15 37:8 38:3 40:19
  45:21 48:8 59:13,18 73:17
  75:10 83:11,13,23 97:1
  106:17 113:22 126:2 127:3,20
  129:10 130:6,22 131:10
  145:14,21 155:15,21,21
  160:18,19 161:2,22 162:2
  165:3 176:3 180:18 181:15,19
  183:12 186:3,24 187:1,2,2
  191:3 195:10,23 196:25 198:1
  203:1 206:14 207:5,22 211:18
  211:22 221:22,24 226:5 235:3
  242:20 253:3 269:2 274:20
  306:12 325:4 327:8 329:13,13
  329:15,18 331:14 334:14,19
given 15:16 20:23 197:17
gives 128:15 221:6
giving 167:18
glad 25:7 60:18
Glades 102:4
Gloria 105:23 139:18 169:24
Glover 82:4,5 135:6,13,17,19,21
  135:25 136:5,16 154:8 159:14
  173:16
go 5:16 8:14 10:18 12:6 13:6,13
  14:3 31:13 30:14,18,21,24
  34:17 35:13 40:18 43:18 44:8
  45:2,17,18,2 4 46:15 50:11
  53:24 54:4 59:17 64:18,20
  65:2 68:16 70:10,12,13 73:23
  84:12 89:18 91:9 92:9 94:4,6
  96:7,9 99:25 105:17 109:25
  110:2 115:16 116:1 117:4
  118:12 119:16,23 120:25
  121:2,4 126:23 127:1,2,6

133:14,18 139:24,24 145:15
  145:17 146:24 157:8,17,22
  158:3,8,8,9,10,10,21,23 159:9
  159:18 160:2,7 161:16 163:10
  172:3,22,22,23,2 4 173:3,15
  178:9,16 181:14 182:15,18
  183:3,7,11,13,14,2 4 185:18
  189:8 196:24 206:18 208:13
  209:19 215:4,18 219:11
  222:20 225:7 234:4 236:11
  242:5 244:10 248:20 252:7,24
  253:5,6 257:12,12 272:23
  273:21 275:22,23 279:11,17
  282:5,20 307:21 323:13 324:4
  325:11,18 328:4 335:25
goal 57:16 62:20 166:14 219:3,3
God 23:11 235:3
Godfrey 289:1
goes 5:15 183:20 197:11 211:9
  220:11 286:25
going 6:21,22 7:9,13 8:5 10:16
  10:17,18,21,21,2 3 11:17,18,18
  11:19,25 12:8 13:8,14,25
  14:10,13,16 15:4,7,18,20,20
  15:22 16:13,18,25 17:12 18:5
  18:9,19 19:20 20:6,16 23:6,9
  23:19,21 30:5,19 31:9 33:9
  35:7,17 37:6 38:2,9,19,25
  39:24 40:12,13,19 41:10,11
  44:5 45:17 48:25 52:14,18
  53:19 55:8,12,14 56:4 58:10
  58:23,25 59:17,18 60:1,14
  61:1 65:18 67:5 72:2,14 73:2
  73:4,15,16 77:2 81:14 82:1
  83:13 85:16 86:1 88:8 91:20
  91:21 93:20 94:12,13,23 97:1
  97:22 99:13 100:19 101:11,16
  101:19 107:4,8,17 108:21
  110:5 113:6,15 118:23 119:23
  122:8,17 123:3 124:22 126:17
  126:24 127:2,12,20 128:15
  129:10 131:11 134:15 135:9
  140:9,10 144:18 145:14,22
  146:18,25 147:1 151:24
  155:14 157:16 158:16 160:18
  160:19 161:8 163:1 166:4,12
  167:9,9 170:7,15 171:7 172:2
  172:4,5 175:12,12,19,22
  177:7 178:18,20 180:18,24
  181:9,14,16,17,19,20,23
  182:11,13,15,1 8 183:7,8,12
  184:14 185:18 187:7,13
  188:22 194:15,20 195:7,9
  198:25 199:10,22 200:1,2,4
  202:9 203:1,2,23 204:6,19
  206:17,24 208:4,24 209:3,4,4
  209:6,7,8,17,2 5 210:1,2,3,9
  210:10,12,13,15,1 6 211:2,4,10
  211:19 212:7,15,18,19,21
  213:7,18,19,22 214:1,3,21
  215:9 216:4,6,14,17,18,20,22
  216:25 217:1,4,14,21 218:4
  218:20,21,22,2 2 219:6,7,13,15
  219:19,20,23 220:1,9,14,18,20
  220:25 221:1,3,4,12,13,14,18
  221:22,23 222:2,6,8,11,15,17
  222:21 224:15,24 236:22
  237:18 240:16 248:25 252:25
  256:8 260:9,9 261:17,19,21
  263:12 264:8 266:3 268:12
  272:18,19,19,21,22,3 273:11
  279:7 280:2,9 281:10 282:3
  282:17 283:10 286:7,17 293:6
  308:7 321:4 322:10,14 323:3
  323:13,18,20 324:24 326:22
  328:24 334:14,15,22 335:1,8
  335:9,11
Gold 203:12,12,14,15,17,18,23
Golden 102:4

**gone** 198:18 281:17 294:22
**Gonzalez** 70:7,8,10,12,1 7 86:5,6
153:6 154:24 159:6,6,6,17
**Gonzo** 70:10,12,1 4 153:6 159:6
**good** 5:2,6,9 8:11 9:13,21,23
10:3,9 23:23 29:5,12,15,15,16
44:19 47:18 50:4 51:14 56:19
58:9,10 62:2,3 65:22,23,24
68:3 70:8,9 73:22 74:11 75:3
76:14,14 77:5,6 78:21,22
80:12 82:5 84:19 86:6,7 87:14
89:12 90:5,9,10,12 91:3,4,4
91:11 100:10,11 102:15,22
105:24 106:1,2 108:7 110:20
110:22 112:19,20,2 1 119:4,5
119:6,22 128:6,7 132:12,21
132:22,22 134:8,9 159:3
160:3 161:19 163:22,25
164:16 181:22,23 183:5
196:23 199:5 201:8 211:11,14
211:17 213:9 219:25 225:4
235:9 236:3,9,9,10 269:6,21
294:25 295:1 315:25 322:15
**goodness** 10:15 62:17 92:16
332:16
**goods** 200:14 227:22 235:13,19
235:25 294:11 315:5
**good-bye** 79:20
**google** 21:2,8 22:2,3 323:8
**googling** 21:3,4 182:22,22
**gosh** 14:21
**gotten** 55:5 144:1
**Government** 1:13 5:5,15 6:3
7:16 10:12 11:11 16:22,22
17:9 19:24 20:13 22:14,16
27:10 37:6,12 39:20 127:25
128:20 129:1,5,21 130:3,5,13
130:19,20 139:3 145:25 146:8
146:13 147:5,10,20 148:3
149:16,19,24 150:4,14,23
151:10,13 152:7,16,21 153:1
153:6,9,12,24 154:8,13,19,24
155:3,8,13,25 156:5,10,15,20
156:25 164:21 165:25 167:16
168:20,22 169:2,4,7,12 170:9
170:22,25 171:2,19 176:5
177:21 178:11 179:2,7,12
181:17 184:15 185:6,10,13
186:11,25 189:11 191:7
197:15 198:25 206:17 209:5
213:12,20,23 216:3,23 217:19
218:20 219:11,23,25 221:1
222:20,24 224:3 229:15
257:15 273:24 282:25 303:4,9
303:14,20 304:3,7 305:9
306:6,12 309:16,21 320:4
327:22 328:2 329:12,21 330:4
330:14 333:15,17 334:15,25
335:24
**Government's** 4:5 6:20 148:2
155:1 169:5 193:2,8 213:21
223:10 224:8 236:22 239:21
242:3,7 244:23 246:2,14
248:16,17,2 5 251:17 252:10
256:8 257:22 258:1 1 259:22
261:6 262:3 263:2,1 2 264:12
265:18 267:13,13 275:4 277:9
277:24 279:7 281:10 283:3,4
287:20 288:9 320:9 330:15
gphofficialreporter@gmail.com
2:7 336:15
**grab** 237:12
**grabbing** 126:10
**gracious** 62:17 332:16
**grade** 6:22 225:8
**graduated** 25:8 214:10
**grams** 247:12,13,15,17,1 8 250:2
250:13 255:19,23 257:2 258:8
258:12 260:7,16 261:1 262:19

266:14
**grand** 22:14
**Granted** 146:7 149:18 151:12
152:12,1 5 153:8,11,14,17
154:3 156:19 170:19,24 178:8
178:15
**gray** 278:11
**great** 20:23 23:13 29:16 32:25
47:19 51:15 58:17 66:12
93:13 100:11 102:23 104:2
110:23 112:22 119:7 121:7
125:1,2 181:5 255:5 323:1
**greed** 204:5
**Green** 192:18
**greeting** 181:25
**grew** 133:21 214:9 216:10
**Griffin** 262:11
**gross** 243:9
**Grounds** 275:20
**group** 13:23 71:13,13 227:3
233:10 238:4,7 314:8 315:2,4
**groups** 71:11 214:17,18
**Group's** 238:20
**grow** 1:7 5:4,10 9:15 10:4 22:11
128:19 129:23 130:15 134:12
140:10 144:17,18,25 145:2,6
145:11 188:14 189:10,13,13
189:16,21 190:2 191:18,20,23
192:1,4,7,10,12,15,18,22
193:10,13 199:11,23 200:3,6
200:9,12,14 201:10,18 202:10
203:18 204:10 205:3,10 206:1
206:3,24,25 207:12,14,16,23
208:4,8,11,1 5 209:21,24
210:3,5,14,19 211:9,11
212:16,19,21,24 213:3,11,15
213:24 214:5,8,24,24,25
215:3,8,13 216:11,18,25
217:4,5,7,20,2 5 218:5,10,12
218:13,15,1 7 219:2,9,13,18
220:2,4,5,6,1 1 221:3,16,19
222:4,7,17 223:2 225:18,19
226:3,14 227:14,16,19 229:4
232:23 233:3,5,6,12,15,18,20
234:25 236:1,16,20 237:2
238:11 239:11,14,19,22 240:6
240:10,12,1 4 241:9,20 242:9
243:24 244:20,20 246:19
248:18,21 249:4 250:5,8
251:20 252:1,12,14 253:13,23
254:4,8,21,22 255:7 256:9,23
257:23,25 259:5,14,23 260:4
260:23,23 261:2,7,14 262:4,4
263:23,24 264:20,24 265:12
267:14,19,2 3 272:5,8,11
273:1,12 274:11,1 5 275:5,13
276:24 277:4,10,17,18,22,25
278:4,8 279:8,13 280:8,16
281:24 282:1 283:5,22 284:6
284:7,14,19 285:2,5,8,20
286:8,12 287:5,12 288:4,12
288:16 289:14 290:2,23,25
291:25 292:23 293:13 294:8
295:6,10,18 297:11 298:11,20
299:10 300:2,12 301:4 305:6
305:13 306:17,25 307:9,15
309:7,11,15,18,20,2 4 310:1,15
310:22 311:2,7,2 1 312:17
313:15,24 314:15,25 315:3
316:1,10,23 319:4,21 321:1
321:10 328:20 329:9
**Grow's** 200:11 205:16 211:6
214:1,3 215:23 219:24 220:17
220:18,22 221:8 251:6 252:16
257:7
**guarantee** 321:13 330:2,5
**guaranteed** 321:17
**guess** 32:11 35:2 47:4 89:15
108:9 117:8 118:12 124:17

142:8 146:19 149:8 172:22
183:18 196:1 197:11 201:22
203:15 214:18 221:8 233:4
**guests** 32:16 176:24
**guide** 247:8 249:10 256:19,21
257:10
**guideline** 303:23,24
**guidelines** 303:11,12,13,13
**guilty** 14:6,8,8 19:10 22:13
23:12,13 43:10 88:25 94:6,8
107:14 129:20 130:15,18
133:18 210:4 213:3 223:5
228:19,23,25,2 5 229:16,17,19
235:1 300:19 302:25 304:24
**Gulliver** 113:11
**guns** 145:20
**Guthrie** 105:23,24,2 5 108:4
139:18,18,21,2 3 169:24
172:23
**guy** 23:11 25:23 130:10 329:15
**guys** 108:19 157:8 292:12
**G-o-n-z-o** 70:14

## H

**H** 332:17
**Haiti** 34:10
**half** 11:11 42:6 63:16,17,18,21
67:20 115:6 117:1,5 195:3
200:6 209:5 286:23 287:18,19
289:12,13 290:14
**Hallandale** 91:6
**hallway** 183:7,8 325:10
**hand** 9:10 12:5 134:17 142:16
143:3 144:4 181:8 224:7
**handle** 231:20
**hands** 107:23 137:25 142:5
**handwriting** 249:11,15 262:16
**happen** 16:6 58:25 155:15
158:16 184:14 230:10,17
258:20 259:1 260:23 279:3
286:3
**happened** 11:4 16:21,24 20:11
23:12 43:18 44:6 52:4 55:25
86:1 93:24 99:23 100:2 101:6
112:7 118:12,13 124:11
133:24,25 136:23 137:4
204:14 216:1 258:24
**happening** 16:8 49:19 154:17
259:18 265:12,15
**happens** 9:17 59:7 111:12
112:10 172:6 178:17
**happy** 110:11 124:20 163:11
167:4,6,7 170:17 172:8
**harass** 7:7
**hard** 70:24 88:17,18,18 90:18
91:7 134:25 182:12 195:10
230:25
**harder** 152:3
**hardly** 209:23
**hardship** 175:25 178:5
**hate** 179:17
**Havana** 12:14
**having** 16:5 18:3 20:4,7 38:3
230:25 240:23 259:10 261:15
271:3 312:11
**head** 24:6,25 202:19 320:1
**heads-up** 207:22
**health** 5:19 22:16 72:23 96:8
136:6,13 199:13,15 201:20
204:3 206:22,22 207:6,25
215:1 225:16,24 226:1 228:24
229:2 300:19,21 330:6
**hear** 17:21 20:13 24:1,7,10 28:3
34:17,18 35:5 41:22 43:6
87:14 100:2 126:3,1 1 128:15
129:18,19 130:7 131:21
134:23 135:1,18 136:18 138:7
138:24 140:9,10 141:13
144:18 151:9 166:10 181:16

184:5 186:7,20 187:1 198:20
199:10,22 200:2,4,23 202:1
202:10,14,23 204:19,25 205:7
205:9,16 206:11 207:24
208:25 209:3,4,8,2 5 210:1,10
211:2,4 212:2,18 214:21
222:11 223:2 255:3,4 258:3
325:15
**heard** 6:2 7:10 10:23 11:23
22:11,19 23:2,7,14 40:4 47:23
126:12 128:18,22 129:21
133:2 138:25 140:6 141:15
145:2 149:3 159:13 184:8
199:6,13 212:25 233:4 236:5
**hearing** 17:21 47:24 72:14 73:17
91:7 119:16 126:1 186:8
187:18
**hearsay** 188:23 189:1,17 190:13
190:24,24 191:5,11 223:19
**Hebrew** 7:23
**held** 5:1 145:18 148:20,25
150:10,12 157:11 165:23
172:1 197:6 282:8
**hell** 221:3
**hello** 98:9,10 120:23 122:12
123:25 181:25 182:3
**help** 11:19 16:15 69:13 71:7
88:5 99:1 112:1 113:10,15
202:24 203:6 317:9
**helpful** 198:5
**helps** 107:10 117:11,13 323:25
**her** 8:19 24:1 64:20 87:1 116:4
117:15 142:14 151:25 168:11
168:17 186:18 201:9 240:7,8
240:9 261:22 286:14,15
292:17 327:23 329:8,9 331:6
**Herald** 21:17
**Herbalife** 143:9 201:18
**herself** 331:21
**hesitated** 96:2
**hey** 100:10 161:18 181:22
205:19 292:12 323:15 324:6
324:20,21
**He'll** 206:15
**hi** 79:20 124:1
**Hialeah** 40:22 52:23 97:5
**hide** 182:14 223:3
**hiding** 221:10
**high** 77:15,17 113:6,12 123:13
225:8
**highest** 6:22 246:11 247:15,18
248:4,4 261:1 262:10,21
319:2
**Highway** 123:6
**him** 6:11 9:4 22:14 23:12,13
27:15 30:15 43:23 44:6,8
76:11 87:15,25,25 88:5 89:5
94:4,17 104:5 117:20,21,22
118:15 123:15 126:14,15,16
128:15 129:13 131:10 133:24
133:25 139:23 145:21,23
146:18,24 161:23 163:22,22
166:1,3,4,17,19 167:9 170:15
171:9 172:18 195:22 196:16
200:16,17 201:13 207:2,4,5
207:12 214:6,12,14 216:15
219:21 221:16 222:7 233:1
235:3 240:1 242:25 253:3
255:3,4 258:5 263:9,17,18
264:3,4,6,6,22,2 3 265:2,4,7,8
265:11,14,16 272:9,10,12
273:2,3,5,5,8 274:20 277:7
278:15,17 279:22 285:16
286:4,22 287:3 288:5,6,17
289:15,17 295:7,8,14 297:5,7
298:8,22 299:10,12,12,14
300:2 302:9 306:17,18,20,22
307:13 313:20 319:6 329:8
**himself** 119:15 171:9 222:13

hint 63:17
HIPAA 251:23
hire 285:17,17 286:6
hired 206:3,3 234:2 285:22,23
history 17:2,4
Hoeveler 66:9 67:24
hold 38:19 44:5 52:14,18 88:8
  97:22 101:11 110:5 124:22,24
  127:4 135:11 139:16 144:25
  148:17 151:25 152:2 160:14
  161:25 165:19 174:13 176:6
  177:23 180:18,20 182:1,3,12
  182:16 214:12 328:23
Holdings 233:24,25 234:1,10,15
Holiday 31:25 32:13 176:13,22
  177:5
home 12:19 20:18 22:24 33:24
  51:4 54:15 60:5 72:23 85:7
  98:25 99:3 105:8 322:14
  323:13,25
homeowner 48:3
homes 106:13
Homestead 27:17 63:14 80:4,4
  109:2 113:13 115:8,10 126:13
Homrighausen 289:3,4,5,5,6,7
honest 163:13 177:7 331:3
honesty 143:20
Honor 5:6,9,23,24 6:4,18 7:17
  7:19 8:3,6,10 11:12,14 86:6
  112:19 128:2 134:5,7 143:7
  145:13 146:24 147:3 149:22
  150:15,17 151:11,16,19
  152:10 154:20 155:2 168:2
  177:25 178:2,12 179:14,16
  184:16,22 185:6,9,21,24
  186:2,3,9,23,25 187:9,12,19
  187:24 188:7,23 189:2,12,21
  189:25 190:5,9,15,18 191:2
  191:15,17 193:9,25 194:10,17
  194:23 195:2,6,8,11,16
  196:22 213:5,8 224:3,11
  236:11 237:12 262:1 272:16
  275:19 282:14,21 291:14
  294:13,15,17 307:19 308:3,10
  325:21 326:10,19 327:3,11,15
  328:8,14,25 329:11 330:11
  331:3 332:3,13,24 333:12,14
  334:18,22 335:21
HONORABLE 1:10
hope 130:20 158:21 214:11
  229:23
hoped 230:15
hopefully 316:5
hoping 304:2,13 316:11
horrendous 116:12
Hortensia 47:15 149:19
hospital 24:17 46:20 54:20
  86:17 87:2 138:14
hospitality 132:15
Hotel 70:21
hour 27:19 53:14,15 63:16,17,18
  63:21 65:5 67:20 90:16 115:5
  116:17,25 117:5 175:6,13
  183:12,18,1 186:19 195:13
  195:17 197:10 198:18 322:24
  334:22
hours 11:5 21:4,24 27:19 45:9
  57:2 71:3,4 114:21 124:16
  162:14 176:25 182:21 194:4
  194:21 195:1,3,15 244:15,16
  272:24
house 15:2 45:25 50:25 85:25
  106:8 115:20 118:12 176:10
  177:13 192:15,22 218:22
  241:12,14 243:16 249:25
  250:1,3,4,5,17,18,2 1 255:17
  255:25 256:10 258:15
housecalls24/7@mdofficemail...
  256:9

Housekeeping 106:10
houses 221:9
housewives 201:3
HR 234:3,8,11
huge 194:22
huh 47:4 67:22 77:23 79:23
  88:17 102:5 112:4 113:10
  173:22
human 324:4
hundred 217:11 228:9 291:4
hung 166:15
Hurricanes 214:11
hurt 87:1
Hurtado 56:18,19,20 151:3
  158:6
husband 12:20 63:6 64:4 85:6
  85:11 86:22 88:11 96:19
  107:1 109:11 122:25 123:13
  136:24 137:4 138:17 148:6
  149:4 201:9 323:15

                I

idea 8:11 184:24 185:1 195:1
  205:19 211:21 227:11,13
  269:11,12,1 4 272:8,9 273:3,5
  290:17 297:21 298:23 318:17
ideal 114:5 166:11
ideas 317:23
identification 4:3 198:13 307:19
identify 227:16
identifying 226:14
identity 15:3
illegal 46:10,12 208:23 316:14
  316:16
illness 21:10
ill-gotten 208:10
Immacula 72:10 153:9 159:8
immediately 22:25 222:11
  279:11 299:23
impact 175:11
impartial 12:3 15:19 129:2,7
impeachment 326:25 327:19,20
important 16:10,20 23:24
  113:16 128:9 157:14 164:2
  198:22 207:8 210:18 211:16
  212:20 214:6,17 217:6 218:10
  259:14 264:9 288:14 323:8
impose 334:8
imprisonment 302:18
improve 33:6,13,15
improving 54:1
inappropriate 6:25 14:2
inbound 260:1
Inc 237:4
incident 170:8
incidents 258:24 259:1,17
  262:25
include 188:12
including 237:20
income 271:3
inconsistent 219:9
increase 202:25 228:5 303:24
increases 291:2
increasing 207:3
independent 217:2 220:23
  313:24 320:15
independently 313:15
Indiana 105:14,15,15,16
indicate 134:17
indicated 209:25
indication 157:10
indicted 133:15,16
Indictment 22:6,7 244:19 301:2
  301:4 302:12
individual 114:16 166:13 199:21
  202:11 276:18
individually 20:6
individuals 10:24 13:23 15:21
  21:16 226:16,19,20 288:2

292:18 300:15 331:19
induce 199:24 212:9 239:9,19
influence 14:15,24 48:25 58:6
  65:18 94:23 126:17
inform 265:13
informal 186:8
information 210:21 227:13
  231:19 251:1 254:17 268:15
  268:16 269:12 270:9 271:19
  273:14 274:18 285:16,18
  286:5 298:7,7
InforMD 214:22 215:3,10,11
  311:8,10,10
InforMD's 215:6
informed 278:5,12 279:10
Info/Profile 246:23 247:9
  256:20
infusion 138:21,22
ingredient 203:5
ingredients 202:24 203:24 204:2
  204:4 205:13 210:14
initially 226:16 233:15 298:13
initials 104:5 257:7
injectables 234:5
injured 44:23
injures 209:13
injury 214:14
Inn 31:25 32:13 176:13,22 177:5
  252:3,4
innocence 6:6
innocent 14:6 17:9 19:9 20:3
  22:12 107:13 109:21
inquire 335:8
inside 20:18 50:11,12 210:12
instance 217:10 219:16
instances 253:16
instantaneously 17:4
instead 195:22 198:12 209:20
  244:9 262:7
instruct 134:23
instructed 210:6 250:8,11
instructions 181:15,19 206:15
  215:20 246:19 250:3 251:6,10
  252:16
insurance 107:12 109:10,21
  122:16 136:6,7,8,12,13,22
  137:16,18,20 138:6,8,16
  139:1,3,4,4 199:14 217:25
  218:6 225:24 226:1 231:3,5,7
  231:10,15,19 232:1,4,23 233:1
  234:2 235:13 242:14 246:11
  247:15,1 18 248:14 266:20,24
  267:2 273:25 274:3 291:3
  310:3,6,8,1 3 315:15
insurances 217:23
insured 218:1
intake 255:19,22 260:24 317:3,4
  317:9
intend 185:13 270:4
intended 213:24
intends 185:10
intent 213:15,18 214:2 219:5,25
intentionally 11:16 83:24 84:11
interact 141:3
interactions 210:13 233:14
  260:22 314:25
interest 233:18
interested 215:18 231:25
interesting 28:14 33:9,10 213:12
internal 216:15
international 30:4 71:2 133:3,12
Internet 21:1,7,8 22:2 182:24
interrupt 148:17 194:24 322:10
interview 285:24 291:19
introduce 185:11 190:23
introduced 233:15
introduces 233:20
invalid 208:17,18,19,22
investigation 21:9

investors 113:3
invited 292:9
invoke 333:25
invoked 334:4
involve 225:20
involved 87:1 129:25,25 133:8
  181:21 204:10 210:2,5 212:22
  212:22 216:15 225:21 227:17
  235:15 241:20,20 254:8
involvement 253:13 254:7
involves 5:24 14:18 22:16
  128:18 135:4
involving 107:15 236:17
Iraq 16:12
IRS 221:9
issue 10:19 17:25 39:7 117:19
  143:12 176:9,23 185:10 252:2
  268:4 282:11 294:18 299:11
  335:7
issues 10:20 130:2 148:12 153:7
  155:14 179:19 181:7,8 293:14
  294:21 317:10,11 335:2
items 259:8
Izquierdo 31:19,19,2 1 147:5
  157:25 176:9,10 178:11,16

                J

J 1:13 103:19 172:14 174:12
  178:23 180:17 233:24,25
  234:1,10,12,1 5 315:14 332:18
jack 210:14,15
jacked 204:1
jacking 207:2
Jackson 46:19 50:9 96:8 165:10
Jajo 267:20,25 268:2
James 103:18,19,20,2 1 167:24
  167:25 169:19 172:13,19
  173:10 174:9 178:21 180:21
  249:2,15 274:22
Jansel 120:22 171:19 173:7
January 1:7 41:14 70:25 189:10
  234:6 242:9 252:11 253:1,11
  274:13 293:9,12 297:13,18
  298:16,17,18,2 4 299:1,9
  305:22 306:10 315:12,23
Jean 34:4,5,6,6,7 130:8,8,9,22
  147:10 158:1 160:18,22 165:3
  165:5 272:22
Jeff 5:10 10:3 134:10 213:10
  313:8,10
JEFFREY 1:20
Jefnie 34:4 147:10
jeopardy 8:12
jet 218:23
Jitney 324:5
jmarcus@mnrlawfirm.com
  1:24
Jo 267:14 277:17 292:16
job 57:1 60:14 72:21,22,2 5 91:9
  91:12 106:7 114:16 122:21
  124:5,6 144:8 212:23 285:24
jobs 12:8 16:2,2 112:25 113:1
  176:10
Joe 104:10
John 65:21 131:16,17 152:21
  246:24 247:25
join 240:13
joined 245:2
joint 303:4
Jon 1:14 5:7 9:22 128:13
Jones 100:9,10 103:18,19,20
  104:6 156:20 160:9 167:15,17
  167:24,25 169:7,19 172:9,13
  172:14,19 173:9,10 174:9,10
  174:12,13 178:20,21,23
  180:16,17,2 1 272:21
Joneses 178:23
jon.juenger@usdoj.gov 1:18

**Jordan** 77:15,17
**Jorge** 44:18 149:16
**Jose** 23:21 120:22 145:25 171:19 173:7
**Joseph** 104:4
**jotted** 186:15
**Jr** 2:6 65:21 73:21 336:13
**Juan** 112:18 170:22 173:2
**Jude** 110:14
**judge** 1:11 9:14 13:7,14 14:22 15:23 18:4 19:21 20:5 21:4 44:3 47:1,3,5 64:19,20 66:9 67:24 78:15 81:2,6,7 87:6,13 88:9,12 92:23 99:14 104:2 125:3,4 128:18,22 131:9 134:13,23 145:10 154:4,6 157:13 158:9 182:11 196:6,10 206:14 213:18 230:3 255:3 323:23 326:23 331:23 333:25 335:4
**judges** 13:9 157:9 177:18
**judge's** 215:20
**judgment** 217:2 304:10
**Judicial** 282:10
**judiciary** 7:11 10:13 16:17
**Juenger** 1:14 3:4 5:7 9:22,22,25 128:13 184:16,18 199:1,2,4 213:6 214:20
**Julie** 293:3
**July** 230:22 285:4 293:11
**June** 201:12 281:11,24,2 5 283:5 284:15,20
**jurist** 7:2
**juror** 6:10,22 7:7 10:13 12:22 13:22,24 18:4 21:19,20 24:9 25:25 28:11,12,13 29:2 32:3 34:20,22 36:15 42:25 46:2 47:25 49:9,11 50:10,11 51:15 51:18 56:15 57:5 58:24 59:25 61:5,11,16 63:23,25 64:14 66:2 68:17 70:4 71:16 72:1 74:23,25 75:2 77:18,20,22,24 78:25 81:6,7,17 82:15 83:6,10 83:18,22 84:24 85:8 86:7,9 88:20 89:25 91:23 92:12 93:15 95:11,13 97:12 98:1,20 98:22 99:8 102:25 104:15 106:2,4,6,20 109:13,15,18 111:20 118:8 120:4,17 121:9 121:11 123:18 124:5,7 135:10 146:12 147:9,14,24 151:2,7 152:20 153:5,23 154:4,6,12 155:7 156:9 157:20 166:19 167:22,22 169:11 172:19 174:9 175:25 182:8 323:24
**jurors** 5:11,18 6:23 7:1,2,20 8:1 9:9 13:2,9,20 15:19 16:15 23:6 60:17 63:17 107:9 131:6 134:14 155:12,23 158:12 160:12 167:6,7 169:14 181:9 184:7,8 196:3 197:8 282:18 326:2
**jury** 1:10 8:8,12 10:18 12:3,5 13:4 15:8 16:4,10 18:12 20:18 22:14,19 25:25 28:18,18 31:5 41:4 42:1 47:12 48:6,9 53:25 54:11,13 57:9 60:10 61:14 69:2,2 74:11,13 77:24 78:2 82:23 84:5 88:25 92:19 95:23 103:12,15 104:23 115:10 126:25 128:25 129:18 131:20 159:5 166:15 171:25 173:24 175:14 179:12 181:11 182:20 184:4,11,13 195:25 197:7,8 197:12 199:5 224:1 226:2 233:5 241:24 243:1 251:2,12 272:7 278:7 282:8,19 294:21 323:10,12,1 6 324:12 325:8,13
**jury's** 268:13

**just** 5:19,24 6:6,12 7:15,19 8:6 11:7,19 12:1,13,22 13:13 17:12,22 19:1 21:20 23:4 30:8 41:13 46:1 50:17,18 51:6 53:15 62:10 66:12,12 71:13 71:24 74:15 77:20 79:20 83:14 84:12 85:19 89:2 90:1 90:16 92:7 94:19 99:15 101:20 103:25 104:18 107:18 107:22 111:21 113:20 114:2 115:16,22 117:19,19 118:15 122:15 126:18 127:13,17 128:17 130:4 131:5 132:13 133:13 134:13,17 135:3 137:13 142:25 144:8 145:10 145:21 151:18 152:3 161:18 162:12 165:7 174:6,18,19,24 175:16 178:2 179:20 180:10 187:1 188:19,20,22 189:14 194:10,11,19 195:5 196:6,6 196:11,21 200:11 201:2,8 203:1,5,13,16,21,2 5 204:1 205:2,23 206:6 207:9,17,19 207:21 208:2,9 209:2 211:15 211:18,23 212:5 214:20 216:13,18 222:16 223:4,5 225:17 228:10,12,20 230:24 233:3 235:21 237:10,12,15 240:7 242:7 243:8,10 244:1,5 244:20 246:13 252:3,4 254:17 256:1,5 258:5,21 265:14 267:9 268:13 270:13 275:25 276:8 280:2,21 281:9 286:12 287:23 290:6,12 291:1,12 292:8,20 293:24 294:14,19 298:6 303:16 307:20 308:25 314:22 318:3 319:25 320:23 321:7 322:25 326:13,21 327:18 328:5 329:22 330:9,25 331:19,20 332:1 334:24 335:8

**justice** 20:2 86:19

**K**

**K** 332:18
**Kate** 5:10 10:4 134:11 213:10
kate@ kmeyerslaw.com 2:4
**Kathryn** 2:1,1
**Kay** 141:13,16,19,2 2 143:1 201:18 215:15
**keep** 78:14 166:1,3,19 171:3 172:21 187:13 195:11 209:18 219:11 221:7 222:25 272:18 272:19,19,21,22,2 3 283:22 285:8 300:13 323:5,9 324:13
**Kelly** 54:9 150:23 158:5
**Ken** 233:6,6,9,10 310:22 311:5
**Kendall** 24:17,18 31:17 56:21 59:22 62:4 90:11 124:4
**Kevin** 1:13 5:6 9:21 128:12
kevin.larsen@usdoj.gov 1:18
**key** 335:22
**Keys** 113:6,12
**kickback** 207:11,12,14 208:12 212:6 216:21,21 217:14
**kickbacks** 199:23 200:12,16 204:9 205:23 206:2,7,25 207:1,7,9,13,13,16,20 208:1 210:7 212:9,11,13 216:24
**kid** 116:17
**kidding** 113:14
**kidney** 138:20 196:10,20
**kidneys** 138:19
**kids** 18:2 28:9 58:22 59:24 101:23 114:23 115:11 117:13
**Kim** 289:4,5,5
**Kimble** 233:6,7,9,10 310:23
**kind** 11:15 28:25 35:21 43:25 54:7 66:8 79:4,20 94:20 95:19

105:21 109:9 134:21 143:9,9 143:25 177:17 181:2 198:15 206:10 207:11,16,19 238:10 277:4 279:3 284:8,10 291:1,7 291:7 312:6
**kinds** 177:19 207:9,10,20 310:17
**King** 9:25
**knew** 63:6 77:2 91:20 122:13 157:19 205:24 218:5 226:17 226:19,20 231:17 276:4,4,5 276:12,13 280:16 296:22 298:20 302:23 313:14,15,16 323:23 330:20,24
**know** 8:19 10:7,14,19 12:6,7,11 12:13,15,15,24 13:11,13,15,17 14:23 15:4,24 16:8,15 17:11 17:15,23,23 18:1,8,9,15,20,22 18:23 19:4 20:2,6,10 21:5,11 21:21,25 23:10,14,24 25:24 27:7,12 28:14,17,24 29:3,4,4 30:15 33:1,8,9,15,22 35:20 36:1,3,23 37:2,6,7 38:2 41:4 41:10,12 42:7,12 43:4,11 45:1 47:23,24 49:16,20 50:23 53:20 55:10 56:6 58:2,10,23 58:25 60:6,9,10,16 61:12,21 62:7 63:1 66:12 67:1,3 69:19 72:14 73:17,19 74:11 75:9 76:15,23 78:1,1,2,8 79:18,19 79:22 80:16 81:24 82:23 85:20 87:14 89:2,3,3,6 90:13 90:14 91:6,18 94:10 96:15 97:20 99:13 101:14 102:19 103:8,25 104:2,22 107:6,11 107:16,17,23 111:9,18,25 112:12 114:1,23 115:22 117:20,23 118:3,5,19 119:14 120:14 121:17,24 122:13 123:15 125:8 126:6,10 128:9 133:5,19 136:21 137:13,17 138:24 139:9 141:11,17 143:24 145:14 151:24 158:18 160:14 161:4,7 163:15,16,18 163:19,20,22,2 165:3,6,15 166:3,8,9,20,2 1 168:8,9 175:18,23 177:13 178:24 179:24 181:2 182:6,6,10,11 182:21 183:9,9,20 184:12,13 185:23 186:14 188:5,19 189:14,20 191:1 194:22 195:17,18,20,2 1 196:1 198:8 206:16 209:2 211:20,20 221:6 225:10,23 228:13 230:10 231:18 235:5 236:8 239:22,25 241:10 248:1,6 249:8 256:12 257:5 262:8 263:9,21 264:1,6 264:6,6 265:7,12 267:14 268:21 269:2 272:2 274:22 275:5,17,17 276:5,9,13,24 277:1,10,22 278:14,15 279:15 279:18,22 280:16 282:1 283:19 288:4 289:7,11,14 291:7,11 298:6 302:3,25 303:16 305:24 306:2,7,7 308:25 311:10 314:9 315:1,20 316:15,18 318:3,19,20 319:25 321:1,23 323:2 324:3,13 326:11,12,21 328:16 329:22 330:9,25 332:1 333:17 335:11
**knowing** 144:20,21 330:22
**known** 195:20 226:20 230:4 289:14
**knows** 8:20 10:24 107:24 335:1

**L**

**L** 1:19 103:19,21,23 332:18
**La** 163:21
**labor** 324:18
**lack** 130:17

**ladies** 129:16 201:17 215:5,9 217:17 218:9 221:6 222:15 223:7,9
**lady** 23:25 293:3
**Lakes** 62:4
**Lakeva** 281:13 283:7
**Lam** 10:1
**language** 18:1 19:6 176:23 239:7 239:11 247:4
**large** 135:4 140:11,22 144:21 215:11 245:19
**Larry** 191:18,20 193:13
**Larsen** 1:13 3:7 5:6,6 7:17 8:3 8:10 9:21,21 11:12 128:2,5,6 128:8,12 129:9,15 130:12 131:14,25 132:3,7,11,25 134:5,13 145:19 146:2,9,14 146:24 147:3,6,11,16,21 148:1,4,6,10,16,1 9 149:1,3,9 149:11,17,20,2 5 150:5,9,15,21 150:24 151:4,11,14 152:8,17 152:22 153:2,7,10,13,16,20,25 154:9,14,20,2 5 155:2,4,9 156:1,6,11,16,2 1 157:1 166:1 166:18,24 167:2,5,13,17,19,25 168:5,12,21 169:3,8,13,20,25 170:6,10,23 171:1,3,5,12,20 177:25 178:12 179:3,8,14 185:6,9,21,23 186:2,6,9,23,25 187:3,9,11,14 189:12,16,21,25 190:2,9,15 191:15,17,20,23 192:1,4,7,10,12,15,17,22 193:9,12,25 194:3,6,10,12,17 194:19,23 195:2,6 209:25 212:25 224:3,11,14,16,22 225:3 236:11,14 237:12,14 241:2,7 242:5,6 243:7 251:17 251:18 255:6 257:11,14 258:7 262:1,2 272:16,25 276:23 278:20 279:1,2 281:5 282:16 283:1 291:14,16 293:24 294:4 294:13 300:18 326:19 328:5 328:14,16
**laryngitis** 293:20
**last** 7:12 21:23 29:25 30:25 59:2 62:11 68:21 71:11,14 72:21 72:24,25 94:1,2 113:11 162:7 173:5,8 177:18 205:25 207:16 212:15 223:22 266:14 274:5 281:1,6,8,8 286:15,16 291:17 291:23 297:16 306:14,15 333:12
**lastly** 208:15 209:2
**late** 45:10 114:2 166:5 298:18,24 299:1 306:10 325:6,20
**later** 41:5 83:8,9 128:16 208:14 223:24 226:17 280:7 298:14 298:15 311:9 324:24
**latest** 11:7
**Latin** 18:14 79:5 163:19
**latter** 71:4
**laughed** 148:15 149:7
**laughing** 33:16 75:15
**laundering** 208:8,9
**Laura** 86:5 123:24 154:24 159:17 179:7
**law** 2:1 15:12 16:18,19 18:8,10 19:15 20:7,9,16,17 28:24 33:21 35:20 36:23 37:10 38:22 42:12 43:9 49:16 50:23 55:10 58:2 60:9,10 61:23 63:1 67:1 79:18 90:13,13 91:18 96:15 97:22 99:11,13 101:16 101:19 105:13 111:18 118:19 125:8 134:23 148:7,13 198:22 214:5 215:12 219:4,5,22 222:19 301:15 325:2,3
**laws** 324:19
**lawsuit** 57:6

**lawyer** 14:22 18:6 38:20 47:10 87:24,24 88:5,6,7,11 89:8,9,9 89:10 110:10,11,13 124:18,20 181:24 195:24 196:12 198:14 208:16 301:14 303:18 324:7 328:9
**lawyered** 219:15
**lawyers** 11:8 13:10 15:14 18:5 18:14 19:11,18,19 20:14 21:3 22:11 23:6 26:24 28:19 36:3 38:15,17,21,2,3 44:6 61:7 64:18 69:25 78:14 84:10 88:8 89:3,19 110:1 124:22 127:8 164:20 165:18 181:20 182:22 183:5 196:15 198:4,7,20 215:11 216:15 222:7 223:24 299:17,24,24 301:20 334:10
**Lay** 3:6 185:7,11 224:4,8,20 225:4 228:19 230:4,24 236:3 236:24 237:15 239:23 240:24 242:10,13 244:10,25 247:22 249:15 250:24 256:13 257:15 262:8 263:3,19 264:13 265:19 265:24 266:5 269:18 273:16 274:22 281:12,23 283:3,15 288:9,10 291:17 294:25 309:6 328:20 329:3 330:3 331:6,21 332:4,11 333:19,23 334:1,3
**Lay's** 329:20,24
**lead** 261:18
**leading** 275:21 281:4 293:23 294:2
**leads** 296:20
**League** 22:10
**Leah** 119:21 141:19 144:7 171:11,13
**learn** 118:15 200:1,7 203:23 204:7 215:9 216:14 219:1
**learned** 7:23 177:20 215:3 222:6
**least** 104:20 119:20 143:24 181:6 186:13 195:2 229:22 290:14,15
**leave** 30:10 36:2 60:25 61:1 71:8 115:20 116:19 119:16 157:18 157:18 167:13 177:6 324:12
**leaving** 119:10
**lectern** 128:3 224:11,21,23 255:5 326:8
**Lee** 103:18,20,22
**left** 7:21,24,24 15:13 24:1 94:5 116:12,16 121:5 125:15 158:3 167:12,23 179:18 224:6 255:20
**legal** 58:2 64:9 219:17 278:10,10
**legally** 49:3
**legitimate** 149:12 216:12 261:20
**Leisy** 63:11 152:16 158:25
**Lemon** 12:17,17
**length** 195:14 293:24
**lengthiest** 334:23
**lenient** 94:17
**Lennen** 256:13,25
**Leon** 73:21,22 153:12 159:9
**less** 43:17 57:19 63:18 130:4 137:13 161:4 176:4 184:18,25 185:3 218:19 234:16
**lesser** 130:22
**lesson** 118:15
**let** 10:6,6,21 13:13 14:22 15:3 16:8 17:11,12,23 18:22 19:4 20:5 21:10 32:6 33:11 45:2 54:9 59:17 83:22 88:19 131:7 131:23 151:18 158:8,9 161:25 165:18 166:12 173:9 174:13 181:14 182:21 184:5,11 188:7 198:12 209:2 231:18 242:3 259:5,22 261:6 263:9,21 264:1,5,6 265:12 274:15 275:4 277:9,24 279:16,18

**283:18,20 294:13 296:23 307:21 320:25 321:1 325:14 330:25
**Letkemann** 277:11,13 333:20
**letter** 41:14
**letters** 202:3 332:14
**letting** 138:24 265:7 269:2 278:14,15
**let's** 40:18 49:21,23 83:21 89:24 117:14 135:3 145:17 160:18 161:22 163:6 164:15 168:19 173:15 186:10 189:8 195:15 226:18 231:24 234:22 243:13 246:1,2 247:10,20 248:16,20 249:13 252:10 255:10,11 259:20 272:23 285:11 295:10 309:23 323:21 324:22
**level** 78:14 200:14 206:18 303:16
**levity** 84:3
**Lewis** 64:11
**Liberty** 82:12,13
**license** 85:19 117:22 118:1
**licensed** 143:17
**licenses** 218:4 241:17,18
**lie** 230:7,8,11,17
**lied** 199:7
**life** 19:1 90:12 134:20 242:2 244:4
**lift** 138:5
**light** 178:2
**lighten** 83:24
**like** 7:13 13:16 15:3,11 21:1,2,20 26:24 27:8 29:12 35:3 39:22 41:12,14,2,3 44:21,23,23 45:4 45:8,10,13,14,18,2,5 46:1 48:18 53:21 60:1,11,15,22 61:14 65:6 69:9 70:16 73:1,10 73:23 87:8 95:9 99:19 100:3 102:8,9 107:20 117:15 121:7 127:18 130:22 134:12 135:6,7 135:9 138:10,21,22 141:13,15 141:18,22 142:18 143:1,9,9 144:9,9,9,11,1,1 160:14 164:9 166:1,3,5,15,1,7 168:2 172:7 174:6 175:8 176:24 177:6 181:3 185:14 193:20 202:7 206:6 212:3 235:18,19 236:8 236:9,10 244:3 245:13,14 250:16 251:11,14 260:14 262:14,25 272:1 277:13 286:18 287:2 291:2 292:12 294:18 297:23 298:17 307:20 310:10,20 311:12 326:5,11,14 327:1
**liked** 211:25 212:2
**likely** 130:3,4
**likes** 72:24 102:12
**limited** 324:25
**line** 4:4,4 140:3,15 227:14 313:21
**lining** 8:2
**linked** 181:23
**LinkedIn** 233:6,8,11 310:25
**Lisbette** 84:18 142:6 154:13,19 159:16
**list** 8:1,17 186:11,12 231:12,14 216:13 243:18 288:14 289:10 289:10 307:21 308:18 326:9
**listed** 188:20 291:23
**listen** 70:12 89:24 99:14 112:6 207:10
**listening** 40:14
**literally** 208:3 206:3
**litigation** 64:13
**little** 10:22 12:7,14,14 13:25 14:1 15:5 17:1 18:20 21:15 24:13 27:15 31:20 34:10 36:7 57:14,15,15 62:1 66:12,21

**72:11 73:11 74:15 75:3,7,18 75:24 77:25 78:16 80:18,19 82:6 84:2,13 89:24 96:2 97:2 107:18 114:16 116:1 120:24 121:21 124:3 128:21 162:2 164:13 168:8 183:21 195:14 199:13,20 205:2 206:12 211:18,22 214:8 218:19 230:24 241:22 245:25 251:11 255:10 323:19 333:24 334:2
**live** 12:10 24:11,14 27:16,17 31:16,17,20 34:9 36:8 37:22 38:5 40:21 44:15,16 49:25 52:22 56:20 58:12 59:21,22 62:4 63:13 67:19 68:7 69:22 72:12,16 73:24 77:6 80:3,4,20 82:7 85:1,2 90:11 91:2,5 92:1 97:4 98:10 102:3,4 109:1 115:8 120:19,25 122:19,20 124:3,4 126:13,1,3 211:12 225:4 323:14
**lived** 211:12
**living** 12:20,21 42:23 82:24 90:12 101:25 106:9 230:21 234:12
**LLC** 313:2 314:8
**Lloyd** 234:24 281:16 288:24 289:2,5,13 295:20,23 296:2,5 296:16,25 297:2,17 311:12 312:14 313:6
**LLP** 1:20
**LMS** 188:14 189:10
**local** 301:18,20
**long** 7:6 21:6 27:18,20 30:7 46:24 49:11 52:24 53:13 56:8 56:12 57:13,19 63:15 66:10 66:18 86:13 88:20 95:3 95:17 101:1 104:19,22 116:15 141:21 151:24 161:24 162:7 165:6 182:17 183:4,6 184:17 184:23 194:1,5 195:9,25 196:12,1,6 232:12 234:10 286:20 302:5,18,23 335:11
**longer** 12:17 13:8 15:23 20:7 57:23 66:21 84:14 183:16 220:3 272:15 278:23 281:22 334:20
**longest** 197:10
**look** 12:7 22:24 29:5 43:8 63:21 116:2 130:20 151:18 157:18 161:22 172:6 182:24 189:20 191:5 206:6 211:15,19 224:25 224:25 242:24,25 244:8 245:13,14 246:13 247:10,20 248:16 249:13 250:22 251:13 252:10 256:12,15,24 257:3 258:5,5 263:17 266:2 272:1 289:10 307:21 324:17
**looked** 265:18 273:8 299:25
**looking** 32:5 134:13,20 139:17 162:2 182:5 185:19 211:16 232:18 233:16 242:7 246:2 260:19 262:11 267:1 269:6,21 299:17 304:19 311:2,5 312:11 313:10 316:5
**looks** 172:7 198:1,4,14 260:14 262:23 277:13 286:18 287:2 324:13
**Lope** 266:15
**loperamide** 248:1
**lose** 181:5
**losing** 47:24
**lost** 276:7,10
**lot** 7:9 15:22 21:1,1 32:8 38:24 71:2 76:17,19 81:24 86:25 102:19 106:7,8 107:24 136:18 137:13 140:9 144:18,23 145:1 148:18 155:15 164:14 175:22 195:17 198:15,17 200:24

**203:7 211:14 215:10,11 218:11,18,20 221:15 240:1 261:18 297:1 302:9 305:2 306:3,24 312:19 315:15 316:6 316:19 324:4 329:23 332:1 334:24
**lots** 38:21 57:1 202:13,13
**lottery** 181:4
**loud** 180:2 242:24,24
**louder** 241:1
**loudly** 17:22 24:8
**Louisme** 115:2
**Lourdes** 113:16
**love** 10:19 58:22 82:23 124:6 182:2
**low** 78:14
**lower** 146:20 151:8
**LS** 188:2,6
**lucky** 61:8
**Luis** 31:19 119:3 147:5 171:9 173:4 331:7,20
**lunch** 65:5 113:25 127:20 157:23,24 158:9 166:11,12 181:18 183:12,18 186:17,19 197:10 198:18 322:24 323:16
**luncheon** 197:4
**Lyft** 53:10,11,13 324:5

**M**

**M** 1:14 95:3,5,6 233:24 332:15 332:18
**machine** 293:2,9
**mad** 16:21,23,24
**made** 137:24 144:17,18,19,23 145:1 178:21 188:12 205:23 208:11 213:21 216:8 217:9,12 218:11,17,19 221:10 242:1 244:3,25 245:5,20,22,23 246:16 254:19 256:1,5 272:12 273:9,18,19 299:3,6,20 315:14 317:12,23 320:17 323:23
**Madison** 313:8
**mail** 135:13,16,19,21,23
**mailed** 256:23
**main** 202:14,23
**maintenance** 32:2 85:7 96:21
**majority** 258:18 296:18
**make** 8:15 14:2 16:14 19:11 21:13,15,22 27:1 34:17 35:17 37:6 39:24 40:12,19 53:19 57:15 61:4 67:5 81:14 82:1 84:5,9,11 89:19,22,24 91:21 93:20 101:16,19 104:5 107:4 107:17 114:6 115:22,25 122:8 122:17 123:3 130:1 135:8 157:23 158:8 165:9 172:20 174:14 178:4 181:1,7 196:23 198:21 200:24 201:8,17 202:12 206:6 213:7,18 214:25 215:4 216:23 217:12,14 218:11 219:3,3 222:18,19 230:1 232:10 234:14 239:8 244:11,12 249:23 250:8 252:5 254:3,18,20 259:3 261:3 262:20 268:18 269:1,16,16,18 269:19 273:8 286:13 294:14 297:2 316:11 318:11 320:20 321:3,23 329:23
**makes** 10:9 84:14 202:8 206:18 211:3 219:25
**making** 184:15,20 206:2 218:25 228:6 236:1,3 246:1 251:9 278:2 291:4,13 294:1 299:18 315:12,18 316:6
**malpractice** 12:24
**man** 66:13 183:25 199:7,11 312:20 313:8,12
**manage** 183:16

**manager** 30:4 54:18 70:21 111:1
111:21,23,24,2 5 170:15
**managers** 317:21
**mandate** 112:12
**manipulated** 202:24
**manipulating** 204:2
**many** 12:4 15:21 18:19,23 20:24
38:3 60:11 66:4 83:24 86:11
95:15 104:17 107:22 115:10
126:23 127:1,2,3,4 153:17
155:17,22 157:10 162:5
164:18 183:10 196:20 201:7
212:17 241:8 242:19 244:15
272:19 289:10 301:1 302:14
302:14 304:23 306:2,7,8
310:3 314:7 331:13,16 332:5
332:14
**map** 211:22
**March** 70:25 277:10,18,20,24
278:9 279:9,13,20 280:7,23
283:25 284:3,21 285:2,9
290:9,10,15,1 7 299:22 300:4
300:13 329:3,4
**Marcus** 1:20,20 3:8 5:10,23 6:4
6:14,16,18 7:19,22 10:3 90:25
127:14 134:7,10,10 135:7,14
136:2,17 137:19 138:12
139:11 140:1,4 142:23 143:5
143:7,11,22 144:6,13,15
145:22 146:5,11,16,19,22
147:8,13,18,23 149:22 150:2
150:7,17 151:1,6,16,18,24
152:5,10,14,19,2 4 153:4,22
154:2,5,11,16,2 2 155:6,8,11
156:3,8,13,18,2 3 157:3,5
159:25 162:1,3 166:3,8
167:22 168:2,15,24 169:10,17
169:22 170:2,12,14,1 8 171:14
171:17,22 178:2,5,7,14 179:5
179:10,16 187:19,21,24 188:3
188:7,16,22 189:2,4,7,18
190:4,11,18,2 0 191:2,9 195:8
195:10,13,16 196:7 213:10
275:19,21 294:17,20,24
307:19,22,2 4 308:1,3,6,10,12
308:16,19,23 309:2,5 320:2,4
320:7,8 322:20,21 325:21,25
326:3,10,13,15,17,2 4 327:3,6
327:11,15,19,21,2 5 328:3,6,8
328:12,18,20,22,2 5 329:2,6,9
329:11,14,17,20,2 5 330:2,6,11
330:14,18,22 331:2,5,9,14,18
331:20,23 332:3,6,8,10,13,15
332:19,21,24 333:3,5,7,10,12
333:14,19,22,2 5 334:16,18,22
336:4
**Margarita** 51:13 150:4,13
**Maria** 95:3 156:5 160:4 168:19
**Marias** 95:9
**marijuana** 55:24
**Mark** 313:13,14,15,16
**marked** 4:2 198:13 261:8 262:24
307:19 327:17 329:6
**market** 226:5 255:7 291:25
296:11 318:8,11
**marketed** 143:15 214:18
**marketer** 22:9 145:1 215:2
221:5,6,12
**marketers** 144:24 215:17 216:19
218:5 220:25 221:22,24
222:13
**marketing** 5:24 6:1,2 62:5
132:13,14 140:9,11,13,15
141:10,18,18 143:2 164:1
201:7 214:17 215:7,14,21
216:9 221:2 231:4 237:20,21
237:25 238:1,4,7,20 295:21
296:11 297:10,17 309:25
311:11,23 312:5,12 313:9,21

316:13 317:1 318:7,18
**married** 12:20 26:4 28:5 31:1,22
34:11 36:9 40:23 49:2 50:2
56:22 58:12 59:23,24 63:4,5
64:2 67:9 68:10 72:18 74:1
77:12 79:9 80:22 82:21,22
85:3 90:11 91:14 93:17,18
96:17 97:6 98:12 101:22,23
103:10 105:6 106:22,23 109:3
111:2 117:11 120:6 122:23
323:20
**marshal** 15:9 105:14 134:17
**marshals** 145:20
**Martinez** 63:12 76:25 77:4,5
153:15 159:9
**Mary** 141:13,16,19,2 2 143:1
201:18 215:15 267:14 277:16
292:16
**mass-produced** 202:7
**math** 202:19
**Matt** 273:13 284:4
**matter** 14:8 24:4 34:8 162:18
193:19 196:13 205:21 206:5
263:17 297:7 336:10
**Matthew** 192:17 239:22,23
251:19 252:11 273:12 277:25
279:8
**Maximiliano** 29:14 146:13
**may** 10:20 11:2 13:12,16 15:15
15:16 21:23 27:22 42:6 46:9
48:19 55:23 73:11 102:10,12
107:16 128:1 130:19 134:15
145:10 158:16 182:12 185:9
194:13 196:11 199:4 201:16
212:3 224:11 225:1 226:20
231:19 236:11 237:12 259:11
270:16 274:5 283:1 284:2,2
284:15,20,2 5 285:10,12,14
286:22,24 287:2,8 288:14,19
291:18 292:22 293:9,12
300:13 322:2 323:18 335:13
**maybe** 5:24 10:17 12:7,8 13:14
21:6 26:22 53:14,23 61:7
66:20 82:23 95:18 106:8
112:2,14 113:9,9 114:18,20
138:14 141:22 160:19 164:13
175:3 176:2,6 183:19 191:12
201:4 207:10 222:22,22
230:12 272:16 314:9
**Maylyn** 59:17 137:2 151:13
**ma'am** 135:15 136:15 140:1
**MD** 252:12 256:4 258:15 259:25
**mean** 12:1 16:24 17:5 33:8 35:4
50:11 53:5 54:7 84:6,9 102:8
113:20 116:12 121:22,24,24
133:21 134:1 135:10 138:10
142:13 161:16 165:10 214:2
215:15 224:13 227:25 232:7
241:16 247:14 252:3 265:5
266:7 270:12 274:2 275:25
276:17 278:22 280:22,22
281:6 283:24 287:17 289:19
305:2 306:14 319:12 331:2
**meaning** 215:8 289:25
**means** 9:16 11:1 18:13,13,14
22:3,7 24:4 157:6 163:3
178:18 181:25 193:21 203:13
208:16 215:16 223:18 322:23
**meant** 6:15 186:5
**Med** 237:4,15 241:12,14 255:21
260:21 262:6 263:19 269:4,4
269:5 280:4,5,12 313:2 314:7
**Medicaid** 136:14,16
**medical** 111:7 138:13 143:23,25
214:18 248:9 312:8
**Medicare** 81:2,4
**medication** 136:11,21 137:5,11
137:12,15,20 138:2 140:5
231:5 241:4 264:7,9 281:19

281:21 311:24
**medications** 135:5,8,15 136:4,18
136:19 144:16 225:21 226:11
227:23 228:12 235:6 240:18
255:8 264:5 268:11 283:11
310:17
**medicine** 135:17,19,21,2 2 136:8
138:21 144:10 220:16,21
**medicines** 214:25 215:19,21
217:3 218:13,14
**meds** 260:8,16 264:21
**meet** 54:5 233:5 286:1 292:12,13
292:15 316:22
**meeting** 106:8 292:20
**Mejia** 98:8,9 102:11 132:19,19
132:20,24 133:1,3,19,21
134:1,3 143:4,6,8 156:15
160:7 169:6
**member** 139:4
**members** 128:23,24 139:2 199:5
199:16 201:3,3 218:8
**Memorial** 105:11
**memories** 90:5
**men** 269:6,21
**Mendez** 278:1
**Menendez** 95:3,4 156:5 160:4
168:20,2 5 172:4
**Meneses** 63:11,12 152:16 158:25
**meniscus** 44:23
**mention** 5:21,24 74:15 213:13
213:13 252:6 267:18
**mentioned** 8:6 131:20 132:12
133:1 233:3 241:8 244:25
263:4 269:21 270:25 280:10
286:8 290:23 311:9
**mentioning** 17:7 107:8
**mentions** 270:2,15,2 5 271:17
**Mercedes** 84:18 95:8,9 154:13
160:4 168:20
**merchant** 101:10
**merchants** 101:12
**mere** 213:17
**Merida** 90:6,7 155:3 159:19,22
167:21,21
**message** 221:14 264:16,2 5 307:4
309:7,9 319:7 328:18
**messaged** 306:20
**messages** 214:4 219:7,8,14
305:20,22,2 5 306:5,12 307:3
307:6 331:6,9,11,16 332:4
**messed** 108:22
**messes** 177:17 322:25
**met** 233:6 292:16 295:2,6,7
302:9 304:20,23 306:17 310:1
310:15
**metabolic** 226:24 228:3 235:17
255:24 260:7,25 262:14
**Metro** 54:4 86:19
**Metrorail** 27:20,22 63:19,20
116:13 117:1,7,8 165:11
324:5
**Meyers** 2:1,1 5:10 10:4 134:11
215:10
**MG** 215:8 257:5
**MGTEN** 215:8 238:4,7,20
**Miami** 1:2,6,16,22 2:3,6,7 12:14
21:17 24:12,15,16,1 6 31:25
32:13 36:8 37:3,4,22 38:5
50:1 52:23 63:3 67:4,18 68:8
69:23,24 72:13,16 73:25 77:7
77:8 82:10,11 85:7 88:10,12
91:5 92:2 101:15 102:4
118:22 122:20 126:13 133:11
336:14,14
**Miami-Dade** 211:12
**mic** 49:19 77:8 97:1 132:10
135:12 189:5
**Michelle** 119:21
**microphone** 17:23 23:21 24:8

27:15 40:19 59:18 73:19
80:13 83:23,25 124:3 126:2
128:4 129:10 130:6 131:10
134:17 160:19 161:22 224:18
230:25 242:25 243:1 255:5
258:6
**microphones** 73:15,16
**mid** 29:25 298:12
**middle** 6:11 30:1,25 84:16 104:4
104:5 196:17 229:21 230:22
**midnight** 71:12,12
**might** 20:20 42:7 53:25 73:18
127:10 134:22 146:21 215:18
231:25 315:20 325:23
**migraines** 270:2
**Mike** 331:7
**mileage** 10:16
**military** 15:8 16:11,11 22:17
40:1 107:10 119:12 128:23
139:2 181:3 199:15,18 201:3
201:3 218:8 225:24 226:1,21
271:18 281:17,18
**militaryRX@medRXsales**
260:1
**million** 200:8,9 201:10,13,15
204:15 207:13 211:7,8,8
218:19 221:7,9,10 254:23
286:23 287:4 290:14 294:5,6
**millions** 144:19,20 199:12
203:24,24 206:1
**mind** 209:18 222:25 255:14
**mine** 163:22 256:14 307:25
**minimal** 315:14
**mini-sermon** 23:18
**minority** 10:10
**minors** 221:23
**minus** 200:13 227:21 235:13,19
235:25 294:11 315:5,5
**minute** 127:15
**minutes** 5:13 6:24,24 26:25
102:8,9 117:8 143:21 163:15
184:7,18,25 185:2,4 195:23
224:22 272:16 282:4,5,15,15
289:23 291:17
**misbranding** 208:15
**miss** 41:7,9 67:17 69:21 80:2
81:22 108:8,8 125:10
**missed** 193:14,15
**missile** 43:14 148:14 149:6
**missing** 7:5 9:2,3 191:12,13
260:14,16
**Mississippi** 234:6,12,16 311:16
**mistake** 178:22 188:13 200:24
201:17 245:22,23
**mistakes** 213:17 216:8
**mistreated** 148:7
**mistrial** 132:1
**misunderstand** 84:4,8
**mix** 203:6
**MJ** 267:18
**modified** 22:8
**mom** 141:19
**moment** 230:15 291:14
**Monday** 11:7 29:22 60:25 61:1,3
61:4 117:16 151:21 162:9
180:1
**money** 7:11 10:14 12:24 73:9
86:25 144:18,21,23 145:1
166:14 175:22 176:3 199:8
201:7 202:13,13 208:8,9,12
210:15 215:5 218:11,11,18,20
218:25 219:3,4 222:19,19
227:16 228:7,8 232:8 234:14
235:8,15 236:1,3 242:2 244:3
244:4,5,6,12,1 5 245:19 254:3
254:18,19,20 268:18,20
266:19 271:11 277:8 281:20
281:21 283:18,19 285:5
291:12 294:8 297:3,6 315:12

315:14 316:6,11 321:20
**Monica** 278:1
**Monte** 191:20 192:7
**month** 60:15 228:9 270:17,18,20
270:21 271:7 291:4
**months** 119:10,11 200:8,10
201:11 204:16 205:25 211:8
222:3 232:13,14 234:11,13
281:25 284:13 287:5 303:5,10
**month's** 287:15,17
**month-by-month** 270:23
**Monty** 1:7 5:4,10 9:15 10:4
22:11 128:19 134:12 188:14
189:10,13,13,16,21,2 5 190:2
191:18,23 192:1,4,10,12,15,18
192:22 193:9,13 199:11
212:21,23 213:11,15 214:8
215:8 219:13 220:4,16,18,22
221:3,8,16,19 222:4,7,17
223:2 225:18,19 226:7,8
228:2 229:4 232:23 233:6,7
234:21,23 235:2 239:4 240:1
242:9 243:11,19 244:6,14
245:7,13 246:10,22 247:5,23
249:9,25 252:12,21 253:1,17
255:17 256:9,11,23 257:7,22
259:2,9,23 260:12 261:7
262:4,4,21 263:9 264:1,16,20
265:8 267:14,19 271:21 272:8
272:8,11 273:12 274:24 275:4
275:11,16 276:12,13 277:2,6
277:10,25 278:9,15 279:8,9
279:10 280:6,9,14,16 283:18
284:21,21 285:15 286:4,8,22
288:12 292:25 293:13 294:8
295:6,18 298:7 299:5,5,6
312:17 314:3,5 316:10 317:6
319:1,5,5,19 321:10,19 322:7
**Monty's** 238:5 267:7 320:12
322:8
**moot** 155:14
**more** 13:7 15:13,22 16:10 17:2
17:22 20:1 27:12 33:17 42:6
57:19,20 71:9 74:16 76:23
84:11,14 89:2 114:8 128:15
129:13 130:3,14 137:22
138:13 142:16 155:23 157:4
161:4 166:15,25 168:8 182:2
185:4 186:14 187:11 195:14
196:19 208:2 215:4 216:13,16
222:15 230:12 239:6 251:12
254:18 255:10 268:17,18
269:16,19 270:7,13 273:4
277:8,8 278:25 279:24 290:20
293:13 294:2,14 300:15,16
302:20 305:25 310:6 320:25
**Moreno** 1:10 9:13 128:18,22
131:9 206:14
**morning** 5:2,6,9 9:13,21,23 10:3
11:5 23:23 25:5 29:15,16
41:17,18,23 45:4,5,10,13,13
45:15,17 58:9,10 62:2,3 65:22
65:23 68:3 70:8,9 71:2,9
73:22 77:5,6 78:21,22,22 82:5
84:19 86:6,7 90:9,10 91:3,4,4
100:10,11 101:2 102:15
105:24 106:7 108:7 110:20
112:19,20 113:8,23 116:4,9
119:4,5 128:6,7,21 132:12,21
132:22 134:8,9 161:3 181:22
198:19 235:2 265:14 322:12
325:6 335:12
**most** 15:18,19 23:24 94:17
157:14 177:18 184:8 201:2
202:1 212:16 214:6 224:16
245:17 258:21,22 261:11
302:25
**mostly** 23:7 332:24 333:1
**mother** 101:24

**motion** 304:3,7
**motions** 109:25 110:1
**mouth** 332:1
**move** 8:6 17:23 26:24 32:10
83:21 127:16 145:20 157:20
157:25 158:1,4,5,6 167:15,24
172:9,11 178:18,20,25 179:1
185:15 192:25 268:9
**moved** 144:10 183:10 234:5,8,16
**mover** 27:25
**movies** 32:2
**moving** 26:23 83:21 158:18
186:25
**MRI** 44:24,25
**much** 10:8,22 13:6 17:22 20:24
25:4 40:16 44:17 47:14 49:18
53:3 57:22 61:23 63:9 65:20
70:6 72:10 79:22 80:7 82:3
86:4 90:24 95:2 96:22 98:6
100:7 105:12 112:16 113:4,22
127:4,9 134:3 160:8 164:12
167:7 172:10 175:19 176:4
194:24 227:19 228:8 231:24
232:3,10 234:14 235:6,10,15
235:16 236:1 254:20,21
272:15 277:6,7 282:23 287:13
290:17 291:12 315:19 334:20
**multilevel** 201:16
**multivitamin** 258:22 260:14
**multi-level** 141:10,18 143:2
215:6,14 216:9
**Munir** 96:24 156:10 160:6 169:2
**muscles** 186:18
**must** 21:23 189:5 193:14 214:23
217:1
**myself** 11:2 45:19 213:1

---
**N**
---

**name** 11:22 22:11 95:9 104:4
108:11,11,12,15,2 1 128:12
133:4 134:10 136:25 137:2
138:3 139:18 140:14 162:1
180:20 200:25 201:24,25
203:12,13,14,1 5 204:24 213:9
224:10,19 231:1 233:23
246:24,24 247:25 249:23
260:11 263:4,5 274:22 275:5
281:13,14 289:22 292:17,21
311:8,9
**named** 232:22 278:1 283:6
293:3 312:20 313:8,13 331:6
333:19
**names** 8:21 12:15 21:3 104:5
162:5 178:22 241:11 243:18
324:16,17
**Nathalie** 36:5 147:15
**National** 22:9
**natural** 324:4,8
**nature** 233:14
**nausea** 222:9
**nauseous** 222:9
**Navy** 119:13,15,23 171:10
**near** 24:17,18 50:8 80:4 209:15
**nearly** 221:10
**necessarily** 131:3 208:6
**necessary** 5:12
**need** 10:15 18:9 44:24 45:20
71:22 72:6 73:8 80:14 97:2
99:4,14 103:12 107:18 114:3
114:22 117:21,22 125:23
126:23 127:1,9 129:13 131:11
145:15,17 155:22 157:4,10
158:10 160:19 163:13 164:6
171:24 183:24 185:4 196:3,20
199:25 206:16 209:11,11
210:25 212:11,14 217:1,17
220:4,16 222:5 226:10,14
238:25 240:6 248:19 262:6
272:17

**needed** 93:7 218:14 219:21
235:6 278:12
**needs** 69:13 114:4 118:2 166:14
199:19 202:12 245:13,14
**negative** 97:24 136:3 139:12
143:1 145:4
**negatively** 144:22
**negligible** 200:14
**negotiated** 303:15,19
**Negrin** 44:18,19 129:8,11,12
149:16
**neighbor** 23:9,16 79:19
**neighborhood** 12:13,16 82:9
**neighbor's** 118:11
**Neiman** 1:20
**Neloms** 90:25 91:1 155:8 159:25
161:24 162:1,3 165:25 167:22
168:6 172:2
**nephew** 18:24 65:11 93:21
**nervous** 29:10 64:24
**net** 243:23 315:4
**Netflix** 32:21,22 33:3,10
**network** 38:23,25 216:1 233:10
233:12 295:19,25 296:25
314:7 317:12
**never** 7:23,23 16:3,3 19:19 25:8
30:21 32:16 44:9,10 47:12
50:11,12,13,14 53:20,22
55:16 57:5 61:11,12,14 70:12
82:23 84:25 87:14 90:12
104:3 118:13 121:1 124:7
142:13 153:17 177:9 184:13
195:23 210:21 242:1 244:4
295:2,4,6,7 306:17 309:6
311:9 314:15 316:22 317:18
326:20
**new** 53:25 54:2,5 62:10,16 69:14
69:15 73:19 158:24 262:6
278:25 279:25 285:17,17
286:6 290:11 300:10 308:3
323:12 325:15
**news** 10:7,8,11 61:14 75:20,21
75:21 126:11,12 211:17
322:15,16
**newsaholic** 323:6
**newspaper** 23:2
**next** 20:21 22:23 23:1 29:16,22
41:7 42:21 59:8 60:2,22 70:23
74:23 75:14 83:22 84:22
90:15,17 120:2 145:23 157:8
157:21 159:19,20,23,2 5 160:4
160:6,9,10 168:1 172:13
173:5 179:11 180:11 188:9
191:14 195:22 198:2 247:20
249:18 250:16,20 267:4
276:21
**NFL** 6:12 145:3 214:13,16
**nice** 10:9 13:10 20:19 54:7,10
69:13 87:13,15 125:4 182:1
218:22
**nicer** 57:21,22 67:21,24
**nicest** 184:8
**niece** 88:9,12
**night** 56:1 71:14 72:21,24,25
85:13,13 100:18,21 101:1,2
121:2,4 162:10
**nights** 71:11 100:19,23 179:25
**nine** 113:23,23 114:7 165:5,6
**nine-hour** 116:2
**ninth** 159:10
**nobody** 17:17 40:7 117:11,13
125:23 126:22 198:1
**nod** 24:6
**none** 84:1 119:16 187:18 201:1
286:15 293:5
**non-soccer** 113:17
**normal** 183:13 324:3,8
**normally** 30:23 98:24 99:6
115:13 117:14

**North** 2:6 36:8 37:22 50:1 80:21
336:14
**Northeast** 1:16
**Northwest** 82:7 87:4
**note** 91:25 207:8
**notebooks** 197:18,24 324:12
**notes** 151:18 162:2,5 185:19
188:11 197:20,21,22
**nothing** 7:17 13:20 14:4 17:10
49:21 61:12,15 75:23 89:20
90:13 101:8 105:20 193:21
202:9 203:25 204:3,4 215:19
221:19 223:3 270:11,12
294:15 311:21 316:13,16
319:3 326:23
**notice** 41:10 54:3,3 181:23
197:17
**Noticiero** 75:20
**not-deep** 164:21
**not-so-subtle** 204:23
**not-to-deep** 164:20
**November** 312:13,15,16
**nowhere** 215:20
**number** 1:3 5:3 9:15 10:13
146:12 147:9,14,19,24 149:23
150:3,18 151:2,7 152:6,20,25
153:5,23 154:12,23 155:7
156:9,14,24 157:4,20,21
159:1 168:7,18 169:1,18,23
170:3 171:17,18 178:25,25
186:24 187:1,22,22,24 204:24
205:6 215:8 220:6 242:15
245:7,9,9,10 251:21 252:8,9
252:22,22,22,3 253:3 272:1
294:6,7 303:5 308:23 324:14
328:11 329:5,13,13,16,18
331:14,15 333:2
**numbers** 4:5 185:19 193:2
198:10 235:10 244:7 251:22
252:5 267:5,6 286:14,19
324:15 329:15
**numerical** 185:23,25 186:3
**numerous** 220:14
**nurse** 36:8,14 60:6 122:22
143:24
**nursing** 85:7
**nutshell** 199:9 206:10 254:15

---
**O**
---

**oath** 13:11 230:10,17 324:9
**oaths** 23:8
**object** 120:1
**objected** 276:8
**objection** 83:17 119:14 186:21
187:2 188:1,2,6,8,10,15,23,24
188:25 189:1,9 190:3,10,11
190:17,20,21 223:10,16
261:19 275:19
**objections** 13:22 179:12 187:17
188:13,19 193:23 223:17,19
**obligatory** 177:2
**observe** 58:20
**observed** 58:21
**obviously** 13:19 83:22 134:14,19
193:17,2,1 295:8 301:23
330:22
**occasion** 10:8 258:20
**occasions** 220:15
**occupation** 91:5
**occupied** 43:14
**occurred** 245:20
**October** 201:12 295:11
**odd** 208:16
**off** 11:5 18:7 23:1 27:24 43:20
72:4 93:7 101:2 106:17
111:10,11 114:4 115:24 116:1
116:4,17 136:8,9,11 150:11
161:2 165:22 167:13 171:15
175:18 189:5 198:10 204:13

204:24 209:13 218:24 221:1,2
221:4 227:13 228:7 241:22
244:2 245:2 250:1,2 255:18
255:18 259:19,20 260:6
320:10
**offend** 196:7
**offended** 196:8,9
**offer** 33:13
**offered** 191:6 193:13 234:17
**offering** 191:7 318:25
**office** 1:14,15 2:1 12:12 122:15
128:15 282:10 293:3,10
335:25
**officer** 8:22 37:3,10,11 63:2 67:2
93:18 119:17 123:1 126:24
172:17 183:8 184:3 197:3
282:6,14,2 1 325:8,16 335:21
336:5
**officers** 35:20 36:23 43:24 55:11
61:21 69:19 78:8 79:18 81:23
81:24 97:20 101:14,17,19
107:6 111:18 118:19 120:14
121:17 125:8 335:19
**offices** 215:22 234:4 335:16,19
**official** 2:5 201:24 203:12
336:13
**often** 258:15
**oh** 6:11 10:15 12:16,16 14:21
17:15 22:24 23:10,11,14
25:21 37:7,11 52:25 53:4,14
53:19 56:11 62:17 82:8,25
89:7 92:16 103:22 105:13
114:14 115:8 116:3 131:15
133:9 161:22 162:1 194:15
293:24 297:7 298:1 5 308:2,4
332:16 335:10
**okay** 7:8,15,22 12:5,21 13:18
15:6,25 16:6 17:13,21 18:20
19:3,7 20:10 21:11 23:2,24
24:20,24 25:19 26:6,23 27:12
27:13 28:17 29:4 30:3,11,19
30:21 31:9,18 32:12,22 33:18
33:23 34:3,9,15,1 7 35:10,17
35:20 36:2,7 37:21 38:2,5,11
38:17,19,22,2 5 39:6,6,24 40:3
40:7,11,17 42:6 43:15,17,17
44:5,8,10,14,1 7 45:2,7,20
47:1,4,7,12 48:4,8,14 49:6,8
49:14,18,21 50:10,13,15,19
51:4,6,7 52:14,22,24 53:15,21
55:12 56:2,11 57:1,5,13,24
58:6,10,15 59:3,10,16 60:25
61:4,13,16,19 63:9,23 65:7
66:18 67:17,19,2 1 68:1,7,10
69:13 70:3,15,17 71:23 72:6
74:11,23 77:1,18 79:4,7,20
80:2,8 81:3,5,12,14,16,24
82:1,13,25 83:4,20,2 1 85:8,16
85:21 86:1 87:2,6,14,17,21
88:8,12,14 89:2,14,24 90:3,8
90:22 91:11,14,20 92:6,7,8,17
93:2,5,8,24 94:4,6,8,21 95:10
96:2,9,19,22 97:1,22,25 99:3
99:6,11,13,16,23,2 5 100:8,19
100:25 101:4,9,11,14,16,22,24
102:2,12,2 1 103:22 104:1,9
104:15 105:4,12,18,21 106:4
106:11,19,24 107:4,6,8,25
108:11,19,2 0 109:23,25
110:13,15 111:15 112:16
113:14 114:10,14,15,2 5 115:5
115:10,13,2 1 116:15,17
118:15,2 5 119:9,12,14,25
120:21 122:13,17,19,23 123:7
123:12,15,1 7 124:7 125:5,12
125:17,21,22 126:22,24 127:1
127:6,14,18 129:9,15 131:4
131:10,25 132:2 133:7,10,13
134:4 136:10,13,1 5 137:23

138:11,13 139:15,25 140:1
141:10,15,16 142:4,11,15
143:14,17,20 145:17 147:9
149:3,16 154:7 155:12,12
157:12,24 158:10 160:23,25
161:22 162:6,22,24 163:1,5
164:12,15,23,2 5 165:3,8,8,13
165:15,18,24 166:24 167:19
168:3,19 169:4,6,16 171:16
172:2,3,16,1 8 173:15,15
174:10,13,18,2 2 175:8 178:9
178:17 179:6,23 180:10,25
181:14 182:13,1 7 183:2,22
184:1,6 185:1,18 186:24
187:10 189:8 190:3 191:4,17
195:4 196:4,16,19,2 1 198:19
198:24 201:22 216:16 224:5,9
224:17 226:2,18 227:1,11
232:6 233:14 234:10 236:8
237:1,4,18 241:8,19 243:3
244:1,5,10,19,2 3 246:16,19,25
246:13 247:10,22,2 5 248:25
249:13 250:8,22 253:12,21
254:10,15,1 9 257:11,22 258:5
258:14 260:4 263:2 264:17,20
265:12 266:9,17 267:1,8
269:14,19 270:15 272:17,18
276:7,13,22 282:4,12,13,23
283:22 284:19 286:7 287:23
288:19,24 289:14,23 290:22
291:14 293:12,22 294:20
295:13,21 296:3,10,14 297:2
297:10,16 298:19,15 313:16,24
299:2,7,8,14,2 1 300:18
301:12,23 302:9,23 304:2
305:15 306:4,9,17 307:6,18
308:17 309:23 311:11,23
312:8 313:8,12,17 314:2,7,10
314:24 315:16,22 316:12
318:3,7,15,2 0 319:3,14 320:5
321:21 323:25 325:7,14,25
326:3 327:24 328:1,10,15,21
329:7,10,14 330:5,8 331:4,8
332:3,12,17 333:23 334:17,25
335:13
**old** 12:9 17:17 26:8,8 69:13
73:18 76:2 105:17 117:24
181:3 203:16 214:9
**older** 12:7 55:13
**Ollenik** 29:14,15 146:13 157:22
**onboarding** 62:10
**once** 19:9 21:18 31:8 66:5 95:16
139:17 254:13 269:9 281:3
315:20 328:10
**one** 9:2,3 10:6,11,13 13:1,15,19
13:20,23 16:16 19:21 20:23
21:16 22:4,8,20,2 1 23:24 26:7
27:19 29:24 33:2 35:10,17
37:18 39:24 40:12 43:10
47:24 50:16 53:25 57:15
59:24,24 67:5,22 69:10 71:13
73:17 76:1,21 82:1 86:12
90:18 91:21 93:8,20 99:1
104:18 107:4,24 108:1 112:2
113:23 114:18 118:23 122:8
122:17 123:3 124:16,23
130:14 131:11 134:20,24
139:17 142:16 143:24 148:17
157:6,9,18 159:2 164:17 168:1
164:17 168:1 170:14,20 171:2
173:11 174:17,18,19 178:6
181:20,23 183:15,17 184:2
187:20 188:3,9,16,1 7 189:8,8
189:14 190:23 191:16,16
196:6,12 198:4 199:17 201:6
202:22 203:1 204:22 205:10
205:16 207:25 209:10 212:5
214:20 216:25 218:15 220:10
220:25 221:12 232:19 235:2

235:23,24 236:6 239:6 243:15
250:5 252:6 256:11,14 259:7
260:3,6 261:8 263:13 268:2
275:7 281:1,6,7,8 290:22
291:14 294:14,17 300:15,15
300:19 308:3 324:13 326:7
327:6,12 328:9 329:5 331:6
331:25 333:12 335:12,19,22
**ones** 16:18 19:16 89:6 185:13
188:10,20,2 1 223:23 280:1
51:5,23 280:2
**one-month** 202:18 287:21
**one-page** 327:4 329:3
**online** 30:1 121:6,7 268:16
297:23
**only** 12:10 15:20 17:2 20:17
25:14 29:24 42:1 44:21 61:5
89:9,9,10 107:7 113:14
119:25 127:5 130:7 139:17
157:6 162:13 163:17 166:19
176:11 177:13 196:8,9 200:25
201:6 203:17,18,19 204:13,17
209:16 212:23 217:20 223:4
223:13 225:5 241:14,15,17,17
280:25 297:1 298:11 300:15
304:6 314:23 315:14,18
318:22 327:12 328:9 331:19
**open** 148:20 150:10 157:11
172:1 222:25 335:19
**opening** 3:4,5 8:20 19:11 128:16
178:4 181:16 184:15 196:2
198:20 199:3 213:7,13
**openings** 8:16
**operate** 219:16
**operating** 316:9
**operations** 111:1,24,25
**opinion** 114:5
**opinions** 128:25 129:4
**opioids** 209:13
**opponent** 168:9 190:7
**opportunities** 232:18 284:17
**opportunity** 15:17 233:16 235:3
235:9 236:9,10 331:5
**opposing** 191:6,7,8 198:14
**opposite** 37:14
**optional** 71:5
**orange** 99:15
**order** 8:1 23:5,19 27:22 94:17
108:9 182:2 185:20,24,25
186:1,3 187:21 196:21 199:7
199:23,24 204:17 207:1,2,15
207:17 212:9,11,13 239:9,19
282:18
**ordered** 209:14 212:5 221:20
**ordering** 207:19
**orders** 182:16
**organization** 271:1
**Oropesa** 123:24,25 179:7
**other** 10:20 12:23 13:2 14:4
15:22,23 17:6 18:17,17 19:25
19:25 21:2,9 22:3 38:20 39:22
51:10 53:25 63:17 69:6
107:16 113:10 124:17 131:1
136:12 137:25 138:15 140:12
140:20 142:5,11 162:5 164:3
179:19 182:23 185:25 190:23
193:18,22 194:24 196:23
198:6 204:22 207:3,4,18
208:5 212:5,17 215:25 217:23
229:13 238:8 239:10 254:6
260:6 271:5,13,15 290:5
291:5 292:24 296:16,20,24
301:1 303:20,23 308:4,5
310:8,9 312:19 313:9 315:13
315:16 318:17,23 322:23
325:11 329:11 332:23,23
333:2,9 334:12
**others** 17:2 22:15 144:17 188:14
254:24

**otherwise** 84:7 108:21 162:13
168:16
**out** 16:9,15 17:3,8,12 21:16,20
29:23 30:1 41:23 49:21,23
54:1 60:12,14,17 71:7 93:8
108:9 111:12 113:10 116:6,7
118:3,6 130:24 136:7 138:22
146:23 147:19 148:2 149:23
150:3 155:13,13 156:4,9
157:6 158:3,21 161:11,13,15
168:18 170:3 171:2 175:12
183:7 195:5 196:11 198:3
203:25 209:9 210:16 211:6
212:7 216:7 217:8,25 218:7
218:19 219:12 220:6 221:20
221:25 222:3 225:8 226:6,16
226:18 228:2,3 231:17 244:10
245:12,19 246:17 247:8 249:8
249:10 250:15 251:11,15
253:9 254:4,12 255:17,21
256:20 258:1 259:6 262:10,13
263:18 264:5,22 265:7 266:3
269:2 273:10 275:11 276:16
276:19 278:13 280:1 285:19
286:12 287:20 290:4 292:11
293:4 311:5 315:15,19,20
317:6,6 318:3,24 319:1
322:11 324:22 325:9 326:2,2
330:15 332:20
**outliers** 216:8
**outline** 246:23
**outside** 8:2 12:19 33:24 50:25
54:15 104:3 105:8 127:2
172:20 183:14 197:6 198:15
223:25 251:22 282:8 284:17
323:7 325:21 334:6,12 335:16
**out-of-pocket** 137:8
**Oved** 73:21 153:12 159:9
**over** 22:4 39:5 40:18 43:25
46:19 57:16,16 65:2,5 127:1
127:13,14 140:8 143:3 144:4
145:10,23 172:15 185:16
198:2,3 200:7 202:21 205:4
206:4 208:10,12 211:13 216:2
216:2 218:19 222:12,13
223:19 224:5 226:14 237:7,13
242:4 248:20 252:19 254:20
260:25 261:10 267:4,9 286:23
287:3,15 320:15 323:16,19
327:22
**overall** 206:10 216:8
**overrule** 188:8
**overruled** 190:7 191:14 223:15
223:16 275:22
**owed** 239:2
**own** 8:19 14:22 16:14 21:9 47:10
89:8 118:1 188:15 191:11
197:20 215:4,7 233:21 240:7
257:10 261:19,22 290:12
296:20 311:12 313:7 315:2
**owner** 74:8,9,12 261:2 313:5,5,6
**owns** 64:7
**O'Hara** 192:13 259:23,24
260:20 261:7 262:4 280:3,9

---
**P**
---

**package** 203:20
**packet** 285:17,17 286:6
**pad** 318:22
**Padron** 54:9,11,12 150:23 158:5
**pads** 226:7
**page** 3:2 4:4,4 236:23 237:1,7,11
246:13,14 247:20,21 249:13
249:14 250:22,23 256:12,24
258:2,4 262:11 266:3 273:14
273:22 274:5 277:15 283:8
286:13
**pages** 198:3 260:9 305:25 306:2
306:8 331:18,18 332:6

paid 20:19 53:16 138:20 140:18
    141:24 142:8 162:19,21 176:2
    176:3 200:1,9,13,15,18,20
    201:10,12,14,2 0 203:24 204:7
    204:15,18 205:17 207:19
    211:8 212:6 216:18,19,22
    217:5 221:1,2,4,1 0 227:7,18
    227:19,21 228:2,3,4,6 231:24
    232:3,4,5,9 238:15 240:20
    241:6 242:14 243:11 246:10
    246:11 247:15,16,18,1 8 248:4
    254:1,2,14,23,2 5 255:2,7
    261:11 262:9 264:11 266:20
    266:24 267:3 268:19,20 270:7
    277:3,5,14 278:2,23 279:5
    280:1 281:7 284:2,3,12,21,25
    285:9,13 286:16 287:1,13,18
    287:19,19 288:6,18 289:25
    290:6,13,17 291:23 293:14
    297:6,7,18 315:18,20 319:2
    321:8,10,22 322:5,7
pain 202:15 204:16 214:19
    226:24 228:3 235:17 238:8
    245:22,23 246:5,6 247:11
    255:23 258:21,21 262:13
    266:16,17 270:2 274:1,4,9
    275:9 310:20 318:16,21,21
    326:12
painting 163:14
Palmetto 68:9 69:24 120:20
panel 140:12 141:15 142:25
    143:23,24 144:25 145:4
panther 126:11,11
paper 41:5 246:13 323:3
paperwork 284:23
paragraph 237:18 239:6
paralegal 10:1
Pardon 30:17 34:1 55:2 70:11
    81:10 83:12 104:25 134:2
    162:20 173:17,23
parents 55:13
park 13:13 27:23
parking 10:16 57:3 324:4
part 16:20 19:1 24:16 28:3
    31:16 41:22 77:8 80:3 105:15
    118:16 141:3 190:21 191:11
    193:22 204:6 215:10 217:21
    219:24 227:1 228:10 229:23
    233:10 255:18 273:20 274:12
    274:13 294:8 301:2 303:3
    304:16 305:7,8 314:15 329:21
participant 270:15
participate 269:7
participated 15:9 40:5 107:23
    199:11 212:24 277:14 288:3
    300:4
participation 129:22 245:5
particular 15:15 18:21 119:9
    126:21 284:1 320:22
parties 23:5 89:19 181:21
    194:13 267:24
partner 254:23,24 288:25
    295:20,23 315:8
partners 296:3 297:9
parts 64:7 330:15
party 68:15 181:24 190:7 191:7
    191:8
party's 191:6
part-time 56:25 176:19
pass 16:18 27:1 60:12,17 192:19
    193:14,15 280:14
passed 66:12 117:19 210:20
past 17:3 21:14 40:1 50:16
    115:16 117:4 231:11,15
Pastor-Hernandez 2:5 23:25
    40:20 336:12
patent 13:15
Pathman 64:11
pathways 251:23

patient 34:16,18,19 72:23,24
    73:8 199:19 200:16,19 201:24
    201:25 202:2,4,15,19 205:1
    205:18,22 210:11 217:16
    220:20 222:25 227:4,15
    228:14 231:24 232:3 235:23
    235:24 236:6 240:4 246:23
    247:2,8 248:20 249:4 251:23
    253:16,17,24 255:19,22
    256:20,24 257:23 259:7,10
    260:12,24 262:11,13 263:4,5
    263:22 266:8 267:9,17,20
    271:9 272:10,10,12,13 273:5
    273:6,7,14,20,2 3 274:22
    275:2,3 277:25 280:10,12,13
    280:19 281:12,13 283:9,12,17
    284:1,11,22,24,2 5 285:3,9,11
    285:13,16,22 286:5,9 288:18
    289:20,22 290:3 293:14 294:9
    317:4,6,11,1 3 318:12 321:25
    321:25 333:19
patients 200:1 202:12 204:9
    205:17 207:1 208:22 210:17
    210:21 211:6,25 212:2 215:24
    215:24,25 216:2,4,7 217:1,3,9
    218:14 220:15,20,22 221:15
    221:16,17 225:21 226:5,10
    227:12 231:7 235:21,22
    238:12,13 241:3 242:15,16,17
    242:19 243:19 244:14 260:5,7
    262:6 263:13 267:23 268:10
    268:11 270:10 275:8 277:3,5
    277:6,19,22 279:4,5,21
    283:15,17,20,2 3 284:8 285:1
    285:6 287:25 288:6 290:6,11
    299:4 300:3,4,13 307:10
    309:8 316:22 317:1 318:25
    320:17,20,23 321:1
Patrick 192:18
Patrol 123:6
Paul 289:3,6,7
pay 33:2 68:5 72:1 100:25
    106:19 118:13 137:8,18,20
    138:9 162:15,16,18 174:19
    175:4,9,13,19,20,2 0 176:1,1,2
    177:2,3,7,10 199:20 203:9
    207:11 208:1 210:23,24
    212:10,13 217:7 218:6 221:16
    221:17 227:11 235:7,10,12
    239:19 240:8,9 245:2 246:17
    251:8,8 253:16,18,22,24,25
    255:11 262:21 263:8,9,10,15
    264:2,4,23,2 3 265:1,10
    270:23 278:18 279:24 284:19
    287:6,7,13 288:5 290:3 291:3
    293:4 300:3,7 307:10 309:8
    315:7,8,9 321:11,17
paycheck 243:23 265:19,22
paying 128:21 173:12 200:8,11
    207:1,4,14,1 6 209:24 212:9
    212:12 218:18 239:3,4,14
    277:6,7,19,2 2 279:4,21
    280:19 283:23 285:6,8,10,11
    300:13 307:16 316:16
payment 221:8 239:1 243:23
    244:20,20 247:15 271:7
    289:25 300:15
payments 208:13 239:9 287:15
    287:23,24 300:16 321:13
payroll 286:15,15,18,18,19
pays 199:14,17,18
PCA 202:1,3,1 1 210:11 219:19
    228:14,16,17,1 7 266:6,7
    278:10 288:5 291:5,19 292:5
    292:11,19 295:16 297:11
    299:5,6,17,19,20,2 5 313:12
    316:8 319:14,20
peace 160:15
Pedro 78:18 153:19 159:10

163:9
penalize 16:3
penalty 13:19
pending 44:24
pennies 203:8,16,21
people 12:23 18:23 21:1,1,6,9
    22:17 27:7,25 32:14 54:5
    60:11 72:23 83:24 84:7 104:5
    106:12,12 107:10,16,22 114:1
    114:2,3,3,5 115:10 125:20
    126:23 127:1,3 135:9,11
    139:1 143:12 153:17 155:17
    163:20 184:9 195:24 196:8
    197:24 200:20,22,2 4 201:2,4
    201:4,6,7,16 202:6 207:18
    208:2,5 209:10,12,19 210:7
    210:10,20 212:9,11,13,17
    215:18 218:1,4,7 221:24
    226:20 227:2,3 243:18 271:15
    278:10,10,18 279:24,25
    286:15 291:22 296:22 300:7
    311:12,23 312:19
Pepper 65:2
per 232:5 270:18
percent 25:5,6,7,9,2 0 26:22,23
    26:25,25 27:5,13 32:10,11
    33:17 75:11,12,14 77:3
    155:23 171:25 200:5,13,16,19
    200:20 227:21 235:12,20
    236:5 238:16 239:1 240:8
    243:8 248:1 267:7 294:11
    296:7,8,8,9,12,13,1 4 297:6
    297:7 315:4,5
percentage 75:8,10 294:5,10
peremptory 5:14 149:13,14
    157:7
Perez 23:21,23 24:11 145:25
    157:17 178:9,9
perfect 61:5 157:19 196:14
perfectly 78:7,10,13 149:12
    164:11 261:20
performing 238:11
Perhaps 237:10
period 11:6 57:23 201:13 236:6
    242:11 252:19 253:9 254:20
    286:24 287:1,16,17,21 288:21
    291:18 292:22
periods 286:20
perjury 230:4,6
permission 127:16
persist 182:21 324:1
person 13:4 23:15 69:4 94:19
    104:23 130:2 157:14 232:5
    233:3 252:23 289:3 298:9
    323:19,22 324:1 327:12
personal 85:24 197:21 324:25
    330:2,5
personally 209:15 321:17
personnel 271:18 281:18
persons 23:24
perspective 7:25
pet 203:13,14
Petit 36:5 147:15 158:2
petty 101:5
pharma 99:19,22 133:2,3,5,12
    315:16
pharmaceutical 133:11 201:1
    215:22 234:4 310:10
pharmaceuticals 54:21 133:8,9
    144:2 214:19 216:14 217:24
    248:11 324:22
pharmacies 22:9 202:5 228:5,11
    291:6 312:5
pharmacist 144:11 214:24
    239:24 240:2,3 251:20 252:11
    267:15 284:5
pharmacy 5:25 6:1 32:25 34:2
    133:10 135:4,5,8,15 136:3
    137:11,15 140:11,11 143:17

144:7,19,23 199:18 200:2,8
    201:22,24 202:4,8,24 203:9
    203:14,19,19 204:20 205:4
    206:1,2,8,9 207:2,13 210:11
    210:12,20 211:1,6,13 216:12
    216:13,14 218:16 219:14,19
    220:2,2,6,8,8,9,1 4 222:3
    226:9 228:18 233:10 240:19
    241:6 244:9 245:9,11,15,18
    251:16,16 252:6,7,9,22,24,25
    253:1,3,6,1 8 259:21 263:10
    264:4 265:11,13,14,16 268:7
    275:6,8 277:13,16 278:25
    279:18 283:14,14,16,20,21
    284:4,12 286:1 287:7,10,14
    287:18 290:24 291:2,19,19
    292:4,5 295:17 299:2,11,17
    312:3 313:18 316:9,13 318:7
    318:12,17,25 319:14,23
Philip 263:6,12,2 4 264:1 266:4,9
phone 72:4 111:10,11,11 140:8
    150:8 161:9,18 216:5 238:24
    282:11 306:18 320:24 321:24
phones 111:13 150:11
phonetic 280:12 281:14 312:21
physical 44:21
physician 140:7 221:15 239:2,5
    317:10 321:2
physicians 313:22 314:1 317:18
    321:22
Ph.D 7:2
pianist 24:2
pick 155:14 180:10 248:3 319:13
picked 323:15
picking 12:2
picks 197:25
picture 163:14
pictures 218:21
place 43:25 204:18 217:23
placed 293:3
places 12:16 139:16 183:23
plain 77:20
Plaintiff 1:5
plan 11:7 226:1 237:21 238:1
planned 62:8,9
planning 60:13
plant 115:5
plating 49:7
play 11:3 134:22 145:3 168:14
played 6:8,12 113:15 145:2
    214:12,14
player 5:20,22 22:10,11,20
playing 113:9 214:13
plea 229:8,11,16,17,1 9 303:3,8
    304:11
plead 94:6 133:18 228:23,25
    304:24 305:1
pleading 302:25
pleasant 13:7 16:13 57:2 158:24
please 9:1,9 160:1,6,11 165:18
    172:9 182:24 197:9,13 199:4
    222:25 224:5,7,10,19 225:5
    230:24 244:23 254:5 257:13
    257:16 263:21 267:21 273:22
    275:10 293:18 321:15
pleasure 28:18
pled 88:25 129:20 130:15,18
    210:3 228:19 234:25 300:19
plenty 205:7 324:10
PLLC 2:1
Plumbing 104:14
point 43:10 52:16 205:10 209:9
    212:20 220:10 231:21 241:19
    252:6 269:14 270:6 291:10
    292:7 319:19
pointing 216:7
police 27:7 28:24 33:21 35:20
    37:3,10,1 1 44:1 50:23 55:11
    61:21 63:2 67:2 69:19 78:8

**Column 1**

79:18,19,19 81:23,24 93:18
97:20 101:14 103:8 107:6
111:18 118:19 120:14 121:17
123:1 125:8
polite 181:22 182:1 184:8
politics 16:24
pomp 329:23
Ponzi 143:9
pool 128:25
portal 231:20 240:8 262:6 266:6
266:7,8 289:18,20,22
Porto 47:15,16,1 7 149:19
portrait 104:3
positive 91:25
Possession 55:24 65:15 122:3
possible 94:17 151:20
possibly 130:23 311:7
postpone 30:21 59:10
potential 83:22 160:13 302:17
303:23
powders 203:6
power 115:5 304:7
practical 280:22
practice 99:11 144:22
praying 235:2
prechecked 256:25 257:1,1
258:8,11
Precisely 217:13
precludes 13:24
prefer 34:7 35:17 37:6 39:24
40:12 41:9 60:4,5,7 67:5
76:16 82:1 91:21 93:20
101:16 104:9 107:4 119:8
122:8,17 123:3
preferring 22:4
prejudice 168:9
premarked 251:5
prepaid 217:6,8
preparation 237:21 238:1
prepare 255:12
prepared 330:21,25
preparing 182:10
prepay 217:10
preprinted 204:11,12 226:6
247:23
prescribed 136:10 137:6
prescriber 249:23 251:1 257:2
prescribing 204:8
prescription 136:18 137:12
140:5 199:19 201:19,19
202:20 204:12 208:17,18,19
216:22 217:12,13 220:3,8,19
226:7 235:16 238:25 240:18
241:4 244:8 245:18 247:23
248:22 249:22,24 250:16
251:3,5,13,15,1 6 252:8 253:4
255:18 259:15 260:10,15,19
260:24 261:1,3 262:9,23,24
265:3,17 267:21 289:22 312:9
317:7,13 318:22 320:22 321:4
322:1
prescriptions 135:5 144:9
204:11,15,2 4 205:11 217:8,16
220:4 226:6 244:7,11 245:8
245:12,20 246:18 251:9,11,22
252:17 253:2,4,10,20 254:3,5
255:12,16 258:1,14 289:17
318:1,17 320:18
presence 197:7 198:16 224:1
282:8 325:22 334:12
present 5:10 130:13 135:2
197:15 282:24
presented 23:16 325:1
preserve 188:23
preserved 188:25 193:23
presiding 9:14
press 145:19,21,24 150:8
pressure 89:16
pressured 87:12

**Column 2**

presume 14:5
presumed 6:5 17:9 19:8 20:3
22:12 107:13
presumption 6:6
pretty 11:9 33:3 43:15 113:4
137:17 155:24 219:2
prevent 18:3
previous 249:9 287:1 292:19
previously 131:19,20 173:4
198:13 248:13 265:18 283:3
Pre-K4 58:14
price 204:1 207:3 210:15
pride 50:4
Princeton 80:4,5
principally 79:5
printed 247:5
printout 266:6 328:18
prior 48:9 71:14 170:8 229:17
229:18,19 300:17 304:24
prison 301:10 302:20
private 12:1 136:13 161:17
231:5,7,25 233:1 234:2
248:14 310:13 315:14
privilege 134:12 213:11
probably 60:9 11:19 13:7,8,9,25
14:1 15:13,23,23 16:11 18:3
20:20 28:18 33:8,9 59:15
62:25 80:14 88:2 97:1 102:9
105:18 131:11 163:20,25
175:8 180:2 182:23 195:3
196:19 209:4 212:4 241:1
242:20 253:25 257:12 282:16
probation 124:12
problem 2:12 19:6 20:2 45:18
57:4 59:16 60:13 62:6 106:7
108:24 116:4 118:2 162:6
163:1 165:15 174:6 180:25
220:9 222:8 245:12 264:1
326:21 336:1
problems 11:24 17:19,19 20:8
24:24 148:11 173:13 177:19
177:20 225:1 232:8 278:19,21
279:3 300:8
procedure 138:15,15,18 139:23
procedures 138:13
proceed 196:3 272:14
proceeding 14:25 31:12 36:17
44:10 64:16 82:19 85:22
96:11
proceedings 1:10 5:1 15:10
145:18 148:20,25 150:10,12
157:11 165:23 172:1 197:6
282:8 336:10
process 122:16 123:1 250:20
286:3
processed 139:13
produced 329:21 330:3 333:15
333:17
product 28:2,4 143:14 217:1,17
227:5,10,2 1 228:6 250:2
254:11,12 255:18 266:12,21
268:19 269:10 270:21 274:6
280:24,25 281:8,9 291:3
292:11,25 293:5,8 312:3,6
314:1 318:11
products 111:7 203:7 215:18
216:6 226:15,23 231:18
247:11 255:7,9,20,23 256:6
266:9 270:1 284:18 290:12
292:1 293:5 296:11 297:11,17
310:8 313:9,22 316:13 318:4
318:8,18,25 319:17
profession 317:16
professional 125:1 145:5
Profile 317:7
profit 200:5,6
profits 200:3 296:5 315:4
program 22:16 43:18 101:6
107:9,11 113:13 128:20,21,23

**Column 3**

129:5 136:6 138:16 139:1,3
199:14 201:20 215:6,7,10,12
222:3,11 225:23 278:5,5,8,15
278:24 279:11,12,15,18,23,25
280:8,23 281:7,25 290:9
293:2 297:20 298:15,21
299:17,22,2 5 300:1,4,5,8,9,10
300:14 306:9,13 307:7,11
309:8,11,14
programs 129:1 272:3 298:11
progressive 24:1
prohibits 13:24
project 30:4 113:3,5
promise 177:9 323:6,9,23
promised 280:11,13 323:4
promotion 281:22
proof 19:15,16,23 20:4 63:21
213:23 222:21,24
properly 196:19
proposed 223:21
prosecuted 52:15
prosecuting 89:5
prosecution 38:22 198:23
prosecutor 14:22 88:4 110:6,8
124:25 125:22 128:14 326:18
prosecutors 9:20 16:23 17:10
19:16,23 20:4 44:1,5 47:8
52:15 89:4,5 107:14,17 110:5
125:1 304:20
prospective 60:17
proud 60:19
prove 17:10 19:16 20:4 52:5
107:18,18 206:17,17,20 208:4
proven 14:6 19:9 22:13 107:14
provide 126:21 141:1,5 193:18
193:20 217:3 238:6 274:16
305:12,22 318:12 326:15
provided 274:16 289:17 305:9
305:25 309:21 326:20
provides 199:14
provisions 115:22
pry 12:1 134:19
psoriasis 270:2
Psychology 41:3,4
public 62:4
publicity 21:14
Puerto 88:13,14 316:9
pull 188:7 246:15 257:11 305:14
pulling 188:16
punish 177:5,8
punished 177:8
purchases 208:12
purchasing 54:18
purpose 239:10
push 202:14
pushing 116:22 182:11 202:10
put 24:13 25:2 83:25 103:22,25
135:1 136:5 142:13 165:21
182:17 186:3,10 222:21,23
249:19 250:2 255:19,23 260:8
292:21 293:10 324:13
putting 223:1
pyramid 199:23 200:12,13,15
200:17,21,22 201:11,14,16
215:14
p-01 246:6,10,10 247:11,25
248:3 249:18 255:23 256:25
258:20 259:3 260:13 319:11
319:21
p.m 71:14 73:1,2 180:5,7 184:4
197:4,6,12 325:13 336:6

**Q**

qualifications 298:8
qualified 271:21 320:21
qualifies 321:25
qualify 226:23 271:17,20
quarter 334:4

**Column 4**

question 6:25,25 7:19 8:3 14:3
14:17 18:21 24:5 32:7 37:9,15
47:5 70:1 75:5,12 132:4 142:8
174:17 175:16,17 177:19
191:12 194:11 244:11 259:7
275:24 276:8,21 293:17,19,23
308:8 309:13 320:19
questioned 12:4,22 39:12
questioning 42:19 131:9 140:3
196:17
questionnaire 30:2
questions 5:14 6:21 7:4 11:25
12:3 13:21 15:11,12,13,17
23:19 36:2 38:2,4 51:10 68:5
83:25 84:2,13 90:22 102:14
128:1 129:14 131:5,19 134:15
134:15,16 144:22 160:13
195:4 209:23 283:14 294:2
299:3 305:3 308:4,20,21
309:1,3 318:15
quick 8:3
quicker 147:1
quickly 27:5 77:2 80:19 196:6
196:11
quit 91:25 162:12 180:10 183:19
183:20,20
quite 73:18 140:15 281:18
289:12
quitting 103:17

**R**

R 336:8
raise 9:10 12:5 91:9 181:8 224:7
245:16 294:18
raised 38:5 259:7
raising 144:4
Ramirez 40:18,21,22 147:25
ran 310:3
range 303:24 331:14
rare 137:17
Rarely 258:18
Rashbaum 1:19,20 3:5 5:9,9
10:3,3 11:14 127:13 134:11
145:10,13 146:4 151:23
166:17 168:14 184:22,24
185:2 194:19 196:6,10,14,18
196:22 213:7,8,9 223:8
327:10 328:7 331:12 335:4,8
335:13
rate 218:12 243:8
rather 30:11,13 59:3,13,15
60:16 62:17 71:6 115:21
198:10
rattle 198:10
Ray 1:7 5:4 9:15 10:4 22:11
199:11 213:15 214:8 229:4
reaccept 168:23
reach 13:1 48:4 57:7 68:25
92:17 95:21 105:2 220:15,19
231:17 263:18 264:5 275:11
276:16,19 286:12
reached 21:18 217:25 218:7
292:11 311:4
reaching 226:16,18 265:7
reaction 220:17,22 222:9 324:4
read 6:2 17:2,4 102:15 189:20
190:1,1 260:6 261:23 293:17
293:19 294:1,1 323:7 325:5
326:10,14
reading 275:23
reads 283:9
ready 15:24 37:8,11 45:18 69:14
95:25 101:3 145:8 157:12,13
157:15 174:10 197:8 336:2
real 23:19 87:12 98:17 113:2,7
140:18,22 179:18 208:20
242:24,24
reality 207:24 217:22 218:25
219:1

**realize** 214:23,23 245:5
**realized** 217:16 241:21 244:2
**really** 10:15 18:25 19:6 47:3
    71:7,23 87:1,16 88:16,18,18
    113:25 118:2 138:10 163:13
    166:18 181:2 182:18 200:25
    206:22 208:16 213:14 222:5
    236:3,9
**realtime** 214:1,3 219:7 222:8
**Realtor** 38:6 98:19
**Realtors** 113:19
**reason** 16:22 17:7,8 18:12,21
    19:4 23:3 29:2 33:5 49:8
    61:16,17 70:3 75:2 79:16 83:6
    83:9 85:8 97:25 98:3 103:14
    106:6 109:18 111:20 119:9
    120:16 123:17 125:5 149:12
    149:13 177:18 179:18 205:2,3
    205:11 207:3,4 209:16 270:13
    274:18 311:2
**reasonable** 14:6 19:10,17,24
    22:13 107:14 213:23
**reasons** 202:23
**recall** 66:20 233:13 251:12
    258:23 259:18 262:24 263:7
    288:23 289:16 290:19 293:10
    296:19 297:14 298:4 299:4,12
    299:14,16 301:5,7 305:10,16
    305:24 306:7,14,15 307:13,17
    309:9,19 311:4,7,8,9,24 312:1
    312:5,7,9,11,2 0 313:8,22
    314:19,20,22,23 316:7
**receipt** 52:1,6,7
**receive** 139:6 208:1 216:5
    253:20 254:21 264:5 274:4
    283:10,11 284:16 296:12,14
    315:3
**received** 4:2 135:4,17,19,21,22
    136:4 139:3,4 140:5 141:7
    193:6 244:19 255:15 277:15
    300:15 321:5
**receives** 139:6
**receiving** 136:7 206:25 207:12
    207:13 227:10 280:25
**recently** 7:3 136:23 138:5
**recess** 197:2,4 198:6 282:3,7
    335:13
**recipient** 81:13
**Reckless** 65:13
**recognize** 198:14 260:10 264:12
    281:14
**recollection** 260:22 268:1,13
**recommend** 183:23
**recommendation** 303:4
**recommended** 256:6
**record** 11:16 28:15 32:6 165:22
    171:15 186:10,16
**recordings** 214:4 219:8
**records** 211:3,5,8 305:16
**recruit** 210:7 234:3
**recruited** 281:16 289:2,4,5,5,13
    295:20
**recruiter** 234:9
**recruiting** 287:25 290:9
**recruitment** 290:8
**red** 120:25 245:16
**reduce** 304:3,7
**reduction** 229:23,24 230:16,19
**refer** 200:17,19 207:16,18
    244:14 255:1 270:7 271:5,13
**reference** 278:2 289:1
**referenced** 287:24
**referral** 227:20 239:9,14,17,18
    249:3 275:3
**referrals** 239:10,19 242:16,18
    257:10 268:2,18 269:16,19
    270:14 316:19,20
**referred** 232:23 233:3 243:19
    249:4 260:12 274:24 281:15

293:19 314:3,5
**referring** 206:25 207:17 226:14
    244:22 273:16 275:12,18
    276:16 283:9 284:8
**refill** 270:22
**refills** 247:12,15,16,19,1 9 250:2
    250:11 255:19,23,24,24 257:1
    258:8,12 260:7,17 262:19
    278:24 284:16 288:2 290:7
**reflect** 28:15 32:6 259:3
**refresh** 268:13
**refuse** 334:15
**refused** 263:16
**refusing** 264:21
**regard** 220:1 235:3 259:9 272:9
    292:11
**regarding** 5:18 20:8 40:6 155:14
    173:12 281:12 283:14 308:5
**regular** 18:6 202:6 203:11,16,21
    203:25
**rehash** 206:24
**reimbursed** 235:13
**reimbursement** 225:15 218:12
    235:24 246:11 248:4 261:11
    319:2
**reimbursements** 207:4 214:25
**reject** 5:15 145:25 151:8 152:12
    177:24 178:3,6 204:14
**rejected** 258:19
**related** 114:23 229:3 243:20
    245:3 270:10 288:6 305:13
**relations** 62:4
**relationship** 208:21
**relative** 14:17 89:15 99:18
**relatives** 14:19
**relax** 84:5,7,9 323:1
**relaxed** 56:13 84:12
**religion** 13:24
**religious** 13:22 83:17
**relive** 89:18
**reliving** 89:25
**reluctant** 166:19
**remaining** 286:25 287:19
**remarks** 25:4
**remember** 6:11 23:10,11 47:1,3
    57:11 66:14 86:15 87:6,9,10
    90:23 92:21,23,25 93:2,3,22
    95:19 104:19,21 110:13
    126:10,18 127:6 133:3,5,7
    149:8 161:1 176:23,25 182:21
    194:10 234:24 263:5,23
    264:24 265:20 290:24 292:17
    292:24 295:11 305:24 309:13
    316:20 325:9
**remind** 159:20,24 161:20 180:13
    280:2
**Rendering** 155:14
**rental** 68:15
**Rent-A-Car** 176:15
**rep** 68:15 200:23 201:7 237:23
    271:13 281:12,15,17,22 289:7
    289:4 295:20 296:16,19 317:3
    332:10
**repackage** 203:22
**repackaged** 203:17 204:1
**repeat** 70:1,1 175:24 309:13
    320:19
**repeated** 248:21
**replace** 111:22 112:13 170:15
**report** 119:17 242:10 286:11,14
    286:24 288:17
**reported** 2:5 280:10 295:25
    296:2 312:25
**reporter** 2:5 8:18 25:2 40:20
    97:2 114:4 130:7 137:1
    157:13 186:17 196:25 255:3
    293:19,22 294:1 336:13
**Reporter's** 3:9
**reporting** 286:22 289:15

**reports** 274:16
**repped** 201:4,6
**repping** 201:9
**representations** 239:7
**representative** 38:14 206:7,8
    271:1 275:3 296:10 297:5
    312:23
**representatives** 142:12 200:23
    296:21
**representing** 9:19 10:4 15:15
    134:12 213:11 301:23,25
    302:2,5
**represents** 239:8
**repriced** 203:18
**reps** 142:1 200:15,25,25 201:5
    201:13 205:17 206:3 207:1,15
    210:1 215:16,22,23,24,25,25
    216:1,2,5,7 217:25 222:5
    234:4 271:6 283:20 287:4
    288:18 289:13 291:22 295:19
    295:25 296:18,22,24 297:8
    314:7,16,24 315:7,8 316:16
    316:25 318:3 320:13,25 331:6
**requesting** 247:3
**require** 182:14
**required** 17:14 222:23 263:8
**requires** 229:12 312:8
**research** 272:4 324:20,21
**reserve** 192:24
**reserved** 188:3
**reserving** 223:21,23
**Reshma** 102:17 156:25 160:10
    169:12
**Residence** 252:3,4
**Residential** 97:11
**residual** 271:2 284:16
**resist** 23:3 324:8
**resolve** 17:6
**resolved** 7:13 115:17 265:4,5
**respect** 230:18 246:19 248:22
    254:7 256:4 258:1 268:4,14
**respond** 267:22
**responds** 275:11
**response** 13:12 220:19 277:16
**responsibilities** 111:21 114:23
**rest** 145:23 158:7 192:19
**restaurant** 182:15
**restaurants** 54:2
**restroom** 9:5 172:18
**rests** 20:13
**result** 213:21 226:17
**resume** 329:20,24
**retail** 120:11 202:7
**retire** 214:15
**retired** 55:11 63:2 90:11 93:18
    172:19 184:4 199:15 271:18
    325:13 334:3
**return** 51:25 285:5
**returned** 282:19
**reunions** 100:2
**reversing** 205:12
**review** 272:10
**revised** 273:17
**revisit** 185:9
**revolutionary** 17:5
**rewind** 167:23 168:2,3,4
**Rey** 58:8,9 151:10
**Richard** 312:20
**Rico** 88:13,14 316:9
**right** 5:11 6:11,19,20 7:7,21,24
    7:24,25 8:20 9:10 10:5,8 14:9
    16:25 19:5,7 22:22 23:17 27:2
    27:12,14 29:5,10,12,13 30:11
    31:1,7,14 34:3,4 35:25 36:3,4
    36:5 37:18,19,22,25 39:3,6
    40:3,11 42:14,20 43:21 44:17
    46:4 47:10,14,15 48:16 49:18
    51:10,12,17 52:24 54:9 55:14
    55:17,19 56:6,9,13,14,17 57:5

57:21,24 58:7,8 59:6 60:20
    61:23 62:9 63:9,11 64:25 65:4
    65:20 66:10,21,22 67:22,22
    68:2,4 70:6,19,24 71:2,7 72:4
    72:8 73:13,13,21 74:25 75:25
    76:6 77:22 78:17,18 79:15
    80:7,7,19 82:3,23 83:7,17,20
    84:16 86:4 87:23 88:3 89:1,3
    89:12 90:3,6,23,2 5 91:2,25
    92:3,4,9 93:8,15 95:2,3,10
    96:2,22,24,2 5 97:2 98:6 99:3
    100:8 102:10,13,19 103:14,17
    104:11 105:12,17,2 1 108:1,5
    108:13 110:17 112:2 114:7,8
    116:9 117:17 118:8 119:2,18
    120:1,19 122:10 123:20,22
    125:5 127:2,19,24 129:11
    130:8,8 134:6 139:9 144:11
    145:7,19,25 148:24 153:8,8
    155:1 157:16,17,18 161:2,12
    161:14 162:10,14 163:3,3,6
    163:12 164:9,24 165:16,17
    168:17 170:18 172:4,5,15
    174:14 177:17 179:1,17
    180:13 181:7,8 182:4 183:2
    184:14,20 188:22 193:21
    194:1 198:25 207:3 213:22
    222:10 224:5,6,7 237:16
    238:17 241:21 243:1 247:1
    256:2 267:11 273:25 276:21
    282:3,17,24 283:1 294:16
    295:14,17,19,1 9 296:1,15
    297:11,20,23 299:16,22,23
    300:2,12,20,23 301:2,12
    303:1,6,23 304:12,13,16
    305:2,8 306:10,18 307:2,9
    308:1,15,16 309:21 310:1,4,7
    310:9 311:3 312:15,17,19,20
    313:15,15,18 314:4,15 315:2
    315:9,24 316:11,19,25 317:1
    317:5,9,18,23 318:9,24 319:7
    319:11 320:5,11,13 321:7
    322:1,3,5,8 323:4,13,21 325:5
    325:14,19 326:15 327:19
    328:7,13,23 331:4,22 332:19
    333:21,23 334:14,16,20,25
    335:3,16
**righty** 76:24 108:1
**right-hand** 257:5
**rip** 198:3
**rise** 8:22 9:9 181:8 184:3 197:3
    282:6 325:8 336:5
**River** 12:14
**road** 211:22
**Roberto** 31:19 147:5
**rock** 158:14
**Rodan** 142:18
**Rodrigo** 108:14,16 110:19 170:9
    173:1
**Rodriguez** 119:3,4,14 122:11,12
    171:9 173:4 179:2,20,23,24
**role** 226:2 228:20 231:6
**room** 16:5 20:18 45:21 126:25
    145:21 324:12
**roomy** 67:25
**rope** 6:24
**Rosemarie** 58:8 151:10
**Rossetto** 51:13,14 150:4,14
**rosters** 114:22
**routinely** 252:20
**row** 22:18 40:4 158:7 159:1,5,11
    159:15,20 161:21 323:9,11
**rows** 22:21 126:23 127:23
**RPR** 2:5 336:12
**rubber** 209:24
**rule** 37:12 184:6 190:24 191:3,4
    195:11,12 216:25 223:18
    304:7 333:25 334:4,9,9,10,12
**rules** 190:22 222:18 334:13

**ruling** 185:12 190:12,16 192:25 223:21
**run** 180:1 195:5 196:11 201:21 218:17 323:18
**running** 182:10 331:25
**RX** 201:25 233:24 237:4,15 262:6 263:19 269:4,4,5 280:12 313:2 314:7

**S**

**s** 7:2 86:6
**sad** 105:21
**Saks** 73:11
**salary** 175:6,13 234:17,18 235:11
**sales** 68:15 70:21 140:9 142:11 200:15,23,23,25,2 5 201:2,5,12 205:16 206:3 207:15 210:1 217:25 222:4 237:20,23,25 240:8 242:12 269:5 271:6,13 289:13 291:22 295:19,20,25 296:16,18,19,20,22,2 4 297:8 309:25 310:2,6 311:3,11,18 312:12,23 313:9,17 314:7,16 314:24 315:4,7,8 316:16,25 317:3 320:13,25 331:6 332:10
**salesman** 104:14 218:3
**salespeople** 71:8 314:18 316:4
**salesperson** 215:1
**same** 35:4 69:10,12 112:14 113:13 119:25 122:21 130:10 133:20 137:11,16 142:8,18,19 158:17 180:24 190:9,11,12,15 190:16,20 191:18,23 192:1,4 192:7,10 193:1 247:17 250:23 256:4,6,2 4 257:9,9 258:11 277:25 286:13
**sample** 246:5,5,22 249:9 256:23
**sanctions** 334:8
**Sanders** 260:10
**Sandrini** 108:14,16,20 110:19 110:20 111:17 170:9 173:1
**Santos** 232:22,24 233:2,4,20,20 234:15 313:16,25 314:2,4,5,6
**Sarah** 86:5 154:24 159:17
**sat** 12:22 77:2 305:2
**satisfied** 118:14
**saves** 63:21 198:12,17
**saw** 6:20 87:15 129:21 142:5,16 260:20 315:23
**saying** 10:17 24:5 130:2 163:4 166:19 210:21 212:16 216:24 235:2 283:4 288:15 319:8
**says** 22:24 23:12 60:16,16 175:18 182:3 189:21 190:2,24 191:4,4,5 193:21 220:10,15 221:3,23,25 222:9 238:6,15 238:19 240:5,7 246:4 247:11 255:20,22 257:16 260:1 261:14 263:21 265:12 266:5 266:19 267:20,24 269:25 273:13 275:16 278:1,11 280:9 280:13 281:12 286:17 288:14 303:16 319:4,8 323:22
**scan** 250:17
**scar** 202:15 204:16 214:19 226:24 228:2 235:16 238:8 245:22,23 246:5,7 248:6 255:24 258:22 259:11,12,13 259:15,19 262:18 266:16,17 274:9 310:20 318:16 319:21
**scared** 83:25
**scarring** 262:14 270:2
**scars** 259:10,11,12
**schedule** 11:3 41:12,13 113:20 118:5 153:7
**scheduled** 29:22,25 44:25 45:12
**scheduling** 17:20
**scheme** 5:19 6:3 129:22 130:1,17

143:9 199:11,23 200:11 201:21 204:6 205:25 206:10 206:12,23 207:6 208:25 209:21 210:2 211:20 212:24 215:14 226:3 228:20 234:22 234:25 240:13,15 241:21 245:1,5,21
**school** 7:1 41:11 58:20 59:9 68:16 105:17 113:6,12,12,15 114:9,19 115:12,18 120:25 121:2,4 123:13 177:4 225:7,8
**Schwant** 280:12
**scratch** 202:8
**scratched** 246:14
**screen** 246:14,21 264:25
**screening** 292:11,25
**script** 257:16
**scripts** 205:5,14 206:25 207:2,5 207:16,17,17,1 8 210:16 251:24 256:12
**scroll** 237:4,7,9,10
**sc-01** 246:10 247:17 248:6 249:18 255:23 256:25 258:21 259:3,15,17,2 0 260:13 261:9 261:10,11 262:7,9,19 319:13
**sc-02** 259:20 261:8,10 262:7,23
**Sears** 39:5
**season** 70:25 113:18
**seat** 7:8,20 9:12 127:7 157:21,25 158:1,4,5,6 159:1,4,10,14,19 159:25 160:5,6,9,11 172:9,12 172:13,21 173:6,8 174:10,11 178:19,21 179:11 181:13 184:6 224:9 325:14
**seated** 9:1 174:14 197:13
**seats** 155:18
**second** 20:18 22:7,1,8 29:23 41:22 62:7 107:25 124:21 129:15 146:17 157:25 158:7 159:5,11,15,2 0 161:21 178:21 186:3 207:7,14 227:1 258:2,4 273:22 323:11
**Secret** 39:22
**section** 1:15 107:9,22 249:6 256:15 271:17
**security** 8:22 91:5,6 119:16 126:24 172:17 183:8 184:3 197:3 282:6,14,2 1 325:8,16 335:19,21 336:5
**see** 6:1,6 11:3,15 14:23 15:6,21 15:22 17:13,16 18:11,13,16 19:2 24:25 25:13,14 27:5 32:10 33:16,16 38:3 43:9,17 54:1,9 61:15 63:18 65:6 77:2 78:1,7 91:20 93:13 95:9 104:3 107:25 109:17 111:12 115:22 116:3 126:14,15,16 157:14,15 158:14 163:6 164:15 165:18 165:19,20 168:19 172:5 177:18 178:16 180:24 181:20 181:20 182:12,13 184:1 185:19 191:4 197:2,13 204:19 205:7,24 206:11 208:11 211:7 211:10 213:14,16,19,22 215:11,20 216:7,17,20,22,23 216:25 217:2,4,14,17,21 219:7,13,15,19,20,2 5 220:1,9 220:14,20,2 5 221:4,12,14,19 221:22,23 222:2,6,8,17 224:24 236:23 240:25 242:8 242:24 243:8,10,13,1 8 246:24 247:25 249:6,16,22 250:23 256:12,15,24,2 5 257:5,18,23 258:2,4 260:13,16 261:15 263:19 264:20 266:2,9 267:4 267:24 269:9,10 273:14 275:12,25 276:16 277:16 280:14 281:3 282:4 284:5 286:19 289:18,21 292:6,8

307:2 317:10 320:2,6 322:17 325:5 326:2,18,2 1 330:10 333:24 334:2 336:2
**seeing** 18:16 40:15 292:20
**seek** 303:25
**seen** 170:16 171:5 241:21
**seemed** 236:9
**seems** 175:8 241:22,22
**seen** 19:19 105:18 177:20 244:4 257:15 285:1 297:23 326:19 328:13
**select** 8:8 61:4 246:12
**selected** 19:1 28:17 33:10 57:16 89:25 128:16 129:17 158:13 160:12 179:13 182:9 255:18 258:23 259:15,17 260:13,13 323:16
**selecting** 246:19
**selection** 12:5 18:12 78:2 84:5 195:25
**selections** 249:24 250:8 251:9 254:4 256:1,5 262:20
**selector** 100:18
**self-employed** 118:4
**sell** 163:14,14,19,20,2 1 226:5 291:2
**selling** 141:22,23 164:2 201:18 201:19 228:4,10,1 1 290:23 291:3
**sells** 141:19 142:6,10
**senators** 16:17
**send** 21:11 135:15 157:23 161:19 181:18 183:4 188:18 220:7 226:7 227:16 245:9,17 250:21 251:4 253:18,19 263:11 265:16 272:10,10 279:13 285:17,18 286:4,5 299:10,12 317:4,7 318:4 322:14 325:12
**sending** 204:10 210:22 288:17 309:10,13,20
**sense** 16:13 201:5 206:18 318:11 324:25
**sent** 171:9 181:6 226:7 240:19 241:5 247:5,23 252:6 256:1 258:14,17 259:4,21 260:5 273:5,6 278:13,14,25 280:7 285:16 294:8 299:5,5 309:6 309:15,18 316:22
**sentence** 94:17 130:22 229:24 230:2 304:4,8
**sentenced** 46:17 87:19 88:21 229:6 303:5,9
**sentencing** 13:20 14:4,7 94:12
**separate** 106:23
**Separated** 72:19
**separately** 314:4
**September** 302:6,6
**Sequestration** 334:9,11
**sergeant** 93:19 101:15
**series** 32:22 33:10
**serious** 43:15,17 84:6 149:6,8
**seriously** 84:10,10
**serve** 28:16 30:11,13 62:6 71:4 84:15,16 90:14 129:17 163:17 323:15
**served** 15:8 47:12 56:1 131:20 269:6,22
**serves** 119:15
**service** 39:23 43:20 93:5 128:9,9 128:10 238:21,22,24
**services** 209:20 238:7,10
**serving** 99:24 139:2
**session** 161:24 162:7 197:5
**set** 45:9 188:21 209:21 215:13 215:13,14,23 218:12 220:6 226:8 241:5 250:1 277:15 280:6 314:13
**settled** 69:10

**seven** 71:12 155:13 200:18
**seventh** 183:14
**seven-year-old** 214:9
**several** 142:17 214:17 248:23 280:18 330:17 331:10,10
**severe** 334:8
**shaking** 24:25
**shame** 18:25
**share** 108:3 110:15 118:25 296:5
**Shayvonne** 260:10
**she'd** 240:25
**she'll** 24:4 194:12 334:23
**shift** 206:12
**shifts** 184:1
**Shirley** 49:19 197:25 324:15
**shock** 236:8
**shooting** 148:14 149:6
**shop** 49:7 74:21 311:15,16,17
**shoplifting** 52:2,15
**Shores** 67:18
**short** 183:6 198:6 202:1 252:19
**shorten** 322:24
**shorter** 183:12 196:24
**shortest** 197:10
**shot** 16:12 17:5
**shoulder** 262:13
**shoulders** 25:2
**show** 19:14 25:12 32:20,25 75:19 107:23 158:13,17 183:8 198:12,15 206:11 211:8 213:24 214:1,3 216:4,6 218:21,22,23 220:18 236:22 238:19 239:6 242:3 248:25 251:17,21 256:8 259:22 260:9 260:9 261:6 263:12 264:8,8 266:3 267:13 268:12 273:11 274:15 275:4 277:9,24 279:7 280:2 281:10 286:7 288:9 326:23 328:1 329:2
**showed** 276:1 327:4
**showing** 157:7 219:14 239:21 262:3 263:2 264:12 265:18 268:21
**shown** 20:15
**shows** 219:24 309:17
**shred** 198:3
**shutdown** 7:10 10:12,14
**shutter** 43:16 148:11
**sic** 46:15,17 47:5,8,10 148:7 177:14 228:14 246:6
**sick** 11:2
**side** 5:13 7:25 35:17 39:24 40:12 56:14 67:5 82:1 91:21 93:20 107:4 122:8,17 123:3 155:16 155:21 190:23,24 264:17,18 264:20 313:11 328:9
**sidebar** 5:15 145:8,18 146:21 148:25 150:12 165:18,23
**sides** 17:1 23:6 61:9 135:1 186:12 198:11
**sideways** 24:6
**sign** 202:15 204:13 205:17,20 226:15 236:20 240:18 241:3 251:3,5 268:10 290:10 321:16
**signature** 256:1 258:8
**signatures** 220:10
**signed** 204:9 237:2 241:20 251:1 260:15 261:4 262:24 281:2 295:10
**signs** 13:4 69:4 202:19 221:5
**similar** 131:13 203:24 215:15,15 233:17 310:17 311:5
**simple** 207:24 208:3
**simplify** 286:17
**simply** 144:22 193:20 216:24
**since** 13:11 48:9 167:11 186:15 195:25 197:1 229:15 286:15 301:24 302:6
**single** 75:12 76:21 221:5

**sir** 28:6 34:5 35:22,24 38:1
44:17,18 49:24 50:24 51:9,14
56:18 65:23 70:8,10,18 71:20
72:5,9 80:10,11 81:11 82:16
82:20 86:8,10,18 100:9,13
102:14 103:24 104:11,12,16
104:24 105:1,3,5,7,9 108:11
108:15,16 110:20,24 111:17
111:19,24 112:1,9,15,21,23
113:2 120:23 129:9,12 160:1
160:8,21 229:7,10,19,25
230:5,14 234:9 309:22 312:10
319:10 325:16,18
**sit** 10:25 11:19,23 13:5 15:6
17:14 21:7 33:11,13 34:20
41:4 42:21 46:2 71:24 80:16
89:6 102:23 103:12,14 120:16
124:16 127:14 175:25 211:23
322:19
**sits** 22:12 213:22
**sitting** 13:22 17:20 22:24 23:25
46:1 83:17 173:12 318:20
**situation** 51:23
**situations** 232:8 297:2
**six** 71:4 148:2 155:13 162:13
247:12 334:5
**sixth** 158:6
**six-month** 202:19
**size** 315:23
**skip** 47:4
**skis** 218:23
**sleep** 73:4,7 100:19,22 162:13
186:17 322:16,18
**smart** 330:19
**smartest** 7:1
**Smith** 92:5,6 138:17,17 155:25
160:2 168:7 192:17,18 239:22
239:23 240:5 251:20 252:11
273:12 277:25 279:8 284:4
**smuggling** 66:17
**sneaky** 111:13
**Snodgrass** 263:6,7,8,13,24
264:2,5,9,21 265:1,7,9,15,16
266:4,9 267:8 268:6
**soccer** 113:5,5,16
**social** 96:6
**soda** 20:19 183:11 282:22
**softer** 72:15
**soft-spoken** 91:7
**sold** 141:20 200:14 203:18
210:14
**soldier** 271:19
**sole** 304:10 313:5
**some** 6:20,21 7:1,2 10:17 12:5
12:15,15 15:12 16:1 17:7
18:12,14,21 19:2 21:6,14
23:12 36:2 38:20,23 39:7
40:13 45:19 46:1 52:15 67:2
69:13 73:7 91:6 97:22 106:17
107:9 109:25 113:19 114:2,2
114:3,5,23 128:18 129:18
134:14,15,16 136:12,12,18
138:14,15 142:5 145:15 157:8
165:15 176:4 181:19 183:9
187:11 188:10 198:11 200:15
201:16 204:21 205:9,13 210:1
211:19,21 212:2,3,3,18
213:21 214:4 215:24,25 216:6
218:23 219:11,18 222:16
227:16 228:4,6,8 229:23
230:16 231:18 232:8,18 233:7
239:7 252:4 254:23 261:20
267:23 278:11 284:17 286:19
293:2 295:13 299:16,24,24,25
304:19 305:15,18 308:13
314:1 323:3,3 330:15
**somebody** 39:8 107:24 126:6
140:2 142:13 209:15
**someone** 11:2 12:25 14:8,14

15:2 16:21 35:4,6 56:15 72:15
82:24,25 108:8 111:9 114:20
130:2 139:17 143:3 144:4
161:20 164:1 184:10 193:15
193:20 197:21 219:9,10 222:1
222:18,18 272:12 273:7
278:10 284:4 286:9 299:6
314:3 320:6 323:3,4
**someone's** 150:8
**something** 10:9 11:4 12:17
13:16 14:15 15:14,16 16:4,8
16:20,23 18:25 20:12 22:23
24:3 45:14,21 51:25 56:7
71:24,25 99:19 107:20 110:9
125:25 130:24,25 133:2
134:16 166:21 174:6 182:24
186:17 194:8 203:5,11 205:18
209:14 219:21 234:20 241:21
241:22,22,2,5 244:2,3 245:1,3
245:21 252:19 264:22 275:23
282:18 297:23 303:15 317:15
317:16 324:14 327:18
**sometime** 304:13
**sometimes** 10:7 12:15 14:18
17:1,25 24:3 25:23 28:21
30:22 41:21 70:1 75:24 76:15
99:4 116:1 118:4 163:24
164:4,6 165:8 181:4,5 184:1
200:5 217:15,16
**somewhat** 211:10
**somewhere** 132:24 137:16
232:16
**son** 14:11 20:11 46:8 47:11 49:5
63:5,6 76:8,10,11 93:18 107:7
107:12,16,19 117:18 118:11
139:18
**son-in-law** 87:12 88:22,23
**soon** 84:5 145:14 178:4 261:19
**sorry** 20:5 35:5 41:22 43:6 46:11
47:21 48:21 56:6 86:1 90:3
91:8 103:22 108:23 115:8
131:15 135:18 136:25 138:7
138:24 148:18 149:1,3 150:18
154:18 162:1 176:21 177:16
178:3,21 189:5 211:16 225:25
228:15 240:22 246:13 251:13
258:3 263:2 279:17 293:21
294:3
**sort** 211:17 230:16
**sorted** 211:6
**sorts** 79:4 210:9,25
**sounded** 236:9,10
**sounds** 43:15,17
**source** 239:17,18
**sources** 239:9,15
**South** 1:21 2:2 100:16 292:4
**SOUTHERN** 1:1
**so-called** 10:12 334:9,10
**so-01** 246:6
**space** 335:18
**Spain** 113:3
**Spanglish** 76:6,7
**Spanish** 25:17 26:12 75:21,22
76:4,16,19,2,0 94:19,20
163:20,25 164:1
**speak** 18:6,14,16 26:12,16,24
32:8 72:15 76:4,19,20 94:20
145:22 153:18 163:15,20
164:1,6,17,20,2,1 176:23,25
198:25 209:6 210:8 211:17
230:24 240:21 241:1 243:1
269:18 283:12 284:1 302:3
303:15,17 328:10
**speaking** 17:22 18:17 26:18,19
135:11 146:6 251:24 264:17
264:19
**speaks** 33:2 76:8,11 94:19
**special** 9:25 202:12
**specialist** 234:8

**specialists** 90:18
**specialize** 132:15
**specialized** 154:6 202:6
**specializes** 154:5
**specialty** 135:8
**specific** 248:6
**specifically** 11:23 229:3 251:12
252:2 263:7
**Speir** 188:17 189:18 191:18
193:13
**Speir's** 191:21
**spelling** 8:20
**spend** 21:24 195:22
**spent** 8:4 26:25
**spill** 194:13
**split** 200:3 287:15
**spoke** 227:14 265:14 278:10
280:10 281:18 299:20 333:8
**spoken** 11:17 23:7 194:19
210:22 333:11
**sports** 25:13,14,16,16,24
**sportscaster** 25:23
**sportscasters** 25:19
**spot** 182:17 257:2
**spouse** 12:21 23:17
**spread** 211:13
**spreadsheet** 192:18
**squarely** 222:24
**staff** 28:19
**stage** 325:20
**stamp** 220:10
**stamped** 209:24
**stamps** 220:13
**stand** 7:8 72:10 80:18 103:23
135:20 210:5 212:18
**standby** 165:19
**standing** 59:19 61:25 80:17 82:4
240:23
**standpoint** 280:22
**stands** 95:5
**start** 20:17 21:3,4 23:19 43:24
44:11 10:15:15,21 116:5,18,21
116:25 127:8 128:8 135:3
165:8,14 166:7,23 167:14,20
182:22 224:21,22 226:18
244:24 246:2 285:13 295:10
298:15 302:2 315:12 319:6
322:24
**started** 8:4 144:8,10 183:19
205:12,13 215:16 216:9
226:17 232:22 233:2 234:1
245:2,7 252:21 259:5 271:24
285:10,11 295:13,16 297:10
297:18 298:8,10,11 299:2
306:9 309:23 324:19
**starting** 144:10 151:20 168:5,6
284:24 287:8 298:21 313:21
**starts** 115:20 181:17
**state** 13:18 23:10 105:14 109:23
109:24 110:6,8 136:25 225:4
**stated** 244:1 278:4 283:22
317:11
**statement** 3:4,5 5:17 19:12
178:4 184:15 189:23 190:1,6
190:23 191:6,6,11 193:17
**statements** 8:16,20 128:16
181:16 188:25 191:4 198:20
199:3
**states** 1:1,4,11,14,1 5 2:5 5:3,7
9:14,19,23 89:6 128:13,14
143:18 212:20 216:12 219:17
219:17 229:9,12 237:19 239:7
241:14,15,1 8 251:21 260:4
261:7,13 262:5 264:21 267:23
269:4 280:14 286:12 316:9
336:13
**stating** 252:12
**status** 185:12 186:8
**stay** 44:20 163:11,17 183:5

184:7
**staying** 252:3
**stealing** 39:8
**step** 250:16,20 292:4 334:5
**steroids** 138:10
**sticker** 60:12
**still** 16:13 35:15 54:4 60:18 71:4
78:22 93:11 100:6,11 121:25
126:15 131:11 133:20 145:15
166:5 167:12 173:16 174:11
177:1 190:17 253:19 290:7
300:3 309:6 321:2 324:19
**stolen** 15:2
**stones** 196:10,20
**stop** 136:7 148:18 159:2,7 166:4
222:11 278:12 284:14 299:23
300:1
**stopped** 221:21 279:4 300:5,8
**stops** 307:25
**store** 51:23 64:7
**storm** 88:14
**story** 217:21,21
**straight** 124:16 220:3,8
**strangers** 83:23
**strategy** 201:17
**street** 1:16 39:5 57:17 65:4
86:16 87:4 93:1
**stretch** 45:21 80:17
**strict** 184:10,14 219:20
**strike** 147:18 148:1 149:11,22
150:2,7,17 152:5,24 154:16
154:22,2 5 156:3 168:15,24,25
169:3 170:2,6 171:1
**strong** 128:25 129:4,6 134:22,25
**strongly** 20:10 129:24
**structure** 200:21
**structured** 141:8
**student** 34:14 41:1
**study** 41:2 212:7 275:9
**studying** 34:15 121:1
**stuff** 203:17 326:12
**stupid** 43:5,7
**subject** 242:9 286:11
**submit** 8:11 136:6 214:25
218:15 229:14 231:20 240:18
241:4 290:11
**substance** 319:8
**substances** 46:10,12
**substitute** 58:21
**subtle** 204:21,22 207:20
**succeed** 83:14,14
**sudden** 6:10
**sue** 12:23
**sued** 16:21,21 51:20,20,24
**suffer** 21:9
**suffering** 214:14 247:2
**sufficient** 163:16
**suggest** 262:18
**suggested** 255:20,22 258:16
**suggested/requested** 247:11
**suggesting** 28:20 275:17
**suggestion** 185:15 196:21
**suggestions** 48:8 66:18 256:5
318:24
**suggests** 275:16
**Suite** 1:21 2:2,6 336:14
**summarized** 211:5
**summarizes** 211:3
**summary** 187:11
**summer** 59:11,11,15 71:6
113:18 114:7,8 230:20
**summoned** 11:6
**summons** 29:23 58:24
**sun** 183:20
**Sunday** 30:10 117:15
**Sunset** 44:16
**super** 93:15 118:6 282:23
330:24
**superseding** 22:6

**supervisor** 28:2 120:11
**supply** 202:18 235:23,24 266:22
266:25 267:2,8
**support** 46:1
**supposed** 138:18 165:7 231:7
232:5,6 245:17 247:6 253:22
255:21 259:8 278:17 279:23
284:3 287:7 293:10 300:6
315:18 325:2
**Supreme** 149:14
**sure** 5:23 7:13 8:10 11:9 14:2
34:17 46:3 54:12 61:4 68:8
89:19,22,2:5 90:2 91:24 92:16
137:23 145:12 148:19 157:23
158:8 163:23 172:20 181:7
184:18,24 186:6 187:3 205:19
217:14 236:13 244:11 252:5
259:3 263:18 269:18 286:13
291:15 323:21 330:18
**surgery** 60:14 61:1 138:5,14
151:20
**surnames** 131:13
**surprise** 152:25 204:9 331:5
**surprised** 18:23
**Surriffs** 312:20
**survey** 205:18,19,20,2 226:17
227:4,6,9,10,11,12,1 3 254:9
254:10,11,11,13,1 6 268:10,14
268:15,15,17,17,1 9 269:3,7,8
269:9,11,13,15,2 3 270:4,6,16
270:21 271:8,20 272:5,9,14
273:3,4 274:10,11 276:4,12
277:2,19,22 278:3,5,11,12,14
280:18,19,21,2 3 281:8 283:10
283:14,21,2 5 284:13 287:5,25
288:3 290:18 293:15 297:20
298:11,14,14,15,2 0 299:3
300:3,16 306:9,13 307:6,11
309:8,11,14
**surveys** 221:18,19 270:10 273:1
288:1,7
**Susan** 301:20,20
**suspect** 18:3 163:19 323:2
**suspended** 85:19
**sustain** 26:17
**swear** 9:8 181:9
**Sweetwater** 77:9,10
**switch** 73:15,16 108:19 222:12
237:13 279:1
**switched** 108:17 222:13
**swivel** 158:14
**sworn** 8:12 9:11 161:15 181:11
224:8
**Sysco** 100:16
**system** 12:2 20:2 43:25 46:1
148:12,12 210:6
**systems** 19:25 96:8
**S.W.A.T** 93:19

**T**

**T** 336:8,8
**table** 3:1 9:24 128:13
**take** 11:1,5 17:8 27:18,20,22,23
27:24 42:6 44:24 52:24 53:3
53:13 57:1 60:13 63:15,18
73:10 84:9,10 85:13 94:18
106:15 112:8,10 117:5,21
126:24 158:25 159:4,10,14,19
159:25 160:4,6,9,1 0 165:6,11
172:13,15 173:5,7 175:18
179:11 182:18 194:6,12
197:20,21,2,2 198:3 202:6
204:23 205:19,20 219:6
220:17 242:20 285:18 290:4
323:24 336:1
**taken** 85:18 197:4 285:19
287:20
**takes** 24:3 54:6 61:5 63:18 84:13
165:8 166:25 211:2

**taking** 144:9
**talk** 18:14,18 21:9,23,25 23:4
32:13,16 41:5 74:15 128:17
133:23,24 136:19 160:18
166:10 182:19 187:7 206:13
207:21 221:18 223:23 234:4
234:22 235:10,11,11,1 5 236:1
239:11 244:10 245:2 246:1
255:10,11 261:24 275:15
279:12 282:4 285:11 316:22
317:21 319:14,1 7 320:13
323:17,19,22 324:3,20 325:21
327:13,14
**talked** 116:3,7 128:21 166:20
206:24 240:1 246:15 247:12
251:8,8,10 254:2,4,5,19
255:10,13 262:8 263:3 290:23
292:10,25 293:2,10 295:4
297:11 302:9 304:19 305:4
306:9,18,24 307:4 310:11
313:25 316:19 333:10
**talking** 20:17 25:23 126:14,18
127:10 136:17 174:24 221:7
228:12,21 233:1 236:15
244:24 246:1,18 276:19,24
283:3,7 284:17 287:21 291:1
291:17 292:10 311:16,18,23
312:1,5 313:8,20 316:5
328:11 332:1
**talks** 278:1 327:13
**Tampa** 137:11 205:3 211:12
214:10
**target** 218:4
**targeted** 217:20
**targeting** 269:23
**tax** 15:3 221:6
**taxes** 285:19 287:20 290:4
**teach** 58:13,14 59:11 190:25
**teacher** 25:8 56:9 58:12,21 85:5
**teachers** 114:10,11,13
**team** 113:10 279:10
**teamed** 216:11,12 217:4
**tech** 292:16
**Technician** 33:25
**teenager** 14:13 26:18,18 56:8,10
**teledocs** 205:4
**telemedicine** 140:6,7 204:10
209:18,20,22 217:5,5,7,11,15
219:14,16,17,1 8 220:5,7,12
226:8 227:22 235:14,25
238:20,22 240:19 241:5,8,9
243:11,15,1 7 249:25 250:18
253:7 255:13 261:2 280:6
294:12 315:6 317:5,8,12,19
318:6 320:14 321:2,8,10,11
321:14,16,18,20,2 1 330:3
**telemedicines** 256:11
**telephone** 204:8,11 205:10
208:21 231:22,23
**television** 25:10 32:18 75:17
**tell** 5:18,19 6:8 7:9 10:6,6,21,22
12:13,18,19 13:3 14:11,13
15:4 16:18 17:14,15,16,19
18:2,5,9 19:13 20:8,14,15,16
20:16,22,25 21:14 22:1 23:1,9
26:23 27:15 30:23 31:19 36:7
43:12,13,23 59:1 60:17 62:1
72:11 74:12 78:14 82:6,8 83:8
83:22 87:24 93:17 112:6,24
115:4,15 120:24 130:16,18
132:14 139:20 157:12,23
162:22,23,24 164:21 166:4
175:14 176:12,16,20 177:12
177:15 179:23 182:20 184:8
185:24 186:4,20 189:9 194:5
195:24 206:15,19 207:9 209:7
209:10,13,17,22 210:2,3,4,9
210:12,13,15,17,2 0 211:1
212:4,19 213:18 214:8 218:18

222:7,22 223:1 224:10 226:22
228:8 233:5 241:24 251:11
252:25 253:17 260:19 264:3
265:8,9 271:25 272:7 273:2,8
276:14 278:7 283:15,20 285:5
316:1 317:15 320:5 323:18
324:2 325:3,23 326:5,8,22
329:18 331:16
**telling** 217:20 261:2 276:18
291:12
**tells** 23:16 33:17 220:12 264:24
319:12
**temptation** 23:3 324:8
**tens** 144:19,19 199:12
**tense** 84:8
**term** 41:5 71:4 140:6 141:11
200:23 202:2 208:16
**Terminal** 102:4
**terminated** 278:6 279:15,19
285:4 287:5 290:9
**terminating** 280:8
**termination** 278:8
**terms** 139:12 302:17
**terrible** 102:7 209:12
**terribly** 245:1,6
**Terrill** 313:13,17
**test** 117:19 285:18
**testified** 29:8 34:24 230:15
237:15 242:7 243:9 244:21
248:13 251:19 265:19 268:6,9
283:6,22 284:4 287:6 289:23
290:8 292:2 294:5 297:20
304:2 334:5
**testify** 94:5,12 97:23 130:14
223:2,3 225:10
**testifying** 129:21 190:4 225:13
229:22 234:22
**testimony** 101:17,20 298:10,20
300:2,12 306:24 309:6 310:23
319:3 327:23 334:6
**text** 214:4 219:8,14 221:14
264:16,25 305:20,22,25 306:5
306:12,20 307:2,4,6 309:7,9
319:7 328:18 329:3 331:6,9
331:11,16,1 8 332:3
**texted** 211:14
**texting** 307:13 316:4
**texts** 327:4,15,21
**thank** 6:18 8:24 9:12 10:5 29:13
31:14,18 34:3 36:4 37:21,24
40:17 42:14 44:17,19 47:14
49:18 51:12 56:17 58:7 59:16
61:23,25 63:9,10 65:20,24
67:21 68:1 70:6,18 72:8,10
73:13 76:24 78:17 80:7 82:3
82:4 83:20 84:18,21 86:4 90:3
90:21,23 92:3 95:2 96:22 98:6
98:7,8 100:8 102:14 103:17
105:12,22 108:5,25 110:17
112:16,17 114:25 119:2,19
120:21 122:10 123:22 125:12
126:19 128:2 132:5,10,17
134:5,7 135:22 136:1,15,16
137:3,23 138:4,24 139:15,22
140:1 142:4,15,22,24 143:7
143:20 144:6,12,13 145:13
150:11 157:13 158:11 159:22
160:8 163:7,11 164:10,12,12
164:25 165:1 172:3,9 180:12
181:13 196:22 197:9,13 213:4
213:5,6,8 223:7,8 243:6
282:22,23 307:22 320:7
322:20,21 325:7,17 333:23
334:1 336:3,4
**thanking** 128:8
**thanks** 96:23 110:10 135:20
157:16 158:2,8,20 159:2,7,8
159:12,16,17 160:2,7 243:5
**theft** 39:8 101:5

**their** 11:17,18 15:15 38:14,14
78:3 106:13 128:24 129:22
130:20 138:16 140:13 144:4
144:20 182:10,22 198:23
199:16 201:5 203:14 209:17
213:13 220:16,17 221:12
222:7 231:19,19,20 232:3
241:11,17 253:20 268:16
269:22 273:7 274:4 278:10,24
281:21 283:18,19 284:23
290:7,12 304:10 317:16,23
321:8,18,22 324:16 334:6
335:25
**Thelisma** 72:10,11,13 153:9
159:8
**themes** 209:9
**themselves** 136:20 143:24
200:18 201:3 207:19 209:7
210:8 211:17 215:25
**theological** 14:1
**theory** 198:23 208:7
**therapeutic** 203:5
**therapist** 21:11 105:11
**therapy** 44:21 45:3,18
**they'd** 205:5
**thing** 10:7 12:10 16:12 18:6 20:3
20:25 21:5,24 23:13 28:20,25
35:4,21 44:21 53:25 74:11
79:20 94:20 112:10,14 113:14
119:25 130:10 142:18,19
149:2 177:13 182:4 190:9,15
191:18 196:23 198:6 212:8,15
214:6 221:5 234:24 244:25
324:2
**things** 10:11 12:9 19:1 21:2 22:1
28:21 40:19 48:9 54:1 129:21
134:20,24 144:9,11 155:15
164:3 204:14 210:8,9,25
212:13 221:25 229:13 245:5
246:16 303:19,20 307:1,2
310:20 318:23 322:23,25
323:2 325:11
**think** 6:9,23,25 7:1,5,6 8:6,8,11
16:10 17:8 18:2,14 19:13,20
19:22 20:15 23:7,18 26:25
27:12,23 28:19 29:2,4 33:13
33:17 38:10,11 39:9 40:1,14
41:6 43:21 46:21 47:2,8,8
48:10,23 49:8 50:19 51:11
52:8 54:7 55:6 56:2 60:9
62:24 65:14,19 70:3 71:17,21
72:1 73:18 75:2 76:23,23 80:2
81:5,6,7,8 83:6,8,9,15,16,24
84:12,14 85:14 89:4 94:10,21
97:25 98:3 101:9 103:14
106:6 109:18 110:3,8 111:20
114:6 115:11 117:7 118:1,1
119:1 120:1,16 121:21 122:6
123:10,17 124:13 125:7,11,20
127:22,23 128:17 133:12
137:17 142:5 143:4 144:4
146:22 147:2 150:13 154:4
155:17 157:4,5 158:3 162:13
162:25 163:1 165:9 166:11
167:3 168:1 171:6 172:6,18
174:23 177:11 180:1 184:19
185:12 188:3,5 194:1,3,12,12
195:2,13 196:23 198:7,23
201:6 202:2 204:14 206:18
221:11 230:17 236:5,7 238:15
241:17 267:15 272:15 292:16
292:22 293:23 294:13 298:18
304:23 315:22 323:25 324:6,7
324:7 331:5 332:15 334:20,22
334:23
**thinking** 10:15 16:5 127:8,10
168:10 327:2
**thinks** 89:14 222:10
**third** 18:1 155:1 158:1 171:17

**Thony** 49:23 149:24
**though** 33:2 42:6 71:9 100:20
  101:23 105:18 131:11 182:9
  194:18 235:15 244:8 278:24
  293:7 300:2 301:12 306:9
  314:24 322:18 323:2 330:13
**thought** 14:16,21 43:8 74:15
  88:4 89:10 133:2 149:3,6
  194:6 215:4 235:8 276:7,10
  322:17
**thousand** 212:7 228:9 232:14
  270:19 274:8 278:2 291:4
  315:19
**thousands** 201:8 203:22
**three** 7:11,12 10:14 58:22 66:20
  71:8 85:4 98:25 112:25 113:1
  113:11 138:22 150:19 155:13
  155:16 163:15 182:21 194:3
  194:21 195:1 202:14,20 207:8
  207:9,20 215:16,17,23,24
  216:9 240:23 250:11 266:9
  281:25 323:2 332:6
**threw** 43:16 149:7
**through** 5:16 8:5,14 12:6 18:12
  22:6,14 62:16 70:25 84:12
  109:25 117:15 135:13,16,19
  135:21 139:5 140:6 144:20
  158:18 162:9 176:22 185:11
  185:18 186:13 193:1 197:18
  201:22 204:9 208:13 214:3,4
  214:4 219:7,11 223:10 233:6
  237:7 277:19 284:19 287:25
  293:3,4 308:9,12,14 310:25
  313:16 316:6 325:9
**throughout** 134:24 213:20
  214:24 223:13 301:24
**throw** 21:20
**throwing** 43:14 148:11,22
**Thursday** 117:18 162:9
**ticket** 30:22 55:4,16
**tickets** 55:5
**tied** 114:9 287:25
**till** 71:12 117:2 149:14 166:11
  183:15 195:23 196:2 323:5
  334:4
**time** 5:13 8:5,13 11:20 19:7
  20:23 30:23 41:20,20 53:2,3
  54:6 56:8,10,12 57:24 64:14
  68:21 71:3 72:3 73:7 88:20
  98:24,24 99:24 106:17 112:23
  112:24 113:20,22 114:4
  115:13,13,19 117:9 124:21,21
  127:9 139:24 148:17 157:8
  160:25 161:6,7,18 162:8,8
  165:3,4 166:4,7 172:15 174:2
  180:4 186:13 189:14 192:25
  195:5 196:9 198:9,12,17
  201:13 202:21 205:14 213:4
  215:22 220:10 221:5 224:15
  224:16 230:12,21,25 232:17
  234:20 235:7 237:24 239:12
  241:19 244:1 252:19 253:9
  254:20 263:21 280:17 281:1,6
  281:8 286:16 293:1,8 295:13
  302:23 304:25 318:18,21
  319:23 320:6 321:8,18,22,22
  322:12 324:10,23 330:17
  331:1
**times** 56:13 66:4 86:11 95:15
  98:23 99:5 104:17 105:18,20
  138:22 182:8 196:11 198:15
  245:17 267:21 304:23 320:25
  330:17
**title** 332:2
**today** 15:24 17:3 20:25 27:18
  53:5,6 63:15 102:7 106:7
  175:12 183:12 223:22 225:11
  225:13 229:22 230:11 234:23

**together** 278:4 298:10 304:20 318:20
**together** 51:5 96:19 133:22
  190:22 197:11 213:9 301:4
  311:13
**told** 5:12 11:8 22:5 32:10 37:22
  39:16 56:6 63:6 69:24,24
  89:17 92:3 111:15 139:8
  172:18 176:22 181:15 186:8
  186:10,11,12 198:9,21 210:23
  214:20 215:17 219:21 228:2
  235:3,4,6 238:12 244:6 245:7
  245:13,23 246:10 248:3 252:5
  252:21 253:1,17 254:13 255:1
  255:17 262:21 263:9,15,16,17
  264:2,3 265:8 267:9 271:21
  272:9,11,12 273:3,8 277:6,7
  281:18,21 283:10,13,15
  284:22 285:15 286:4 298:7,22
  299:6,12,22 307:1,2,15 309:7
  316:10 317:6 319:1,5,21,24
  320:1 321:19 323:16,20 326:4
  330:16
**tomorrow** 159:23 322:16 325:6
  326:16 333:24 334:2 335:9
  336:2
**tonight** 326:13
**top** 200:12 201:11 242:8 244:7
  252:8,22,24 257:5 263:21
  266:5
**topical** 238:7,8
**total** 235:19 242:12,14 243:20
  244:17 254:21 287:3
**totally** 15:5 31:9 35:7 55:8
  313:24
**tough** 25:9 74:12 105:21 113:12
**tourism** 132:16
**tow** 109:12
**towards** 145:10
**town** 12:13 31:16 80:3 105:20
  182:13
**toxicology** 313:11
**track** 254:18
**traffic** 55:1,3,4,1 6 85:11,12
  102:7,8,8 116:12 117:9
  322:18,19
**trail** 252:12
**train** 53:20,21 54:4,5 276:7,10
  291:20,22,25 314:12,14
**training** 62:11,12,13 143:23,25
  144:1 314:10,15,22
**trainings** 314:23
**transaction** 208:10
**transactions** 208:13
**transcription** 336:10
**travel** 132:16
**traveling** 62:5
**treat** 38:13 43:23 47:10 87:15
**treated** 14:17,21 38:11 39:12
  43:21 47:5,8 48:23 52:8 55:6
  56:2 62:24 65:16 85:14 94:10
  94:21 100:3 101:9 110:3
  122:6 123:10 124:13 148:7,9
  148:10
**treatment** 238:8
**treatments** 218:2 238:9
**trial** 1:10 10:18 15:1,23 18:11
  19:10 46:15 73:5 88:25 89:8
  94:6,7 109:25 110:2 130:14
  133:14,18 166:18,25 181:16
  184:11 185:16 190:5 195:24
  195:24 198:2,2 199:10 200:24
  204:7 206:14 208:25 209:3
  212:24 213:20 214:24 217:22
  219:12,24 223:13 277:14
  305:6 323:6 334:24 336:6
**trials** 19:3 60:10
**Tricare** 22:16 40:5,9,16 81:12
  81:13 107:11,15,23,23 122:13
  122:14 128:22,22 138:25,25

**together** 139:3,5,6,7,12,1 9 199:12,12
  199:13,17,19,20,2 4 200:1,8,13
  200:16,18 201:2,14,20 202:17
  202:25 203:8,24 204:3 205:12
  205:12,14 206:4,8,23 207:15
  209:6,19 210:3,7,15 211:5
  212:12 217:20 218:1,8,13,16
  225:22,23,23 226:5,10,13,24
  227:2 235:5 236:17 238:12,13
  240:17 241:3 244:14,22
  247:25 249:3,16 254:12 255:1
  255:8 258:9,12 268:10,17,18
  269:2,16,19,24 270:7,10
  271:5,5,14,21,2 2 272:1,2,3,4
  273:4,10 274:3,17,24,25
  277:12 278:13,25 281:15
  283:6 287:19 289:7,11,12,15
  290:10 292:1 293:1 298:9,13
**tried** 19:3 133:14 202:14 204:20
  205:10 206:1 227:5 269:9
**triggers** 6:7 126:20
**trip** 29:22,25 62:5,8 152:11
  158:24
**trips** 30:23 62:9
**Trolleybus** 83:5
**trouble** 14:12 240:23 283:23
  284:7,8,10
**truck** 109:12
**true** 236:10 307:9,15 315:25
  317:14 319:25
**trust** 143:16 182:15
**truth** 18:14 193:13,19 205:21
  206:5 222:22 309:25
**truthful** 229:14 230:7
**try** 9:17 42:7 53:24 83:11,13,14
  83:24 84:2 97:21 114:1 118:3
  163:14 165:12 181:1,9 186:12
  195:11,16 202:2 212:4 216:18
  218:20 254:12 264:23 268:19
  280:11 281:19 296:23
**trying** 32:8 33:5 43:8 71:14
  102:15 119:11 123:6 130:24
  134:19,24 194:10 209:13
  218:24 219:9,10 222:1 281:20
  283:11
**TSA** 39:22
**tsunami** 176:6
**Tuesday** 11:8 90:15,17 117:15
  117:17 159:20,23 180:1
**Turkey** 106:12
**Turkish** 106:12
**turn** 22:25 23:1 111:10,11 128:3
  150:11 201:12 203:6 224:25
  327:22
**TV** 25:23 61:12,13
**twice** 44:23 45:8 68:18,19 176:2
**two** 7:14,15 11:1,6,10 17:1,15
  18:12 21:7 22:23 27:19 29:24
  33:12 38:25 41:8 47:19,24
  57:1 59:24 60:13,15,20 61:5
  62:18 65:25 70:23 71:8,11
  74:23 87:18,23 89:14 92:9
  98:4 101:23,23 103:25 113:24
  113:24,25 114:4 115:11
  117:16 119:10,11 123:20
  125:6 126:14,23 127:5,23
  139:16 143:21 151:19 152:3
  155:21 163:15 167:18 169:15
  170:21 171:2 173:12 174:19
  175:19,21 176:10,25 177:14
  178:23 179:1,24 180:1 194:3
  194:6,21 195:1,3,3,15 201:6
  207:23,24 208:1,2 209:9
  214:14 241:10,13 243:24
  244:12 250:5 255:13 256:12
  260:5 266:14 272:24 275:7
  286:21 287:15 297:16 300:16
  304:23 323:18 327:3,15

331:19
**two-week** 59:10 242:11 288:21
**two-year** 16:12
**type** 15:1 23:13,15 24:20 33:23
  38:7 39:7 49:6 54:19 79:2
  81:3,5 92:21 93:2,3 102:10
  104:21 110:25 122:21,21
  131:21,23 132:14 140:20
  207:14 225:19 228:5 242:2
  244:4 245:24 293:2 332:22
**types** 206:19 208:24 209:3 251:9
  272:3
**typical** 216:21,21
**typically** 203:9 286:20
**typing** 24:2

<hr/>

# U

**Uber** 324:5
**uh-huh** 24:7 53:12 94:16
**uh-uh** 24:7
**ultimate** 229:24 230:1
**ultimately** 214:13 216:1 222:13
  236:16 288:5
**UM** 99:10
**Um-hum** 41:25 42:3
**uncle** 101:15,20
**uncomfortable** 246:16
**under** 13:11 14:15 57:14,15
  113:20 167:7 200:16 218:7
  230:10,17 332:14
**understand** 14:2 18:1 25:19
  26:16,21 32:9 33:3,16,17 75:3
  75:15 76:11,23 78:15 162:19
  163:3 164:13 175:10 218:12
  218:13,15 229:11 230:1,6
  235:21 238:22 239:3 244:11
  246:8 247:6,13 278:21 279:3
  280:21 283:24 303:18,18
  304:6 330:16
**understanding** 18:5 24:24
  190:22 230:25 240:24 279:20
**understood** 19:5 25:4 27:5 32:11
  75:5,8 78:7,10,13 88:2 164:18
  259:14 321:21
**unemployed** 124:2,4
**unfair** 81:16
**unfairly** 14:22
**unfortunately** 112:1 211:10
  107:13 116:18 183:25 196:3
  198:2 223:25 252:21 315:12
  315:23
**unusual** 93:6
**upcoming** 286:13
**upgrade** 165:20 172:7 179:6
**upgraded** 158:16,25
**uploaded** 248:19
**upset** 17:8 137:24 259:2
**up-front** 271:2 321:22
**use** 18:12 21:1 53:20,21,22
  58:15 71:16 80:13 88:2 128:3
  128:4 146:21 157:9,18 172:14
  172:17 183:11 196:9 197:18
  197:19,21 198:8 202:2,3

203:8,10 206:20 208:10
209:20 220:10,12 224:11,18
237:10 238:20 246:6 247:8
249:9 270:4 319:21 326:8,9
328:24 330:12 335:16,24
used 12:16 64:19 65:2 96:21
122:15,15 137:5 144:7 155:13
155:13 157:6 160:14 200:24
203:9,11,13,15,1 9 231:10
256:11,19,2 1 270:13 272:24
326:6
using 111:12 178:22 203:23
250:6 254:17 268:10 273:14
274:11
usually 16:11 47:3 112:13
161:19,20 162:8 164:17 175:4
177:3 183:20 201:6
utilization 171:25
U.S 222:24 336:13
U.S.A 113:5

**V**

vacation 71:16,22,23,2 3 106:15
112:8,10
vaginal 312:8
value 203:5
Van 301:20
Vanessa 61:25 132:8 152:7
158:23
various 270:1
varsity 113:5
vary 189:7
venire 8:23 9:11 128:7 134:9
venture 216:17 316:6
verdict 13:3,4 37:8 68:25 69:4
105:2 131:21,22,23 223:5,5
versus 5:3 9:15 17:3 48:3 212:20
very 7:12 20:19,19 40:16 44:17
47:14 49:18 56:13 60:18
61:23 63:9 65:20 67:25 70:6
70:24 75:3 80:7 82:3 86:24
86:23 87:13,15 90:18,24 91:7
95:2 96:22 98:6 105:12
112:16,21 125:1,2,4 128:9
136:19 137:20,24 139:23
144:16 160:8 164:12 170:16
182:1,1 184:10,10,10,14
198:22 199:24,25 200:4 203:7
207:24 214:16 217:6 218:10
302:18 323:8
veterans 22:17 107:10
Vettaparambil 102:15,17,18
156:25 160:10 169:12 172:11
178:18
via 277:14
victim 15:1,3 29:6 31:7 35:1
36:21 42:10 44:12 49:14 58:4
78:11 85:21 96:13 97:16
103:4 118:11 121:15 129:6
victims 18:24
Vietnam 181:6
Village 80:21
Vines 332:8
violated 324:18
violation 334:8,9
violence 124:10
visited 292:6
visits 243:21
vitamin 202:16,17 226:25 228:4
235:18 246:6 255:24 260:8,25
262:14 266:13,17 270:3 274:9
vitamins 204:17 214:20
VITAS 36:14
voice 59:19 91:9 146:20 151:8
224:17 243:4
voir 5:12 6:20 7:16 18:13,13
196:1 197:10
volatile 17:2
Volt 77:15,17

volunteer 114:20
volunteering 181:2,3
Von 277:11,13 333:20
vote 16:17
vs 1:16
V-i-n-e-s 332:8

**W**

wages 206:7
wait 127:2 161:16 165:14 172:15
172:20 173:9 178:21,21
322:23
waiting 13:9 50:17,18 115:25
125:17 165:20 246:15 256:1
287:18 321:2 325:7
waiving 254:5 263:3 268:4
Walgreens 135:6,7 137:6,15
202:7
walk 27:24 65:5 145:10 218:9
326:1
walking 326:2
Walmart 51:3
want 5:17,19,21 6:10,23 11:1,3
11:22 12:11,13,18 14:11
15:16 17:18 18:20 19:11,12
20:10 21:18,21,24,25 27:22
28:13 30:15 33:11 50:15
54:11 56:15 57:20 58:21
59:10,14 63:17 65:5 68:4,4
69:25 71:23 80:13,16 83:8,14
84:1,4,7,8 89:2,18,19,22,24
90:10 100:23 103:12 108:3
109:15 110:15 112:24 113:18
114:21,21 115:4 116:7 124:5
125:24,25 126:5 128:8 129:17
129:15 140:2 143:8,13 146:21
151:25 158:12,17 161:13,15
162:24 163:17 165:24 166:2
166:13,18,22 167:6,7,10,24
168:3,11 171:5 172:6,24
173:11 174:20 177:22 181:7
181:22 183:5,5,13,14,15,23
184:12 185:22 186:21 188:19
189:14 190:25 196:7 197:19
197:19,20,22,23,23 205:6,19
205:19 206:12,13 207:9,21
209:2,9,20 210:23,24 211:23
214:7 216:6 224:21,24 225:1
230:20 238:19 239:6 244:11
253:16 260:23 261:23 263:9
264:2 267:20 268:9 272:18,18
272:19,20 278:19,21 281:9
283:7,23 284:7 290:12,22
300:8 308:25 324:11,21 326:1
326:9,22 327:1 329:22 330:9
330:25 331:15,15 332:1
333:17 335:5,6,17,17,18,24
wanted 13:13 21:20 41:6 84:16
104:5 118:15 132:13 139:9
146:22 165:11 204:14,25
205:13 209:24 212:5 214:5
219:4 221:22,24 222:11
248:22 260:7 263:18,19
280:24 281:9 286:12 290:12
300:12 305:5
wanting 231:8 260:24
wants 166:6 184:10 190:23
207:5 216:23 220:25 221:2
222:18,19
warehouse 100:18
warning 211:18
warrants 239:8
warriors 209:12
wasn't 62:25 65:17 86:22 104:4
137:7 149:8 212:22 217:14
232:9,17 254:17 258:16
259:19 268:2 270:13 315:15
318:12 322:17 330:18
waste 186:13

watch 10:7 25:10,16,16,2 4 32:18
32:21,22 33:3,5,12 61:12,13
75:17,21
watched 32:25
watching 10:7
water 127:4 282:22
way 7:15 16:15,16 19:10 27:20
34:7,7,8,9 38:9 40:18 51:17
54:23 65:18 69:10 85:16 86:2
91:11 93:8 94:23 105:13
111:13 118:23 126:17 129:1,2
130:7 136:4,12 137:11 138:16
139:13 144:2 145:5 158:3
178:25 186:7 193:1 196:8
200:5 201:23,23 205:23 206:6
212:5 215:19 217:13 218:3
222:10 243:4 255:11 258:16
323:24 325:1
ways 54:4 204:20,21,22,23
wealthy 219:2
wear 182:8 323:25
Webb 115:2,3,4 170:25 173:3
webinars 314:18,19
website 271:22 272:4
wedding 17:17
weddings 160:14
Wednesday 117:18
week 7:14 20:21 29:24,24,25
30:1,8,9,25 42:6 45:12 50:16
57:13,14,15,1 6 58:17,18,25
59:2,8,8,9 60:1,2,22,22 62:7
62:11 94:1,2 146:17,18,25
weekend 305:1
weeks 7:11,12 10:14 11:1,6,11
17:15 21:8 22:23 29:17 33:4
33:12 39:1 41:8 42:21 44:20
47:19 57:1 60:13,15,21 61:5
62:18 65:25 70:23 74:23
84:22 92:10 98:4 102:23
104:7 120:2 123:20 125:6
151:19 152:3 173:12 174:19
175:19,21 179:25 243:24
244:13 286:21 297:16 323:18
welcome 31:15 61:24 73:14 77:1
90:4 110:18 115:1 119:20
123:23 132:6,18 144:14
197:20
welfare 204:3
well 9:5 16:2 17:16 18:9 20:20
24:25 27:12 31:8 33:3,8 35:3
36:2 40:1,8,1 1 42:18 45:12,20
46:2 47:7 51:11 52:5,11 57:15
58:6 59:8 60:1,4 62:10 64:19
66:21 71:5,11,19 72:6 75:5
83:8 85:13 86:25 87:18 89:10
91:5 98:25 99:6,13 106:15,17
110:9 112:12 113:11,22,23,25
114:10,19,2 1 116:7 117:8,14
117:21 118:2 122:15 123:6
124:16 126:2 127:10,16
130:13 131:23 132:23 137:7
137:12 139:2,9 142:12 146:21
147:1 148:16 155:21 161:2
162:12,15,19,21,2 5 166:18
171:4 172:20 176:6 183:16
185:1,2 186:2 187:25 189:2
189:18 191:2 194:23 195:10
195:19 211:18 215:3,16 216:7
217:20 223:1 226:16 228:7
233:2,12 234:19 245:25
249:25 251:13 258:20 259:2,5
261:1,17 262:16 268:4 270:19
278:16 281:3 284:4 302:5
308:12,24 309:20 310:8 311:7
311:18 312:20 316:9 317:12
319:12 320:3 325:23 327:12
327:20 331:2,19 332:20
335:15
wellness 202:16,16 214:19 270:3

went 7:1 23:10 72:24 87:22
88:25 89:8 94:5,7 99:10 145:3
176:22 186:13 210:18 273:10
292:6 315:15,19 318:22
were 5:1 8:4 10:17 11:6 13:3
14:16 16:21,21 24:9 35:18
38:11 39:6,12 41:10 46:17
47:5 48:6,23 49:11 50:13
51:24,24 52:8,15 55:6 56:2,9
56:14 57:9 58:23 63:4 66:6
69:2,8 87:13 89:4,5,13 92:19
94:12,13 95:23 96:19 101:9
101:22 104:23 110:3,11
118:14 122:2,6 124:13,20
125:1,1 129:25 130:9,14
137:25 138:1 142:5 145:18
148:20,2 5 150:10,12,13
157:11 158:18 165:23 172:1
181:11 185:11,13 186:15,16
193:6 197:6 198:7 200:4,25
200:25 201:2,20 202:11,12,22
203:7 204:18 205:3 206:5,7,8
210:2,21 212:19 215:17 216:8
216:8 217:9,23,24 218:1,2,7
219:15 223:15 225:10 226:3
226:13,21 227:4,19,23 228:1
229:2 230:11,16,2 1 231:4,7
231:24 232:3,6,10 233:14
234:14,19 236:15 237:22,24
238:10,15 240:25 241:11
243:11 245:5 246:8,16 247:6
248:3 250:1 252:4 253:9,16
254:8,15,25 255:2,7,11 256:6
257:20 258:18,23 259:3,8
260:5,16 267:10 268:10,13
273:2,18,19 277:22 278:24,25
279:24 280:1,23 281:7,18,19
282:8 283:3,7,10,19 284:3,21
285:5,22 286:16,20 287:18,23
287:24,25 288:2,5 289:10,13
289:15,15 290:6,8,9,17 291:1
291:17 292:8,9,21 293:1,7,8
293:12 295:21 296:3,11 297:9
297:17 298:13,21 299:22
300:9,13,16,2 5 301:1,1,4,7
302:14,14 303:19,19 307:6,11
310:17,22 311:4,11,12,14,15
311:16,18,23 312:17 313:20
314:4,7 315:11,16,2 3 316:5,8
316:11,11 317:1,10,11 318:15
318:18,18 319:17,22,22
320:10,14,21,2 5 321:2,3,5
326:4 327:5,6
weren't 256:5 258:23 311:17
315:11 316:4,8
West 90:11 214:9
wetting 203:4
we'll 5:16 8:13,13,14,1 6 12:10
14:23 15:21 17:11 19:6,7
21:11 45:2,20 99:8 107:25
114:10,10,13,1 5 116:21 152:2
152:3 155:16,20 161:16 168:3
168:16 172:21 173:22,24
180:10,10 183:19,20 184:1
193:15 196:3 207:21 208:13
218:18 258:21 267:24 282:4,5
we're 5:2 7:9,11 10:21 11:18
12:8 13:24 15:20 16:25 18:16
18:16,17 23:21 43:10 56:13
59:17 62:10 71:7 83:21,23
97:1 127:2 129:10 131:11
134:19,20,24 136:17 145:9
146:24 155:14 160:18 166:4
180:18 181:14 188:22 197:2
208:4,19 214:3 219:6 246:15
246:18 265:5 267:1 321:7
335:10
we've 12:12 24:7 27:13 36:2
43:9 78:13 110:19 126:2

131:10 135:12,12 155:12
169:14 282:20 295:2,4 305:4
322:22 326:19 329:6
**whatsoever** 48:25 184:9 222:23
**while** 14:12,13 62:8 66:12 83:21
84:5 91:25 103:17 161:21
162:12 222:19 230:10 232:10
234:14 235:4 236:4 246:15
268:12
**whispering** 47:23
**white** 251:15
**whites** 220:6
**white-out** 204:24 219:23,23
220:1,1 244:7 245:3,8,10
252:5,17
**whiting** 210:16 244:10 245:12
245:19 246:17 251:11 253:9
254:4
**whole** 30:9 62:15,18 112:10
149:2 161:2 175:7 186:18
198:17 217:21 234:18,19
**wife** 12:21 22:24 28:7 33:23
50:25 67:11 71:18 74:7,17,20
79:11 90:11 98:18 99:2 105:8
111:4 139:6 201:8 212:6
323:14
**wildly** 203:20
**Wilkie** 2:6 336:13
**William** 65:21 80:9 131:17
159:12
**Williams** 49:23 149:24
**willing** 20:22 90:14 281:19
**willingness** 28:15
**win** 181:5
**wire** 301:7,9
**wires** 294:8
**wiser** 13:7
**wish** 125:22 127:25 160:21
**wishes** 182:19 238:19
**Wite-Out** 204:23
**witness** 8:17 14:25 15:10 31:12
36:17 39:4,8 44:10 64:16
82:19 85:21 96:11 97:14
103:2 121:13 131:1 132:1
181:24 185:5,7,21,22 186:14
187:7 190:4 193:24 196:3
198:16 212:18 221:2 224:2,8
224:12,20 241:3 243:3,6
258:4 261:18 275:24 276:2,4
276:7,12,15,18,2,2 305:5
307:20 308:8 324:6 325:22
326:1 327:21 330:23 331:23
334:3,5,10,11,12,21
**witnesses** 129:17,19,19 130:14
164:21 181:17,21 184:12,12
202:1 205:8 206:11 209:4,5
211:22 220:17 221:12 222:21
334:5 335:9
**woman** 269:6
**women** 269:22
**wonder** 212:10
**wonderful** 10:17 60:9 89:13
184:9
**wondering** 53:15
**word** 22:6 130:18 138:25 178:6
189:21,23 190:2 207:24 219:6
220:18 316:20
**words** 14:4 18:13 88:2 211:23
**work** 10:18 24:20 27:7 28:1,24
33:21,24,24 38:5 41:8 42:24
45:24,25,25 49:6 50:23 51:3
60:18 64:19 67:20 68:15
70:20,21 71:1,3,9,12,14 72:2
72:23 73:2,9 74:20 79:2 93:7
93:8 96:8,20,21 98:4 99:4,6
99:8 100:16,19,21,23 103:8
110:25 112:24 113:20 114:1,2
115:5,13,14 116:1 117:2
118:3,6 120:25 122:15 123:20

132:14 140:13,15 141:3
142:14,17 144:7 152:3 160:15
162:8,10 166:5,7,9,11,12
170:14 175:6,7,13 176:10,11
176:13 177:4,4,13 179:25
210:6 231:10,22 232:12,16
234:3,10,18,19 236:16 240:16
240:16 241:9,10 244:15
264:22 292:19 296:10 316:10
316:17 320:6
**worked** 42:1 132:12 140:16,22
141:17 144:11 186:18 200:15
210:11,12 212:1 214:17
231:15 232:17 240:10 254:20
269:10 275:6 295:8 296:24
310:9 312:19 313:25 321:7
331:20 332:10,11
**worker** 96:6
**working** 45:22 50:4,25 54:15
60:7,11,16 64:8 72:20 74:17
77:14 93:11 96:3 100:13
101:1 104:11 106:13 114:23
117:1 143:12 175:5 197:1
198:8 215:3 230:23 232:10,22
233:18 234:6,11,12,14,21
243:24 295:14,16 298:11
301:25 309:23 310:9 311:8,12
311:13,14,17 312:17 313:10
314:4,5 316:8 319:6 324:19
**workmen's** 138:18
**works** 39:19 49:7 67:14 85:7
102:1 111:7 114:6 158:21
166:14 259:25 280:4 281:22
**world** 166:13 191:10
**worried** 59:6 72:2,4
**worry** 16:7 18:4 117:16 127:20
127:21 165:13 203:2 325:3
**worse** 7:2,14 78:1 116:19,20
**worst** 7:2
**worth** 7:11
**wouldn't** 6:10 13:11 41:9 44:7
45:1 115:25 143:16 230:19,19
253:19,25 263:10,11,15 264:3
264:10 265:1,2,10,11 279:5
307:15 318:11 319:19 327:1
**wound** 238:8
**wounded** 209:12
**wounds** 270:2
**Wow** 27:18,20
**wrap** 62:6,19 294:2
**write** 24:4 69:25 70:2 217:15
223:22 238:25 254:3 323:3
330:9 332:20
**writing** 237:7 287:12 309:17
316:1 319:3 325:4 326:12
**written** 206:15 229:8
**wrong** 101:13,13 108:21 149:2
202:9 213:21 215:19,21
221:11 222:4 241:22,25 243:3
245:1,6,2,1 246:17 315:22
324:9
**wrongful** 57:12
**wrote** 90:20 189:15 190:13
193:11 217:7 256:20 262:7
265:4,13 279:9 280:17 297:25
333:18
**W-2** 222:5,12,14 284:22,24
285:15,19,23 286:4 287:9
289:23 290:3 291:18 294:9

**Y**

**yeah** 12:16 24:19,23 25:1,11,15
26:5,15,17,20 32:19 33:7 35:2
39:15,17 41:12,19 43:8,20
45:6,10 46:23 48:15 49:13
50:18 51:16 52:9,17 53:1,7,16
54:3,6 55:5 57:4,12,18,23
60:4,6,2,2 61:10 62:20 63:6
74:24 75:6,13,16 76:8,20,22

78:16,19 79:21,21,21,24 80:6
83:16 87:18 89:16,17 100:24
101:1,10 102:19,20 114:16
117:18 119:13 121:8,10 122:1
122:5,7 133:21,21 137:22
139:8,10 142:10,13,20 143:8
155:17 160:24 161:10,13
162:2 163:24,24 165:10,10
167:2 168:1 171:18 173:20,25
175:2 176:2,14 177:17 194:12
212:2 241:23 291:2 323:16
326:15 328:6 333:11
**year** 68:22 138:22 175:7 218:19
234:17,18,19 235:7 306:8,14
306:16
**years** 19:21 39:5 46:25 48:18
49:12,13 51:23 52:16 53:4
57:20 66:11 86:14 87:11,18
87:22,23 89:14 92:15 93:14
95:18 104:20 113:2,11 126:14
141:22 214:8,14 300:22
301:10 302:20,22 303:1 310:3
323:20
**yesterday** 257:19,20
**yield** 194:25
**Yoelis** 27:14 126:5 146:8 177:21
**York** 62:16 158:24
**young** 23:25 43:5,7 93:7
**Yudeisy** 108:6,25 170:5 172:25

**Z**

**zero** 25:5 75:14
**zoom** 266:3

**$**

**$1,000** 137:9,22 205:17,19,20
271:7 280:11,13
**$10** 218:19 221:7,8
**$10,000** 138:23 208:10,12
**$100** 239:4 322:3
**$100,000** 202:21
**$110** 239:1,3
**$1150** 271:2
**$127,790** 243:23 244:12
**$133,490** 243:9
**$1500** 270:16
**$17** 267:21
**$2,000** 232:11 315:19
**$2,755** 267:10
**$2,910** 267:10
**$2.1** 287:4
**$20** 200:9 201:10 207:12 210:24
**$20,000** 202:18
**$2300** 271:2
**$25,000** 235:21,24
**$3** 53:17,19
**$30** 53:16
**$333,725** 242:12
**$40** 10:16 57:2 162:18 200:8
204:15 211:8
**$48** 211:7
**$5** 221:10
**$5,000** 118:13 234:16
**$5,700** 243:20
**$5,909** 267:1
**$500** 274:5
**$51** 263:8
**$6,249** 266:23
**$6.3** 294:5,6
**$600** 315:21
**$7,876** 267:10
**$700** 232:5 315:18
**$758,060.40** 286:23
**$8** 201:13
**$800,000** 287:3
**$90** 217:10
**$900** 217:10

**0**

**01** 259:15

**1**

**1** 146:12 147:19 156:4,9 157:20
157:21 168:7 169:18 170:3
178:25 236:23 237:7,11 308:9
308:12,14 318:16,16,21
319:22
**1st** 241:12,14 243:13 255:21,25
256:4 258:15 259:25 260:21
278:9 280:4,5
**1:00** 90:15,17 196:25 197:4
**1:15** 186:22
**1:25** 195:23 196:2 197:2
**1:50** 197:6
**1:51** 197:12
**10** 25:6,7,8 26:23,24 32:10 41:21
41:23,24 59:24 75:11,12,14
87:22 95:18 102:9 147:19
149:23 150:3 154:12 155:13
168:18 215:8 235:22 242:20
242:21,23 244:16 282:4,5
300:22 303:1
**10th** 159:14 225:8 275:7
**10,000** 202:17
**10:00** 174:3 335:2,5 336:2
**10:15** 165:9,14 322:17,22,25
333:24 334:2
**10:30** 322:24
**10:45** 322:24
**100** 25:5 27:5 32:11 75:14 77:3
171:25 216:2 244:23 246:3,14
247:20
**101** 4:6 187:3 193:4 223:11
248:16,17
**102** 4:6 187:3 193:4 223:11
239:22
**103** 4:6 187:3 193:4 223:11
**104** 4:7 187:4 188:11,20 189:10
189:15,20,24,2,4 193:4 223:20
**106** 4:7 187:4 188:11,20 190:8
191:17,17 193:4 223:20
**107** 4:7 187:4 188:11,20 190:14
191:2,17,19,2,0 193:4 223:20
**108** 4:7 188:11,20 191:22 193:4
223:20
**109** 4:7 187:4 188:11,20 191:25
193:4 223:20 256:8 320:9
**1099** 222:5
**11** 41:21 155:7 281:11,25
**11th** 167:22
**111** 4:7 187:5 193:4 223:11
**113** 4:7 187:4 193:4 223:11
262:3
**114** 4:7 187:4 193:4 223:12
**115** 4:7 187:4 188:11,20 192:3
193:4 223:20
**116** 4:7 187:4 188:11,20 192:6
193:4 223:20 257:11,15
258:11
**117** 4:7 187:4 188:11,21 192:9
193:5 223:20 257:22
**118** 4:7 187:4 188:11,21 192:11
193:5 223:20 259:23
**119** 4:7 187:14 193:5 267:13,13
**12** 41:23,24 124:16 155:12 162:9
162:10 166:8 169:14
**12th** 60:14 86:16 87:4 93:25
167:22 169:11 180:23
**12-hour** 161:16
**12-13** 265:24
**12-27** 265:25
**12:41** 184:4
**120** 4:7 73:12 187:4 188:12,21
192:14 193:5 198:13 223:20
**121** 188:12,21 192:16,17,24,25
223:24

**122** 4:7 187:4 188:12,21 192:21
     193:5 223:20
**129** 4:7 187:14 193:5 223:12
     277:24
**13** 333:22
**13th** 242:11
**13-3** 1:5 2:6 336:14
**130** 4:7 187:6,15 193:5 223:12
**131** 4:7 187:14 193:5 223:12
     277:9
**133** 4:8 187:15 193:5 223:12
     279:7
**134** 4:8 187:14 193:5 223:12
     273:11
**1351** 87:4
**138** 4:8 187:3 193:5 223:12
     236:23,23
**139** 4:8 187:5 193:5 223:12
**14** 59:24
**14th** 93:1
**142** 4:8 187:15 193:5 286:7
     287:24
**149** 223:24
**15** 5:13 6:23,24 15:20 26:9,10
     87:22 102:8 228:2 235:17
     242:20,22,2 3 244:16 282:15
     288:14,19,19
**15-year-old** 26:24
**1500** 310:6
**154** 4:8 187:5 193:6 223:12
     252:10
**157** 4:8 187:5 193:6 223:12
**16** 15:20 155:19
**16,568.07** 266:19
**16-20893-CR** 9:16
**16-20893-Criminal** 5:3
**16-20893-CR-MORENO** 1:3
**17** 330:15
**17,000** 228:3 235:17
**17-A** 4:5 187:14 193:2 223:10
     268:12,21 309:12,14
**17-B** 4:5 187:3 193:2 248:25
**17-C** 4:6 187:15 193:2
**17-D** 4:6 187:5 193:2
**17-F** 4:6 187:6 193:3 264:12
**173** 4:8 187:15 193:6 223:12
**1750** 1:21 2:2
**176** 223:25
**18** 4:6 48:18 51:23 53:4 113:2
     117:25 187:15 193:3 223:10
     281:10 283:4,5
**19** 200:9
**193** 4:8
**199** 3:4

**2**

**2** 1:21 2:2 4:8 147:9 149:23
     156:4,14 169:23 170:3 178:25
     191:5 237:1 242:9 246:13,14
     249:13 250:22,23 256:12
     262:11 266:3 273:14 283:8
**2nd** 62:16
**2:00** 116:6
**20** 26:25 66:11 75:11 86:14
     104:20 117:8 183:15,17 184:2
     184:19 195:23 209:4 211:8
     244:16 280:7 282:15 288:14
     301:10 314:9 323:20 327:16
**201** 307:25 308:7,9,12,14 326:7
     328:24
**2014** 201:12 217:23 230:20,22
     246:4 248:18 295:11,16
     298:12 306:1,6 313:20 315:11
**2015** 189:10 201:12 217:23
     234:6 242:9 252:11 274:12
     277:10,18 279:9 281:11,25
     283:6 285:2,4 286:24 287:8
     291:18 292:22 293:11 297:18
     298:16 305:23 309:7 311:11

**328:22 329:3,4 333:22**
**2016** 292:6
**2017** 229:21 302:7
**2018** 1:7
**202** 326:9 332:14,23,24
**202-A** 329:17,20
**202-B** 329:25
**202-C** 330:11 331:8,11
**202-D** 332:3
**202-E** 332:13
**203** 333:3
**204** 333:4,5
**205** 307:20,23,24 328:12,17
     333:6,7
**206** 328:25 329:1,6 333:10
**207** 333:12,13
**213** 3:5
**22** 1:7 286:24
**22nd** 60:2 286:22 287:2
**225** 3:6,7
**23** 223:24
**24** 280:7
**24/7** 192:15,23 241:12,15 255:17
     255:25 256:10,10 258:15
**25** 76:3 200:16
**25th** 17:17,18
**25,000** 235:19 236:6
**25-year-old** 76:4
**27th** 242:12
**29** 328:22
**29th** 30:8 60:2,24 327:6
**294** 3:8

**3**

**3** 147:14 150:3 156:24 171:17,18
     249:14 250:2 255:19 257:1
     258:8,12 267:21 277:18
**3rd** 277:10,20,2 5 299:22 300:4
     329:3
**3:00** 166:11 180:5,7
**30** 39:5 53:18,19 92:15 93:14
     184:18,25 185:2,4 227:5
     254:12 272:16
**3-day** 235:23,24 236:6 266:22
     266:25 267:2,8
**305-400-4261** 1:22
**305-400-4266** 2:3
**305-530-6168** 1:17
**305-961-9356** 1:17
**305.523.5118** 2:7 336:14
**31st** 62:5,7,16,19 158:24
**32** 19:21
**33128** 2:7 336:14
**33131** 1:22 2:3
**33132** 1:16
**336** 3:9
**35** 304:7
**35,000** 234:17
**36** 4:6 187:15 193:3 223:10
     280:2
**360** 247:12,13,15,1 8 250:2,13
     255:19,23 257:1 258:8,12
     260:6,16 261:1 262:19 266:14

**4**

**4** 147:24 156:9 157:4 162:9,10
     166:8 256:24 279:9 290:9,10
     290:15,18
**4th** 279:14,20 280:23 329:4
**4:00** 117:9
**4:30** 116:1
**40** 200:16 227:21 235:12,20
     236:5 238:15 239:1 243:8
     294:11 296:8,8,12,1 4 315:3,5
**40-minute** 183:18
**400** 2:6 175:3 336:14
**43** 213:14 223:5
**46** 214:8
**48** 187:6,24,25 188:1,12,16

**193:7,7,8,9 223:24**

**5**

**5** 60:24 151:2 152:6 248:1
     315:20
**5th** 151:22 158:22 179:20 180:4
**5,000** 202:17
**5:00** 45:13,15,17 117:4 132:24
**5:30** 115:14,16 116:19 117:2,3
     322:15
**5:36** 325:13
**5:49** 336:6
**50** 25:20 26:22,23,2 5 27:12
     32:10 143:18 155:23 200:13
     216:12 240:8 267:7 316:9
**50/50** 200:3
**500** 205:17 305:25
**500,000** 290:20
**514,000** 288:24
**53** 223:24
**54** 4:6 187:4 193:3 223:10 261:6
**56** 4:6 187:5 193:3 223:11 242:3
     242:4,7 265:18
**59** 223:24

**6**

**6** 71:14 151:7 152:25 189:10
     247:15 255:23,24,24 262:19
**6,000** 228:4 235:18
**6.3** 254:23
**6:00** 98:25 99:3 116:19 117:10
**6:20** 116:16
**6:30** 166:9
**60** 32:9,10 33:17 223:11 296:7,8
     296:9,12,1 3 297:6,7
**60/40** 296:6
**615** 334:12
**63** 303:10
**6303** 82:7
**650** 216:2
**66** 4:6 187:5 193:3
**68** 4:6 187:15 193:3 223:11
     288:9

**7**

**7** 152:20 154:23 159:1 166:9
**7th** 173:16,18,19,25
**7:00** 117:10
**7:15** 115:20
**7:30** 73:1,1,2,2 116:16
**70** 4:6 27:1 187:16 193:3 223:11
**750** 19:2

**8**

**8** 153:5 168:18
**8,000** 228:3 235:17
**8:00** 73:11 115:14,15,20,24
     322:13,14
**8:30** 335:6
**80** 4:6 187:5 193:3 223:11
     251:17
**801(d)** 191:4
**801(d)(2)** 223:18
**81** 4:6 187:5,15 193:3 223:11
**82** 4:6 187:5,15 193:3 223:11
**866-780-8355** 1:23

**9**

**9** 153:23 169:1 246:4 248:18
**9:00** 5:1 115:21 116:5,18 197:1
**9:15** 116:5,21
**9:30** 116:25,25
**90** 302:20
**93** 4:6 187:14 193:3 223:11
     274:15 275:4
**95** 223:24

**96** 4:6 187:5 193:3 223:11 263:2
     263:2
**97** 200:5 223:24
**99** 1:16 4:6 187:6,15 193:3
     223:11