UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

**MONTY RAY GROW,**
        Defendant.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

THIS CAUSE came before the Court upon defendant's motion for new trial **[D.E. #256]** and the government having filed a response **[D.E. #261]** and the defendant having filed a reply to the response **[D.E. #263]**, it is

ORDERED and ADJUDGED that said motion for new trial is **DENIED** for the reasons stated in the government's response.

DONE and ORDERED in Miami-Dade County Florida, this 22nd day of May, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record