UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**MONTY RAY GROW,**

    Defendant.
_____/

## ORDER DENYING THIRD MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court upon defendant's third motion to continue sentencing **[D.E. #340]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion to continue sentencing is **DENIED.** The Court assumes that an individual playing football as long as the defendant has done has indeed suffered mentally and physically and will allow counsel to argue the significance of that in imposing a sentence in this fraud case without the delay and expense of an expert. The sentencing hearing will remain set for **MONDAY, April 5, 2021 at 10:00 a.m.**

DONE and ORDERED in Miami-Dade County Florida, this __25th__ day of March 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record