UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.
_____/

### ORDER DENYING MOTION FOR PRODUCTION OF EVIDENCE

THIS CAUSE came before the Court upon defendant's motion for production of evidence pursuant to *Brady v. Maryland and Giglio v. United States* **[D.E. #344]** and a hearing being held on June 1, 2021, it is

ORDERED and ADJUDGED that said motion for production of evidence is **DENIED as moot** for the reasons stated in Open Court on June 1, 2021.

DONE and ORDERED in Open Court in Miami-Dade County Florida, this 1st day of June 2021 and signed this 4th day of June 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record