UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **16-20893-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**MONTY RAY GROW,**

        Defendant.
_____/

## ORDER DENYING MOTION FOR NEW TRIAL

THIS CAUSE came before the Court upon defendant's motion for new trial based on newly discovered evidence and request for hearing **[D.E. #256]** and a court hearing being held on June 1, 2021, it is

ORDERED and ADJUDGED that said defendant's motion for new trial and evidentiary hearing is **DENIED** for the reasons stated in Open Court on June 1, 2021.

Specifically, the Court finds that even if the evidence of testifying, cooperating Co-Defendant Ginger Lay had been disclosed, there is no reasonable probability that the outcome – a guilty verdict – would have been different. Defendant Grow testified at the trial and neither the jury nor the Court believed his testimony. Therefore, even if one of the able defense attorneys would have been allowed by the Court to cross-examine Co-Defendant Lay (a doubtful decision by the Court) about her failure to mention mental health treatment in the past and her response

about not having a criminal conviction when she had a misdemeanor conviction, the verdict would still be guilty. The evidence was not suppressed by the Government and was not material nor admissible, nor does it undermine confidence in the verdict.

DONE and ORDERED in Open Court in Miami-Dade County Florida, this 1st day of June 2021 and signed this ____ day of June 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record