UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20893-Moreno

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

MONTY RAY GROW,

         Defendant.
_____/

## DEFENDANT MONTY GROW'S SUPPLEMENTAL SENTENCING MEMORANDUM ON THE ISSUE OF MONEY

COMES the Defendant, by and through Reizenstein and Sola, PA, Philip L. Reizenstein, Esq., and hereby files this supplemental sentencing memorandum on behalf of Monty Grow:

1. At the hearing on June 2, 2021, this court posed a simple but serious question: "*What happened to the 20 million dollars*?" [Transcript June 2, 2021, p. 32].
2. The defense provides this court with an answer prior to the sentencing hearing for the purposes of narrowing down the issues at the re-sentencing.

    I.    ACCOUNTING FOR THE $18,856,744.00

At the first sentencing hearing the court determined the loss to be the gain to the defendant based on the money paid to Monty Grow: $18,856,744.00. [Sentencing Transcript, p5.]

1. Grow paid the IRS $4,184.830. See Government Exhibit 159 [Exhibit One].

1

2. Grow paid sales representatives and beneficiary sales representatives a total of $8,748,971.00. See Government Exhibit 160 [Exhibit Two].
3. Of the $8,748,971.00 $6,326,013.00 was paid to Ginger Lay. See Government Exhibit 161 [Exhibit Three].
4. The government informed the court at sentencing of the following seizures from bank accounts: $935.42 from Bank Of America account ending in 4397 [Sentencing Transcript, p. 6]; $80,000,00 from Bank of America Account ending in 4176 [Sentencing Transcript, p5.]; $103, 946.29 from Bank Of America account ending in 6597.

| Total Paid to Grow | | $18,856,845.00 |
|---|---|---|
| GX 159; EXHIBIT ONE | Paid to IRS | ($4,184,830.00) |
| GX 160; EXHIBIT TWO | Paid to sales representatives | ($8,748,971.00) |
| GX 159; Exhibit ONE DE319; EXHIBIT FOUR | 2014 Porsche 911 | ($105,545.00) as per GX 159 |
| DE 304 EXHIBIT FOUR; GX 159 EXHIBIT ONE | 2014 Range Rover | ($90.478.00) |
| Sentencing transcript, p. 6. | from Bank Of America account ending in 4397 | ($953.42) |
| DE 209 EXHIBIT FIVE ; Sentencing transcript, p. 6. | from Bank Of America account ending in 6597 | ($103,680.58) |
| DE210 EXHIBIT SIX; sentencing transcript, p. 6. | from Bank Of America account ending in 4176 | ($79,909.00) The DE reflects seizure of the above amount- the government told the court at sentencing it was "$80,000.00". |

| | | |
|---|---|---|
| DE 364 Order of Forfeiture EXHIBIT SEVEN | 5803 Mariner Street, Tampa, FL. | ($1,539,318.00)- purchase price as per GX 159 _____ (1,212,962.00) as per Zillow real estate website |
| DE 364 Order of Forfeiture EXHIBIT SEVEN | 4110 W Sevilla Street, Tampa, FL | (1,431,229.00) as per Zillow real estate website |
| | | $2,571,931 calculated using the current Zillow price of 4110 W Sevilla Street as a current estimate of the value of the home. |
| | | |
| GX 159 EXHIBIT ONE; AMERITRADE ACCOUNT ordered forfeited in DE 364 EXHIBIT SEVEN – | | Approximately (3,000,000.00) the value of this account is not listed in the pleadings in the docket. |
| | | |

5. Without the value of the Ameritrade account, the outstanding money is approximately 2.5 million dollars. Including the estimated pre-seizure value of thr Ameritrade account, the money is accounted for.

6. **THE PCA TWENTY-ONE MILLION DOLLAR FINE:** Patient Care of America was the compounding pharmacy that provided the incentives to companies and individuals like Monty Grow to solicit orders for

3

particular compound prescriptions. The United States Department of Justice announced on September 18, 2019, that their investigation into PCA ended with a fine of $21,360,000.00 and CEO Patrick Smith had agreed to pay a fine of $300,000.00.  *See* [Compounding Pharmacy, Two of Its Executives, and Private Equity Firm Agree to Pay $21.36 Million to Resolve False Claims Act Allegations | OPA | Department of Justice](#)

Respectfully Submitted,

S/*Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Florida Bar# 634026
2828 Coral Way Suite 540
Miami, FL, 33145
(305) 444-0755
[Philreizenstein@protonmail.com](mailto:Philreizenstein@protonmail.com)