UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-20893-CR-MORENO/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

MONTY RAY GROW,

    Defendant.
_____/

Re:

JEFFERY R. GROW,
as Trustee and on behalf of
Monty R. Grow Domestic Asset Trust,
owner of 5803 mariner St. Tampa, and
the Managing Member of MG 10 Land, LLC,
trustee of the 4110 W. Sevilla St., Tampa, FL
Land Trust,

    Third-Party Petitioner.
_____/

### REPORT AND RECOMMENDATIONS ON VERIFIED PETITION FOR HEARING TO ADJUDICATE THIRD-PARTY OWNERSHIP OF THE 5803 MARINER AND 4110 W. SEVILLA FORFEITED SUBSTITUTE PROPERTIES

Senior United States District Judge Federico A. Moreno referred to the Undersigned the petition for hearing filed by third-party petitioners Jeffery R. Grow, as Trustee and on behalf of Monty R. Grow Domestic Asset Trust, and as the Managing Member of MG 10 Land, LLC, Trustee of the 4110 W. Sevilla Street, Tampa, Florida Land

Trust (collectively, "Third-Party Petitioners") to adjudicate third-party ownership of substitute properties located at 5803 Mariner Street, Tampa, Florida ("Mariner Property") and 4110 W. Sevilla Street, Tampa, Florida ("Sevilla Property"). [ECF Nos. 376; 381].

The Government and the Third-Party Petitioners have filed a joint notice of settlement advising the Court that they have reached a full settlement concerning the substitute properties. [ECF No. 416].

**I.   Discussion**

The parties have resolved the Third-Party Petitioners' claims with respect to the Mariner Property and the Sevilla Property. [ECF No. 416]. Specifically, the parties:

> have agreed that in lieu of forfeiture, and in exchange for a release of the restitution lien and/or lis pendens from the Substitute Property and another property known and numbered as 5224 Hampton Beach Place, Tampa, Florida 33609, Third-Party Petitioners agree to pay the sum of $2,000,000 (US) (the "Settlement Payment"), within 365 calendar days from the date the . . . Stipulation and Settlement Agreement was approved by the United States and executed by the Parties. The Settlement Payment shall be made into the Restitution Fund of the United States District Court for the Southern District of Florida, to be applied in partial satisfaction of the restitution judgment entered against the Defendant, Monty Ray Grow, in the underlying criminal case.

*Id.* at 3 (emphasis omitted).

A copy of the parties' Stipulation and Settlement Agreement is attached to the joint notice of settlement. [ECF No. 416-1]. The parties ask "that the Court . . . retain jurisdiction in this action for the purpose of enforcing the terms of the . . . Stipulation and Settlement Agreement." [ECF No. 416, p. 3].

Based on the foregoing, the Undersigned **respectfully recommends** that the District Court **retain jurisdiction** to enforce the Stipulation and Settlement Agreement [ECF No. 416-1] and **deny as moot** the third-party petition [ECF No. 376].

II.     **Objections**

The parties will have one (1) day[1] from the date of being served with a copy of this Report and Recommendations within which to file written objections, if any, with the District Judge. Each party may file a response to the other party's objection within one (1) day of the objection. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interests of justice. *See* 29 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers, Miami, Florida, on October 10, 2022.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Federico A. Moreno
All counsel of record

---

[1] The Undersigned is shortening the deadline to file objections and responses to any objections from 14 days to one-day because the parties have submitted a joint notice of settlement. [ECF No. 416].