UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20893-Cr-Moreno/Goodman

UNITED STATES OF AMERICA,

vs.

MONTY RAY GROW,

        Defendant.
_____/

Re:

JEFFERY R. GROW,
AS TRUSTEE AND ON BEHALF OF
MONTY R. GROW DOMESTIC ASSET TRUST,
OWNER OF 5803 MARINER ST. TAMPA,
THE MANAGING MEMBER OF MG 10 LAND, LLC,
TRUSTEE OF THE 4110 W. SEVILLA ST., TAMPA, FL
LAND TRUST,

        Third-Party Petitioners.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION RETAINING JURISDICTION TO ENFORCE THE
PARTIES' STIPULATION AND SETTLEMENT AGREEMENT [ECF No. 416-1]
AND DENYING AS MOOT THIRD-PARTY PETITION [ECF No. 376]**

THIS CAUSE is before the Court upon the Verified Petition for Hearing to Adjudicate Third-party Ownership [ECF No. 376] ("Third-Party Petition") jointly filed by Third-Party Petitioners Jeffery R. Grow, as Trustee and on Behalf of Monty R. Grow Domestic Asset Trust, and as the Managing Member of MG 10 Land, LLC, Trustee of the 4110 W. Sevilla Street, Tampa, Florida Land Trust, respectively claiming superior legal rights, title and interest in the following two real properties which were preliminarily forfeited as substitute property pursuant to 21 U.S.C. § 853(p) in the criminal case underlying this ancillary proceeding:

1

(1) The real property known and numbered as 5803 Mariner Street, Tampa, Florida, together with all improvements, appurtenances, attachments, and fixtures thereon and therein, which is more fully described as:

> Lot 39, MARINER ESTATES, according to the Plat thereof, as recorded in Plat Book 36, Page 61, of the Public Records of Hillsborough County, Florida.
>
> Folio No. A-19-29-18-3K4-000000-00039.0

(2) The real property known and numbered as 4110 W. Sevilla Street, Tampa, Florida, together with all improvements, appurtenances, attachments, and fixtures thereon and therein, which is more fully described as:

> Lot 6 and the West 25 feet Lot 5, Block 53, Maryland Manor 2nd Unit, according to the map or plat thereof, as recorded in Plat Book 14, Page 23, of the Public Records of Hillsborough County, Florida.
>
> Folio No. A-33-29-18-3TS-000053-00005.0

(collectively, the "Substitute Properties"). *See* Second Preliminary Order of Forfeiture of Substitute Assets [ECF No. 364].

On October 13, 2021, the Court referred the Third-Party Petition to Magistrate Judge Jonathan Goodman for a report and recommendation. *See* Order, ECF No. 381.

On October 10, 2022, Magistrate Judge Goodman filed a Report and Recommendation [ECF No. 417] ("R&R") in which it was reported that the Parties entered a Stipulation and Settlement Agreement [ECF 416-1] resulting in a full settlement of Third-Party Petitioners' respective claims to the Substitute Property. *See* R&R, ECF No. 417. Magistrate Judge Goodman therefore recommended that the Court deny Third-Party Petition as moot, and that the Court retain jurisdiction in this matter to enforce the Stipulation and Settlement Agreement. *Id.* at 3.

Neither the United States nor Third-Party Petitioners has since filed an objection to the R&R. Having carefully reviewed the R&R, the Court finds Magistrate Judge Goodman's findings

and recommendations to be sound and well-reasoned, and accordingly approves and adopts them here in full.

It is therefore hereby **ORDERED** and **ADJUDGED** that:

1. The Third-Party Petition [ECF No. 376] is **DENIED** as moot.

2. The Court shall retain jurisdiction in this matter to enforce, if needed, the Parties' Stipulation and Settlement Agreement [ECF 416-1].

**DONE AND ORDERED** in Miami, Florida this 8th day of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record